**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., | |
| Plaintiffs, | No. 04-786 |
| v. | Judge Susan G. Braden |
| UNITED STATES, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR LEAVE TO CHANGE**
**PLAINTIFFS' ATTORNEY OF RECORD**

This is a takings case alleging that the United States has taken Plaintiffs' water rights on their property located on the Sacramento Allotment in southeastern New Mexico. Plaintiffs, Sacramento Grazing Association, Inc., James Goss, Frances Goss, Justin Goss, and Brenna Goss, request leave of this Court, pursuant to RCFC 83.1(c)(4), to change their attorney of record from Michael Joseph Van Zandt to Nancie G. Marzulla. Granting of this motion will not delay the resolution of this case, which is currently stayed, nor prejudice Defendant in any way. Discovery has not yet been completed. Plaintiffs' previous attorney, Michael Joseph Van Zandt, has consented to the change. *See* Exhibit A.

**Procedural History**

Plaintiffs filed their Complaint with this Court on May 4, 2004 and Defendant filed its Answer on September 30, 2004. On October 5, 2004, Defendant filed a Motion to Partially Dismiss Plaintiffs' Complaint or Alternatively for Summary Judgment. The On June 30, 2005, the Court dismissed both Plaintiffs' takings claims, but allowed

Plaintiffs to amend their Complaint if they wished. (Mem. Op. and Order at 10, June 30, 2005.) On September 6, 2005, Plaintiffs filed an Amended Complaint. On March 22, 2006, the parties filed a joint motion to stay the case pending the New Mexico Supreme Court's decision in *Walker v. United States*, No. 29,544 (N.M. filed Nov. 18, 2005). The Court granted the motion on March 27, 2006. This case is currently stayed.

**ARGUMENT**

RCFC 83.1(c)(4) allows a party to change its attorney by filing motion to do so, with the consent of the party's previous attorney:

> A party other than the United States may by leave of court on motion change the party's attorney at any time. The motion may be signed by . . . the newly designated attorney accompanied by an affidavit of appointment executed by such attorney. If the consent of the previous attorney of record is annexed to or endorsed on the motion, substitution shall be accomplished by an appropriate entry on the docket by the clerk.

RCFC 83.1(c)(4).

Attached hereto is an affidavit appointing Nancie G. Marzulla as the new attorney of record. *See* Exhibit B. In addition, Plaintiffs' previous attorney, Michael Joseph Van Zandt, has consented to change Plaintiffs' attorney of record. *See* Exhibit A.

Allowing Plaintiffs to change their attorney of record will not delay resolution of this case. This case is currently stayed, pending a decision of the New Mexico Supreme Court in *Walker v. United States,* No. 29,544 (N.M. filed Nov. 18, 2005), which will address certified questions sent from the Court of Federal Claims in *Walker v. United States,* No. 04-155L (Fed. Cl. filed Feb. 5, 2004). These certified questions are directly relevant to this case. The decision of the New Mexico Supreme Court is currently pending.

Defendant will not be prejudiced by the change of Plaintiffs' attorney of record. Discovery has not yet been completed, and there is no trial date pending.

**CONCLUSION**

For the foregoing reasons, Plaintiffs ask this Court to grant their motion to change their attorney of record.

Respectfully submitted,

Nancie Marzulla

Nancie G. Marzulla
Roger J. Marzulla
Marzulla & Marzulla
1350 Connecticut Avenue, NW
Suite 410
Washington, DC 20036
(202) 822-6760
(202) 822-6774 (facsimile)

Dated: February 9, 2007

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2007, a true and accurate copy of Plaintiffs' Motion for Leave to Change Plaintiffs' Attorney of Record was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

Kathleen Lennon Doster
U. S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-663
(202) 305-0481
Fax: (202) 305-0506
Email: kathleen.doster@usdoj.gov

Daniel Brunetti

EXHIBIT A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., Plaintiffs, v. UNITED STATES, Defendant. | No. 04-786<br>Judge Susan G. Braden |

## CONSENT TO SUBSTITUTION OF ATTORNEY OF RECORD

I am counsel of record in the above-captioned case. Pursuant to Rule 83.1(c)(4) of the Rules of the Court of Federal Claims, I hereby give my consent to the substitution of Nancie G. Marzulla of the law firm Marzulla & Marzulla as counsel of record in this lawsuit.

Respectfully submitted,

Michael Joseph Van Zandt
McQuaid Bedford & Van Zandt
221 Main Street
16th Floor
San Francisco, CA 94105
(415) 905-0200
(415) 905-0202 (facsimile)

Dated: February 8, 2007

EXHIBIT B

**`IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 04-786<br><br>Judge Susan G. Braden |

**DECLARATION OF NANCIE G. MARZULLA**
**REGARDING APPOINTMENT AS ATTORNEY OF RECORD**

I, Nancie G. Marzulla, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner in the law firm of Marzulla and Marzulla, and I have been retained by the Plaintiffs in the above-captioned case.

2. Michael Joseph Van Zandt, the current attorney of record, is no longer representing these Plaintiffs in this matter.

3. Therefore, having the consent of the Plaintiffs in this case, I have moved this Court for leave to be designated attorney of record.

I declare under penalty of perjury that what I have said in this declaration is true and correct.

Executed on February 9, 2007

Nancie Marzulla

Nancie G. Marzulla