IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., | ) | |
| Plaintiffs, | ) | No. 04-786 L |
| v. | ) | |
| | ) | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to RCFC 83.1(c)(5), please enter the appearance of Kristine S. Tardiff as attorney of record for defendant United States, in substitution for Kathleen L. Doster. The service address and additional contact information for the undersigned attorney of record for the United States is as follows:

Kristine S. Tardiff
United States Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Dated: August 3, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583/FAX:(603) 225-1577