# In the United States Court of Federal Claims

No. 04-786L
Filed: August 21, 2007

```
*************************************
                                    *
SACRAMENTO GRAZING ASS'N, INC.      *
                                    *
          Plaintiff,                *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
          Defendant.                *
                                    *
*************************************
```

**SCHEDULING ORDER**

Pursuant to the August 8, 2007 telephone status conference and having considered the parties' July 26, 2007 Joint Status Report, the court orders that:

1. Liability-related discovery is re-opened in order to allow the parties to take depositions of fact witnesses. All such depositions shall be completed by December 31, 2007. In order to achieve this deadline, the parties shall make the witnesses available at reasonably convenient locations and times.

2. The parties shall file a Joint Status Report proposing further proceedings on or before January 11, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**