IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., Plaintiffs, | No. 04-786 L |
| v. | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order of August 21, 2007 (Doc. 29), the parties submit this Joint Status Report proposing further proceedings in this case.

Following the filing of the parties' Joint Status Report of July 26, 2007 (Doc. 27), and the Court's subsequent telephone status conference with the parties on August 8, 2007, the Court issued a Scheduling Order on August 21, 2007 (Doc. 29), that re-opened liability-related discovery in order to allow the parties to take any needed depositions of fact witnesses. The Scheduling Order also instructed the parties to file a joint status report proposing further proceedings following the close of discovery.

The parties report that all discovery needed to proceed with the filing of dispositive motions has been completed. The parties jointly propose to proceed with the filing of such motions, beginning with the filing of Defendant's motion for summary judgment as to Plaintiff's remaining claims. The parties propose that Defendant's motion be filed on or before March 31, 2008, with responses and replies due in accordance with RCFC 7.2(c).

Dated: January 11, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/Nancie G. Marzulla
NANCIE G. MARZULLA
Marzulla & Marzulla
1350 Connecticut Ave., NW
Suite 410
Washington, DC 20036
TEL: (202) 822-6760
FAX: (202) 822-6774
nancie@marzulla.com

Attorney of Record for Plaintiff

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX:(603) 225-1577
kristine.tardiff@usdoj.gov

Attorney of Record for Defendant