# In the United States Court of Federal Claims

No. 04-786L
Filed: January 14, 2008

**************************************
*
SACRAMENTO GRAZING ASS'N, INC. *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**SCHEDULING ORDER**

Pursuant to the parties' January 11, 2008 Joint Status Report, and for good cause shown, the court hereby orders that Defendant's Motion For Summary Judgment be filed on or before March 31, 2008, with responses and replies due in accordance with RCFC 7.2(c).

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge