# In the United States Court of Federal Claims

No. 04-786L
Filed: March 14, 2008

****************************************
SACRAMENTO GRAZING ASS'N, INC. *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
****************************************

**ORDER**

Defendant's Unopposed Motion For An Extension Of Time To File Its Motion For Summary Judgement is hereby granted. Defendant's Motion is due on or before April 30, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge