IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al. | ) | |
| Plaintiffs | ) | No. 04-786 L |
| v. | ) | Judge Susan G. Braden |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Kathleen Doster as attorney for the United States in substitution for Kristine S. Tardiff. Service of all papers by U.S. Mail should be addressed as follows:

Kathleen Doster
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P. O. Box 663, Washington, D.C. 20044-0663
Telephone: 202-305-0481
FAX: 202-305-0506
Email: kathleen.doster@usdoj.gov

Overnight and hand deliveries should be addressed to:

Kathleen Doster
United States Department of Justice
Natural Resources Section, ENRD
601 D St., N.W., Rm. 3530
Washington, D.C. 20004

Dated: April 25, 2008

Respectfully Submitted,

s/ Kathleen Doster

KATHLEEN DOSTER
Environmental & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0481
Fax: 202-305-0506