# Defendant's Exhibit A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., | |
| Plaintiffs | No. 04-786 L |
| v. | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**DECLARATION OF FRANK R. MARTINEZ**

I, Frank R. Martinez, hereby declare as follows:

1. I am currently employed by the United States Department of Agriculture, Forest Service, as the Public Services Staff Officer on the Lincoln National Forest. Prior to this position I was the District Ranger on the Sacramento Ranger District. I submit this declaration in support of Defendant's Motion for Summary Judgment.

2. I held the position of Sacramento District Ranger for approximately seven years, from 2000 to 2008. In this capacity, I was responsible for the administration of the District, which included the Sacramento Allotment, at issue in this lawsuit. As part of my responsibilities I am familiar with the Forest Service efforts to assess livestock grazing on the Allotment and the associated procedures under federal law.

3. The Sacramento Allotment encompasses approximately 111,000 acres of the Lincoln National Forest in southeastern New Mexico.

4. On November 27, 1989, the Forest Service issued a term grazing permit to the Sacramento Grazing Association ("SGA") that allowed them to graze up to 553 cattle for a period of ten years, subject to the terms and conditions of the permit, and all applicable laws and regulations.

5. SGA's term grazing permit was renewed on November 23, 1999, and authorized SGA to graze up to 553 cattle for a period of ten years, subject to the terms and conditions of the permit and all applicable laws and regulations.

6. SGA's term grazing permit has never been cancelled.

7. On July 28, 2004, the Forest Service issued a Record of Decision for the Final Environmental Impact Statement for the Sacramento, Dry Canyon and Davis Grazing Allotment, which implemented management actions on the Allotment to make livestock management on the Allotment consistent with the Lincoln National Forest Land and Resource Management Plan.

8. In 2005, in order to make SGA's term grazing permit consistent with the Record of Decision, I gave SGA the choice to either sign a new ten-year term grazing permit or have their existing permit modified. SGA declined a new ten-year term grazing permit.

9. In a letter dated January 17, 2006, I modified SGA's term grazing permit to permit SGA to graze up to 412 cattle on the summer range on the Allotment and 335 cattle on the winter range on the Allotment.

10. The Annual Operating Plan ("AOP"), now known as the Annual Operating Instructions ("AOI") is the administering document for SGA's term grazing permit. The AOI is

required for the proper administration of grazing under the provisions of the term grazing permit. The term grazing permit provides broad discretion in issuing instructions to permittees, as needed, for resource protection. The AOI sets forth, among other things, the number of cattle, length of grazing season, and allowable utilization levels on forage species for cattle grazing on the Sacramento Allotment. The AOI is required for the proper administration of grazing under the provisions of the term grazing permit, since conditions on the allotment vary from season to season, depending on factors such as weather.

11. Prior to the issuance of the AOI, the District Ranger consults with the permittee and reviews the permittee's annual grazing application for any requested adjustments to the previous year's AOI. The District Ranger's decision is reflected in the Bill for Collection.

12. For the 2008 grazing season, March 1, 2008 to February 28, 2009, the AOI authorizes SGA to graze up to 370 cattle on the Allotment.

13. SGA's permit contains a provision for the protection of wetlands, and endangered or threatened species located on the Allotment. SGA's permit states: "Exclosures are designated on the attached Sacramento Allotment Range Improvement/Allotment Map and are considered special emphasis areas and not part of the Sacramento Allotment. Livestock use is not permitted within exclosures and will be removed in a timely manner."

14. There are seven main exclosures located within the Allotment. These include:

Sacramento Lake, Hubbell, Upper Mauldin, Lower Mauldin, Upper Peñasco, Bluff Springs, and Western Riparian (otherwise known as Kingsbury Springs). The exclosures encompass approximately 264 acres of National Forest System lands.

15. Depending on weather conditions, water often flows out from underneath the exclosures naturally. In addition, at Sacramento Lake immediately below the dam and outside the exclosure, is a tap (faucet head) on the pipeline that runs down canyon. About a mile below, SGA is using another tap to this same pipeline to fill a water trough.

16. The Peñasco exclosure encompasses approximately 96 acres of National Forest System lands on the Allotment. The Peñasco exclosure was established prior to the issuance of SGA's term grazing permit, to protect the Cirsium vinaceum (Sacramento Mountains thistle).

17. Beginning in or around 2001, the Allotment began to experience drought conditions. SGA made a request to pipe water out of the Peñasco exclosure (a designated wetlands area), across a scenic byway, into the neighboring pasture. SGA wanted to run a pipeline through a culvert underneath the highway and let water run out on the ground next to the highway.

18. I denied SGA's request because congregating cattle in the meadow bottom adjacent to the scenic byway would not be the best management practice. When I informed SGA of my decision, I suggested an option of extending the pipeline up the draw away from the scenic byway, allowing for improved distribution and I also agreed to consider another option that SGA had presented to me – piping water from the adjacent private land. In

addition, SGA was also given the option of installing a trick tank in Atkinson Pasture. During a meeting, County Commissioner Doug Moore told me, my Forest Supervisor, and SGA that the County would pay for the cost to install the trick tank in Atkinson Pasture. Moore also stated that if the County was not amenable to paying for this improvement, he would write a personal check to cover the cost. This trick tank was identified in the 2004 Record of Decision for the Final Environmental Impact Statement. As far as I am aware, SGA did not pursue any of these options.

19. With the exception of the Peñasco exclosure, SGA has never sought permission to move water from within an exclosure to another location on or off the Allotment.

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of April 2008.

Frank R. Martinez

FRANK R. MARTINEZ
Public Services Staff Officer
USDA Forest Service
Lincoln National Forest
1101 New York Avenue
Alamogordo, NM 88310