# Defendant's Exhibit B

USDA-Forest Service

PAGE 1 OF 8

PERMITTEE NUMBER 02281

PERMIT NUMBER 08-1105

# TERM GRAZING PERMIT — PARTS 1 AND 2
*(Reference FSM 2230)*

## PART 1

Sacramento Grazing Association of Rt. 1, Box 51.: La Luz, NM; 88337,
*(Name of Permittee)* *(Post Office address including Zip Code)*
hereinafter called the permittee, is hereby authorized to graze livestock owned by the permittee upon designated lands administered by the Forest Service within the Lincoln *(X appropriate box)* [X] National Forest [ ] National Grassland

under the following terms and conditions:

1. Description of range. The livestock shall be grazed only upon the area described as follows: ~~described on attached page xxxxx~~ delineated on the attached map dated 11/27/89, which is part of this permit *(strike out item or items not applicable).*

2. The number, kind, and class of livestock, period of use, and grazing allotment on which the livestock are permitted to graze are as follows, unless modified by the Forest Service in the Bill for Collection:

| LIVESTOCK | | | PERIOD OF USE | | GRAZING ALLOTMENT |
|---|---|---|---|---|---|
| NUMBER | KIND | CLASS | FROM | TO | |
| 553 | Cattle | Cow/Calf | 3/1 | 2/28 | Sacramento (217) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. It is fully understood and agreed that this permit may be suspended or cancelled, in whole or in part, after written notice, for failure to comply with any of the terms and conditions specified in Parts 1, 2, and 3 hereof, or any of the regulations of the Secretary of Agriculture on which this permit is based, or the instructions of Forest officers issued thereunder; or for knowingly and willfully making a false statement or representation in the permittee's grazing application, and amendments thereto; or for conviction for failure to comply with Federal laws or regulations or State and local laws relating to livestock control and to protection of air, water, soil and vegetation, fish and wildlife, and other environmental values when exercising the grazing use authorized by the permit. This permit can also be cancelled, in whole or in part, or otherwise modified, at any time during the term to conform with needed changes brought about by law, regulation, Executive order, allotment management plans, land management planning, numbers permitted or seasons of use necessary because of resource conditions, or the lands described otherwise being unavailable for grazing. Any suspension or cancellation action may be appealed pursuant to ~~[illegible]~~ 36 CFR 251

4. This permit supersedes permit issued 2 February 88 to Sacramento Cattle Company, Inc.

## I HAVE REVIEWED AND ACCEPT THE TERMS OF THIS PERMIT

| SIGNATURE OF PERMITTEE OR HIS AUTHORIZED AGENT | | | DATE |
|---|---|---|---|
| Hollis Munson President | | | 6-22-89 |
| SIGNATURE OF FOREST OFFICER | NAME *(Print)* | TITLE | DATE |
| Jeanine H. Derby | Jeanine Derby | Dep. Forest Supervisor | 11/27/89 |

Previous edition is obsolete. (OVER)

SG03702

| USDA-FOREST SERVICE<br>GRAZING PERMIT - PART 3<br>(Ref. FSM 2230) | PERMIT NUMBER<br>08-1105 |
|---|---|

Special Terms and Conditions

1. Authorization Required. Each year the permittee will file with the District Ranger an application for changes from the use specified in the term grazing permit. It is to be submitted substantially in advance of the desired grazing season. Approval of the application, in whole or in part, will be reflected in the ensuing Bill for Collection.

If fees assessed through the Bill for Collection are not paid by the date specified thereon and livestock are placed on (or in the case of yearlong permits, are on) the allotment, term permit numbers and/or season of use may be suspended and/or cancelled. In addition, grazing use by livestock during the delinquent period will be assessed at the "excess use rate" minus regular fees if already paid and applicable.

2. Maintenance of Range Improvements. Permittee maintenance assignments are shown on pages(s) 8 of this permit and are further identified on the map which accompanies this permit.

3. Livestock grazed in excess of the numbers, outside of the period use, or of a class or kind not authorized in the current Bill for Collection

(a) When the annual application is approved, in whole or in part, livestock grazed in excess of authorized numbers must be removed from lands of the National Forest System. Grazing use by excess livestock must be assessed at the "excess use or unauthorized use rate." In addition:

(1) For first offense cases, the term grazing permit may be suspended or cancelled by the precentage of excess numbers exceeding 10 percent of current authorized numbers. If the excess is 110 percent or greater, total suspension or cancellation may result.

(2) For second offense cases, the term grazing permit will be suspended or cancelled by twice the percentage of excess numbers. If excess is 50 percent or greater, total suspension or cancellation will result.

(3) For second offense cases occurring during periods of suspension, the term grazing permit will be cancelled by the amount of the suspension in effect or by twice the percentage or excess numbers involved whichever is greater.

(4) For additional offenses, the term grazing permit may be cancelled in whole or in part without regard to the percentage of excess.

4. Livestock Counting. The permittee will notify the District Ranger at least 5 days before livestock enter the National Forest System. If requested by the District Ranger, the permittee will present the livestock for counting prior to entry, and at any time thereafter during the permitted season. The District Ranger may round up and hold for counting all permittee-owned livestock on the allotment.

USDA - Forest Service

Page 4 of 8

Permittee Number
02281

Permit Number
08-1105

# GRAZING PERMIT - PART 3

*(Reference FSM 2230)*

[Spe]cial Terms and Conditions

Responsibilities for Construction and Maintenance of Structural Improvements or for Range Rehabilitation. *(List the specific responsibilities of the permittee; or incorporate into the permit the cooperative agreement, management plan or other document which sets forth these responsibilities in detail. Fully identify the particular document or documents.)*

The base property for this permit is identified as follows:

W1/2 SW1/4, Section 31, T.18S., R.10E., NMPM

Changes in base property must be applied for and approved in writing by the Forest Supervisor.

LINCOLN NATIONAL FOREST
SHORT AGE CALF POLICY

On yearlong ranges, calves under six (6) months of age, as of January 1, shall be permitted on the allotment involved until March 31 without charge and will not be counted as an obligation. By or on April 1, these calves shall be removed from the allotment area or shall be counted against the term permit numbers and charged for at the current rate.

On seasonal ranges, all cattle six (6) months and over entering on an allotment will [be] counted toward term permit numbers and charged for at the current rate at the time entering the allotment.

At the time of taking applications, each permittee shall report the number of calves under six (6) months of age to be on the allotment as of January 1. This number will be recorded on the application form.

Previous edition is obsolete.

FS-2200-10a (9/85)

SG03704

USDA - Forest Service



## GRAZING PERMIT - PART 3

*(Reference FSM 2230)*

Permittee Number 02281

Permit Number 08-1105

Special Terms and Conditions

Responsibilities for Construction and Maintenance of Structural Improvements or for Range Rehabilitation. *(List the specific responsibilities of the permittee; or incorporate into the permit the cooperative agreement, management plan or other document which sets forth these responsibilities in detail. Fully identify the particular document or documents.)*

A. "The permittee, contractor, lessee, or operators shall be responsible for the protection from damage by their actions of all the cultural resources so identified by the Forest Service within the affected area. In addition, they shall be liable for all damage to the identified cultural resources caused by their actions or the actions of their agents or representatives. The permittee, contractor, lessee, or operators shall immediately notify the Forest Service Project Administrator or Contracting Officer if any damage occurs to any cultural resource and immediately halt work in the area in which damage has occurred until authorized to proceed. All provisions of the Region 3 Cultural Resources Damage Assessment Handbook are incorporated by reference herein."

B. Travel is permitted only on designated open roads and trails as outlined in the Lincoln National Forest LMP. Exceptions to this requirement are noted as follows:

1. Transporting materials and people to a project covered by a permit modification.

2. Transporting or treating sick or injured livestock.

3. Maintenance of Government windmills, pumps, generators, that require transportation of heavy materials or special equipment.

4. Salting and/or supplemental feeding plans will be approved in conjunction with annual permittee plan.

5. Entry into pastures or units not scheduled for use by Permittee Plan will require an entry permit.

6. Additional exceptions will be considered for approval in the annual Permittee Plan or by entry permit.

   a. Breaking ice in livestock drinking troughs
   b. Checking pipelines
   c. Hauling of fuel and operating pumping units

Damage to the resource created by the permittee in conjunction with travel off road or on closed roads and trails will be repaired by the permittee in a timely manner.

USDA-Forest Service

# GRAZING PERMIT - PART 3

*(Reference FSM 2230)*

| | |
|---|---|
| Page 6 of 8 | |
| Permittee Number 02281 | |
| Permit Number 08-1105 | |

Special Terms and Conditions

Management Practices. *(List the specific management practices required of the permittee, such as salting, riding and movement of cattle, herding or bedding of sheep; or incorporate into the permit the specific allotment management plan or other document which outlines these practices in detail.)*

The Allotment Management Plan dated 4/22/80 will be considered a condition of this permit until a revised plan is completed.

Other. *(List the provisions and requirements deemed desirable pertaining to sheep band sizes, counting, tagging, dye branding, lambing, bucking, specific fire protection measures, etc.)*

Previous edition is obsolete.

USDA - Forest Service

| GRAZING PERMIT - PART 3 (Reference FSM 2230) | Page 7 of 8 |
|---|---|
| | Permittee Number 02281 |
| | Permit Number 08-1105 |

Special Terms and Conditions

Approved Special Rules of Local Associations. *(List applicable special rules pertaining to this permit and to management and development of the resources, which have been approved by the Forest Supervisor.)*

Rules of Management

Section 1: Eligibility.

Eligibility for membership in the association will be limited to those persons stated in Article III Section 1 of the Sacramento Grazing Association By-Laws.

Section 2: Distribution of non-use fill-in.

Any member who waives his privilege to graze will notify the Association as stated in the Association By-Laws. Other members of the Association may choose to graze these numbers but must first have approval of the Association Board of Directors.

Section 3: Livestock Management Responsibilities.

Until a long range Allotment Management Plan is prepared for the Sacramento Allotment, livestock moves and management requirements will be handled through the Annual Allotment Permittee Plan that is prepared at each annual meeting. The Board of Directors will be responsible to ensure that livestock are maintained in the agreed upon pastures. In emergency situations the schedule may be temporarily changed with the agreement of both the Forest Service and the Board of Directors.

Section 4: Improvement Maintenance.
Improvement maintenance needs will be specified in the Annual Allotment Permittee Plan. The responsibility for maintenance on all structural and non-structural range improvements are assigned to the Association under the terms and conditions of the Term Grazing Permit (Part 2, Section 8, Sub-Paragraph I.)

Section 5: Bulls, owned by individual members of the Association, will be put on at the ratio of 1 to 20. These bulls are of mixed breed and are allowed to service cows other than the owners. This is agreed to by the Board of Directors and can be changed only with their approval.

Section 6: A. Assessments for range management and improvements, and salt fees based on the number of cattle entitled to be grazed will be levied by the Board of Directors on an annual basis.

B. Other assessments for unforseen expenses will be made based on the number of cattle entitled to be grazed.

Section 7: Fees.

The Association will furnish the Forest Supervisor with a list of permittees and their permitted numbers prior to the grazing season each year and will be responsible for payment of grazing fees.

Previous edition is obsolete. FS-2200-10c (9/85)

SG03707

SG03708

EXPIRES 1990

EAR MARK



RIGHT LEFT



MASTER NO 50192 BRAND LOCATION LSC LSH

GOSS, JUSTIN
BOX 475
WEED, NM 88354

NEW MEXICO LIVESTOCK BOARD
7013 CENTRAL AVE. N.E. ALBUQUERQUE, N.M. 87108-2049

EXPIRES 1990

EAR MARK



RIGHT LEFT



MASTER NO. 07320 BRAND LOCATION LSC–LSH

GOSS, JAMES W.
BOX 596
WED, NM 88354

NEW MEXICO LIVESTOCK BOARD
7013 CENTRAL AVE. N.E. ALBUQUERQUE, N.M. 87108-2049