# Defendant's Exhibit C

perUSDA-Forest Service FS-2200-10 (9/85)

| | |
|---|---|
| **TERM GRAZING PERMIT - PARTS 1 AND 2**<br>(Reference FSM 2230) | Page 1 of<br>Permittee Number<br>**02281**<br>Permit Number<br>**08-1250** |

**PART 1**

**Sacramento Grazing Association** of **P.O. Box 596 Weed, NM 88354** hereinafter

*(Name of Permittee)* *(Post Office Address, Including Zip)*

called the permittee, is hereby authorized to graze livestock owned by the permittee upon designated lands administered by the Forest Service within the **Lincoln** (X appropriate box) XNational Forest [ ] National Grassland under the following terms and conditions:

1. Description of range. The livestock shall be grazed only upon the area described as follows: ~~described on attached page and~~/or delineated on the attached map dated November 23, 1999 which is part of this permit. (Strike out item or items not applicable.)

2. The number, kind, and class of livestock, period of use, and grazing allotment on which the livestock are permitted to graze are as follows, unless modified by the Forest Service in the Bill for Collection:

| LIVESTOCK | | | PERIOD OF USE | | GRAZING ALLOTMENT |
|---|---|---|---|---|---|
| NUMBER | KIND | CLASS | FROM | TO | |
| | | | | | |
| 553 | Cattle | c/c | 03/01 | 02/28 | Sacramento #217 |
| | | | | | |
| | | | | | |
| | | | | | |

3. It is fully understood and agreed that this permit may be suspended or cancelled, in whole or in part, after written notice, for failure to comply with any of the terms and conditions specified in Parts 1, 2, and 3 hereof, or any of the regulations of the Secretary of Agriculture on which this permit is based, or the instructions of Forest officers issued thereunder; or for knowingly and willingly making a false statement or representation in the permittee's grazing application, and amendments thereto; or for conviction for failure to comply with Federal laws or regulations or State and local laws relating to livestock control and to protection of air, water, soils and vegetation, fish and wildlife, and other environmental values when exercising the grazing use authorized by the permit. This permit can also be cancelled, in whole or in part, or otherwise modified, at any time during the term to conform with needed changes brought about by law, regulation, Executive order, allotment management plans, land management planning, numbers permitted or seasons of use necessary because of resource conditions, or the lands described otherwise being unavailable for grazing. Any suspension or cancellation action may be appealed pursuant to 36 CFR 251, Subpart C.

4. This permit supersedes permit (s) issued **November 27, 1989** to **Sacramento Grazing Association**

**I HAVE REVIEWED AND ACCEPT THE TERMS OF THIS PERMIT**

| SIGNATURE OF PERMITTEE OR HIS AUTHORIZED AGENT | | | DATE |
|---|---|---|---|
| Jimmy Goss | | | 11/23/99 |
| SIGNATURE OF FOREST OFFICER | NAME (PRINT) | TITLE | DATE |
| Max Goodwin | Max E. Goodwin | District Ranger | 11/23/99 |

I HAVE REVIEWED THE PROVISIONS OF THIS PERMIT INCLUDING THE ALLOTMENT MANAGEMENT PLAN WITH THE PERMITTEE.

[signature] 11/23/99

Signature of Forest Officer Date

SG04304

## PART 2 - GENERAL TERMS AND CONDITIONS

**1. Validation of Permit.** The issuance of a Bill for Collection and payment of fees and actual turning on at least 90 percent of livestock the first grazing season after the permit is issued will validate this permit for the number, kind, and class of livestock, grazing allotment, and period of use for the particular year.

**2. Bill for Collection.** Each year, after validation and prior to the beginning of the grazing season, the Forest Service will send the permittee a Bill for Collection specifying for the current year the kind, number, and class of livestock allowed to graze, the period of use, the grazing allotment, and the grazing fees. This bill, when paid, authorizes use for that year and becomes part of this permit.

**3. Payment of Fees.** The permittee will not allow owned or controlled livestock to be on Forest Service-administered lands unless the fees specified in the Bill for Collection are paid.

**4. Administrative Offset and Credit Reporting.** Pursuant to 31 USC 3716 and CFRPart 3, Subpart B, any monies that are payable or may become payable from the United States, under this permit, to any person or legal entity not an agency or subdivision of a State or local government may be subject to administrative offset for the collection of a delinquent debt the person or legal entity owes to the United States. Information on the person's or legal entity's responsibility for a commercial debt or delinquent consumer debt owed the United States shall be disclosed to consumer or credit reporting agencies.

**5. Interest, Penalty, and Administrative Costs.** Pursuant to 31 USC 3717 and 7 CFR Part 3, Subpart B, interest shall be charged on any payment or fee amount not paid within 30 days from the date the payment was due. Interest shall be charged using the most current rate prescribed by the United States Department of the Treasury Fiscal Requirements Manual (TFRM-6-8020.20). Interest shall accrue from the date the payment was due. In addition, in the event the account becomes delinquent, administrative costs may be assessed. A penalty of 6 percent per year shall be assessed on any payment or fee amount overdue in excess of 90 days from the date the first billing was due. Payments will be credited on the date received by the designated collection officer or deposit location. If the due date(s) for any of the above payments falls on a non-workday, the charges shall not apply until the close of business on the next workday.

**6. Term of Permit.** This permit is effective until November 23, 2009 unless waived, cancelled, or otherwise unless waived, cancelled, or otherwise terminated as provided herein. The permittee has first priority for receipt of a new permit at the end of the term subject to modification deemed necessary by the Forest Service.

In order to update terms and conditions, this permit may be cancelled at the end of the midyear of each decade, beginning with 1995, provided it is reissued to the existing permit holder for a new term of 10 years.

**7. Ownership Requirement**

(a) Only livestock owned by the permittee are authorized to graze under this permit. To exercise use of the permit, the permittee will furnish all evidence of ownership requested by the Forest Service. Livestock purchased and subsequently sold back to the original owner, or to an agent, assignee, or anyone representing or acting in concert with the original owner, within a 24-month period without prior written approval by the Forest officer in charge will not be considered valid ownership of the livestock.

(b) Base property owned and used by the permittee to qualify for a term grazing permit must meet minimum base property requirements approved by the officer in charge.

**8. Range and Livestock Management**
(a) The allotment management plan for the land described on page 1, Part 1 is part of the permit, and the permittee will carry out its provisions, other instructions, or both as issued by the Forest officer in charge for the area under permit and will require employees, agents, and contractors and subcontractors do likewise.

(b) The number, kind, and class of livestock, period of use, and grazing allotment specified in the permit may be modified when determined by the Forest Officer in charge to be needed for resource protection. Except in extreme emergencies where resource conditions are being seriously affected by livestock use or other factors, such as fire, drought, or insect damage, notice of a scheduled reduction of numbers of livestock or period of use under a term permit will be given one (1) full year before a modification in permitted numbers or period of use becomes effective. This does not apply to annual adjustment in grazing as provided for in Section 8(c).

(c) When, in the judgment of the Forest Officer in charge, the forage is not ready to be grazed at the beginning of the designated grazing season, the permittee, upon request of the Forest officer, will defer placing livestock on the grazing allotment to avoid damage to the resources. The permittee will remove livestock from Forest Service-administered lands before the expiration of the designated grazing season upon request of the Forest officer when it is apparent that further grazing will damage the resources.

(d) The permittee will allow only the numbers, kind, and class of livestock on the allotment during the period specified in Part 1 hereof or the annual Bill for Collection, including any modifications made as provided for in Section 8(c). If livestock owned by the permittee are found to be grazing on the allotment in greater numbers, or at times or places other than permitted in Part 1 hereof, or specified on the annual Bill for Collection, the permittee shall be billed for excess use at the unauthorized use rate and may face suspension or cancellation of this permit.

(e) The permittee will not allow owned or controlled livestock to be upon any area of Forest Service-administered lands not described in either Part 1 hereof or the annual Bill for Collection.

(f) The Forest officer in charge may, at any time, place or fasten or require the permittee to place or fasten upon livestock covered by this permit appropriate marks or tags that will identify them as livestock permitted to graze on lands administered by the Forest Service. When requested by the Forest officer, the permittee will, at any time during the permitted period of use, including entry and removal dates, gather permitted livestock to enable an accurate count to be made thereof. The Forest Service may, at its option, gather and hold for counting all livestock grazing on the allotment.

(g) Only livestock marked, tagged, or branded as shown in the application upon which this permit is based, and as may be required under Section 8(f), will be allowed to graze under this permit unless the permittee has advance written approval from the Forest officer in charge to do otherwise.

(h) The permittee will pay the costs of, perform, or otherwise provide for the proportionate share of cooperative improvements and management practices on the permitted area when determined by the Forest officer in charge that such improvements and practices are essential to proper protection and management of the resources administered by the Forest Service.

(i) This permit is issued and accepted with the provision that the permittee will maintain all range improvements, whether private or Government-owned, that are assigned for maintenance to standards of repair, orderliness, and safety acceptable to the Forest Service. Improvements to be maintained and acceptable to maintenance are specified in Part 3 of this permit. The Government may maintain or otherwise improve said improvements when, in its opinion, such action will be to its advantage.

**9. Nonuse.** At least 90 percent of the livestock permitted must be grazed each year, unless the Forest officer in charge approves nonuse. Failure to place livestock on the allotted range/pasture without approved nonuse may result in cancellation of the term grazing permit in whole or in part.

**10. Protection.** The permittee, or the permittees' agents and employees, when acting within the scope of their employment, and contractors and subcontractors will protect the land and property of the United States and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress, and report promptly all fires on or endangering such land and property. The permittee will pay the United States for any damage to its land or property, including range improvements, resulting from negligence or from violation of the provisions and requirements of this permit or any law or regulation applicable to the National Forests System.

**11. General.**

(a) The Forest officer in charge may at any time require the permittee to give good and sufficient bond to insure payment for all damage or costs to prevent or mitigate damages sustained by the United States through the permittee's failure to comply with the provisions and requirements of this permit or the regulations of the Secretary on which it is based.

(b) This permit will be cancelled, in whole or in part, whenever the area described in this permit is withdrawn from the National Forest System by land exchange, modification of boundaries, or otherwise, or whenever the area described in this permit is to be devoted to a public purpose that precludes grazing.

(c) The permittee will immediately notify the Forest officer in charge of any change in control of base property, ownership of livestock, or other qualifications to hold this grazing permit.

(d) The permanent improvements constructed or existing for use in conjunction with this permit are the property of the United States Government unless specifically designated otherwise or covered by a cooperative agreement. They will not be removed nor compensated for upon cancellation of this permit, except in the National Forests in the 16 contiguous Western States when cancelled, in whole or in part, to devote land to another public purpose including disposal. In the event of such cancellation on the National Forests in the 16 Contiguous Western States, the permittee will be compensated for the adjusted value of approved range improvements installed or placed by him.

(e) The permittee may not transfer, assign, lease, or sublet this permit in whole or part.

(f) This permit includes the terms and conditions of Part 3 hereof, consisting of page 5 through 12 which follow.

USDA - FOREST SERVICE

**GRAZING PERMIT - PART 3**
(Reference FSM 2230)

| | |
|---|---|
| Page 5 of 12 | |
| Permittee Number | 02281 |
| Permit Number | 08-1250 |

**Management Practices**.*Continued...)*

Special Terms and Conditions

1. Authorization Required. Each year the permittee will file with the District Ranger an application for changes from the use specified in the term grazing permit. It is to be submitted substantially in advance of the desired grazing season. Approval of the application, in whole or in part, will be reflected in the ensuing Bill for Collection.

If fee assessed through the Bill for Collection are not paid by the date specified Theron and livestock are placed on (or in the case of yearlong permits, are on) the allotment, term permit numbers and/or season of use may be suspended and/or cancelled. In addition, grazing use by livestock during the delinquent period will be assessed at the "excess use rate"minus regular fees if already paid and applicable.

2. Maintenance of Range Improvements. Permittee maintenance assignments are shown on pages (s) 10 & 11 of this permit and are further identified on the map which accompanies this permit.

3. Livestock grazed in excess of the numbers, outside of the period use, or of a class or kind not authorized in the current Bill for Collection.

(a) When the annual application is approved, in whole or in part, livestock grazed in excess of authorized numbers must be removed from lands of the National Forest System. Grazing use by excess livestock must be assessed at the "excess use or unauthorized use rate." In addition:

(1) For first offense cases, the term grazing permit may be suspended or cancelled by the percentage of excess numbers exceeding 10 percent of current authorized numbers. If the excess is 110 percent or greater, total suspension or cancellation may result.

(2) For second offense cases, the term grazing permit will be suspended or cancelled by twice the percentage of excess numbers. If excess is 50 percent or greater, total suspension or cancellation will result.

(3) For second offense cases occurring during periods of suspension, the term grazing permit will be cancelled by the amount of the suspension in effect or by twice the percentage or excess numbers involved whichever is greater.

(4) For additional offenses, the term grazing permit may be cancelled in whole or in part without regard to the percentage of excess.

4. Livestock Counting. The permittee will notify the District Ranger at least 5 days before livestock enter the National Forest System. If requested by the District Ranger, the permittee will present the livestock for counting prior to entry, and at any time thereafter during the permitted season. The District Ranger may round up and hold for counting all permittee-owned livestock on the allotment.

FS-2200-10b (9/85)

| USDA - FOREST SERVICE<br><br>**GRAZING PERMIT - PART 3**<br>(Reference FSM 2230) | Page 6 of 12<br>Permittee Number<br>**02281**<br>Permit Number<br>**08-1250** |
|---|---|

Management Practices.*Continued...)*

5. Wetland and Threatened and Endangered Plant Exclosures. Exclosures designated on the attached Sacramento Allotment Range Improvement / Allotment Map are considered special emphasis areas and not part of the Sacramento Allotment. Livestock use is not permitted within exclosures and will be removed in a timely manner.

Responsibilities for Construction and Maintenance of Structural Improvements or for Range Rehabilitation.

A. "The permittee, contractor, lessee, or operators shall be responsible for the protection from damage by their actions of all the cultural resources so identified by the Forest Service within the affected area. In addition, they shall be liable for all damage to the identified cultural resources caused by their actions or the actions of their agents or representatives. The permittee, contractor, lessee, or operators shall immediately notify the Forest Service Project Administrator or Contracting Officer if any damage occurs to any cultural resource and immediately halt work in the area in which damage has occurred until authorized to proceed. All provisions of the Region 3 Cultural Resources Damage Assessment Handbook are incorporated by reference herein."

B. Travel is permitted only on designated open roads and trails as outlined in the Lincoln National Forest LMP. Exceptions to this requirement are noted as follows:

1. Transporting materials and people to a project covered by a permit modification.

2. Transporting or treating sick or injured livestock.

3. Maintenance of Government windmills, pumps, generators, that require transportation of heavy materials or special equipment.

4. Salting and/or supplemental feeding plans will be approved in conjunction with annual permittee plan.

5. Entry into pastures or units not scheduled for use by Permittee Plan will require an entry permit.

6. Additional exceptions will be considered for approval in the annual Permittee Plan or by entry permit.

   a. Breaking ice in livestock drinking troughs
   b. Checking pipelines
   c. Hauling of fuel and operating pumping units

Damage to the resource created by the permittee in conjunction with travel off road or on closed roads and trails will be repaired by the permittee in a timely manner.

FS-2200-10b (9/85)

| USDA - FOREST SERVICE<br><br>**GRAZING PERMIT - PART 3**<br>(Reference FSM 2230) | Page 7 of 12<br>Permittee Number<br>02281<br>Permit Number<br>08-1250 |
|---|---|

**Management Practices.** *Continued.*

Special provisions and Requirements

The base property for this permit is identified as follows:

W 1/2, SW 1/4 Section 31, T18S, R10E., NMPM

Changes in base property must be applied for and approved in writing by the Forest Supervisor.

Lincoln National Forest
Short Age Calf Policy

On yearlong ranges, calves under six (6) months of age, as of January 1, shall be permitted on the allotment involved until March 31 without charge and will not be counted as an obligation. By or on April 1, these calves shall be removed from the allotment area or shall be counted against the term permit numbers and charged for at the current rate.

On seasonal ranges, calves under six (6) months of age, as of January 1, shall be permitted on the allotment involved until March 31 without charge and will not be counted as an obligation. By or on April 1, these calves shall be removed from the allotment area or shall be counted against the term permit numbers and charged for at the current rate.

On seasonal ranges, all cattle six (6) months and over entering on an allotment will be counted toward term permit numbers and charged for at the current rate at the time of entering the allotment.

At the time of taking applications, each permittee shall report the number of calves under (6) months of age to be on the allotment as of January 1. This number will be recorded on the application form.

FS-2200-10b (9/85)

| USDA - FOREST SERVICE | Page 8 of 12 |
|---|---|
| **GRAZING PERMIT - PART 3** (Reference FSM 2230) | Permittee Number 02281 |
| | Permit Number 08-1250 |

**Management Practices**.*Continued...)*
Special Terms and Conditions

**Approved Special Rules of Local Associations**. *( List applicable special rules pertaining to this permit and to management and development of the resources, which have been approved by the Forest Supervisor.)*

**Rules of Management:**

Section 1: Eligibility.

Eligibility for membership in the association will be limited to those persons stated in Article III Section 1 of the Sacramento Grazing Association By-Laws.

Section 2: Distribution of non-use fill-in.

Any member who waives his privilege to graze will notify the Association as stated in the Association By-Laws. Other members of the Association may choose to graze these numbers, but must first have the approval of the Association Board of Directors.

Section 3: Livestock Management Responsibilities.

Until a long range **Alloment Management Plan** is prepared for the Sacramento Allotment, livestock moves and management requirements will be handled through the **Allotment Annual Operating Plan** that is prepared at the annual application meeting. The Board of Directors will be responsible to ensure that livestock are maintained in the agreed upon pastures. In emergency situations the schedule may be temporarily changed prior to notification and approval of Forest Service.

Section 4: Improvement Maintenance.

Improvement maintenance needs will be specified in the Allotment Annual Operating Plan. The responsibility for maintenance on all structural and non-structural range improvements are assigned to the Association under the terms and conditions of the Term Grazing Permit (Part 2, Section 8, Subparagraph I.)

Section 5: Bulls, owned by individual members of the Association, will be put on at the ratio of 1 to 20. These bulls are of mixed breed and are allowed to service cows other than the owners. This is agreed to by the Board of Directors and can be changed only with their approval.

Section 6: A. Assessments for range management, improvements and salt fees based on the number of cattle entitled to be grazed will be levied by the Board of Directors on an annual basis.

B. Other assessments for unforeseen expenses will be made based on the number of cattle entitled to be grazed.

Section 7: Fees

The Association will furnish the District Ranger with a list of permittees and their permitted numbers prior to the grazing season each year and will be responsible for payment of grazing fees.

FS-2200-10b (9/85)

| USDA - FOREST SERVICE<br><br>**GRAZING PERMIT - PART 3**<br>(Reference FSM 2230) | Page 9 of 12<br>Permittee Number<br>**02281**<br>Permit Number<br>**08-1250** |
|---|---|

**Management Practices**.*Continued...)*

Special Terms and Conditions

The renewal of this permit and its Allotment Management Plan is subject to compliance with the standards and guidelines outlined in the Lincoln National Forest's Land Management Plan approved October 31, 1986.

As the Plan is updated, revised, or rewritten, those standards and guidelines will also become a part of this Grazing Permit and, if appropriate, the Allotment Management Plan. To insure compliance with the standards and guidelines, monitoring will be a part of existing and newly developed Allotment Management Plans.

The Sacramento Allotment lies within portions of Management Areas 2B Alamo, 2C Grapevine, 2D Sacramento River, 2E Upper Penasco, 2F Mountain Park and 2F-RNA Haynes Canyon RNA. The specific standards and guidelines which apply to each Management Areas are outlined in the Forest Plan.

Based upon the District's priority schedule for the developing an Allotment Management Plans, the permittee will cooperate with the District Ranger in the development of the formal Allotment Management Plan on the Sacramento Allotment prior to the end of the year 2000. Upon completion of the NEPA analysis for the allotment; the Term Grazing Permit will be appropriately updated and/or modified in conformance with the National Environmental Policy Act and the Lincoln National Forests Land Management Plan.

Other

In accordance with 1995 Rescission Bill, the Sacramento Ranger District will issue you a Term Grazing Permit reflecting the currently permitted livestock numbers. Livestock management and permitted numbers will be evaluated during the NEPA analysis scheduled prior to the end of the year 2000.

.

Base property owned and used by the permittee must continue to meet the minimum base property requirements approved by the Forest Officer in charge.

It will be my responsibility as a permittee to insure that my livestock are properly branded while on National Forest lands.

I ACKNOWLEDGE THAT THE PROVISIONS OUTLINED IN PART 3 OF THIS GRAZING PERMIT HAS BEEN REVIEWED WITH ME. I ALSO CONCUR WITH THESE PROVISIONS AS WRITTEN.

Jimmy Goss 11-23-99
APPLICANT DATE

Richard Newman 11-23-99
FOREST OFFICER DATE

LINCOLN NF

SAC ALLOTMENT IMPROVEMENTS

SACRAMENTO GRAZING ASSOCIATION

| IMPROVEMENT NAME | KIND | # | UNIT | MAINTENANCE RESPONSIBILITY |
|---|---|---|---|---|
| WALLOW ST TK | STOCKTANK | 2580 | 1 | SGA |
| RUSSIA ST TK | STOCKTANK | 2585 | 1 | SGA |
| KERR ST TK | STOCKTANK | 2587 | 1 | SGA |
| KARR STOCK TANK | STOCKTANK | 2606 | 1 | SGA |
| LUCAS STOCK TANK | STOCKTANK | 2608 | 1 | SGA |
| FIR ST TK | STOCKTANK | 2614 | 1 | SGA |
| BIRD ST TK | STOCKTANK | 2615 | 1 | SGA |
| BURLESON STOCK TANK | STOCKTANK | 2621 | 1 | SGA |
| JENNY STOCK TANK | STOCKTANK | 2623 | 1 | SGA |
| TAL STOCK TANK | STOCKTANK | 2624 | 1 | SGA |
| HOME STEAD ST TK | STOCKTANK | 2627 | 1 | SGA |
| BROWN STOCK TANK | STOCKTANK | 2633 | 1 | SGA |
| WILLS STOCK TANK | STOCKTANK | 2634 | 1 | SGA |
| MOORE STOCK TANK | STOCKTANK | 2637 | 1 | SGA |
| SEED STOCK TANK | STOCKTANK | 2640 | 1 | SGA |
| STALK STOCK TANK | STOCKTANK | 2641 | 1 | SGA |
| HAY STOCK TANK | STOCKTANK | 2643 | 1 | SGA |
| POWDER STOCK TANK | STOCKTANK | 2645 | 1 | SGA |
| LIGHT STOCK TANK | STOCKTANK | 2646 | 1 | SGA |
| BURNT RIDGE ST. T | STOCKTANK | 2652 | 1 | SGA |
| TURKEY ROOST ST. T | STOCKTANK | 2654 | 1 | SGA |
| L.S. ST.TK. #1 | STOCKTANK | 2655 | 1 | SGA |
| L.S. ST.TK. #2 | STOCKTANK | 2655A | 1 | SGA |
| GOOBLER ST. TK | STOCKTANK | 2656 | 1 | SGA |
| JSKES ST TL | STOCKTANK | 2664 | 1 | SGA |
| END RIDGE ST TK | STOCKTANK | 2665 | 1 | SGA |
| BUG ST TK | STOCKTANK | 2672 | 1 | SGA |
| PASTURE RIDGE PIPELINE | PIPELINE | 2658 | 6.6 | SGA |
| MCAFFEE PIPELINE | PIPELINE | 2631A | 2.6 | SGA |
| MCGREGOR PIPELINE | PIPELINE | 2674A | 2.4 | SGA |
| MOORE RIDGE PIPELINE | PIPELINE | 2684 | 2.6 | SGA |
| NE PIPELINE | PIPELINE | RO2252 | 0.7 | ESCONDIDO |
| BENSON SPRING | SPRING DEVEL | 2611 | 1 | SGA |
| DARK CANYON SPRING | SPRING DEVEL | 2616 | 1 | SGA |
| SEEP SPRING | SPRING DEVEL | 2635 | 1 | SGA |
| MOORE SPRING DEVEL | SPRING DEVEL | 2658 | 1 | SGA |
| WRIGHT SPRING DEVEL | SPRING DEVEL | 2660 | 1 | SGA |
| WATERHOLE SPRING DEVEL | SPRING DEVEL | 2661 | 1 | SGA |
| LUCA SPRING | SPRING DEVEL | 2591 | 1 | SGA |
| WRIGHT SPG WATER | STORAGE | 2660A | 1 | SGA |
| GRAPEVINE STORAGE | STORAGE | 2674 | 1 | SGA |
| RESERVOIR DRINKER | STORAGE | 2677A | 1 | SGA |
| MOORE STORAGE | STORAGE | 2685 | 1 | SGA |
| CAB. DRY WATER | TROUGH | 2595 | 1 | SGA |
| CHALK HILL WATER | TROUGH | 2595A | 1 | SGA |
| CAB ALAMO WATER | TROUGH | 2595B | 1 | SGA |
| ROUNDUP WATER | TROUGH | 2595C | 1 | SGA |
| ALAMO WATER | TROUGH | 2595D | 1 | SGA |

LINCOLN NF

SAC ALLOTMENT IMPROVEMENTS

SACRAMENTO GRAZING ASSOCIATION

| | | | | |
|---|---|---|---|---|
| CABIN WATER | TROUGH | 2595E | 1 | SGA |
| WOODS WATER | TROUGH | 2595F | 1 | SGA |
| RIDGE WATER | TROUGH | 2595G | 1 | SGA |
| CULP DRINKER | TROUGH | 2677 | 1 | SGA |
| NELSON NW A.B. | AB FENCE | 2575 | 1.3 MI | SGA |
| NELSON EAST A.B. | AB FENCE | 2582 | 1.6 MI | SGA |
| RUSSIA FENCE | AB FENCE | 2592 | 3.1 MI | SGA |
| SAC N.E. A.B. | AB FENCE | 2593 | 1.4 MI | SGA |
| ALAMO-DRY A.B. | AB FENCE | 2594 | 1.3 MI | SGA |
| EAST ALAMO A.B. | AB FENCE | 2598 | 3.8 MI | SGA |
| AC-SCOTT ABLE A.B. | AB FENCE | 2642 | 3.9 MI | SGA |
| SAC - AQ.CH. A.B. | AB FENCE | 2647 | 2.8 MI | SGA |
| SAC. EAST A.B. | AB FENCE | 2648 | 3.5 | SGA |
| LAZY S NORTH BDRY | AB FENCE | 2651 | 0.7 MI | SGA |
| ESCON-MCGREGOR | AB FENCE | 2667 | 1 | SGA |
| MCGREGOR W. NFB | AB FENCE | 2670 | 4.7 | SGA |
| MCGREGOR S. NFB F | AB FENCE | 2671 | 4 | SGA |
| MCGREGOR S. N.F. | AB FENCE | 2671A | 3.1 | SGA |
| EAST MCGREGOR BDR | AB FENCE | 2673 | 4.2 | SGA |
| LUCAS - RUSS CAN A.B. | AB FENCE | RO2504 | 0.8 | RUSSIA ALLOTMENT |
| EK-SAC A.B. | AB FENCE | RO4440 | 1.3 | E.K. BLUEWATER ALLOTMENT |
| DRY-SAC AB | AB FENCE | RO2203 | 2.7 | DRY CANYON ALLOTMENT |
| AQUA CHIQUITA -SAC AB | AB FENCE | RO2177 | 1.7 | AQUA CHIQUITA ALLOTMENT |
| SCOTTABLE -SAC AB | AB FENCE | RO2178 | 1.5 | SCOTTABLE ALLOTMENT |
| NEL-AV WS-CAR DIV | AI FENCE | 2578 | 1.1 | SGA |
| ALAMO-MULE PAST DIV | AI FENCE | 2601 | 1.4 | SGA |
| RIO PENASCO | AI FENCE | 2605 | 5.1 | SGA |
| BURNT-LAZY S. DIV | AI FENCE | 2653 | 2.2 | SGA |
| LAZY S-WRIGHT DIV | AI FENCE | 2659 | 6.6 | SGA |
| S PAST RIDGE | AI FENCE | 2666 | 0.6 | SGA |
| CULP-MCGREGOR | AI FENCE | 2676 | 0.5 | SGA |
| ALAMO EXCLOSURE | AI FENCE | 2597 | 1 | SGA |
| WILLS CORRAL HOLD | AI FENCE | 2639A | 1.9 | SGA |
| WRIGHT SPRINGS TRAP | AI FENCE | 2683 | 2 | SGA |
| PENASCO CORRALS & SCALE | CORRAL | 2609 | 1 | SGA |
| BENSON CORRAL | CORRAL | 2612 | 1 | SGA |
| DARK CORRAL | CORRAL | 2617 | 1 | SGA |
| TAL CORRAL | CORRAL | 2625 | 1 | SGA |
| THOUSAND MILE CORRAL | CORRAL | 2638 | 1 | SGA |
| WILLS CORRAL & TRAP | CORRAL | 2639 | 1 | SGA |
| SID WEST CORRAL | CORRAL | 2657 | 1 | SGA |
| GRAPEVINE CORRAL | CORRAL | 2678 | 1 | SGA |
| LUCAS-DARK-BEN | TRICK TANK | 2590 | 1 | SGA |
| DIRTY DRAWERS | TRICK TANK | 2607 | 1 | SGA |
| DURLESON | TRICK TANK | 2619 | 1 | SGA |
| LEAD | TRICK TANK | 2620 | 1 | SGA |
| HOLDER | TRICK TANK | 2626 | 1 | SGA |
| CULP | TRICK TANK | 2678 | 1 | SGA |
| MOORE | TRICK TANK | 2662 | 1 | SGA |


2590
Wilmeth Canyon
2583
Benson Canyon
2612
2611
Rio Penasco
2605
Upper Penasco Exclosure
2609
2605
2605
Penasco Trap Exclosures (2)
Bluff Springs Exclosure
Wills Canyon
Water Canyon Exclosure
2648
2640
Mauldin Exclosures (2)
2639
2641
2639A
Hay Canyon
2632
2633
Hubbell Exclosure
2646
2645
Sacramento River
2634
2642
RO4440
2642
2643
2647
A
RO2177
2637
2638
Sacramento Lake Exclosure
RO2178
2660
2660A
LEGEND
Spring Development
Trough
Trick Tank
Dirt Tank
Water Storage
Corral
Fence


Western Riparian
Exclosure
Exclosure Fences
(Forest Service
Maintenance
Responsibility)
THIS MAP IS A PART OF GRAZING PERMIT
NO. 08-1250 ISSUED TO SACRAMENTO
GRAZING ASSOCIATION ON 11/23/99
BY Mary Goodwin DR AND SHOWS THE
ALLOTMENT SPECIFIED IN THE PERMIT