# Defendant's Exhibit E

USDA United States Department of Agriculture | Forest Service | Sacramento Ranger District | Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2230
Date: February 16, 2008

Jimmy Goss
President
Sacramento Grazing Association
Box 596
Weed, NM 88354

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**NUMBER:** 7007 0710 0001 37378302

Dear Jimmy;

This letter details your Annual Operating Instructions for the 2008 grazing season on the Sacramento Grazing Allotment that was discussed on the February 4th meeting at the Cloudcroft Village office.

During the February 4th meeting you made application for 553 head for the 2008 grazing year. I am unable to approve your annual grazing application since your current Term Grazing permit authorizes a maximum for 412 head.

In the summer of 2007, 330 head were authorized to graze from May 1 to August 30. On September 1 an additional 40 head was authorized for the remainder of the summer season due to good forage production and well distributed grazing use. The summer season started out very good due to good winter snows and spring moisture. The summer moisture during the monsoon was also good, resulting in conditions very favorable for improved forage production. The 2007 summer grazing season went well with the authorized numbers. Monitoring data collected in early November on fourteen monitoring sites found all 14 sites met the 4 inch guideline on short –mid species, with an overall average of 6.5 inches. The monitoring data collected in 2007 was collected jointly by the RITF and the Forest Service. The 2007 grazing season was a great improvement over past years, so progress has been made. Forage use guidelines on the Sacramento Allotment have consistently failed until 2006 and 2007. For example: leaf lengths on Kentucky bluegrass on FS key areas from 2001 thru 2005 on the summer pastures of the Sacramento Allotment averaged 2.7 inches. Dr Holechek and Dr. Galt's research, *Grazing Intensity Guidelines June 2000*, has categorized that average leaf length to fall into a grazing intensity category of heavy use (51-60%). In the August 2004, Dr. Holechek and Dr. Galt published an article titled "*More On Stubble Height Guidelines*". In that paper, a 2.5 inch leaf length on Kentucky bluegrass was identified as the minimum stubble height for that species. The minimum stubble height was defined as the trigger point to potentially destock rangelands. During that period of years, leaf length measurements at the end of season measured below the critical leaf length of 2.5 inches on Kentucky bluegrass on eighteen different occasions.

Pellet counts indicated that elk impacts on forage use in 2007 was much less than it has been in many years. The Lincoln National Forest made recommendations to the New Mexico Department of Game & Fish to increase harvest in 2007. I do agree that monitoring information shows that the two-pasture deferred system used up until two years ago was not functioning as

desired. The current foraging behavior of the elk herd does not provide seasonal deferment or rest on either the North or South Pastures. I am again instructing you to scatter cattle in both pastures this summer and Forest Service and the RITF will monitor to see what impacts a change in management might have on elk distribution. Results of scattering livestock widely across both main pastures were beneficial in 2006 and 2007.

I am authorizing 370 head for the 2008 grazing season. Monitoring Data summaries from 2007 show that the additional 40 head permitted over last years initial authorization should be able to be supported. The data shows very good forage conditions at the end of 2007, but winter snows have been minimal with weather predictions of continued dry conditions into the spring months. Monitoring throughout the grazing season will be used to assess if additional numbers can be added or if numbers need to be reduced as the summer season progresses.

Cattle are scheduled for turnout on the summer pastures on May 15. Early turnout after May 1 and prior to May 15 will be considered if spring moisture improves over our current conditions, and pre-entry monitoring conducted at the end of April finds key species with new growth that meets our current range readiness criteria (1 inch of new growth on Kentucky bluegrass).

**A. LIVESTOCK NUMBERS & SEASON OF USE:**

The following numbers and classes of livestock will be permitted to graze the Sacramento Allotment for the 2008 grazing year.

**Permitted Livestock Numbers:**

| Allotment | Term | Season | | Total Numbers |
|---|---|---|---|---|
| Sacramento/Dry (winter) | 370 | 03/01 - 05/15 | | 370* |
| Sacramento (summer) | 370 | 05/16 - 10/31 | | 370* |
| Sacramento/Dry (winter) | 370 | 11/01 - 02/28 | | 370* |

* Livestock numbers and season of use may be modified based on pre-turnout monitoring results and forage conditions during the grazing year. If forage use levels become a concern on the summer pastures, livestock could be moved to the winter pastures early into all pastures except Alamo Canyon. Use of Alamo Canyon Pasture will not be authorized until November 1.

**B. GRAZING SYSTEM: Grazing Schedule or Pasture Sequence:**

Alamo Canyon, Pasture Ridge, and Grapevine Canyon (up to 335 head) 03/01 – 05/15
Dry Canyon (up to 35 head) 03/01 – 05/15

Key areas: Alamo Canyon, Pasture Ridge, Grapevine Canyon, and Burleson Ridge.

Key species will be: blue grama and sideoats grama, allowable 45%, minimum residual leaf lengths, 2 inches on blue grama and 6 inches on sideoats grama.

**Salt will be placed at least ¼ mile from water sources and known populations of Sacramento Prickly Poppy.**

A monitoring trip will be scheduled in early June to monitor this past winter season use levels on the winter range.

**North/South Pastures 05/15 – 10/31 up to 340 head**

Start bringing cattle up in early May into the South Pasture. It is very important to keep cattle from drifting up from the west side prior to May 1. The majority of the cattle should be on the summer range by mid-May. Scatter cattle in both the North and South Pasture with approximately 150 head in the North and 190 head in the South pasture. RITF and the Forest Service has jointly committed to monthly monitoring trips to monitor forage use during the grazing period. RITF will provide the USFS the data results within 3 days of the data collection. If it is determined through monitoring data that forage use levels will not be met, livestock numbers will be adjusted and moved off the pastures immediately after monitoring determines resource concerns.

**Heifer Pastures**

**Atkinson/Nelson 05/15 – 10/31 up to 30 head**

Scatter cattle in both the Atkinson and Nelson Pastures. The 30 head will be authorized throughout the summer season for as long as forage utilization levels and water allow. If it is determined through monitoring data that forage use levels will not be met, livestock will have to be moved off the allotment earlier than 10/31. These cattle will not be moved into the North and South pastures unless monitoring data shows that forage availability in those pastures is sufficient to sustain the additional 30 head.

A monitoring trip will occur in late April to assess forage conditions prior to livestock entry to the summer pastures.

Data collected by the RITF indicates there are areas where forage utilization is low, attaining good livestock distribution into these areas will require a strong commitment on the part of you as the permittee. **Utilize herding, mineral supplements, water hauling, and protein blocks (possibly use Crystlix blocks) to aid in improving distribution.**

Key Areas: Upper Kerr Canyon, Benson Canyon, Lucas Canyon, Dark Canyon, Hay Canyon, Brown Canyon, Wills Canyon, Rice Canyon, and McAfee Canyon. Key areas will be monitored in May, August, and October to determine compliance with forage use standards.

Key species: Kentucky bluegrass, Minimum residual leaf length, 4 inches
Orchard grass, Minimum residual leaf length, 6 inches
Smooth Brome, Minimum residual leaf length, 6 inches

Monitor leaf lengths very carefully throughout the grazing season. Insure daily management practices are designed to maximize distribution of livestock in all grazeable areas. Once minimum leaf lengths are met in the key areas and potential for re-growth is gone, livestock will be moved out of the pasture.

**Winter Pastures - 11/01 – 02/28.** An October inspection will determine if approved numbers need to be adjusted based on forage conditions prior to entry of the winter pastures.

Distribute livestock between the winter pastures as best as available water and forage will allow.

Key areas: Alamo Canyon, Pasture Ridge, Grapevine Canyon, and Burleson Ridge.

Key species will be: blue grama and sideoats grama, allowable 45%, minimum residual leaf lengths, 2 inches on blue grama and 6 inches on sideoats grama.

## C. <u>RANGE IMPROVEMENT MAINTENANCE:</u>

Insure that taps on pipeline below Sacramento Lake are functioning.

In 2007, approximately one mile of 2" ID poly pipe was provided through RBF funds to repair approximately one mile of the Grapevine pipeline. Sunspot pipeline was completed down into McAfee Tank. The proposed extension from McAfee to Moore Canyon should be done in 2008. Materials are programmed for this project. Implementation can begin after September 1, 2008 since the area is within a Mexican spotted owl PAC with breeding seasons restriction for non-disturbance from March 1- August 31.

Currently full numbers are authorized for the winter range of the Sacramento Allotment (335 head). Additional numbers still exist on the Dry Canyon Allotment in which you are permitted up to 75 head. Authorization of additional numbers above the currently authorized 35 head will be dependent upon additional water development on the allotment. The 4 existing trick tanks are not functional. Reconstruction of these water developments is needed prior to any additional authorization of increased numbers on the Dry Allotment.

Complete the Wright Springs pipeline and trough replacement project. **Remove all of the old pieces of black plastic pipe at Sid West Spring. Remove all old troughs and properly dispose of them. Please inform the district when this project is completed.**

Continue with routine maintenance as assigned in permit. Pay close attention to fence maintenance across the allotment.

**Insure that any pieces of old plastic pipe, old fence wire, or any discarded materials involved in range improvement maintenance be cleaned up and removed from Forest lands. Any range improvement maintenance that involves physical ground disturbance must have prior approval from the District Ranger. Please contact the district office with any questions you may have regarding this project.**

D. **SALTING AND SUPPLEMENTAL FEEDING:**
Salt and supplemental feed will be used as a range management tool to draw livestock into areas of little or no use. This normally does not include areas adjacent to water or canyon bottoms. Salt will place at least ¼ mile from water sources and known prickly poppy populations. This action will be critical to achieving optimal livestock distribution across the allotment. **Salt will be placed at least one half mile from occupied Sacramento mountain thistle, *Circium vinaceum*, habitat.**

E. **PROTECTION:**
The permittee, his agents and employees, when acting within the scope of their employment, and his contractors and subcontractors will protect the land and property of the United States, waived private land and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress and report promptly all fires on or endangering such land and property. During periods of extreme fire danger, branding fires will be prohibited or else be allowed by permit only.

All work on the allotment involving the use of heavy equipment such as excavation will be accomplished only with prior approval of the District Ranger.

F. **SPECIAL MANAGEMENT CONCERNS AND INSTRUCTIONS:**
*Monitoring of the prickly poppy in the Alamo Pasture will continue in 2008. Small temporary cages will be installed to protect seedlings where the need is determined through monitoring.*

***Circium vinaceum*** ** It is critical that livestock impacts on* ***Circium vinaceum*** *populations be closely monitored. If use becomes a concern on any* ***Circium vinaceum*** *population, livestock must be promptly moved away from these areas.*

**Riparian and T&E plant exclosures as described in Part 3 of your Term Grazing Permit are closed to grazing. Livestock are not authorized to graze within the exclosures. The Forest Service does not recognize any"easements" associated with water rights upon which you have recently filed declarations. As a result, no clearing of trees or excavations associated with said easements are authorized without approval by the District Ranger.**

G. **DROUGHT MANAGEMENT PLANNING:**
The drought conditions we have experienced in the past few years lessened considerably since the summer of 2006. Forage production across most of the district is much improved over what it has been in recent years. Forage production in 2007 was generally good across the district. Even with the improved conditions we have seen the past two summers, we are not sure what the 2008 grazing year will be like. We can only speculate at this point whether the improved moisture patterns we had in 2006 and 2007 will continue into 2008. Winter precipitation was minimal in November, December, and January. Make sure that you have a contingency plan for management of your livestock if drought conditions return this spring

and summer. If conditions warrant, we will need to work closely together to amend your annual operating instructions in order to meet rangeland resource objectives.

Our mutual goal should be to protect the long-term productivity of the range resource while considering the needs of your livestock operation. I strongly encourage you to closely monitor forage use levels using the guidelines in the Special Management Concerns described above. It is important that we communicate effectively to address proper grazing management and avoid emergency situations.

If you have any questions or concerns about the management of the Sacramento allotment for the 2008 grazing season, please contact Mark Cadwallader, Ralph Fink, or Amalia Montoya at (505) 682-2551.

Sincerely,

Frank R. Martinez

FRANK R. MARTINEZ
Sacramento District Ranger

Cc: Forest Supervisor

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JIMMY GOSS
President Sacramento Grazing Assoc
BOX 596
WEED, NM 88354

2. Article Number (Transfer from service label) 7007 0710 0001 3737 8302

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Frances Goss ☒ Agent ☐ Addressee

B. Received by (Printed Name) Frances Goss C. Date of Delivery 4-21-08

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7007 0710 0001 3737 8302

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .58 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.38 |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No. JIMMY GOSS
President Sacramento Grazing Association
City, State, ZIP+4 BOX 596
WEED, NM 88354

PS Form 3800, August 2006 See Reverse for Instructions