# Defendant's Exhibit F

STATE OF NEW MEXICO

OFFICE OF THE STATE ENGINEER

ROSWELL

JOHN R. D'ANTONIO, JR. P.E.
State Engineer

DISTRICT II
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05314

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section