# In the United States Court of Federal Claims

No. 04-786L
Filed: May 19, 2008

**************************************
SACRAMENTO GRAZING ASS'N, INC.
Plaintiff,
v.
THE UNITED STATES,
Defendant.
**************************************

## ORDER

For good cause shown, Plaintiff's May 16, 2008 Unopposed Motion For Enlargement Of Time To File Response To Defendant's Motion For Summary Judgment is hereby granted. Plaintiff's Response is due on or before June 30, 2008.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge