# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br><br>Plaintiff,<br><br>v.<br><br>United States,<br><br>Defendants. | No. 04-786<br><br>Judge Susan G. Braden |

## Plaintiffs Second Unopposed Motion for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment

Under RCFC 6.1, Plaintiffs, Sacramento Grazing Association, Inc. James Goss, Frances Goss, Justin Goss, and Brenna Goss (collectively "Plaintiffs"), herby request a second enlargement of time to file their Response to Defendant's Motion for Summary Judgment. Plaintiffs were previously granted a thirty-one (31) day extension of time, and the Response is currently due on June 30, 2008. *See* May 19, 2009 Court Order. Plaintiffs' requests an additional 45 days, up to and including August 15, 2008 to file a Response.

The undersigned had formerly represented the Plaintiffs in this matter. *See* April 9, 2007 Order Granting Motion to Substitute Attorney. A Motion for Leave to Change Attorney of Record was filed on June 27, 2008 to reinitiate my representation of Plaintiffs in this matter. During the time that Nancie Marzulla of the Marzulla Law Firm represented the Plaintiffs, discovery has been conducted and the Defendant has filed a Motion for Summary Judgment, including approximately eighty pages of exhibits. Although arrangements have been made, the Plaintiffs' files in this case have not yet

been forwarded by the Marzulla Law Firm, and there has been no opportunity to review the files and adequately prepare a Response to Defendant's Motion for Summary Judgment. Therefore, Plaintiffs' requests an additional 45 days, up to and including August 15, 2008 to file a Response to Defendant's Motion for Summary Judgment.

Kathleen Doster, attorney for the United States in this matter, has indicated that she is not opposed to this request for an extension of time.

Dated: June 27, 2008

By: [signature]

Michael J. Van Zandt
HANSON BRIDGETT
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 995-3566

Attorneys for Plaintiff
Sacramento Grazing Association

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2008, a true and accurate copy of the Plaintiff's Motion for Leave to Change Plaintiffs' Attorney of record was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

Kathleen Lennon Doster
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-663
Tel: (202) 305-0481
Fax: (202) 305-0506
Kathleen.doster@usdoj.gov

Keith Kiley