**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br>Plaintiff,<br>v.<br>United States,<br>Defendants. | No. 04-786<br>Judge Susan G. Braden |

**<u>Plaintiff's Motion For Leave to Change Plaintiffs' Attorney of Record</u>**

Plaintiffs, Sacramento Grazing Association, Inc. James Goss, Frances Goss, and Justin Goss, hereby request leave of this Court, pursuant to RCFC 83.1(c)(4), to change their attorney of record from Nancie G. Marzulla to Michael J. Van Zandt.

This is a takings case alleging that the United States has taken Plaintiff's water rights and other property located on the Sacramento Allotment in Southeastern New Mexico. Plaintiffs filed their Complaint with this Court on May 4, 2004 and Defendant filed its Answer on September 30, 2004. On October 5, 2004, Defendant filed a Motion to partially Dismiss Plaintiff's Complaint or Alternatively for Summary Judgment. On June 30, 2005, the Court dismissed plaintiffs' first and second causes of action, but allowed the filing of an amended complaint, which was filed on September 6, 2005. On March 22, 2006, the parties filed a joint motion to stay the case pending the New Mexico Supreme Court's decision in *Walker v. United States*, No 29,544 (N.M. filed Nov. 18, 2005), which was granted on March 27, 2006.

On June 21, 2007, the New Mexico Supreme Court issued a decision in the *Walker* case. This Court subsequently issued scheduling orders re-opening discovery in the case and scheduling a date for filing of the Defendant's Motion for Summary Judgment. (*See* Doc Nos. 29 and 31). After this Court granted an unopposed motion for extension of time, the Defendant filed its Motion for Summary Judgment on April 29, 2008. On May 19, 2008, Plaintiffs' received an extension of time to file a Response, which is currently due by June 30, 2008.[1]

Under RCFC 83.1(c)(4) a party may change its attorney by obtaining the consent of the previous attorney and by filing a motion with the court:

A party other than the United States may by leave of court on motion change the party's attorney at any time. The motion may be signed by . . . the newly designated attorney accompanied by a declaration of appointment executed by such attorney. If the consent of the previous attorney of record is annexed to or endorsed on the motion, substitution shall be accomplished by an appropriate entry on the docket by the clerk.

RCFC 83.1 (c)(4). Attached hereto is an affidavit appointing Michael Van Zandt as the attorney of record for Plaintiffs in this matter. *See* Attachment B. Plaintiffs' previous attorney of record, Nancie G. Marzulla, has consented to the change. *See* Attachment A.

---

[1] As a result of the change in attorney of record, Plaintiffs will be filing a Second Unopposed Request for Extension of Time to Respond to the Defendant's Motion for Summery Judgment.

Attorney for the Defendant, United States, has been notified of this change in representation and will not be prejudiced as a result. Therefore, Plaintiffs request that this Court grant their motion to change their attorney of record.

Dated: June 27, 2008

By: ______________________

Michael J. Van Zandt
HANSON BRIDGETT
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 995-3566

Attorneys for Plaintiff
Sacramento Grazing Association

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2008, a true and accurate copy of the Plaintiff's Motion for Leave to Change Plaintiffs' Attorney of record was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

Kathleen Lennon Doster
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-663
Tel: (202) 305-0481
Fax: (202) 305-0506
Kathleen.doster@usdoj.gov

Keith Kiley

# EXHIBIT A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br>Plaintiff,<br>v.<br>United States,<br>Defendants. | No. 04-786<br>Judge Susan G. Braden |

## CONSENT TO SUBSTITUTION OF ATTORNEY OF RECORD

I am counsel of record in the above-captioned case. Pursuant to Rule 83.1(c)(4) of the Rules of Court of Federals Claims, I hereby give my consent to the substitution of Michael J. Van Zandt of the law firm of Hanson Bridgett as counsel of record in this lawsuit.

Dated: June _____, 2008

By:

S/ Nancie G. Marzulla

Nancie G. Marzulla
Roger J. Marzulla
MARZULLA & MARZULLA
1350 Connecticut Avenue, NW
Suite 410
Washington, DC 20036
Telephone: (202) 822-6760
Facsimile: (202) 822-6774

Attorneys for Plaintiff
Sacramento Grazing Association

# EXHIBIT B

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br>Plaintiff,<br>v.<br>United States,<br>Defendants. | No. 04-786<br>Judge Susan G. Braden |

**DECLARATION OF MICHAEL J. VAN ZANDT**

**REGARDING APPOINTMENT AS ATTORNEY OF RECORD**

I, Michael J. Van Zandt, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am a partner in the law firm of Hanson Bridgett, and have been retained by the Plaintiff's in the above-captioned case.

2. Nancie G. Marzulla, the current attorney of record, is no longer representing these Plaintiffs in this matter.

3. Therefore, having the consent of the Plaintiffs in this case, I have moved this Court for leave to be designated attorney of record.

I declare under penalty of perjury that what I have said in this declaration is true and correct.

Executed on June 27, 2008

By: ____________________
Michael J. Van Zandt