# In the United States Court of Federal Claims

No. 04-786L
Filed: July 2, 2008

*************************************
SACRAMENTO GRAZING ASS'N, INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**ORDER**

For good cause shown, Plaintiff's June 30, 2008 Second Unopposed Motion For Enlargement Of Time To File Response To Defendant's Motion For Summary Judgment is hereby granted. Plaintiff's Response is due on or before August 15, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
SUSAN G. BRADEN
Judge