**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br>Plaintiff,<br>v.<br>United States,<br>Defendants. | No. 04-786<br>Judge Susan G. Braden |

**DECLARATION OF FRANCES GOSS IN SUPPORT OF PLAINTIFFS' PARTIAL CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I FRANCES GOSS, declare as follows:

1. I am a plaintiff in the above-captioned action. I serve as a member of the Board of Directors of the Sacramento Grazing Association, Inc. ("SGA"), a non-profit corporation organized and existing under the laws of the State of Mew Mexico, also a plaintiff herein. At the request of James W. Goss, President of the SGA, I handle the SGA's business correspondence, including correspondence with the United States Forest Service ("USFS"), state and local agencies. As such, I am the Custodian of Records for SGA. I am over the age of eighteen, am personally familiar with all matters in this declaration and, if asked to testify, I could offer competent testimony on them.

2. I have reviewed and am personally familiar with the declaration of Frank Martinez submitted in support of Defendant's Motion for Summary Judgment.

3. In 1989 SGA began purchasing property known as the Goss Ranch, and on November 27, 1989, the USFS issued SGA a 10-year term Grazing Permit No. 08-1105 authorizing 553 head of cattle to graze on the Sacramento Allotment. Grazing Permit No. 08-1105 contained no

mention of exclosures designed to exclude cattle from riparian or sensitive habitats where SGA's water rights are situated.

4. The predecessors-in-interest of the Goss Family entered upon and were in possession of the area now known as the Sacramento Grazing Allotment in the 1880s, before the Lincoln National Forest was reserved. I have researched the property and water rights held by the SGA establishing the predecessors in interest of the SGA held water rights as far back as the 1880's. SGA has filed Declarations of Ownership of Water Rights Perfected Prior to March 19, 1907 with the New Mexico State Engineer and at the Otero County Court House. (See Exhibit 25).

5. At the time the Plaintiffs acquired the Goss Ranch, it also acquired these vested water rights originating in or around the Sacramento Grazing Allotment. (*See* Declaration of Francis Goss in Support of Plaintiffs' Memorandum in Opposition to Defendant's Motion for Summery Judgment (Doc. No. 12); *See also* Declarations of Ownership of Water Rights Perfected Prior to March 19, 1907 filed with the Appendix of Exhibits to Plaintiff's Memorandum in Opposition to Defendant's Motion To Dismiss (Doc No. 12). These vested water rights are sufficient to provide water for 553 head of cattle, the original amount SGA was permitted on the Allotment.

6. The Goss Ranch, located in Otero County, New Mexico, consists of approximately 80 deeded acres owned by Plaintiffs in fee simple. It is the base property for a grazing allotment on lands administered by the USFS.

7. The permits and grazing authorizations were issued by USFS and recognize the prior vested rights of SGA to use and access water on the Sacramento Grazing Allotment.

8. The rights to graze cattle is limited by the terms of the permit including the Annual Operating Instructions ("AOI") (formally Annual Operating Plans ("AOPs")) issued by the USFS which set forth the number of cattle and length of the grazing season on an annual basis.

9. From the original permitted amount of 553 cattle allowed on the allotment, USFS has never allowed more then 370 head since 2000, and the number has been as low as 230 in 2003 and 2004-2005. These determinations were made primarily by District Ranger Frank Martinez.

10. The USFS has constructed, reconstructed, modified, and expanded fenced areas or exclosures on the Sacramento Allotment designed to exclude cattle at the following water sources: Penasco Head Waters, Charles Spring, Water Canyon Spring, Bluff Springs, Bluff Springs West, 3 Hubble Springs, Mauldin Springs (Wills Canyon), West Mauldin, Bluff North Springs, Kingsbury Springs, and Sacramento Lake. SGA is the owner of vested water rights within each of these exclosures.

11. The USFS has prevented use of SGA's water rights in the Alamo Pasture each year since 2004 after February 1; exactly when water is available during spring runoff. This includes, but is not limited to, the following water sources: Upper Alamo #1, Mud Springs, Caballero #1, Caballero #2, Caballero #3, Wood Spring #1, and Wood Spring #2. This action was taken to protect the Sacramento Prickly Poppy.

12. SGA at all times since 1989 until the present has had a valid grazing permit on the Sacramento Allotment.

13. On May 5, 1998 the Annual Operating Plan ("AOP") for the Sacramento Allotment was amended and the riparian exclosures on the Sacramento Allotment were officially excluded from livestock grazing activities, and SGA was denied use of water within the exclosures.

14. SGA during annual meetings with USFS beginning in 1998 made annual requests to access the water or transfer the water at the Penasco head waters and were denied by USFS employees Max Goodwin, Rick Newman and Frank Martinez.

15. In 1989 and 1990 SGA was given permission by the USFS to access the exclosure on the upper Penasco.

16. On November 23, 1999, the USFS issued SGA Grazing Permit No. 08-1250 for an additional 10 years. This permit for the first time addressed the exclosures in the USFS management practices for the allotment preventing livestock use of the exclosures.

17. On October 12, 2000 Justin (Spike) Goss spoke with Rick Newman and requested permission to transfer water out of the Penasco exclosure.

18. In the 2001 AOP SGA was instructed by the USFS to move cattle into a pasture across the road approximately 400 feet from the Penasco headwaters. SGA requested permission from the USFS to pipe water at its own expense out of the Penasco exclosure across the allotment approximately 400 feet through a culvert beneath a road to the adjoining pasture that had no water. SGA's proposal was to pipe water into a trough with the overflow returning to the Penasco exclosure. On September 13, 2001 Frank Martinez denied Plaintiffs' request to transfer water from the Penasco headwaters.

19. In 2002 SGA requested access to exclosures for the purpose of watering cattle,. specifically notifying the USFS they did not intend to graze cattle in the exclosures. This request was denied.

20. On June 20, 2002 in a telephone conversation with Frank Martinez, SGA explained they owned the water in the Rio Penasco enclosure and the USFS needed to make provisions to transfer the water to an accessible area.

21. On June 21, 2002 Justin (Spike) Goss participated in an inspection of the allotment with Mark Cadwallader and Cedric Selby, employees of USFS. He explained the presence of cattle in an exclosure was because "it was the only water available" for the cows. Further, the possible option of providing water outside the exclosure was again discussed.

22. In the summer of 2002 Otero County Deputy John Braziel witnessed Bobby Gomez, USFS Law Enforcement Officer, closing the gate to the Pensaco exclosure. He informed the Mr. Gomez that closing the gate and preventing the cattle access to water is cruelty to animals.

The gate was left open, however the USFS continued to threaten non-compliance if cattle were found within the exclosure.

23. On June 10, 2005 SGA was instructed to sign a new term grazing permit or modify the existing permit, which limit the allowed head of cattle from 553 year long to 412 maximum in the summer and 335 in the winter. At the time SGA had an existing permit which did not expire until 2009.

24. In spring of 2005 or 2006 in the when cattle were being moved into the summer pasture the east end gates on the Sacramento Lake exclosure were locked. Otero County Commissioner Doug Moore was notified. He removed the locks and informed USFS not to close the gates. The gates remained open until May of 2008 when a lane was put in the Sacramento Lake exclosure on the west end to allow cattle to access the water (see below). The USFS then closed both gates on the Sacramento exclosure. This forces the cattle to move approximately 1.5 miles along a highway up the Sacramento Lake to access the lane on west end of the lake. This causes undue stress on the cattle. Once there, the cattle tend to graze that area making it difficult for SGA to manage grazing impacts on the Allotment. Even when the east end gate is open, SGA faces the threat of non-compliance if cattle are found inside the exclosure.

25. On June 16, 2006, SGA met at the Sacramento Enclosure with Frank Martinez, Lou Woltering, Forest Supervisor, Mr. Doug Moore and Mr. Mike Nivison, Otero County Commissioners, and Dr. Redd Baker and Dr. John Fowler of the Range Improvement Task Force ("RITF"), as well as neighboring allotment owners. SGA again discussed with the USFS the opportunity to pipe water out of the Penasco exclosure, again requested permission from the USFS to pipe water at its own expense out of the exclosure across the allotment approximately 400 feet through a culvert beneath a road to the adjoining pasture that had no water. This request was denied by the USFS on July 25, 2006.

26. At the same June 16, 2006 meeting Frank Martinez discussed three "options" to the request by SGA's to pipe water out of the Penasco Exclosure. The first option was to extend the pipeline away from the scenic byway. The second option was to pipe water from adjacent private land. The third option was to install a trick tank in Atkinson pasture. All of these options are unreasonable and would negatively impact SGA's operation. The first option of extending the pipeline would require the use of a pump to get the water uphill, whereas SGA's request would allow water to flow by gravity. There is no electricity on Forest Service land. The use of a pump would require an electric generator, a constant supply of fuel, maintenance, and continual observation to ensure continued operation and to ensure it does cause a fire hazard. Further, the maintenance and operation of the generator and pump would be a considerable expense to SGA's operation. The second option provided is unreasonable because SGA does not own the water right on the adjacent privately owned land. The third option of placing a trick tank on the Atkinson Pasture does not provide a reliable source of water. A trick tank depends on rainfall as a water source and would not be a reliable or permanent source of water.

27. On June 16, 2006, SGA met at the Sacramento Exclosure with Frank Martinez, Lou Woltering, Forest Supervisor, Mr. Doug Moore and Mr. Mike Nivison, Otero County Commissioners, and Dr. Redd Baker and Dr. John Fowler of the Range Improvement Task Force ("RITF"), as well as neighboring allotment owners. There was agreement among all parties, including Frank Martinez, to move the west fence of the Sacramento exclosure back a few hundred feet to allow access for cattle. The fence was to be constructed the following week. However, Mr. Martinez inexplicably contacted the Forest Guardian, an environmental group that had filed a 60 day citizen suit notice against the USFS. Mr. Martinez then changed his mind, not allowing the movement of the fence, and thus continuing to deny access to the water.

 1578438.1

28. At the June 16, 2006 meeting, Forest Supervisor Lou Woltering stated that the Forest Service owns the water within the Sacramento Exclosure.

29. On February 19, 2007, SGA again requested permission to pipe water from the Panasco exclosure, this time requesting the ability to move the water into a drinker in Atkinson Canyon.

30. On May 13, 15, and 19 of 2008 there were a series of meetings held between SGA, USFS, Otero County Commissioners, and the RITF regarding cattle access to water on Sacramento Lake. SGA wanted the gates to remain open so cattle have access to the water. At the May 13, 2008 meeting Gary Zieh, a USFS employee, agreed to leave the gate open. However, at the May 15, 2008 meeting Mr. Zieh stated that New Mexico Game and Fish would not allow the gates to remain open. Initially USFS closed the gate and decided to haul water from Sunspot Observatory to a trough near the Sacramento exclosure. This only lasted 2-3 weeks. Then, USFS decided to implement a suggestion by Forest Supervisor Jackie Buchannan and construct a lane to allow cattle to access water at Sacramento Lake. The lane was constructed on the west end of the Lake and provides an approximate 40 foot access to the water without the cattle grazing within the exclosure.

31. SGA has made requests of Rick Newman and Max Goodwin, USFA employees, that the USFS ensure adequate water flow out of all exclosures. They agreed not to interfere with the flow, however, this spring fed water flow is dependent on the weather and not consistent.

32. In his Declaration at ¶ 15 (See Defendant's Exhibit A) Frank Martinez claims SGA is using a tap on the pipeline to fill a water trough about a mile below Sacramento exclosure. That trough is on private property and filled from the Sacramento Lake within the exclosure. Further, Sacramento Lake is a jointly owned water sources shared with six other users on the pipeline. The water that flows out of the Sacramento Lake exclosure is not reliable because there is frequently inadequate water pressure for SGA to utilize its water trough for watering cattle. The USFS has refused to allow for SGA to move water from Sacramento Lake.

33. Attached as **Exhibit 1** is a true and correct copy of a message identifying CV enclosures for maintenance from Larry Cosper to Danny Waldon, dated July 6, 2005, from the SGA files.

34. Attached as **Exhibit 2** is a true and correct copy of the Allotment Management Plan for Sacramento and Dry Canyon Allotments, dated January 17, 2006, from the SGA files.

35. Attached as **Exhibit 3** is a true and correct copy of a letter to Jim Abbott from Conrad Fjetland enclosing a copy of the final rule published in the June 16, 1987 Federal Register listing the *Cirsium vinaceum* as endangered under the Endangered Species Act, dated Jun 29, 1997, from the SGA files.

36. Attached as **Exhibit 4** is a true and correct copy of a letter to Jimmy Goss from District Manager Goodwin documenting the Forest Service's response to Mr. Goss' recent request to graze the small trap on the headwaters of the Rio Penasco, dated October 16, 2009, from the SGA files.

37. Attached hereto as **Exhibit 5** is a true and correct copy of a letter to Clifford Nichols from Mary Ann Joca regarding Upper Penasco exclosure and tagging of livestock, dated October 16, 2000, from SGA's files.

38. Attached hereto as **Exhibit 6** is a true and correct copy of a letter to Sacramento Cattle Co. from Max Goodwin with attaching the Annual Operating Plan, dated January 25,1990, from SGA's files.

39. Attached hereto as **Exhibit 7** is a true and correct copy of a letter to the Sacramento Grazing Association from Max Goodwin attaching the Annual Operating Plan, dated February 28, 1997, from SGA's files.

40. Attached hereto as **Exhibit 8** is a true and correct copy of the Amendment to the 1998 Annual Operating Plan for the Sacramento Allotment, dated May 5, 1998, from SGA's files.

41. Attached hereto as **Exhibit 9** is a true and correct copy of a letter to Frank Martinez from the Sacramento Grazing Association asking Frank Martinez to restore the 553 head of cattle to the SGA allotment, dated May 28, 2007, from SGA's files.

42. Attached hereto as **Exhibit 10** is a true and correct copy of a letter to Jimmy Goss from Frank Martinez regarding June 14, 2002 letter of non-compliance, dated July 3, 2002, from SGA's files.

43. Attached hereto as **Exhibit 11** is a true and correct copy of a letter to Jimmy Goss from Frank Martinez regarding the 2005 Annual Operating Instructions closing riparian enclosures to grazing use, dated October 24, 2005, from SGA's files.

44. Attached hereto as **Exhibit 12** is a true and correct copy of a letter to Jimmy Goss from Frank Martinez regarding the Annual Operation Instruction letter for the 2006 grazing year, dated June 6, 2006, from SGA's files.

45. Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Frank Martinez to Jimmy Goss regarding the October 24, 2003 notice of non-compliance sent to SGA, dated December 19, 2003, from SGA's files.

46. Attached hereto as **Exhibit 14** is a true and correct copy of a memorandum to the Forest Supervisor from Frank Martinez withdrawing December 19, 2003 decision to suspend 20% of the annual authorized livestock numbers, dated April 5, 2004, from SGA's files.

47. Attached hereto as **Exhibit 15** is a true and correct copy of a letter to Frank Martinez from SGA/Jimmy Goss responding to Frank Martinez letters of May 10 and 23, 2002, dated May 29, 2002, from SGA's files.

48. Attached hereto as **Exhibit 16** is a true and correct copy of a letter to Frank Martinez from SGA/Frances Goss responding to letters of May 23 and June 13, 2002, dated June 16, 2002, from SGA's files.

49. Attached hereto as **Exhibit 17**, 2008 is a true and correct copy of a letter to Frank Martinez from Mark Cadwallader regarding June 21, 2002 inspection on Sacramento Allotment, dated June 21, 2002, from SGA's files.

50. Attached hereto as **Exhibit 18**, is a true and correct copy of a letter from SGA to Frank Martinez regarding use of exclosures for grazing, dated October 29, 2002, from SGA's files.

51. Attached hereto as **Exhibit 19**, is a true and correct copy of a letter to Frank Martinez from SGA/Frances Goss responding to letter of September 18, 2001, dated September 20, 2001, from SGA's files.

52. Attached hereto as **Exhibit 20**, is a true and correct copy of a letter from Frank Martinez to Jimmy Goss regarding constructing a short cross fence on north tip of Sacramento Lake exclosure, dated July 23, 2006, from SGA's files.

53. Attached hereto as **Exhibit 21**, is a true and correct copy of a letter from Jimmy Goss to Frank Martinez regarding requests for 2007 grazing year, dated February 19, 2007, from SGA's files.

54. Attached hereto as **Exhibit 22**, is a true and correct copy of a letter from Doug Moore, Chairman of the Board of County Commissioners of Otero County, New Mexico, regarding decision denying each and every proposed action by Mr. Moore, dated July 26, 2006, from SGA's files.

55. Attached hereto as **Exhibit 23**, is a true and correct copy of a letter from Frank Martinez to Jimmy Goss regarding Annual Operating Instructions for the 2004 grazing season, dated April 23, 2004, from SGA's files.

56. Attached hereto as **Exhibit 24**, is a true and correct copy of a letter from SGA/Frances Goss to Frank Martinez regarding SGA 2005 annual operating plan concerns, from SGA's files.

57. Attached hereto as **Exhibit 25**, is a true and correct copy of SGA's Declaration of Ownership of Water Right, from SGA's files.

58. Attached hereto as **Exhibit 26**, is a true and correct copy of a memorandum from Norman Curran regarding the proposed listing of *Circium vinaceum* as a Threatened Species pursuant to the Endangered Species Act, dated June 20, 1983, from SGA's files.

59. Attached hereto as **Exhibit 27**, is a true and correct copy of a memorandum from W.R. Snyder enclosing trip report of Reggie Fletcher on September 26-27 field assist to provide an overview of the status of *Circium vinaceum*, dated November 7, 1983, from SGA's files.

60. Attached hereto as **Exhibit 28**, is a true and correct copy of a letter from Samuel J. Tobias to Hollis Munson, SGA regarding SGA request to use Penasco Exclosure, dated October 20, 1991, from SGA's files.

61. Attached hereto as **Exhibit 29**, is a true and correct copy of a letter from Jennifer Fowler-Propst formally consulting under Section 7 of the Endangered Species Act regarding proposed Sacramento Allotment Management Plan for species of concern (*Circium vinaceum*, *Argemone pleiacantha* ssp. *pinnatisecta*), dated January 6, 1995, from SGA's files.

62. Attached hereto as **Exhibit 30**, is a true and correct copy of a letter from James R. Abbott to Regional Director, U.S. Fish & Wildlife Service, responding to request for economic information on proposed critical habitat for *Circium vinaceum*, dated February 11, 1985, from SGA's files.

63. Attached hereto as **Exhibit 31**, is a true and correct copy of a letter from Harv Forsgren to Jimmy Goss regarding decision whether to sign a new grazing permit for the Sacramento Allotment, dated June 10, 2005, from SGA's files.

64. Attached hereto as **Exhibit 32**, is a true and correct copy of a letter from Frank Martinez to Jimmy Goss regarding second notice of intent to sue received from Forest Guardians, dated November 3, 2006, from SGA's files.

65. Attached hereto as **Exhibit 33**, is a true and correct copy of a letter from Frank Martinez to Jimmy Goss regarding Record of Decision to implement management actions on the Sacramento and Dry Canyon Allotments, dated January 17, 2006, from SGA's files.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of August 2008, in Weed, New Mexico.

Frances Goss

Frances Goss



1578433.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2008, a true and accurate copy of the **DECLARATION OF FRANCES GOSS IN SUPPORT PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION FOR SUMMERY JUDGMENT** was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

Kathleen Lennon Doster
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-663
Tel: (202) 305-0481
Fax: (202) 305-0506
Kathleen.doster@usdoj.gov

Keith Kiley