EXHIBIT 1

Larry Cosper/R3/USDAFS
07/06/2005 08:20 AM

To Danny Waldon/R3/USDAFS@FSNOTES
cc Frank R Martinez/R3/USDAFS@FSNOTES, Kerwin Dewberry/R3/USDAFS@FSNOTES, Rene T Guaderrama/R3/USDAFS@FSNOTES, Mark Cadwallader/R3/USDAFS@FSNOTES
bcc
Subject Re: Sacramento Allotment Exclosures

Thank-you very much.

Mark... would you please send me the GIS file that contains the exclosures and cross check Danny's list with what we have in that file? Thanks. Larry

Larry D. Cosper
Range, Wildlife, Botany and Watershed Staff Officer
Lincoln National Forest
lcosper@fs.fed.us (505) 434-7220
Danny Waldon/R3/USDAFS

Danny Waldon/R3/USDAFS
07/06/2005 08:05 AM

To Larry Cosper/R3/USDAFS@FSNOTES
cc Rene T Guaderrama/R3/USDAFS@FSNOTES, Kerwin Dewberry/R3/USDAFS@FSNOTES, Frank R Martinez/R3/USDAFS@FSNOTES
Subject Re: Sacramento Allotment Exclosures

Larry,

Perhaps this will help with funding next year. It has been asked on many occasions for money to maintain the CV exclosures with no results. I thought with all the ruckus that was raised last year by County Commissioners on maintenance on these exclosures not being conducted, that this would be a priority for someone, but as of yet......nothing. I hope the information below helps. Thanks ahead.

Western Riparian Enhancement - West Side just outside of Bug Scuffel, T.18S.,R12E., Section 35-installed in 92.

Sacramento Lake Riparian Enhancement - Sacramento River, T.18S, R.11E., Section 12-installed prior to 1988. Was reconstructed in 00 to bring under the HSP umbrella for maintenance purposes.

Mauldin Riparian Exclosures, (2ea) Mauldin Canyon - T.17S., R.12E., Section 29.,-installed in 89. The exclosures have CV in it.

Hubbel Riparian Exclosure, (2 ea) Hubbel Canyon - T.16S., R. 12e., Section 24., installed in 89. The exclosure has CV in it. There was a small 1/2 acre exclosure for CV placed in 90 or so coming off of the Hubbel exclosure.

Water Canyon CV Exclosures (3 ea) Water Canyon off of Rio P - T.17S., R.11E., Sections 17, 24. - installed prior to 88

Rio Penasco CV Exclosures (5 ea) Upper Rio P - T.17S., R.11E., Sections 11, 13, 14; T.17S., R.12E., Sections 16, 18. Upper exclosures were constructed prior to 88 and below Below Bluff Springs was constructed in 93 or so under emergency funding from Range.

Wills Canyon CV Exclosures (2 ea) Upper Wills Canyon -0 T. 17S.,R.12E., Section 21. - Installed in 93 or so under emergency funding from Range.