EXHIBIT 2

# ALLOTMENT MANAGEMENT PLAN
# SACRAMENTO AND DRY CANYON ALLOTMENTS

## Sacramento Ranger District
## Lincoln National Forest

**Prepared by:**

01/17/06

**Mark Cadwallader**
**District Rangeland Management Specialist**

**Date**

**Sacramento Grazing Association**
**Permittee**

**Date**

**Approved by:**

1-17-06

**Frank R. Martinez**
**District Ranger**

**Date**

**Upon approval, the provisions and guidelines outlined in this Allotment Management Plan (AMP) are hereby considered a part of Part 3 of the Term Grazing Permit issued to the Sacramento Grazing Association.**

## Introduction

This allotment Management Plan has been prepared subsequent to and in conjunction with the Record of Decision (ROD) that selected Alternative B in the Final Environmental Impact Statement (FEIS) for the Sacramento, Dry Canyon and Davis Allotments. It's purpose is to outline and document the management strategy planned for the allotments over the life of the Term Grazing Permit. This plan includes: management objectives, livestock management practices, proposed structural improvements and monitoring strategies used to measure achievement of goals and objectives.

Prior to the grazing season, the District Ranger and his staff will prepare a letter of Annual Operating Instructions with the grazing permittee. The plan will include statements of how the livestock will be grazed on the range that season, developments planned, improvements to be maintained, salting, herding, and other management needs for each individual grazing year.

## Type of Operation

The Sacramento Allotment is a yearlong allotment that is divided into a summer unit and a winter unit. There are two major pastures in the summer unit and four major pastures in the winter unit. A deferred grazing system has been followed in the past and will continue with regard to the two summer pastures. The four winter range pastures will be grazed season long with cattle distributed in all four pastures as forage production and water availability allow. The Dry Canyon Allotment will also be used as a winter pasture in conjunction with the four winter pastures on the Sacramento Allotment.

The Sacramento and Dry Canyon Allotments will be grazed as a cow/calf operation. The summer grazing season will be from on or about 5/15 to 10/31 and the winter season will be from on or about 11/1 to 5/14.

Permitted numbers for the Sacramento Allotment summer season will range from 200-412 cattle and 5 horses. Permitted numbers for the Sacramento allotment winter season will range from 200-335 cattle and 5 horses. Permitted numbers grazed on the Dry Canyon Allotment during the winter season will be up to 75 cattle. Stocking will be varied within the permitted ranges of livestock numbers based on forage production and utilization monitoring. Annual stocking rates will be specified in the Annual Operating Instructions.

The two pasture deferred grazing system employed on the summer range will require livestock to be moved mid way through the summer season to the alternate pasture. Cattle grazing the various winter pastures will do so for the full winter season. Adjustments in livestock numbers or length of season may be necessary due to climatic or other unforeseen circumstances. These changes will be made through amendments to the Annual Operating Instructions.

**Management Goals and Objectives**

Implement an allotment management plan that will achieve the following within the life of the Term Grazing Permit:

- Primary forage species are currently Kentucky bluegrass, brome, orchard grass, and intermediate wheatgrass. Currently many of the primary meadow bottoms are dominated by sod bound low producing, Kentucky bluegrass. The initial objective is to increase the vigor and production of Kentucky bluegrass.

- An additional objective, possibly requiring more than the life of the Term Grazing Permit, (ten years) is a gradual transition in forage composition resulting in increases in brome, orchard grass, and intermediate wheatgrass with a decreased dominance of Kentucky bluegrass. The gradual transition in plant composition in meadow bottoms into a more desirable bunch grass and forb community will provide soil protection and produce improved quality and quantity of forage.

- Improve livestock distribution in upland openings where available forage exists that can alleviate grazing pressure in areas where livestock naturally congregate. Distribution will be improved with planned range improvements, herding, and salting.

- Improve herbaceous plant composition, quantity and quality of forage, in winter range areas.

- Improve ground cover throughout the allotment with the implementation of conservative forage use levels across the allotment.

- Increase weaning weights and calf production through improved quantity and quality of forage.

**Cooperative Management Actions**

1) Implement a conservative forage utilization level on the Sacramento and Dry Canyon Allotments. This will allow for root expansion on forage species and improve plant vigor. This use level will also allow desirable forage species such as brome, orchard grass and wheat grasses to increase in meadow areas.

2) Implement a coordinated schedule for improvement maintenance, reconstruction, and new construction with permittees and Forest Service as cooperators.

3) Implement effective use of other management practices such as herding and salting to aid in proper distribution of livestock.

4) Continue cooperative monitoring with permittees, New Mexico Game & Fish and the Range Improvement Task Force (RITF) in order to monitor progress and effectiveness of management actions.

**Allowable Forage Utilization Levels**

With the exception of existing and proposed livestock holding traps, a forage utilization guideline allowing for conservative grazing (30-40 percent utilization) will be implemented throughout the Sacramento and Dry Canyon Allotments.

A 70 percent forage utilization guideline will be implemented in existing and proposed livestock holding traps.

**Monitoring**

Perform monitoring visits prior to the entry of cattle to the winter and summer pastures, at approximately the mid-point of the grazing season on the summer pastures, and within 15 days after the end of the permitted grazing season on both the winter and summer pastures. As part of this process, consider the effect of elk and deer on the allotments. Monitoring will be accomplished in a collaborative effort involving the New Mexico State University (NMSU) Range Improvement Task Force and the New Mexico Department of Game and Fish.

Summer Range

There are 10 key forage utilization areas established on the Sacramento summer range, with 5 being located in each of the two main pastures.. These will be monitored during the grazing season in coordination with the Range Improvement Task Force (RITF) using modified RAM methodology.

- Prior to cattle moving on the allotment, spring growth will be a minimum of 1 inch during the first week of May. Key forage species measured will be Kentucky bluegrass, orchard grass, intermediate wheat and smooth brome.

- Mid-season monitoring will generally occur between July 15 and August 15.

- End of season forage utilization monitoring on the summer range will generally occur between October 15 and November 15.

Winter Range (Sacramento and Dry Canyon)

Monitoring will occur on two key areas in each of the four pastures on the winter range of the Sacramento Allotment and at 3 key areas on the Dry Canyon allotment. These will be monitored during the grazing season in coordination with the Range Improvement Task Force (RITF) using modified RAM methodology.

- Prior to entry on the winter pastures, a monitoring visit will occur in October to assess forage production and availability

- End of season forage utilization monitoring on the winter range will generally occur between May 1 and May 31.

If climatic conditions or other factors indicate that forage growth may be below the amount needed to complete the summer grazing season, these key areas will be used to project potential forage production through the end of the grazing season.

If end of season monitoring on either the summer or winter pastures indicates that allowable forage utilization is exceeded, potentially affecting long-term management objectives, then management changes will be implemented. Management changes may include, but are not limited to, adjusting livestock numbers. The end of season monitoring data will strongly influence the next summers stocking rate with due consideration given to climate and precipitation received and timing of grazing. The determination and rational of the District

Ranger for the necessity of management changes because of utilization and subsequent forage production from climatic influences such as precipitation, will be documented in Term Grazing Permit file and validated through monitoring the following grazing season.

Within the first two years and prior to the end of the term of the permit, condition and trend studies will be conducted on the Sacramento Allotment summer range utilizing appropriate methodology. The initial studies will be used as baseline data to monitor progress in achieving the resource management goals outlined in this plan.

## Range Limitations

### Sacramento Allotment Summer Range

The summer range on the Sacramento Allotment is made up of narrow canyons containing long narrow meadows in the bottoms and steep tree covered slopes. These steep dense canopy slopes also contain a high density of Mexican Spotted Owl (MSO) Protected Activity Centers (PACs). Management requirements, contained in the biological opinion for the United States Fish and Wildlife Service (FWS), include the following terms and conditions:

1.1 Fences, corrals, trick tanks, livestock traps or other management construction activities that occur within PACs will be conducted outside of the MSO breeding season (March 1 – September 30) or after non-nesting status has been determined.

1.2 Within PACs, Forest Service employees and the livestock permittee shall strictly limit their activities, vehicles (including off-highway vehicles) equipment and construction materials to the open roads and motorized trails or appropriate livestock management areas activities (e.g. livestock traps). Exceptions are allowed to monitor key areas.

1.3 PAC boundaries shall be discussed with permittee to insure that livestock concentrations and associated activities such as salt or mineral supplement sites shall not occur within PACs. Exceptions will only include salting within those areas of some PAC's (i.e., ridge tops and open canopied areas when used as a range management tool to decrease impacts in riparian and MSO high-use areas). The Annual Operating Instructions shall indicate areas that are appropriate for salting to minimize impacts to the PACs.

2.5 During periods when forage production is low on summer pastures, the Forest Service will monitor forage/range utilization and manage the Sacramento Allotment consistent with the range management forage utilization guidelines mentioned earlier in this plan.

2.6 The Forest Service shall establish two more key areas within the Hubble and Bluff Springs PACs. Monitoring of these and other key areas for prey base cover shall follow appropriate monitoring methods. Monitoring of prey base cover will be conducted during the required time frame (10 days after the onset of summer rains or by August 1).

The terms and conditions from the biological opinion listed above and the uneven broken terrain of the summer range will make it necessary to maintain close coordination to insure the terms and conditions are met along with livestock management objectives. Deviation from the above terms and conditions must have the approval of the District Ranger.

**Range Limitations – Sacramento Allotment Winter Range**

The four pastures that make up the Sacramento Allotment winter range and the Dry Canyon Allotment contain some extremely rough topography. These two areas make up approximately twenty miles of Sacramento Ranger District western boundary.

Each unit is separated by deep and rough canyons that do not lend themselves to any efficient type of rotational grazing system. This season long grazing make it necessary to attain good livestock distribution in each of the five pastures. Grazing permittee and the District Ranger will need to work cooperatively and agree to a distribution strategy.

Improvements identified in the decision document for the Dry Canyon Allotment need to be installed prior to increasing winter stocking rate to 75 head. Staged stocking is possible depending on rate of improvement development.

**Distribution Aids**

A. Waters

Construction of proposed water developments will enhance current livestock distribution patterns. Primary water sources are supplied by ground water springs, distribution pipelines, and water catchment type improvements. Preventive and routine maintenance will be needed to maintain the maximum effectiveness of these improvements.

B. Salting
Salt will be used to draw cattle into lightly used upland areas. Salting in soft canyon bottoms and other natural livestock concentration areas will not be permitted in MSO PACs, as a general rule. In areas outside of MSO PACS, salting in canyon bottoms and areas of natural livestock concentration will be avoided where ever possible. Deviation from this protective measure will require approval from the District Ranger.

C. Herding
Distribution by herding will be expected when cattle are brought on to the allotment. Periodic herding will be especially important during the summer season to insure that livestock concentrations do not develop in meadow areas. The topography in this allotment requires that herding be an important component of livestock management

**SCHEDULE FOR RANGE IMPROVEMENT IMPLEMENTATION**

Range improvement development is highly dependent on availability of funding over the life of this management plan. Due to funding constraints, the planned range improvements will be implemented over the life of the management plan. Projects will be classified as high, medium, and low priority for implementation. The priority classification will be use as a general guideline for implementation, but could be modified as funding and need dictates.

**HIGH – target date of implementation during the first 4 years of the plan**

**Sunspot Pipeline Reconstruction – 4 miles of above ground pipeline - $15,000.00 materials.**
Forest Service – furnish materials
Permittee – provide labor and equipment for installation

**Dry Canyon Trick Tank reconstruction – replace 4 catchment surfaces $10,000.00**
Forest Service – furnish materials
Permittee – provide labor and equipment for installation

**Burleson Trick Tank reconstruction – replace 2 catchment surfaces $11,500.00**
Forest Service – furnish materials
Permittee – provide labor and equipment

**Clean Mule Pasture earthen tanks – clean 5 earthen tanks on Mule Pasture $2,000.00**

Permittee – provide labor and equipment

**MEDIUM - target date of implementation during years 5-7 of the plan**

**Dry Canyon Pipeline extension – extend pipeline ½ mile to livestock drinker $1320.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Grapevine Pipeline extension – extend existing pipeline 1 mile to southwest $5500.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Atkinson Trick Tank construction – estimated $6500.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**LOW - target date of implementation during years 8-10 of the plan**

**Thousand Mile Corral reconstruction – estimated $1000.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Wright Springs Trap reconstruction – estimated $750**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Wills Corral reconstruction – estimated $1500.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Rim Drift Fence – construct ½ mile of drift fence on rim between summer and winter units $1000.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Alamo Canyon waterline – upgrade water delivery system to troughs $500.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Construct Holding Trap at Masterson – estimated $6,000.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Construct Holding Trap at Russia Canyon – estimated $2500.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Expand Mule Holding Trap – estimated $1000.00**

Forest Service – furnish materials
Permittee – provide labor and equipment

**Existing Grazing Exclosure (Forest Service maintenance responsibility)**

Livestock grazing is not authorized within the grazing exclosures listed below. The exclosures are not a part of the permitted grazing area of the Sacramento Allotment. These will be maintained by the Forest Service for listed species habitat and sensitive riparian areas.

1. Sacramento Lake
2. Hubbell
3. Upper Mauldin
4. Lower Mauldin
5. Upper Penasco
6. Bluff Springs
7. Western Riparian

The above grazing exclosures are shown on the allotment map that is a part of the term grazing permit.

**New Grazing Exclosures Scheduled for Construction**

1. Telephone Canyon – 10 acres
2. Wills Canyon – 4 acres
3. Water Canyon – 3 acres
4. McAfee Canyon Wetland – 2 acres
5. Sacramento Lake Wetland Expansion – 1 acre
6. Upper Penasco Fence – ¾ mile

The new exclosures will be built and maintained by the Forest Service. There purpose and need is disclosed in the Final Environmental Impact Statement. Once constructed, the area within the new exclosures will not be considered as part of the permitted grazing area for the Sacramento Allotment.

The provisions outlined in this Allotment Management Plan will bring the Sacramento and Dry Canyon Allotments into compliance with the Lincoln National Forest Resource Management Plan and the Final Environmental Impact Statement for the Sacramento, Dry Canyon and Davis Allotments.