EXHIBIT 3

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
POST OFFICE BOX 1306
ALBUQUERQUE, N.M. 87103

FS
AO
TBR
FIRE
ENG
BCE
LMP
RES
PERS
B&F
AS
CS
FILE

In Reply Refer To:
Region 2: SE

JUN 29 1987

FOREST SERVICE
JUL 1 87
RECEIVED

Mr. Jim Abbott
Forest Supervisor
Lincoln National Forest
U.S. Forest Service
Federal Building
11th and New York Streets
Alamogordo, New Mexico 88310

John - Send cc of this letter to D2 and D-4. DC 7/2/87

Dear Mr. Abbott:

Enclosed is a copy of the final rule published in the June 16, 1987, Federal Register, which lists a plant, Cirsium vinaceum (Sacramento Mountains thistle), as endangered under the Endangered Species Act (Act) of 1973, as amended. Critical habitat was not designated. The effective date of this rule is July 16, 1987.

Every effort should now be made to ensure the protection of this plant. Please advise your staff--particularly those involved in the review of environmental impact documents, and development projects--of this action and request that special consideration be given in any activities that may effect this species. Determination that this plant is endangered makes it eligible for protection under Section 7(a)(4) of the Act which requires Federal agencies to consult with the Service on actions that may affect the species.

We have notified the State of New Mexico, other appropriate agencies and interested parties. Questions concerning this action should be referred to Peggy Olwell, Endangered Species Botanist, Office of Endangered Species, Region 2 (Federal Telecommunications System 474-3972 or 505/766-3972).

Sincerely yours,

for /s/ Jack B. Woody
Conrad A. Fjetland
Assistant Regional Director
Fisheries and Federal Assistance

Enclosure

50 CFR Part 17

**Endangered and Threatened Wildlife and Plants; Final Rule To Determine Cirsium Vinaceum (Sacramento Mountains Thistle) To Be a Threatened Species**

**AGENCY:** Fish and Wildlife Service, Interior.

**ACTION:** Final rule.

**SUMMARY:** The Service determines a plant, *Cirsium vinaceum* (Sacramento Mountains thistle), to be a threatened species under the authority contained in the Endangered Species Act of 1973, as amended. Critical habitat was proposed but is being withdrawn. This plant occurs in Otero County, New Mexico, in the Sacramento Mountains. There are 20 known populations, which contain a total of 10,000 to 15,000 sexually reproducing plants. Threats to this species are habitat destruction by livestock and water development, competition with introduced plant species, road construction, logging, and recreational activities. This action implements the protection provided by the Endangered Species Act.

**DATES:** The effective date of this rule is July 16, 1987.

**ADDRESSES:** The complete file for this rule is available for inspection, by appointment, during normal business hours at the Service's Regional Office of Endangered Species, 500 Gold Avenue SW., Room 4000, Albuquerque, New Mexico 87103.

**FOR FURTHER INFORMATION CONTACT:** Peggy Olwell, Endangered Species Botanist, Region 2, U.S. Fish and Wildlife Service, Office of Endangered Species, P.O. Box 1306, Albuquerque, New Mexico 87103 (505/766-3972 or FTS 474-3972).

**SUPPLEMENTARY INFORMATION:**

## Background

*Cirsium vinaceum* was first collected on July 12, 1899, by E.O. Wooton and was described by Wooton and Standley in 1913. *Cirsium vinaceum* is a perennial thistle that grows 1–2 meters (3.3–6.6 feet) tall. The stems are purple and highly branched. The leaves are up to 50 centimeters (20 inches) long and have deep, narrow, pointed lobes. The lobes on the leaf tips have short, slender, yellow spines. Flowering occurs in July, August, and possibly into September with many purple flower heads per plant. Some of the populations now occur only on steep calcium carbonate deposits immediately adjacent to flowing springs. The steep deposits provide adequate moisture and limit access of livestock to these plants. One population is known from the moist banks of a stream and adjacent wet meadows, and livestock trampling is a problem there. Many of these plants grow directly in the stream. The dominant associated species are Ponderosa pine *(Pinus ponderosa)*, Douglas fir *(Pseudotsuga taxifolia)*, New Mexico locust *(Robinia neomexicana)*, and Gambel's oak *(Quercus gambelii)*. *Cirsium vinaceum* is found at elevations of 2,400–2,700 meters (7,880–8,820 feet) (Martin and Hutchins 1980, Todsen 1976).

*Cirsium vinaceum* was included as a category 1 species in a revised list of plants under review for threatened or endangered classification, published in the December 15, 1980, **Federal Register** (45 FR 82480). Category 1 comprises taxa for which the Service presently has sufficient biological information to support their being proposed to be listed as endangered or threatened species.

The Endangered Species Act Amendments of 1982 required that all petitions pending as of October 13, 1982, be treated as having been newly submitted on that date. The species listed in the December 15, 1980, notice of review were considered to be petitioned, and the deadline for a finding on the merits of those petitioned actions, including that for *Cirsium vinaceum*, was October 13, 1983. A finding was made on October 13, 1983, that listing *Cirsium vinaceum* was warranted but precluded by pending listing actions, in accordance with section 4(b)(3)(B)(iii) of the Act. Such a finding requires a recycling of the petition, pursuant to section 4(b)(3)(C)(i) of the Act. The Service published a proposed rule to list *Cirsium vinaceum* as a threatened species with critical habitat on May 16, 1984 (49 FR 20735), which constituted the next required finding.

## Summary of Comments and Recommendations

In the May 16, 1984, proposed rule (49 FR 20735) and associated notifications, all interested parties were requested to submit factual reports or information that might contribute to the development of a final rule. Appropriate State agencies, county governments, Federal agencies, scientific organizations, and other interested parties were contacted and requested to comment. A

newspaper notice was published in the *Alamogordo Daily News* on June 10, 1984, that invited general public comment. Eight comments were received and are discussed below. No public hearing was requested or held.

Letters of support were received from the New Mexico Natural Resources Department, the International Union for Conservation of Nature and Natural Resources, the U.S. Forest Service, and Dr. T.K. Todsen (Professor Emeritus, New Mexico State University). Dr. Todsen also included information on *Cirsium vinaceum* sites observed in his 1976 survey and recommended the Water Canyon site and the Silver Springs Canyon site as important areas for *Cirsium vinaceum*. The Service is aware of all of these localities and will work towards their protection through the recovery process.

The Forest Service commented that *Cirsium vinaceum* merits listing as threatened. They recommended clarification of the critical habitat section to reflect that adverse modification of critical habitat would only occur when actions negatively impacted areas occupied by the plants or the constituent elements of critical habitat. The Service upon reexamination has decided that the large critical habitat proposed is inappropriate and the proposed critical habitat is being withdrawn (see "Critical Habitat" section).

The Forest Service also pointed out that accurate counts of the plant's numbers have not been made, and that the existing number is probably several times larger than the estimate in the proposal. The Service realizes that the exact number of plants is unknown; however, the best data available at the time of the proposal indicated 2,000–3,000 plants in 14 populations. The final rule reflects the most current information (20 populations with 10–15,000 individual plants total).

The Forest Service indicated that water development is a real and potential threat to *Cirsium vinaceum*, but that the suggested limit on water development of 500–1,000 meters (1,640–3,280 feet) downstream from *Cirsium* populations was somewhat extreme because surface water is present only a few hundred feet downstream of *Cirsium* populations. The Forest Service also indicated that water can be developed immediately below existing populations without affecting long term survival of the species. The Service agrees that 500–1,000 meters may be somewhat extreme but the Service does not agree that water can be developed immediately below existing populations without harmful effects. Removal of water immediately below a population of *Circium vinaceum* would dry out the soil in the area of the water development. Through the processes of diffusion and gravity the potential exists for water in the soil to move from the higher, wetter site into the lower, drier area thus creating unsuitable conditions at the upstream location of *Cirsium*. The Service believes water development can occur with the details worked out on a case-by-case basis.

The Forest Service requested that the provisions of section 9(a)(2) of the Act prohibiting removal and reduction to possession of the plant from areas under Federal jurisdiction not be implemented because this would impede recovery activities. The Service does not agree that implementation of section 9(a)(2) of the Act would impede the recovery process. The Act provides for issuance of a permit for collection of plants for scientific purposes or to enhance the propagation or survival of the listed plant. A permit for collection of *Cirsium vinaceum* may be obtained from the Service for recovery activities. The Service will work with the Forest Service in planning and implementing the recovery process after the species is listed.

The National Park Service and the Bureau of Land Management (BLM) commented that this species is not known to occur on their lands. The Department of the Army commented that "the habitat of this species is not located within those stream reaches normally associated with Corps of Engineers' water resource developments. No significant interaction with water resource studies or plans is foreseen should this species be listed as a threatened species and critical habitat designated."

The Bureau of Reclamation (BR) said the area proposed as critical habitat would not impact existing BR projects. BR has studied three alternative dam and reservoir sites and "the drainage area studies included western portions of the proposed critical habitats." These studies, however, were preliminary site studies, and no further studies have been funded to date. The Service has noted this.

## Summary of Factors Affecting the Species

After a thorough review and consideration of all information available, the Service has determined that *Cirsium vinaceum* should be classified as a threatened species. Procedures found at section 4(a)(1) of the Endangered Species Act (16 U.S.C. 1531 *et seq.*) and regulations at 50 CFR Part 424 promulgated to implement the listing provisions of the Act were followed. A species may be determined to be an endangered or threatened species due to one or more of the five factors described in section 4(a)(1). These factors and their application to *Cirsium vinaceum* Wooton and Standley are as follows:

*A. The present or threatened destruction, modification, or curtailment of its habitat or range. Cirsium vinaceum* is known only from the Sacramento Mountains of southeastern New Mexico. The species was historically known to occur along the moist banks of streams and in wet meadows throughout the Sacramento Mountains. The only population now known to grow in this type of habitat is located at the Lincoln National Forest—Mescalero Indian Reservation boundary. All other known populations are restricted to the area around springs flowing from limestone rock (Fletcher 1978). Twenty populations are known, with a total of 10,000–15,000 sexually reproducing plants. Most of the populations are in the Lincoln National Forest, and several are on private lands and the Mescalero Indian Reservation. This plant is dependent on springs or streams. Reduction or removal of this water supply would reduce or eliminate the populations. Water development, as the Forest Service indicated in its comments (see "Summary of Comments and Recommendations"), is a potential threat to *Cirsium vinaceum* and its habitat. The unauthorized water development (installation of a 1,900-foot pipeline and construction of a cement water collection box) of a spring, which was habitat for *Cirsium vinaceum*, had a detrimental effect on the involved population and its habitat. Several populations occur at Bluff Springs, an area heavily used by recreationists. Overuse for recreation or any human-caused deterioration of the area around the springs could harm the species. Logging activities could also impact the populations and their associated habitat if planning does not include consideration of this species (Fletcher 1978). Ground disturbance by livestock is detrimental to *Cirsium vinaceum* since this thistle is slow to reestablish itself in disturbed areas (Fletcher 1979). The threat from livestock trampling may be greater than previously thought as evidenced by the increase in numbers of *Cirsium vinaceum* in the Bluff Springs area due to exclusion of livestock, and as evidenced by the depletion in numbers of the Lucas Canyon population due to excessive livestock use (Overbay 1984).

The Bureau of Reclamation has completed subappraisal-level studies of three potential dam and reservoir sites that would be utilized for industrial and domestic water supply. Development of any of these sites might pose a threat to *Cirsium vinaceum* populations (Olson 1984). No further studies, however, have been funded to date.

B. *Overutilization for commercial, recreational, scientific, or educational purposes.* Plants may occasionally be cut or trampled by recreationists or collected for scientific or educational purposes.

C. *Disease or predation.* The amount of predation on *Cirsium vinaceum* by herbivores is minimal. On occasion a browsed flowering stalk or leaf was observed, but the majority of detrimental effects on this species by livestock are due to ground disturbance.

D. *The inadequacy of existing regulatory mechanisms. Cirsium vinaceum* is protected from taking in the National Forest by Federal regulations found in 36 CFR 261.9(b). No other State or Federal regulations protect this species.

E. *Other natural or manmade factors affecting its continued existence.* There are numerous areas where *Cirsium vinaceum* formerly existed (such as the type locality) or now exists in very low numbers. Many of these sites still appear to be suitable habitat for the species. The populations that formerly occurred on them apparently have been eliminated or reduced by livestock impacts or through competition with the introduced exotic plant species *Carduus nutans* and *Dipsacus sylvestris* (Fletcher 1978 and 1979).

The Service has carefully assessed the best scientific and commercial information available regarding the past, present, and future threats faced by this species in determining to make this rule final. Based on this evaluation, the preferred action is to list *Cirsium vinaceum* as threatened. Threatened status seems appropriate since only 20 populations are known, and these plants face potential threats from ground disturbance due to water development and livestock trampling. Critical habitat is not being determined due to factors discussed in the following section.

## Critical Habitat

Section 4(a)(3) of the Act, as amended, requires that to the maximum extent prudent and determinable, the Secretary designate critical habitat at the time a species is determined to be endangered or threatened. Critical habitat was included in the May 16, 1984, proposal (49 FR 20735) which also proposed threatened status for *Cirsium vinaceum.* The area proposed as critical habitat included 155 square miles and encompassed areas: (1) Occupied by *Cirsium vinaceum,* (2) containing the constituent elements required by the thistle, and (3) additional areas requested by the Forest Service to allow it to adequately plan for and manage this plant. Upon review of the comments and other information in the record, the large area included in the proposal to accommodate the Forest Service's management needs cannot be justified as an area that is essential to the conservation of *C. vinaceum.* The proposed critical habitat is thus being withdrawn.

The Service considered the option of designating a smaller area (occupied areas and areas with constituent elements) as critical habitat, but concluded that such a designation is not prudent at this time. Such a designation would involve description of a number of very small areas (approximately 29 acres total) which are not contiguous but rather exist as one to several acre parcels scattered throughout the 155 square mile area originally proposed as critical habitat. The provision of this very specific location information (highlighting the actual springs) could result in vandalism or increased taking pressures. Springs are easily located and modified by vandals. The Forest Service is aware of the areas which need to be managed for the *Cirsium* and is proceeding to develop plans for their protection. The Forest Service supports the withdrawal of critical habitat and feels that designation of 29 tracts of one to several acres each would only complicate and detract from their ability to manage and protect this species. Over 90% of the areas occur on lands administered by the U.S. Forest Service. The Service will also work with the Indian Reservation and private landowners through the recovery process to identify areas where the species occurs and to protect the species. No additional notification benefits would accrue from the designation of critical habitat. Protection of this species' habitat will be addressed through the recovery process and through the section 7 jeopardy standard. Therefore, there is no net benefit and it is not prudent to designate critical habitat for *Cirsium vinaceum* at this time.

## Available Conservation Measures

Conservation measures provided to species listed as endangered or threatened under the Endangered Species Act include recognition, recovery actions, requirements for Federal protection, and prohibitions against certain practices. Recognition through listing encourages and results in conservation actions by Federal, State, and private agencies, groups, and individuals. The Endangered Species Act provides for possible land acquisition and cooperation with the States and requires that recovery actions be carried out for all listed species. Such actions are initiated by the Service following listing. The protection required of Federal agencies and the prohibitions against collecting are discussed, in part, below.

Section 7(a) of the Act, as amended, requires Federal agencies to evaluate their actions with respect to any species that is proposed or listed as endangered or threatened and with respect to any critical habitat. Regulations implementing this interagency cooperation provision of the Act are codified at 50 CFR Part 402. Section 7(a)(2) requires Federal agencies to ensure that activities they authorize, fund, or carry out are not likely to jeopardize the continued existence of a listed species or to destroy or adversely modify its critical habitat. If a Federal action may affect a listed species or its critical habitat, the responsible Federal agency must enter into formal consultation with the Service. The only Federal agencies that may affect or be affected by the listing of *Cirsium vinaceum* are the Forest Service and the Bureau of Indian Affairs. Cattle trampling and water development disturbances are active threats on Forest Service lands and may result in interagency consultation between the Forest Service and the Service.

Effects of water development on *Cirsium vinaceum* can be eliminated or minimized by cooperative efforts to allow protection of *Cirsium* and its habitat and to enable water use to occur. If water is to be removed from a water source supporting a *Cirsium* population, diverting the water at a point sufficiently downstream of the plants will leave enough water for *Cirsium's* survival and will avoid habitat disturbance. Water development immediately below *Cirsium* populations may have harmful effects; therefore, water development effects will be determined on a case-by-case basis and the Service will work closely on this matter with the Forest Service. Effects of grazing can be minimized by fencing *Cirsium* populations to eliminate livestock trampling. Logging threats have been minimized by a no entry area condition on a recent timber sale. This condition was imposed by the Forest Service.

The Forest Service is currently preparing a District Management Plan for threatened and endangered species and has begun implementing protective measures for *Cirsium vinaceum* including: Fencing, livestock management to eliminate or alleviate grazing of important areas, and rerouting of recreational activities.

The Act and its implementing regulations found at 50 CFR 17.71 and 17.72 set forth a series of general trade prohibitions and exceptions that apply to all threatened plant species. With respect to *Cirsium vinaceum*, all trade prohibitions of section 9(a)(2) of the Act, implemented by 50 CFR 17.71, apply. These prohibitions, in part, make it illegal for any person subject to the jurisdiction of the United States to import or export this plant, transport it in interstate or foreign commerce in the course of a commercial activity, or sell or offer it for sale in interstate or foreign commerce, or remove it from Federal lands and reduce it to possession. Seeds from cultivated specimens of threatened plant species are exempt from these prohibitions provided that a statement of "cultivated origin" appears on their containers. Certain exceptions can apply to agents of the Service and State conservation agencies. The Act and 50 CFR 17.72 also provide for the issuance of permits to carry out otherwise prohibited activities involving threatened species under certain circumstances. International and interstate commercial trade in *Cirsium vinaceum* is not known to exist. It is anticipated that few trade permits would ever be sought or issued since this plant is not common in the wild or in cultivation. *Cirsium vinaceum* occurs on Federal lands involving the Forest Service and Mescalero Indian Reservation. It is anticipated that few removal and possession permits for the species will ever be requested. Requests for copies of the regulations on plants and inquiries regarding them may be addressed to the Federal Wildlife Permit Office, U.S. Fish and Wildlife Service, Washington, DC 20240 (703/235-1903).

## National Environmental Policy Act

The Fish and Wildlife Service has determined that an Environmental Assessment, as defined by the National Environmental Policy Act of 1969, need not be prepared in connection with regulations adopted pursuant to section 4(a) of the Endangered Species Act of 1973, as amended. A notice outlining the Service's reasons for this determination was published in the Federal Register on October 25, 1983 (48 FR 49244).

## Literature Cited


Abbott, J.R. 1983. *Cirsium vinaceum*. U.S. Forest Service, Southwest Region, Intraregional Memorandum. July 18, 1983.

Curran, N.L. 1983. *Cirsium vinaceum*. U.S. Forest Service Memorandum from Cloudcroft Ranger District to Lincoln Forest Supervisor. October 27, 1983.

Fletcher, R. 1978. Status report: *Cirsium vinaceum*. U.S. Forest Service, Region 3, Albuquerque, New Mexico. 5 pp.

Fletcher, R. 1979. Status report supplement: *Cirsium vinaceum*. U.S. Forest Service, Region 3, Albuquerque, New Mexico. 6 pp.

Martin, W.C. and C.R. Hutchins. 1980. A Flora of New Mexico. J. Cramer. viii + 2591 pp.

Olson, R.A. 1984. *Cirsium vinaceum*. Bureau of Reclamation, Washington, D.C. June 27, 1984.

Overbay, J.C. 1983. *Cirsium vinaceum*. Response to preliminary listing letter. U.S. Forest Service, Region 3. July 29, 1983.

Overbay, J.C. 1984. *Cirsium vinaceum*. U.S. Forest Service Southwestern Regional Intraregional Memorandum. October 24, 1984.

Todsen, T.K. 1976. *Cirsium vinaceum*, a threatened New Mexico species. Abstract of report presented at the annual meeting of the New Mexico Academy of Sciences. 1 p.

Wooton, E.O., and P.C. Standley. 1913. Description of new plants preliminary to a report upon the flora of New Mexico. Contributions from the U.S. National Herbarium. 16:109–196.


## Authors


The authors of this final rule are Peggy Olwell and Alisa Shull, Office of Endangered Species, U.S. Fish and Wildlife Service, P.O. Box 1306, Albuquerque, New Mexico 87103 (505/766-3972 or FTS 474-3972). Status information was provided by Mr. R. Fletcher, U.S. Forest Service, Region 3, 517 Gold SW., Albuquerque, New Mexico 87103. E. LaVerne Smith of the Service's Washington Office of Endangered Species served as editor.


## List of Subjects in 50 CFR Part 17

Endangered and threatened wildlife, Fish, Marine mammals, Plants (agriculture).

## Regulations Promulgation

### PART 17—[AMENDED]

Accordingly, Part 17, Subchapter B of Chapter I, Title 50 of the Code of Federal Regulations, is amended as set forth below:

1. The authority citation for Part 17 reads as follows:

Authority: Pub. L. 93-205, 87 Stat. 884; Pub. L. 94-359, 90 Stat. 911; Pub. L. 95-632, 92 Stat. 3751; Pub. L. 96-159, 93 Stat. 1225; Pub. L. 97-304, 96 Stat. 1411 (16 U.S.C. 1531 *et seq*.).

2. Amend § 17.12(h) by adding the following, in alphabetical order under Asteraceae, to the List of Endangered and Threatened Plants:

**§ 17.12 Endangered and threatened plants.**

* * * * *

(h) * * *

| Species | | Historic range | Status | When listed | Critical habitat | Special rules |
|---|---|---|---|---|---|---|
| Scientific name | Common name | | | | | |
| ASTERACEAE—Aster family: | | | | | | |
| * | * | * | * | * | * | * |
| *Cirsium vinaceum* | Sacramento Mountains thistle | U.S.A. (NM) | T | 278 | NA | NA |
| * | * | * | * | * | * | * |

Dated: May 29, 1987.

Susan Recce,

*Acting Assistant Secretary for Fish and Wildlife and Parks.*

[FR Doc. 87-13663 Filed 6-15-87; 8:45 am]

BILLING CODE 4310-55-M

SG02226

UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
NEW MEXICO ECOLOGICAL SERVICES STATE OFFICE
2105 OSUNA NE
ALBUQUERQUE, NEW MEXICO 87113
Telephone: (505) 761-4525 Fax Number: (505) 761-4542

January 6, 1995

Cons. #2-22-92-F-340
Cons. #2-22-93-I-058

Lee Poague, Forest Supervisor
Lincoln National Forest
1101 New York Avenue
Alamogordo, New Mexico 88310-6992

Dear Mr. Poague:

This responds to your October 4, 1994, request for formal consultation under section 7 of the Endangered Species Act (Act) of 1973, as amended, on the proposed Sacramento Allotment Management Plan (AMP), Lincoln National Forest (LNF), New Mexico. The species of concern for this consultation are the threatened Sacramento Mountains thistle (Cirsium vinaceum) and the Sacramento prickly poppy (Argemone pleiacantha ssp. pinnatisecta).

The following biological opinion is based on information provided by the Forest Service with the October 4, 1994, request for formal consultation, and information from files at the New Mexico Ecological Services State Office.

## BIOLOGICAL OPINION

Based upon the best scientific and commercial information available, it is the U.S. Fish and Wildlife Service's (Service) biological opinion that the Sacramento AMP is not likely to jeopardize the continued existence of the Sacramento Mountains thistle or the Sacramento prickly poppy.

### Description of Proposed Action

Under the AMP preferred alternative, the Forest Service proposes to permit grazing on a deferred rotation system for two summer pastures. Four winter pastures are proposed to be grazed under a deferred rest rotation system. Summer pastures will be grazed from May 15 to October 31, and the winter pastures from November 1 to May 14. Dates may be altered depending upon utilization; if forage use exceeds 40%, the numbers of livestock will be adjusted.

During the interim grazing plan, monitoring of the effects of grazing was conducted at some Sacramento Mountains thistle and Sacramento prickly poppy sites on the allotment. The continuation of this monitoring, for the purposes of assessing both short-term and long-term impacts, is critical to the understanding of the biological needs of both species, and to the continuing development of an allotment management plan that promotes and enhances the survival of these listed species.

JAN - 9 1995
LINCOLN NATIONAL FOREST

Monitoring proposed in the AMP for the Sacramento Mountains thistle includes 13 sites identified in the Biological Assessment for livestock herbivory that consistently reached or exceeded the threshold established for the interim grazing plan (25 percent of plants in a study plot have 40 percent of the plant eaten). The Forest Service is also developing a Challenge Cost Share Agreement (August 17, 1994, letter from Linda M. Barker, Forest Botanist to Anne Cully, Service Botanist) with biologists at New Mexico State University to monitor all Sacramento Mountains thistle plants annually to determine estimated population sizes from year to year, and a separate study to determine the effects of herbivory on the long term reproductive success of the species.

The Sacramento prickly poppy monitoring plots will be maintained in Alamo Canyon by the Forest Service for the purposes of determining the effects of livestock on plants, especially in the early part of the growing season when seedlings may be especially vulnerable to grazing and trampling.

Monitoring information will be used to adjust grazing within the pastures, and to revise the AMP as needed to protect and enhance recovery for listed plant species.

<u>Status of the Species</u>

Sacramento Mountains Thistle

The Sacramento Mountains thistle was listed as a threatened species in 1987 (52 FR 22933). This species occurs primarily on Lincoln National Forest (LNF) lands in the Sacramento Mountains of south-central New Mexico. Sacramento Mountains thistle is restricted to wetland sites at travertine springs, seeps, and streams. At the time of listing, potential threats to the species were the development of water sources, recreational over-use, exotic or noxious weed competition, logging, and trampling by livestock. The Sacramento Mountains thistle occurs on four (Sacramento, Pumphouse, James Canyon, and Scott Able) of the six grazing allotments managed by the Cloudcroft Ranger District of the LNF.

Herbivory by livestock and wildlife was assumed to be unimportant as a threat until Forest Service biologists observed significant levels of grazing on thistles (primarily on young plants) at the Telephone Canyon-Creek area in 1991 (USDA, 1992a). Data collected and analyzed from five canyons (Water, Brown, Telephone, Hubbell Exclosure, and Wills) resulted in a determination that, under the interim management plan for the Sacramento Allotment (USDA, 1992b), grazing may affect the Sacramento Mountains thistle on the summer range.

The summer range contains four pastures: Atkinson, Nelson, North Benson, and South Wills. Only the North Benson and South Wills pastures contain populations of the Sacramento Mountains thistle. The North Benson and South Wills pastures are currently managed under a two pasture rotation system in which full numbers of livestock (513 head) are permitted to graze. Observations of high forage utilization levels in 1991 resulted in a change from a rest rotation system to a deferred rotation system during 1992. This was done in an effort to spread high utilization over more acres and to reduce impacts to vegetation. Under the deferred rotation system, full stocking rates of cattle utilize the South Wills and North Benson pastures for a 3-month period each year. Range analysis data and monitoring data for the thistle have been

gathered during the interim allotment management plan for inclusion in the AMP. The Forest Service will continue to monitor and evaluate grazing impacts on the Sacramento Mountains thistle under the proposed AMP.

The Sacramento Mountains thistle is considered to be a biennial. Thomson (1990), however, observed multiple rosettes arising from a single root crown, suggesting that this may actually be a perennial thistle. Sacramento Mountains thistle is unusual for the genus in that it is robust, multi-stemmed, and grows up to 2 m (6-7 ft). Stems arise from a single root crown, and are smooth and purplish-green. Leaves are deeply incised, green and not hairy, 50 cm (20 in) long and 20 cm (8 in) wide. The margins of the leaves are armed with short yellow spines. Flowers are 5 cm (2 in) in diameter, rose-purple in color, and are nodding on the stems. Flowers are subtended by spiny bracts that are reflexed at the middle. Individual plants die after flowering or form non-seedling replacement rosettes in the following year. Sacramento Mountains thistle is restricted to wetland sites at travertine springs, seeps and streams that occur in mixed conifer or montane meadow grassland communities 2,300-2,900 m (7,500 to 9,500 ft) in elevation (Thomson, 1990).

Current information indicates that there are approximately 63,000 plants of Sacramento Mountains thistle known from 60 sites on the LNF (USDA, 1992a). Approximately 45,000 plants (or 71 percent of the total thistle population) occupy 48 sites (38 springs sites and 10 stream sites) within the Sacramento Allotment. Sacramento Mountains thistle occurs within three large drainage systems of the Sacramento Grazing Allotment: Wills Canyon, Rio Penasco, and Russia Canyon. The Rio Penasco drainage system has the largest population and highest number of occurrences for Sacramento Mountains thistle. The summer grazing range includes approximately 93 percent of all known thistle sites on the Sacramento Allotment.

Sacramento Mountains thistle is dependent on surface water found in travertine springs, streams, and riparian meadows. There is concern that invasive, weedy species such as teasel (Dipsacus sylvestris) and musk thistle (Carduus nutans) may choke out Sacramento Mountains thistle in riparian habitats. This is especially likely in those riparian habitats that have been degraded by livestock trampling. Currently, there is little information available on this threat. Under the Challenge Cost Share Agreement with NMSU, the relationship between invasive weeds and the thistle will be studied.

Sacramento prickly poppy

The Sacramento prickly poppy was listed as an endangered species on August 24, 1989 (54 FR 35302). Plants are found in 10 canyons on the west side of the Sacramento Mountains, Otero County, New Mexico. The winter range of the Sacramento Allotment includes Alamo Canyon and its tributaries, the home of about 75% of the total number of the species (USDA, 1992c). For this reason, there is particular concern over grazing management in these areas. In 1993, the Service reviewed the Biological Evaluation that addressed potential effects of livestock grazing on the winter range on Sacramento prickly poppy. The Service concurred with the measures proposed to avoid adverse impacts to the species. These measures included removing livestock from pastures on or before March 1, monitoring the effects of livestock on the poppy, and evaluating data and identifying ways to protect the species under long-term grazing management of the allotment. In 1994, the Service concurred

with the Forest Service request to continue grazing on the winter range until May 15, based on commitment from the Forest Service to establish three monitoring plots in the Alamo Canyon system. These plots were visited at least three times in the growing season to look for herbivory or trampling on seedlings or mature plants, and to undertake a survey to determine the current numbers and status of the species. The inconclusive data collected from the monitoring plots during 1994 reflect the low numbers of seedlings present during the year (June 16, 1994, memo from Max Goodwin, Cloudcroft District Ranger to Linda M. Barker, Forest Service Botanist). The Forest Service is committed to continue monitoring under the proposed AMP to determine the effect of grazing on the Sacramento prickly poppy.

Sacramento prickly poppy plants are robust perennials sometimes behaving as an annual or short-lived perennial species. They have 3-12 prickly stems, branching from the base and growing to a height of 51-150 cm (20-60 in). The plants have pale lemon to white milky sap, distinguishing them from its close relative (Argemone pleiacantha ssp. pleiacantha), which has bright yellow-orange sap. The flowers have six white petals 3-4 cm (1.2-1.6 in long), and numerous stamens. The leaves are long, narrow, with box-shaped sinuses between the spine-tipped lobes.

This species occupies xeric uplands or benches of Chihuahuan desert grassland and desert scrubland habitat several meters above the stream channels. Older, established plants appear to be independent of perennial surface water. Although some species of Chihuahuan desert plants have a deep taproot that enables them to obtain subsurface water from lower soil depths, it is not known if Sacramento prickly poppy also has this ability.

Sacramento prickly poppy grows in desert canyon systems where brief and intense episodic flash floods occur. At times, this may occur with such severity that it literally scours the canyon bottoms and may extirpate local populations of Sacramento prickly poppy (USDA, 1989). This species also grows in or near the main stream channel of canyon bottoms and biologists have suggested that flash floods may play a role in seed dispersal. However, the main stream channel may actually be marginal habitat for Sacramento prickly poppy as it does not persist nor readily colonize these areas (D. De Lorenzo, USFS, pers. comm., 1992). Transportation of water within the canyon system and from springs via a pipeline may have affected the Sacramento prickly poppy by reducing total subsurface moisture within the canyons and increasing aridity within the lower canyon bottoms. Seed germination may now be limited to times in which sufficient moisture permits seedling recruitment and establishment. Episodic flooding from runoff continues today although the pipeline itself may have accelerated the phenomenon of scouring and the loss of plants growing within the main stream channel. The relationship of these factors to the distribution and survival of the Sacramento prickly poppy is not well known. Removal of large quantities of water from the canyon system for human use may have affected plant establishment and species composition within the canyon bottoms.

Recent surveys indicate that there are approximately 1,135 plants of Sacramento prickly poppy on Forest Service lands. These plants occur at elevations ranging from 1,280-2,170 m (4,200-7,120 ft). The largest population of 800-900 plants is found in the Alamo Canyon System (including Deadman and Caballero canyons). The largest and most vigorous populations of Sacramento prickly poppy occur in upper areas of the canyons.

## Environmental Baseline

### Status of the Species

### Sacramento Mountains Thistle

Although Sacramento Mountains thistle has been monitored since 1988, grazing impacts were not considered until the fall of 1991. Sacramento Mountains thistle occurs at 16 sites on the North Benson pasture and 29 sites on the South Wills pasture. There are 24 total sites grazed by livestock within the Sacramento Allotment. Forty sites (including exclosures on the allotment and several sites on another allotment) were visited approximately 200 times throughout the period May 1992 to October 1993 (Galeano-Popp, 1994).

Because the grazing regime changed from a rest rotation to a deferred system in May 1992, we have no way of establishing baseline conditions under earlier management strategies. However, information gathered during 1992, 1993, and 1994 has been important in developing protection and monitoring for the thistle in the proposed Sacramento AMP.

### Sacramento Prickly Poppy

Prior to 1994, evidence for effects of livestock on this species was primarily anecdotal. Because few seedlings were observed in the course of monitoring, there is not enough evidence to make conclusions about the effects of livestock on Sacramento prickly poppy at the critical seedling stage. Monitoring plots established during the interim grazing plan will be maintained by the Forest Service, to determine the effects of grazing and trampling on seedlings and mature plants.

The proposed AMP has been developed in 1994 in part using monitoring data gathered during the interim grazing plan in effect during 1992, 1993, and 1994. This time frame is not sufficient to accurately assess the long-term impacts that grazing has on the Sacramento Mountains thistle or the Sacramento prickly poppy. However, the information gathered from monitoring plots for both species will be reevaluated throughout the monitoring process and at the termination of the monitoring effort. The commitment of the LNF to adjust the provisions of the AMP in accordance with new data derived from the monitoring provides a necessary level of protection to these species.

## Effects of the Proposed Action

### Sacramento Mountains Thistle

Impacts to Sacramento Mountains thistle are primarily related to permitted livestock grazing within the summer range of the Sacramento Allotment. Livestock grazing has occurred on the LNF since it was established. Grazing affects the Sacramento Mountains thistle by herbivory and trampling (which includes loss of reproductive potential, loss of seedling establishment, and habitat degradation).

Sacramento Mountains thistle herbivory was first documented by Malaby from Lucas Canyon during 1989 (USDA, 1992b). Herbivory was documented by Wood from

Lucas Canyon and other locations on the North Benson pasture in 1991, when full numbers of livestock were again stocked on the pasture. Eighty-two percent (9 out of 11) of the sites monitored on the North Benson pasture were observed to have noticeable thistle herbivory. Only 12 percent (1 out of 8) of the sites monitored on the South Wills pasture were observed to have noticeable thistle herbivory. Wood observed that thistle herbivory was 30 percent greater in areas grazed by livestock (USDA, 1992b). Wildlife apparently consume thistle but to a lesser degree than livestock (R. Galeano-Popp, USFS, pers. comm.). Thistles appear to be most palatable to livestock from April to May, when rosettes produce new leaves. Extensive herbivory has also been observed in the fall on the centers of plants, which could potentially affect flowering shoots.

More recent assessments of herbivory at approximately 40 thistle locations in the Sacramento and Scott Able allotments in 1992 and 1993 (Galeano-Popp, 1994) indicate that thistles are regularly eaten by livestock (most unexclosed sites showed signs of herbivory), and that usage of the species is at its highest during the spring and fall.

Trampling is associated with livestock usage of riparian (thistle) habitat and may represent a greater threat to this species than grazing. Livestock tend to concentrate in riparian areas from May through July, when these areas are the major source of water (USDA, 1992a). Trampling may impact the Sacramento Mountains thistle through the following means: habitat degradation that opens up riparian habitat to more invasive, weedy species such as teasel and musk thistle, loss of reproductive potential, and eliminating or reducing seedling recruitment and establishment.

Historically, livestock have heavily impacted riparian areas of the LNF (Galeano-Popp, pers. comm.). This has resulted in visible erosion problems along drainage areas like the Rio Penasco. Soil development in the LNF is limited by a number of factors: high elevation, relatively short growing season, prolonged periods of cold temperatures, underlying bedrock, and steep slopes. Soils tend to be thin and fragile in riparian areas and there is high potential for erosion from surface water runoff. Riparian habitats and vegetation are easily degraded by livestock trampling. This may open these habitats up to invasive, weedy species such as teasel and musk thistle, which choke out Sacramento Mountains thistle. Random movement of livestock within thistle habitat could break off young flowering stems, thus eliminating an individual plant's genetic contribution to the population within an area. Trampling may also eliminate or reduce seedling recruitment and establishment depending on the time of year when it occurs and its severity.

Grazing and trampling appear to have an impact on Sacramento Mountains thistle numbers and populations. The net effect of establishing grazing exclosures has been an increase in Sacramento Mountains thistle plants in spring sites located in Hubbell and Lucas canyons, and at Bluff Springs on the Rio Penasco. Outside the Sacramento Allotment, exclosures from grazing resulted in a dramatic increase in riparian Sacramento Mountains thistle populations at Silver Springs. Increased Sacramento Mountains thistle numbers have also been observed in Scott Able Canyon, without the benefit of an grazing exclosure. Recent observations by the Forest Service have also documented the decline of Sacramento Mountains thistle populations within some areas of the Sacramento Allotment. A net loss of 36 percent (50 plants in 1989 and 32 plants in 1991) was recorded in a population between Marcia Cemetery and the

junction with Water Canyon on the Rio Penasco; a net loss of 90 percent (450 plants in 1984 and 45 plants in 1991) occurred in a population located within the exclosure at Bluff Springs area; and a net loss of 84 percent (300 plants in 1984 and 47 plants in 1991) occurred in a population located within an illegally developed spring about 4 miles northeast of Bluff Springs. Populations of Sacramento Mountains thistle have also declined in areas off the Sacramento Allotment. Approximately 20 plants disappeared along the Sacramento River between 1987-1991, and the habitat is now infested with teasel (USDA, 1992b). Sacramento Mountains thistle was first collected at the type locality of Fresnal in 1899 by Elmer Wooton (near High Rolls). This location and plants have not been relocated. Decline within populations of Sacramento Mountains thistle and portions of its historic and current range is a cause for concern.

Monitoring of grazing impacts on the species has only recently begun and must include establishment of permanent, long-term monitoring plots within both pastures of the Summer Range (North Benson and South Wills). Recent monitoring of the effects of herbivory have documented apparent increases in the numbers of rosettes present at study sites on the Sacramento Allotment (Galeano-Popp, 1994). Without verifiable information, there is no baseline with which to compare or assess long-term impacts of grazing on this species. The single incident of spring development within the Sacramento Allotment demonstrated the disastrous effects of surface disturbance for one population of thistle (USDA 1984, Richard Sherman Case Report).

Sacramento Prickly Poppy

Impacts to the species in the Sacramento Mountains include those from permitted grazing. Except for Dog Canyon, all west side canyons occupied by the poppy are used by permitted livestock (USDA, 1992c). Livestock grazing may also indirectly affect the poppy by degrading riparian areas. It is difficult to evaluate actual grazing impacts to the poppy at this time. The AMP addresses the need for information about grazing impacts, and provides for continuing monitoring plots in Alamo Canyon.

Cumulative effects

Cumulative effects include the efforts of future State, local, or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action (i.e., timber harvesting, recreation) are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Sacramento Mountains thistle may include non-Federal timber harvesting (the degradation of water quality through increased siltation within springs and streams and increased erosion), recreation, and other activities.

Additional impacts to the Sacramento prickly poppy relate to the long-term removal of large quantities of water from formerly riparian areas on the west side of the Sacramento Escarpment. The City of Alamogordo has water rights to 12 million gallons per day, or 16 cubic feet per second, from the Fresnal Canyon System.

INCIDENTAL TAKE STATEMENT

Sections 7(b)(4) and 7(o)(2) of the Act do not apply to the incidental take of listed

plant species. However, protection of listed plants is provided to the extent that the Act requires a Federal permit for removal or reduction to possession of endangered plants from areas under Federal jurisdiction, or for any act that would remove, cut, dig up, or damage or destroy any such species on any other area in knowing violation of any regulation of any State or in the course of any violation of a State criminal trespass law.

## CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs all Federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of threatened and endangered species. Conservation recommendations have been defined as suggestions of the Service regarding discretionary measures to minimize or avoid adverse effects of a proposed action on listed species or critical habitat or regarding the development of information. Successful implementation of the following conservation recommendations would help remove adverse impacts to Sacramento Mountains thistle and Sacramento prickly poppy plants resulting from the Forest Service's implementation of the AMP. The recommendations are:

1. Three monitoring plots will be maintained in Alamo Canyon. These plots will be visited at least three times during the growing season; once early in the growing season (March-April) to look for seedlings, and twice to check for impacts to any seedlings or mature plants (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

2. Monitoring will be continued at the 13 selected thistle sites. The impact threshold will be reached when 25 percent of the plants exhibit 40 percent herbivory during the period from July 1 to August 31. The Service will be informed in a timely manner whenever this threshold is met or exceeded. When and if this occurs, the cattle will be removed or herded from the area or protective fencing (exclosures) will be placed around the impacted area (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

3. Monitoring of the status and estimation of population numbers will be made on an annual basis by outside researchers (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

4. Study plots will be established to determine the long-term effects of grazing on reproductive success. The Service will be given the opportunity to comment on the research design and will be informed of the results of the studies in a timely manner (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

5. Reevaluation of the effects of grazing on the Sacramento Mountains thistle and the Sacramento prickly poppy based on Forest Service and research monitoring and study results should be done annually. The Service should be informed of the results of monitoring and research and given the opportunity to participate in decisions about changes in management based on new information.

6. Forest Service botanists should be a part of any changes in stocking rates or in determining grazing sequence and range readiness of pastures (see Environmental Assessment, Grazing Sequence, p. 14). The most recent information on the status of the Sacramento Mountains thistle and the Sacramento prickly poppy should be included in these decisions. The Service should be informed in a timely manner and given time to participate in discussions and decisions.

7. Because the health of these listed species is linked to the health of riparian zones on the LNF, the needs of the species should be included in riparian management plans. Because of the sensitivity of many riparian species to grazing, the Forest Service should be prepared to develop flexible methods of management. Such methods could include riparian pastures, which would allow grazing to be controlled in specific areas for short periods of time.

## CONCLUSION

This concludes formal consultation on the action outlined in the request. As required by 50 CFR § 402.16, reinitiation of formal consultation is necessary if: 1) the amount or extent of incidental take is exceeded; 2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; 3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or (4) a new species is listed or critical habitat is designated that may be affected by the action.

If we can be of any further assistance, please contact Sonja Jahrsdoerfer at (505) 761-4525.

Sincerely,

Jennifer Fowler-Propst
State Supervisor

cc:
Regional Director, U.S. Fish and Wildlife Service, Albuquerque, New Mexico
Regional Forester, U.S. Forest Service, Albuquerque, New Mexico
Regional Botanist, U.S. Forest Service, Albuquerque, New Mexico
Director, New Mexico Energy, Minerals and Natural Resources Department, Santa Fe, New Mexico

## LITERATURE CITED

U.S.D.A. Forest Service. 1984. Richard Sherman case report. Cloudcroft Ranger District, Lincoln National Forest, Otero County, New Mexico.

__________________ 1989. Draft interim management plan for Argemone pleiacantha ssp. pinnatisecta (Sacramento prickly poppy). U.S.D.A. Forest Service, Albuquerque, New Mexico. 12 pp.

__________ 1992a. Sacramento Allotment grazing monitoring plan for the interim period between May 1992 and implementation of the AMP anticipated to be in 1994. U.S.D.A. Forest Service, Albuquerque, New Mexico. 5 pp.

__________ 1992b. Threatened, endangered and sensitive species biological evaluation, Lincoln Nation Forest, Sacramento Allotment Interim Summer Grazing Plan, U.S.D.A. Forest Service, Albuquerque, New Mexico. 21 pp.

__________________ 1992c. Threatened, endangered and sensitive species biological evaluation, Lincoln National Forest, U.S.D.A. Forest Service, Albuquerque, New Mexico. 14 pp.

Galeano-Popp, R. 1994. Results of monitoring herbivory on Cirsium vinaceum, 1992-1993. Draft report on file, Lincoln National Forest, Alamogordo, New Mexico.

Thomson, J.K. 1990. Habitat Analysis of Cirsium vinaceum (Asteraceae). Masters' thesis. New Mexico State University, Las Cruces, New Mexico.