EXHIBIT 4

\input fslogos

United States Forest Service Cloudcroft Ranger District P.O. Box 288
...rtment of ...ulture Cloudcroft, NM 88317
(505)682-2551

...kip 12truept \hrule \vskip 12truept

Reply to: 2230

Date: October 16, 1992

Sacramento Grazing Association
c/o Jimmy Goss (President)
Weed, New Mexico 88354

Dear Jimmy:

This letter will serve to document our response to your recent request to graze the small trap on the headwaters of the Rio Penasco. Your request involved the use of the trap from October 15 - November 1 with a maximum of 50 head of cattle. In your recent phone conversation with Mark Cadwallader, you stated that you were allowed use of the trap in 1989 and 1990 for approximately the above period of use and livestock numbers. In 1991, you were denied use since the original purpose of the trap or exclosure was to exclude grazing use for the protection of Circium vinaceum habitat and watershed protection. Extensive investigation of when and for what purpose the trap or exclosure was originally constructed revealed the following:

1) the west side of the trap or exclosure was created when the new highway ...o Rice Canyon was constructed and the right-of-way fences were built.

2) the east side was part of the old original boundary fence between the former Summit and Penasco Allotments.

3) the south fence, apparently built in 1983, created the trap or exclosure in question. The purpose of which was to protect critical Circium vinaceum habitat on the headwaters of the Rio Penasco. The project was accomplished through coordination with the former permittee, the U.S. Fish and Wildlife Service and the U.S. Forest Service.

...he decision to allow livestock use of the exclosure in 1989 and 1990 was made ...ithout knowledge of the above information and is the reason that you were ...enied use in 1991. In addition, the exclosure has been selected as critical ...onitoring site to analyze long-term trend in Circium vinaceum populations. ...s you are aware we are currently involved in formal consultation with the ...S. Fish and Wildlife Service regarding grazing impacts on Circium Vinaceum. ...e have entered consultation under the premise that the area in question is ...urrently ungrazed and will be maintained as a study site. Allowing grazing ...se at this point could negatively affect our progress in resolving this ...ritical issue.

...ased upon the above information, I feel it in the best interest for all ...oncerned to deny your request for this year. If you have any additional

\bf Caring for the Land, Serving People

concerns that were not addressed in this letter, please contact Mark Cadwallader at 682-2551.

GOODWIN
District Ranger