EXHIBIT 5

United States Department of Agriculture
Office of the General Counsel
517 Gold Avenue, S.W.
Room 4017
Albuquerque, NM 87102
(505) 768-6940
(FAX) 768-6949

October 16, 2000

By FACSIMILE

Clifford C. Nichols
Law Office of Clifford C. Nichols
300 Central Avenue, S.W.
Suite 2500 West
Albuquerque, NM 87102

Subj: Upper Penasco Exclosure and Tagging of Livestock

Dear Mr. Nich...

At the request of John Zavitz, I have discussed your concerns regarding these matters wi... Newmon of the Sacramento Ranger District. The Upper Penasco Exclosure which may formerly been a "livestock trap" is no longer available for the rounding up of cattle. This area ... now a livestock exclosure because of the presence of the Sacramento Thistle which is listed under the Endangered Species Act as threatened and the current condition of the watershed in the area. I understand that a previous Forest Service employee allowed your client the use of this area in approximately 1991 but it is no longer available for use by cattle.

In answer to your question regarding the tagging of the livestock, this must be accomplished before the cattle return to the summer range next year. It has been suggested that this might be easier to accomplish this Fall when the cattle are moved to the winter range but, in any event, every animal must be tagged by May of 2001.

If you have any further questions, please do not hesitate to contact me.

Sincerely,

Mary Ann Joca

MARY ANN JOCA
Assistant Regional Attorney

cc: John W. Zavitz
U.S. Attorney's Office

Andrew A. Smith
Department of Justice

PL00790