EXHIBIT 6

 4-11 31

United States Department of Agriculture | Forest Service | Cloudcroft Ranger District | P.O. Box 288 Cloudcroft, NM 88339

Reply To: 2230 Date: January 25, 1990

Subject: Annual Operating Plan, 1990

To: Sacramento Cattle Co.
Rt. 1
Box 51
La Luz, NM 88337

The 1990 Annual Operating Plan for the Sacramento Allotment(s) is enclosed.

Please sign both copies, retain one for your files and return the remaining one to the Mayhill District Office.

This letter will serve to document your meeting held with Rick Newmon.

In keeping with provisions and requirements of your grazing permit, the following must be accomplished prior to turnout, or pasture moves.

1. Fees paid
2. Notification to Forest Officer five days prior to turnout on seasonal ranges.
3. Maintenance responsibilities

<u>Please keep actual use records and turn them into this office at the next validation meeting</u>.

If you observe unauthorized livestock use on the allotment, please notify this office as soon as possible.

Rick Newmon

MAX E. GOODWIN
District Ranger

Enclosure

31

1990

2210

ANNUAL OPERATING PLAN

ALLOTMENT(S) Sacramento

PERMITTEE(S) Sacramento Cattle Co.

A. The following numbers and classes of livestock will be permitted to graze the Sacramento allotment this year.

LIVESTOCK NUMBERS & SEASON OF USE

Permitted Livestock Numbers:

| Allotment | Term | Temporary | Private | Season | Total Number |
|---|---|---|---|---|---|
| Sacramento | 456 | | | 3/1 - 2/28 | 456 |

NON-USE 97 hd 2nd year

B. GRAZING SYSTEM
Grazing Schedule or Pasture Sequence:

3/1 - 5/1 Pasture Ridge and Grapevine units s
Grapevine 200 head, Pasture ridge 256

Two week move period

5/15 - 11/15 Wills and Hay Canyon Units
11/16- 2/28 Alamo Unit, Burleson, Holder, Long Ridge etc.

When cattle are in Grapevine, keep them in the upper part of the canyon to the extent water will allow.

Do not attract cattle into areas known to have Sacramento Thistle, such as Water Canyon. Place salt at the head of the canyon or on ridges. The same will apply to any areas having the thistle.

C. RANGE IMPROVEMENT MAINTENANCE

The following will be completed this grazing season:

Maintain fences and waters ahead of pasture moves to the summer and winter pastures.
Complete the water gap in the Russia fence.
I will work to get clearance to build a corral and holding trap in Hay Canyon.

D. SALTING AND SUPPLEMENTAL FEEDING

Salt and supplemental feed will be used as a range management tool to draw livestock into areas of little or no use. This normally does not include areas adjacent to water or canyon bottoms.

E. PROTECTION

The permittee, his agents and employees, when acting within the scope of their employment, and his contractors and subcontractors will protect the land and property of the United States, waived private land and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress and report promptly all fires on or endangering such land and property. During periods of high fire danger, branding fires will be allowed by permit only.

All work involving the use of heavy equipment will be accomplished only with prior approval of the District Ranger.

Melvin J. Bonnell
Permittee

District Ranger