EXHIBIT 7

118

United States Department of Agriculture
[Fore]st Service
Sacramento Ranger District
[P].O. Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2230

Date: February 28, 1997

Sacramento Grazing Association
c/o Jimmy Goss (President)
Weed, NM 88354

Dear :

The 1997 Annual Operating Plan for the Sacramento Allotment (s) is enclosed. Please sign both copies, retain one for your files and return the remaining one to the Sacramento District Office in Cloudcroft.

In keeping with provisions and requirements of your grazing permit, the following must be accomplished prior to turnout, or pasture moves.

1. Fees paid
2. Notification to Forest Officer five days prior to turnout on seasonal ranges.
3. Maintenance responsibilities

Please keep actual use records and turn them into this office at the next validation meeting.

If you observe unauthorized livestock use on the allotment, please notify this office as soon as possible.

FOR MAX E. GOODWIN
District Ranger

Enclosures: 2 copies AOP

1997

2210

ANNUAL OPERATING PLAN

ALLOTMENT(S) Sacramento

PERMITTEE(S) Sacramento Grazing Association

A. The following numbers and classes of livestock will be permitted to graze the Sacramento Allotment this year.

LIVESTOCK NUMBERS & SEASON OF USE

Permitted Livestock Numbers:

| Allotment | Term | Temporary | Private | Season | Total Number |
|---|---|---|---|---|---|
| Sacramento | 553 | 0 | 0 | 03/01 - 02/28 | 553 |

B. GRAZING SYSTEM
Grazing Schedule or Pasture Sequence:

SUMMER UNIT:

North Benson Pasture 05/15 - 07/31

South Wills Pasture 08/01 - 10/31

*** Due to the extreme forage use that occurred in the North Benson pasture last fall, it may be necessary to use the South Pasture early and the North pasture in the late summer and fall. The decision on which pasture to use first will be made at the end of April.

Penasco Corrals - use same as last year.

HEIFER PASTURES

Atkinson Pasture 05/15 - 07/31
(Pay close attention to use levels along the highway at Atkinson Canyon.)

Nelson-Carr Pasture 08/01 - 10/31

WINTER UNIT:

Livestock to be distributed between Alamo, Pasture Ridge, and Grapevine Pastures.

C. <u>RANGE IMPROVEMENT MAINTENANCE</u>

The following will be completed this grazing season:

Routine maintenance as assigned in permit.

Construction of any new range improvements will depend on status of proposed AMP.

Dirt Tanks in Mule Canyon Pasture should be cleaned out.

D. <u>SALTING AND SUPPLEMENTAL FEEDING</u>

Salt and supplemental feed will be used as a range management tool to draw livestock into areas of little or no use. This normally does not include areas adjacent to water or canyon bottoms. In all instances, salt will be placed at least one half mile from occupied <u>Circium</u> <u>vinaceum</u> habitat. Salt should be checked and moved periodically to avoid potential overuse.

E. <u>PROTECTION</u>

The permittee, his agents and employees, when acting within the scope of their employment, and his contractors and subcontractors will protect the land and property of the United States, waived private land and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress and report promptly all fires on or endangering such land and property. During periods of high fire danger, branding fires will be allowed by permit only.

All work involving the use of heavy equipment will be accomplished only with prior approval of the District Ranger.

F. SPECIAL MANAGEMENT CONCERNS

**Grazing Management/Goshawk Guidelines**--The goshawk is listed as a sensitive species by the Forest Service and there remains a potential for listing as a federal T&E species. The intent of the forage use guidelines is to help provide healthy habitat conditions for prey animals of the goshawk that live in small meadows or small open areas with scattered mature trees occasionally occuring within the larger forested zones. For the 1997 grazing year, sites where these guidelines apply will be the ponderosa pine and higher forested zones. The livestock management objective will be to provide for an average forage use impact of no more than 20 percent over all sites with a maximum forage use impact of no more than 40 percent in any individual site occuring within identified goshawk territiories. For management purposes the forage use guidelines will be generally applied to meadows of less than one-half acre, and four acres or less in forest openings that contain scattered mature trees.

If management guidelines are revised, or as goshawk territory changes are identified, it may be necessary to change the guidelines and those areas that need special management attention. If this occurs during the 1997 grazing season you will be notified in writing by the District Ranger.

At this point in time, it is unknown what overall affect these guidelines will have on the forest's grazing permittee operations. But, because these small openings generally do not make up a significant part of the livestock forage resource on most of our high elevation allotments, we are hopeful the guidelines will not result in the need for any major changes in management. It is important that we work as partners in monitoring grazing use in these small openings, for both livestock and elk where present, so we can get a true assessment of how these guidelines will affect future grazing management.

Circium vinaceum

* It is critical that forage use levels on Circium vinaceum populations be closely monitored. If forage use becomes a concern on any Circium vinaceum population, livestock must be promptly moved away from these areas.

______________________
Permittee

______________________
District Ranger