EXHIBIT 8

United States Department of Agriculture
Forest Service
Sacramento Ranger District
P.O. Box 288
Cloudcroft, NM 88317
(505) 682-2551

42

File Code: 2230/2210/2670
Route To:

Date: May 5, 1998

Subject: Amendment to 1998 Annual Operating Plan for the Sacramento Allotment

To: Sacramento Grazing Association
c/o Jimmy Goss, Pres.
Box 475
Weed, New Mexico 88354

RETURN RECEIPT REQUESTED
CERTIFIED

In order to insure that Forest Service policy regarding grazing use in riparian exclosures is clearly understood, the following provisions are to be included as an amendment to your current 1998 Annual Operating Plan (AOP). The riparian exclosures on the Sacramento Allotment listed below are officially excluded from livestock grazing activities:

Mauldin Exclosure - Upper Wills Canyon, Sect. 29 T. 17S., R.12E.
Hubbell Springs Exclosure - Hubbell Canyon, Sect. 32 T.17S., R.12E.
Western Riparian (Kingsbury) Exclosure - South of Wright Spr., Sect. 35 T.18S., R.11E.
Bluff Springs Exclosure - Penasco River. Sect. 17 T.17S., R12E.
Sacramento Lake Exclosure - Sacramento Lake, Sect. T.18S., R.11E.
Upper Penasco Exclosure - Headwaters of the Penasco, Sect. 11 and 14 T.17S., R11E.
(Livestock may be driven across the northern corner of this exclosure adjacent to the Rio Penasco Road and the Sunspot Highway during pasture moves, but are not to remain in the exclosure).

A map of each of the exclosures listed above is attached to insure all parties are fully aware of their location.

Every effort must be made to keep livestock out of these areas. Maintenance of the exclosure fences is the responsibility of the Forest Service. We will make every effort to insure these fences are properly maintained. It is your responsibility to take prompt action in removing livestock from these areas when they are found inside an exclosure. Failure to do so is a violation of the Terms and Conditions of your grazing permit which could result in possible suspension or cancelation of your grazing permit.

The AOP you received in January (copy attached) and the above amendments are "hereby made a part of the Term Grazing Permit on the Sacramento Allotment". I must also inform you that failure to sign and return a copy of your AOP, which you have failed to do in 1998 and 1997, does not diminish its authority or direction in any way. AOP's are not required to be signed by the permittee. Failure to comply with the provisions contained in AOP's is clearly a violation of the Terms and Conditions of your grazing permit.

I encourage your cooperation in this matter, but I want you to know as a permittee, you do have appeal rights under 36CFR251 if you feel instructions contained in AOP's are unreasonable or not attainable.

If you have any additional questions about the above matter, please contact Rick Newmon or Mark Cadwallader at (505) 682-2551.

Max E. Goodwin

MAX E. GOODWIN
District Ranger

cc:
Forest Supervisor

I concur: M.Cadwallader 05/05/98
D2:M.Cadwallader:cm 05/05/98


Willie White
Wills Canyon
Mauldin Exclosure
Hubbell Canyon
Hubbell Springs Exclosure
Hay Can


Westside Road
Wright Springs
Western Riparian
Exclosure
Rock Waterhole Canyon
Snaky Canyon
Bug Scuffle Ranch


Bluff Springs Exclosure
Rio Penasco
Willie White Canyon


Upper Penasco Exclosure
Atkinson Canyon
Johnson Canyon
Schofield Canyon
Rio Penasco Road
Sunspot Highway


Sacramento River
Sacramento Lake
Exclosure