EXHIBIT 9

**Sacramento Grazing Association**
**May 28,2007**

Ranger Frank Martinez
Sacramento Ranger District
P.O.Box 288
Cloudcroft, NM 88317

Dear Frank,

We are once again asking you to restore the 553 head of cattle to our allotment. We purchased the allotment for 553 head in 1989. In 2000 you cut our permitted numbers to 330 for a violation of our permit. At that time you told us the penalty would expire in two years. Since that time you have had us part of the time with as few as 230 cattle on our allotment. We have never been allowed by the FS to return to our allotted numbers. You have used the excuse that there may be drought conditions . Last year we received 42 inches of rain on the allotment and approximately 5 feet of snow over the winter. We have had very good rains this spring and our forage is the best it has ever been since we have owned the ranch. Monitoring by the RITF shows that we now have plenty of forage for our cattle. This is a reasonable request by Sacramento Grazing Association and we are hoping to receive a reasonable answer. We have not signed any new permit for any other number than what we purchased. We were never consulted as NEPA requires while the BO was being prepared for the EIS though we did comment and our comments were ignored. In the Rod there are statements that are not true, on page one, paragraph 3 it states that the Sacramento was made up from 10 allotments, there were 12. When we bought the allotment the Dry and Davis were part of our purchase and the FS never allowed us to use them. On page 2 ,paragraph 7 Rod states that FS transferred the Davis to Angel Canyon Ranch. These are private property rights that the owner can transfer not the FS. We have asked many times that you would allow our

Pg 2 May 28. 2004

cattle to access our right to water on the Sacramento River and the Penasco Headwaters. These rights have been denied . We have never been consulted when the cattle numbers were addressed. The Sacramento Mountains Prickly Poppy in Alamo Canyon was supposed to be vacated on February 1, for two years and we are still having to move cattle there on February 1. We don't want any more fences in our pastures that exclude cattle. We believe we are reasonable in our requests .

Jimmy Goss