EXHIBIT 10

United States Department of Agriculture | Forest Service | Sacramento Ranger District | Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2230
Date: July 3, 2002

Jimmy Goss
President
Sacramento Grazing Association
PO Box 596
Weed, NM 88354

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**NUMBER:** 7000 0600 0026 1721 8338

Dear Mr. Goss:

On June 14, 2002, you received a letter of non-compliance for allowing cattle to graze in the: 1. Upper Penasco Wetland Exclosure, 2. Sacramento Lake Exclosure, 3. cattle being in the South Pasture when they should have been in the North Pasture.

On June 21, 2002, Cedric Selby and Mark Cadwallader inspected these areas. They met Spike out in Upper Rio Penasco and walked portions of the Bluff Springs and Upper Penasco Wetland Exclosures. From that inspection, it is clear that the fences around these two exclosures are in need of maintenance and that maintenance is Forest Service responsibility. As a result, I am withdrawing the Notice of Non Compliance part of the June 14th letter for the Upper Penasco Wetland Exclosure, only.

They also reported, from their inspection, that none of your cattle were in the South Pasture or in the Sacramento Lake Exclosure.

I appreciate your efforts to remove cattle from the exclosures. I have made repairing the fences around the Bluff Springs and Upper Rio Penasco a priority and you should be seeing work there very soon.

Again, thank you for your efforts to gain compliance.

Sincerely,

Frank R Martinez

FRANK R. MARTINEZ
Sacramento District Ranger

PL00823