EXHIBIT 11

United States Department of Agriculture
Forest Service
Sacramento Ranger District
Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2230
Date: October 24, 2005

Jimmy Goss, President
Sacramento Grazing Association
PO Box 596
Weed, NM 88354

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**NUMBER:** 7003 0500 0000 4623 7492

Dear Mr. Goss:

On March 2, 2005, I issued the 2005 Annual Operating Instructions that clearly stated that riparian exclosures are closed to grazing use. Section F of that document (Special Management Concerns) stated the following: *Riparian and T&E plant exclosures as described in Part 3 of your Term Grazing Permit are closed to grazing. Livestock are not authorized to graze within the exclosures.*

On October 19, 2005, cattle belonging to the Sacramento Grazing Association were observed within riparian and T&E exclosures. Your Term Grazing Permit clearly states that the grazing exclosures within the Sacramento Allotment are not a part of the allotment and will not be grazed by permitted livestock. This is a violation of your Annual Operating Instructions and your term grazing permit.

The issue of livestock in the exclosures was discussed by phone with Mark Cadwallader on the morning of October 24, 2005. Within 5 days after receipt of this letter, all cattle in grazing exclosures on the Sacramento Allotment must be removed and the gates kept closed. Failure to remove cattle from the exclosures within 5 days of receipt of this letter will result in the issuance of a Letter of Non-Compliance that may result in suspension or cancellation action against your grazing permit.

If you have any questions, please feel free to call Mark Cadwallader or myself @ 682-2551.

Sincerely,

Frank R. Martinez

FRANK R. MARTINEZ
Sacramento District Ranger

cc: S.O.