EXHIBIT 12

USDA United States Department of Agriculture | Forest Service | Sacramento Ranger District | Hwy 82 & Curlew, PO Box 288 Cloudcroft, NM 88317 (505) 682-2551

**File Code:** 2230
**Date:** June 6, 2006

Jimmy Goss, President
Sacramento Grazing Association
PO Box 596
Weed, NM 88354

Dear Jimmy;

The Annual Operating Instruction (AOI) letter, for the 2006 grazing year, was sent to you on March 17, 2006. The AOI outlines the summer grazing schedule for the North and South Pastures and Atkinson/Nelson Pastures. Please take time to review the 2006 AOI at this time.

Key items to pay particular attention to include:

1. Up to 150 head in the North Pasture and 150 head in the South Pasture.
2. Up to 30 head in the Atkinson or Nelson Pasture (dependent on available water).
3. If water is not available in the Atkinson or Nelson Pastures, the 30 head authorized for these two pastures cannot be placed in the North or South Pastures of the summer range. These cattle will have to be removed from the allotment. Please notify Mark or myself when this has been done.

The AOI stated that most of the livestock would be on the summer range by May 30. Since the issuance of the 2006 AOI letter, we have received very limited amounts of precipitation. The early May monitoring visits to the North and South pastures, conducted in conjunction with New Mexico State University Range Improvement Task Force (RITF), found forage production to be above the minimum standards required for livestock turnout. However, since that time, moisture has been limited and growth of any additional forage has been minimal.

Based on discussions at the February 22nd meeting in Las Cruces with the RITF and my phone conversation with Dr. Fowler on March 9, 2006, the RITF has committed to increase forage use monitoring to as frequent as biweekly, during the grazing period, and provide the data results within 3 days of the data collection to the Lincoln National Forest. If the monitoring data indicates that forage use levels will not be met, livestock numbers will be adjusted and moved off the pastures immediately. Discussions with Dr. Fowler on the scheduling of the increased monitoring visits will be done by June 5, 2006.

The AOI also discusses replacement of the Sunspot pipeline this summer. Implementation of this project is critical to sustaining the authorized numbers for the summer season and to providing additional water sources in the Sacramento river area. We have committed to provide the necessary materials, while SGA is responsible for the labor to install the pipeline. The RITF

has also committed to assist with labor for the project. Clearance requirements are in process and the project should be ready to implement in mid-June.

The AOI also stated that taps on pipeline below Sacramento Lake should be functional. In late April, Mark and I offered you a trough to install near the tap below Sacramento Lake that would help alleviate the issue of access to water within the exclosure. That offer is still available.

An inspection report dated May 25, 2006, is enclosed documenting the fence repair work recently completed on all exclosure fences. At this time all fences are in good repair and cattle are to be removed from the exclosures within seven days of receipt of this letter.

Please reference Part 3 of your Modified Term Grazing Permit dated 11/23/1999.

It is critical that SGA meet the Terms and conditions of your Modified Term Grazing permit to avoid any violations and non-compliance issues.

Sacramento District personnel will be inspecting each of the exclosures on a regular basis and documenting the condition of the exclosure. SGA will be notified immediately if cattle are in any of the exclosures and are expected to remove cattle within 5 days after notification.

After the five day period forest personnel will conduct a follow up inspection. If livestock are found within these areas after that time, a Notice of Non-Compliance will be issued. After the first initial violation and notification mentioned above, any following violations will not be allowed a 5-day waiting period, permit action will be initiated directly upon documentation of unauthorized livestock use of the exclosures.

If you have any questions or concerns about the management of the Sacramento Allotment for the 2006 summer grazing season, please contact Mark Cadwallader or myself at 505) 682-2551.

Frank R. Martinez

FRANK MARTINEZ
District Ranger

Enclosure: May 25, 2006 Exclosure Inspection report

Cc: Forest Supervisor
Otero County Commissioners
Dr. John Fowler
Michael Van Zandt
US Representative Steve Pearce