EXHIBIT 13

United States Department of Agriculture | Forest Service | Sacramento Ranger District | Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

**File Code:** 2230
**Date:** December 19, 2003

Sacramento Grazing Association
c/o Jimmy Goss, President
P.O. Box 596
Weed, NM 88354

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**NUMBER:** 7000 0600 0026 1720 9473

Dear Jimmy:

On October 24, 2003, I sent a Notice of Non-compliance to the Sacramento Grazing Association (SGA) that listed 4 items of non-compliance with the terms and conditions of your grazing permit on the Sacramento Allotment. The items of non-compliance were as follows; 1) exceeding forage utilization requirements, 2) failure to follow the pasture rotation specified in the Annual Operating Instructions (AOI), 3) failure to keep cattle out of grazing exclosures and keeping gates closed, and 4) failure to remove cattle from the summer pastures by the specified date and the failure to report cattle numbers removed.

On September 5, 2003, during a field trip to observe and monitor forage conditions in the North summer pasture, we discussed the lack of forage production and the need to remove livestock early so that the utilization levels specified in the 2003 AOI would not be exceeded. The following were in attendance on this trip and involved in this discussion: Michael Nivison, and Doug Moore, Otero County Commissioners; Joy Nicholopoulos, Fish and Wildlife Service; members of Otero County Grazing Advisory Board; members of the Range Improvement Task Force, and Frank Martinez, Mark Cadwallader, Cedric Selby, of the Sacramento Ranger District; and, Spike Goss, SGA representative.

On September 8, 2003, we spoke on the telephone wherein I explained the need to remove livestock. During this telephone conversation I agreed to extend the time for removal of livestock in order to meet the needs of the SGA. On September 9, 2003, I sent you a letter concerning time extensions for cattle removal that had been discussed the evening of September 8, 2003. This letter also requested that you to notify the Forest Service when cattle had been removed. On September 18, 2003, you were mailed another letter that again included a request for notification of cattle numbers removed. The Notice of Non-Compliance of October 24, 2003, once again requested the SGA report cattle numbers removed by October 28, 2003, so that compliance with this requirement could be met.

As of the date of this letter I have not received any information from the SGA with regard to numbers of livestock and dates of removal as requested in the September 9, 2003 letter. This information is critical in order to correlate forage utilization with actual use by livestock.

The October 24, 2003, Notice of Non-Compliance made clear that exclosures located within the Sacramento Allotment are not part of the allotment. This notice gave you three days from the receipt of notice to remove all cattle from exclosures and to keep exclosure gates closed. On Thursday, November 13, 2003, 2 cows with calves and one bull belonging to the SGA were observed in the Upper Penasco Exclosure. At this time, gates were open at each end of the exclosure. Also, at this time, two bulls and one cow and calf belonging to the SGA were observed in Water Canyon. The Notice of Non-Compliance specified that all cattle were to be removed from the summer pastures by October 31, 2003.

The continuation of these non-compliance actions leaves me no choice but to take administrative action against your term grazing permit. By this letter I am suspending 20% of the annual authorized livestock numbers to be permitted on the Sacramento Allotment for the 2004 grazing year (March 1, 2004 -- February 28, 2005). This suspension will be effective at the start of the summer grazing season on May 15, 2004, and end on May 15, 2005. Please understand that you must still provide records showing dates and numbers of cattle removed from the summer pastures according to the September 9, 2003 letter. These records must be provided by December 31, 2003.

I regret having to take this action, but I am committed to maintaining the integrity of the Term Grazing Permit and compliance with its provisions.

This decision is subject to administrative review, pursuant to 36 CFR 251: and any appeal of this decision must be fully consistent with 36 CFR 251.90 (see enclosed copy of 36 CFR 251 regulations). In accordance with 36 CFR 251.84, if you file an appeal, I am willing to meet with you to discuss any concerns you may have with my decision. If you file an appeal, you may request an oral presentation in the appeal or at any time prior to closing of the appeal record (36 CFR 251.97). If you file an appeal, you may also request a stay of my decision in the appeal or at any time prior to closing of the appeal record (36 CFR 251.91). Additionally, if you file a notice of appeal, you may simultaneously request mediation as part of filing your appeal. If you request mediation, a stay of the decision will automatically be granted for the duration of the mediation period, which is 45 days. If agreement has not been reached at the end of the 45 calendar days, but it appears to the Deciding Officer that a mediated agreement may soon be reached, the Reviewing Officer may extend the mediation period for a period of up to 15 calendar days from the end of the 45-day appeal suspension period. If a mediated agreement is reached, the Reviewing Officer will close the record without a decision on the merits of the appeal. If a mediated agreement cannot be reached under the timeframes, the stay granted during the mediation will be lifted, and the timeframes and procedures applicable to the appeal will be reinstated. All negotiations are confidential, and mediators are specifically trained to serve as a neutral third party in those states with United States Department of Agriculture certified mediation programs.

A notice of appeal must be filed with Jose M. Martinez, Lincoln National Forest Supervisor, 1101 New York Avenue 88310-6992 within 45 days of the date of this decision. A copy of the notice of appeal must be filed simultaneously with Frank R. Martinez, District Ranger, Sacramento Ranger District, P.O. Box 288, Cloudcroft, New Mexico 88317.

Sincerely,

Frank R. Martinez

FRANK R. MARTINEZ
Sacramento District Ranger

Cc: Forest Supervisor

# SACRAMENTO GRAZING ASSOCIATION

Ranger Frank Martinez
Sacramento Ranger District
P.O. Box 288
Cloudcroft, NM 88354

October 3, 2003

Dear Frank,

We are complying with your directive and have been moving cattle since September 9, 2003.
The timing of this order is an extreme hardship on our family, we are finding it difficult to find help and the expense to us is tremendous. We are proceeding as fast as is possible.

Sincerely, Sacramento Grazing Association