EXHIBIT 14

United States Department of Agriculture
Forest Service
Sacramento Ranger District
Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

**File Code:** 1570/2230
**Route To:**

**Date:** April 5, 2004

**Subject:** Withdrawl of Decision - Suspension of Numbers

**To:** Forest Supervisor

This memorandum serves to record my decision to withdraw a decision I made on December 19, 2003 to suspend 20% of the annual authorized livestock numbers permitted under the current Annual Operating Instruction for the Sacramento Grazing Allotment, for the period starting May 15, 2004 to May 15, 2005.

My decision to suspend livestock numbers was made to gain compliance with the current terms and conditions of the term grazing permit and annual operating instructions. The withdrawal of my December 19, 2004 is based on the understanding reached with the Sacramento Grazing Association that a good faith effort will be made immediately to comply with the existing terms and conditions of their permit and Annual Operating Instructions.

Therefore, I recommend closing appeal #04-03-08-0002-A251 effectively this date.

/s/ Frank R. Martinez
FRANK R. MARTINEZ
Sacramento District Ranger

Cc: Patrick L. Jackson RO
Otero County Commissioners
Michael J. Van Zandt



Printed on Recycled Paper