EXHIBIT 15

# SACRAMENTO GRAZING ASSOCIATION

May 29, 2002
Mr. Frank Martinez, District Ranger
Sacramento Ranger District
P.O. Box 288
Cloudcroft, N.M. 88317

Dear Frank,

We received your letter of May 10, 2002 as well as May 23, 2002. We will answer both along with a letter to document our discussion in April.
As you know our cattle are our only source of income and we are attempting to stay in compliance with all your Terms and Conditions of the permit, we must sign, to utilize our allotment. We would not deliberately violate any of them. In your letter of May 10. 2002 you spoke of the serious drought and the lack of water in all allotments this spring, as stock tanks and springs dry or low. Having our water fenced off from cattle that are passing through our south summer pasture has forced us to open the gate on the river as we are daily keeping track of the cattle as they move to mountain pastures. We are not trying to graze cattle in exclosures you have exclosed on our allotment, and we have taken cattle off as soon as they came up as the weather warmed up and they began to drift. We leased pasture off the allotment to try to keep our cattle so that we could survive and at the same time abide by the penalty you have placed on us. The Game and Fish have agreed to take enough elk off our allotment to restore our full cattle numbers (553 head) and you are a witness as we are of that statement. We are relying on their word. We have had the added complication of trying to detag cattle of their USFS tags that were not going to be on the allotment for awhile and retag the cattle that came up a little later. This has been stressful for the cattle as well as for us and has been of no benefit to FS or us, it has served only as another stipulation of our permit we must comply with. Our cattle are all tagged with our tags as well as branded and it is our understanding that this is what our permit stipulates. We are trying to be good stewards of the land as we look to our future as well as our children's and grandchildren's. Taking care of the land is our greatest hope for a future. Expense to us has been tremendous as we attempt to run a profitable ranch and comply with the added stipulations placed on us by the F S.
Pertaining to the stewardship of our allotment we again asked to go into the south summer pasture first as it had, had the longest rest of the two. We then saw by your monitoring results that the south was indeed in a little better condition, but were still told the north was the specified pasture. You told us when we visited with you to let the cattle drift after our move up date, you believed as we did, that might be the wisest thing to do because of the lack of forage. We are not leaving them in the south pasture, and are branding and moving them to the north as soon as they come up. We are almost finished with getting them branded and retagged with your tags. We may have some cattle not

yet where they belong , but will be as soon as possible. Please understand we are not trying to violate our permit terms and conditions. We are doing what must be done in trying times that we feel will not last forever.

Sincerely,
Sacramento Grazing Association
Frances Goss