EXHIBIT 16

June 16,2002
USFS Sacramento Ranger District
Mr. Frank Martiniz, Ranger
PO Box 288
CLOUDCROFT, NM 88317

Dear Frank,

We received your letter of May 23, as well as the letter of June 14, 2002.
1. We have been removing cattle from the Upper Penasco wetlands as soon as they get in there. As you know the exclosure fence repair is the responsibility of the USFS and is in need of repair. We have taken pictures of these places where fences need repair for anyone that might need to see them. We are checking these exclosures regularly and are moving cattle that are ours. Elk continue to destroy fences every where on our allotment. We are complying with instructions to the best of our ability. It is an absolute necessity to keep this ranch as a way to make our living as we have an extensive investment in the allotment. We are striving to do this as we try to stay in compliance.
2. FS has fenced the Sacramento River off leaving our cattle no place to water as they come from winter to summer pastures and we have opened the gate in order to access our water right for cattle here. We believe you are liable to allow our cattle access to water. Frank, you told us regarding the condition of the forests it would be best to let the cattle come to summer pasture as they would, as they come they pass through Sacramento River. As soon as we find them there we are taking them on to the North pasture. However, when your FS reporter reported cattle in the Sacramento enclosure, he failed to notice these cattle were not all ours, as reported.
3. We have made every effort as the cattle come up to take them as soon as possible to the North side. We are not "grazing" them on the south as accused, a few stragglers will be there until we get them on through. If our request to let them graze on the south summer, where your monitoring records show that forage is more plentiful, had been granted,we would not be in non-compliance. In-order for them to reach the pasture with the shorter grass, they must pass through the south summer first. Our requests for better range management were once again ignored and we are accused again of being out of compliance. On the advice of the RITF and the voice of over 100 years experience we asked also to scatter the cattle over the whole summer allotment as is the custom of ranchers in a drought. Rotation works well in normal conditions, but we realize this is not a normal year .
Frank, your letter states that we should tell Rick when we are in compliance, instead we are telling you as the author of the letter. In paragraph 2, in emphasis, we are told that we must comply with "Forest Officer" instructions and given our past experience trying to comply with Mr. Rick Newmon's ever changing instructions as soon as we let **him** know we have done everything he has instructed, he will be looking for something else. We would like for all of you to realize that we are trying to do what is best for the resources and see that we have a living on the allotment that we well know will support us and our

future generations. We would also appreciate having our comments and requests given some consideration. We understand the difficulty the drought is causing and we are doing extra riding to keep an eye on our cattle and the forage they graze as well as taking a few off the allotment, we do not want to apply for non use as we plan to return them as soon as we get rain.

Sacramento Grazing Association
C Frances Goss