EXHIBIT 17

United States Department of Agriculture | Forest Service | Sacramento Ranger District | P.O. Box 288 Cloudcroft, NM 88317 (505) 682-2551

**File Code:** 2130 **Date:** June 21,2002
**Route To:**

**Subject:** June 21, 2002 Inspection on Sacramento Allotment

**To:** Frank Martinez, District Ranger

Dear Frank;

On June 21, 2002, Mark Cadwallader and Cedric Selby made an inspection of the Sacramento Lake Exclosure, Upper Penasco Exclosure, Bluff Springs Exclosure, and portions of the South Pasture of the Sacramento Allotment as directed in the June 14, 2002 Notice of Non-Compliance. We met Spike Goss at the old Thousand Mile corrals and he accompanied us during the inspection. The inspection revealed the following information:

No cattle were observed in the Sacramento Lake Exclosure. The exclosure fence is believed to be in good condition.

Only one bull was observed in the South Pasture. It did not belong to the Sacramento Grazing Association. The bull is believed to belong to adjacent permittee, Sam Fairchild. Spike Goss confirmed that to the best of his knowledge, all cattle had been removed from the South Pasture as directed.

Approximately 15 cows were observed in the small exclosure east of the Bluff Springs Road and Highway 6563. Spike Goss said all cattle had been removed about two days ago and had drifted back in again due to the fence being down on the south and east side of the exclosure. This part of the exclosure is adjacent to the North Pasture were the cattle are currently grazing. All three of us walked the perimeter of the fence and verified that the fence was down in several places and cattle could easily drift back in the exclosure at will. The fence is in need of considerable repair to bring it up to a condition where it will turn a cow. The gate along the south side of Highway 6563 and just west of the intersection of the Bluff Springs road was open. Spike Goss stated that the gate was left open because it was the only water available to what few cows drifted up from Alamo Canyon. He said that they had talked with you about possible options for providing water outside the exclosure. Those options need to be followed up on to resolve this conflict.

No livestock were observed in the Bluff Springs Exclosure. Spike, Cedric, and myself walked portions of the north fence that borders the North Pasture. Again we found the fence down and trails where cattle had walked over the downed fence. This fence is also is need of repair if we expect cattle to be kept out of the exclosure. The south side of the Bluff Springs exclosure was not inspected today

PL00817

Both the Upper Penasco and the Bluff Springs exclosures are in need of major maintenance if livestock are to be kept out. The exclosure fences are currently under the maintenance responsibility of the Forest Service. It is my recommendation that completing the required maintenance is the first step in resolving this continual conflict.

Mark Cadwallader
Range Management Specialist