EXHIBIT 18

October 29, 2002
Mr. Frank Martinez
Sacramento Ranger
P.O. Box 288
Cloudcroft, N.M. 88317

Dear Frank,

As we started gathering cattle on Sacramento Pastures, on October 21, we put cattle in our lower trap to hold them, as we continued to gather Sacramento pasture. The Forest Service has enclosed the water on the Sacramento and there is no water in the trap we had no choice, but to open the gate to access our water right for the cattle. On October 22, we had cattle in our trap and also October 23, we had cattle in the trap as it takes several days to gather the Sacramento pasture. On October 24 the cattle were moved to Penasco trap.

We understand that you do not want us to use the exclosures for grazing . We at the same time have a right to water on the Sacramento and for a while when we are gathering we must have water for the cattle in the trap. We are not intentionally grazing the exclosures.

Sacramento Grazing