EXHIBIT 19

September 20, 2001
Mr. Frank Martinez
Sacramento Ranger
P.O. Box 288
Cloudcroft, N.M.

Dear Mr. Martinez,

We received your letter of September 18, 2001, and wanted to make clear and concise some points made in your letter. This letter is not only to tell you we are complying, but to keep the record straight.

Spike and Innis Lewis, went along as the Forest Service monitored in the North pastures before cattle were moved in the pastures. There had been no cattle grazing in these pastures for a year. The elk had grazed them heavily. Even though the Forest Service had previously told us we could graze 20% of our forage, now we are having to move cattle before we graze our 20% allowed us by you. As the Forest Service monitored, Spike again, told them he did not feel their key sites were a fair showing of the condition of our forage as a whole. When he asked the Forest Service to measure one area not more than 300 yards from the key site, the leaf length changed dramatically. These points have been made verbally but we are documenting them now. Also though we did ask the RITF to monitor for us, we asked them not to choose any alternative for us. When we got their call the only alternative we could even begin to comply with was the one he relayed to us, so in essence we really had no choice. After considering the only option that might work for us, we asked to pipe water at our own expense from our own water right, across our allotment only 400 feet through a culvert beneath the road that would keep us from having to haul water to the cattle. Even though you told us you did not have a problem with that, someone in the Forest Service did and we were refused this request. We went to the State Water Engineer to ask some questions about our right and he did not see that there was any problem with the request, as we do indeed have the right of beneficial use for livestock water from this spring. After your refusal, we leased pasture on Fennimore Canyon and Karr Canyon adjoining our Atkinson pastures and Sawmill Canyon and purchased water to water our cattle. We have moved the cattle there, except for a few stragglers. We have been working on a daily basis to keep cattle off key sites and have hired extra help to do this. We are complying with your option to the best of our ability and as we always have are trying to work with you on our allotment. I think it is fair to tell you that all these extra cattle moves and decisions that are being made for us are at a great monetary expense to us as well as very much added man power to keep our cattle operation a float.

Sincerely,
Sacramento Grazing Association
C Frances Goss

PL 3589