EXHIBIT 20

EXHIBIT 20

- Sunspot Highway – National Forest Scenic Byway – Interpretive Implementation Plan
- Forest Service Manual 2300 – Chapter 2380 – Landscape Management
- Lincoln National Forest Land Management Plan section – Management Area 2E Upper Penasco – Management Direction

We are fortunate that we have received some very nice rains and that water has collected in some of the stock tanks in the vicinity of the Sacramento Lake. The Sunspot Pipeline is currently under construction and hopefully will be functional in the near future.

If you have any questions feel free to call me.

Sincerely,

Frank R. Martinez

FRANK R. MARTINEZ
Sacramento District Ranger

Cc: Dr. John Fowler
Commissioner Doug Moore
Rep. Steve Pearce
Forest Supervisor