EXHIBIT 21

**SACRAMENTO GRAZING ASSOCIATION**
**February 19,2007**

Ranger Frank Martinez
P.O. Box 288
Cloudcroft, NM 88317

Dear Frank,
As we prepare for the 2007 grazing year, we want to make the following requests.
As our allotment has been continuously monitored by Dr. Fowler and the Range Improvement Task Force and true scientific methods of monitoring have been done, we want to continue using Dr. Fowler's and the RITF"'s advice for management practices.
We are asking you to restore our 553 headcount (source our 1989 Annual Operating Plans.) Plus 5 head of horses. We are requesting a May 1, 2007 spring turn on date to the summer pastures and we request once again to open all gates to water sources and use the whole allotment regarding summer grazing. Instead of rotation, like we did in 2006. We want to see an elk herd population reduction on the Sacramento allotment of ________percent.
We want to open herding trails and water line rights-of way again and see more brush control on the allotment is winter and summer pastures. There are places we would like to build corrals and traps based on habitat needs to aid in, managing our allotment, including but not limited to Wills Canyon Corrals, Hay Canyon Corrals and traps; and others as needed.
We are on the allotment daily and are continually watching where the salt should be to best distribute cattle and we want to place salt blocks in old established salting areas, including Alamo and Caballero Canyons or to move the salt as we see will be best.
Our ability to maintain our water rights, throughout the allotment is most necessary as there are places on the allotment and times when we need to distribute water in a more beneficial way.
Regarding the exclosures, we want to use our water rights and grazing rights We would like to use our livestock holding traps 2 to 3 weeks every spring and fall as is necessary for cattle working. Regarding water use, we want the ability to pipe water from the Penasco head water springs into a drinker in Atkinson Canyon.
Should it be necessary to rotate the cattle, we want to move from winter to summer into the south pasture first, as this is the most natural for the cattle Conversely , in late summer we would move them from the south to the north to make the cattle and habitat as stress free as possible.
We want the removal of the 4 inch stubble height requirement. We are aware that, that rule only applies to Sacramento Grazing and we want the same ruling as all other allotments.
**We would like you as administrators to respect our expertise as land managers, especially on this allotment as we have a long, historical background in ranching on the Sacramento.**

Jimmy Goss