EXHIBIT 23

335

United States Department of Agriculture | Forest Service | Sacramento Ranger District | P.O. Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2210/2230

Date: April 23, 2004

Sacramento Grazing Association
C/o Jimmy Goss
PO Box 596
Weed, NM 88354

Annual Operating Instructions for 2004

Dear Jimmy;

This letter details your Annual Operating Instructions for the 2004 grazing season on the Sacramento Grazing Allotment. We met with you on January 27 at the district office to discuss the Annual Operating Instructions for 2004. At that meeting, you applied for the full permitted numbers of 553 head from 03/01 – 02/28 on the Sacramento allotment. I mentioned to you that I would not be able to approve that level of stocking for 2004, considering the use levels of 2003. Also during that meeting, I stated that at a later date, I would make a determination on the number of livestock that would be authorized to graze on the summer pastures. On March 30, 2004 I again met with you and Spike, Doug Moore attended this meeting, and discussed stocking numbers for this summer and again I asked if you had put more thought into the stocking number for this summer and you still felt that you wanted to go with the permit numbers of 553. The other delay in my response was that I was encouraged to wait until the April 14, 2003 meeting to see what the monitoring process would be for this summer. This letter will serve to document my decision.

The numbers you applied for in 2004 is a significant increase in grazing use over what you have been authorized on the allotment in the past few years. The monitoring data collected in 2003, indicated that forage use guidelines were not met on the allotment with the numbers permitted and the degree of elk use in 2003. You were authorized to graze 330 head on the summer range in 2003. Residual leaf lengths measured at the end of the summer grazing season were well below the required minimums. The fall and winter had subnormal moisture and even though we received above normal moisture in late March and early April, long turn forecasts still predict a drier than normal trend in precipitation for 2004. Based on these factors, I cannot approve an increase in the authorized numbers for 2004. Considering the monitoring results from 2003 and the predicted subnormal moisture for 2004, I do not believe that approving 330 head, as authorized last year, is appropriate. I was asked by Doug Moore to work out some scenarios based on forage production and consumption which I have attempted to do and are enclosed in a separate document which I will mail to you.

Based upon the information I have available to make my decision, I am approving the following livestock numbers for the 2004 grazing year:

## A. LIVESTOCK NUMBERS & SEASON OF USE:

The following numbers and classes of livestock will be permitted to graze the Sacramento Allotment this year.

**Permitted Livestock Numbers:**

| Allotment | Term | Season | | Total Numbers |
|---|---|---|---|---|
| Dry | 30 | 03/01-05/15 | | 30 |
| Sacramento | 230 | 03/01-05/15 | | 230 |
| Sacramento | 275 | 05/16-10/31 | | 275 |
| Sacramento | 275 | 11/01-02/28 | | 275 |

## B. GRAZING SYSTEM:

Grazing Schedule or Pasture Sequence:

North Pasture 05/15 – 08/15
South Pasture 08/16 - 10/31

Heifer Pastures
Nelson 05/15 – 07/31
Atkinson 08/01 – 10/31 Pay close attention to use levels along the highway at Atkinson Canyon)

Start bringing cattle up about May 15 into the North Pasture. It is very important to keep cattle from drifting up from the west side prior to May 15th. The majority of the cattle should be on the summer range by May 30. Cattle placed on the Dry Allotment need to be moved to the summer range by May 15.

A monitoring trip will occur about May 1 to assess forage conditions prior to livestock entry to the summer pastures.

A monitoring trip will be scheduled around May 15, for the winter pasture to monitor use levels on winter range.

Key Areas: Upper Kerr Canyon, Benson Canyon, Lucas Canyon, Dark Canyon, Hay Canyon, Brown Canyon, Wills Canyon, Rice Canyon, and McAfee Canyon. Key areas will be monitored in May, August, and October to determine compliance with forage use standards.

Key species: Kentucky bluegrass, Minimum residual leaf length, 4 inches
Orchard grass, Minimum residual leaf length, 6 inches
Smooth Brome, Minimum residual leaf length. 6 inches

Monitor leaf lengths very carefully throughout the grazing season. Insure daily management practices are designed to maximize distribution of livestock in all grazeable areas. Once minimum leaf lengths are met in the key areas and potential for re-growth is gone, livestock will be moved out of the pasture.

Prior to the scheduled mid-season move to the South Pasture, leaf lengths will be measured at the key areas within the pasture. If leaf lengths are less than 3 inches at 3 or more key areas, cattle will not go into the South Pasture. They will be removed from the allotment until time to move on to the winter range. If the minimums described above are met in mid-August, cattle will be moved into the South pasture. The pasture will be monitored again towards the later part of September. If the 4 inch leaf length is not found at 3 of the 5 key areas, cattle will be removed from the summer range until time to go to the winter range. In 2004, it is critical that the minimum leaf lengths prescribed in this document be strictly adhered to. The prescribed minimums are set at a level that will promote long-term health and sustainability for key forage species and provide for other multiply use values.

The data collected in 2003 indicate that elk had a significant impact on the forage use levels and leaf length measurements in key areas on the Sacramento Allotment. The New Mexico Department of Game & Fish is implementing a plan to significantly reduce the elk population in Game Management Unit 34. Approximately 2,160 hunting permits were issued in the fall of 2003. The New Mexico Department of Game & Fish is currently compiling hunter harvest data and population survey data to assess the present elk population in 2004. As of this date we have not been provided with the last elk count. The number of permits issued in 2004 is expected to be near the same level with a continued focus on an accelerated number of antlerless permits.

Unless precipitation patterns significantly change, subnormal forage production is expected again this summer. If that occurs additional adjustments in livestock numbers at some point during the summer grazing season will be required. This could include partial to total removal of livestock at some point during the summer grazing season, if the situation becomes severe. The extent of actions taken will depend on moisture patterns this spring and summer and its effect on annual forage production. Should drought conditions persist, it would be wise for you to plan ahead on how to care for your livestock.

| | |
|---|---|
| Winter Pastures | 03/01 - 05/15 |
| | 11/01 - 02/28* |

* In Spring 2005, Use of the Alamo Canyon Pasture will again be to 11/01 – 01/31. Livestock need to be moved out from the Alamo Canyon Pasture at the end of January and distributed to other winter pastures for the remainder of the winter grazing season. Up to 30 of those may be moved to the Dry Canyon Allotment until mid-May.

Distribute livestock between the winter pastures as best as available water and forage will allow.

Key areas: Alamo Canyon, Pasture Ridge, Grapevine Canyon, and Burleson Ridge.

Key species will be: blue grama and sideoats grama, allowable 45%, minimum residual leaf lengths, 2 inches on blue grama and 6 inches on sideoats grama.

A spring inspection of the winter pastures after livestock have moved out to the summer range is planned for late May.

An inspection of the winter pastures will be conducted in the fall to assess forage conditions after the 2004 growing season.

## C. RANGE IMPROVEMENT MAINTENANCE:

The following need to be completed this grazing season:

Replace the Wayne Trick Tank pad on Benson Ridge this year. Materials are on hand and available when you are ready to complete the work.

Complete the Wright Springs pipeline and trough replacement project.

Continue with routine maintenance as assigned in permit. Pay close attention to fence maintenance across the allotment.

## E. SALTING AND SUPPLEMENTAL FEEDING:

Salt and supplemental feed will be used as a range management tool to draw livestock into areas of little or no use. This normally does not include areas adjacent to water or canyon bottoms. Salt will place at least ¼ **mile** from water sources. In all instances, salt will be placed at least **one half mile** from occupied *Circium vinaceum* habitat.

## E. PROTECTION:

The permittee, his agents and employees, when acting within the scope of their employment, and his contractors and subcontractors will protect the land and property of the United States, waived private land and other land under jurisdiction of the Forest Service covered by and used in conjunction with this permit. Protection will include taking all reasonable precautions to prevent, make diligent efforts to suppress and report promptly all fires on or endangering such land and property. During periods of extreme fire danger, branding fires will be prohibited or else be allowed by permit only.

All work on the allotment involving the use of heavy equipment such as excavation will be accomplished only with prior approval of the District Ranger.

## F. SPECIAL MANAGEMENT CONCERNS AND INSTRUCTIONS:

*Circium vinaceum*

* It is critical that use levels on **Circium vinaceum** populations be closely monitored. If use becomes a concern on any **Circium vinaceum** population, livestock must be promptly moved away from these areas.

Riparian and T&E plant exclosures as described in Part 3 of your Term Grazing Permit are closed to grazing. Livestock are not authorized to graze within the exclosures. The Forest Service does not recognize any "easements" associated with water rights upon which you have recently filed declarations. As a result, no clearing of trees or excavations associated with said easements are authorized without approval by the District Ranger.

## G. DROUGHT MANAGEMENT PLANNING:

Long-term forecasts predict warmer than normal temperatures and drier than normal precipitation over the next few months. If this prediction is correct, lack of adequate moisture will adversely affect forage production throughout the upcoming grazing season. Although it may be too early to predict this year's rainfall, it is not too early to begin discussing alternatives if drought conditions persist. We may get sufficient moisture, but it is by no means assured. In the interim we will need to work closely together to amend your annual operating plan if drought conditions persist or worsen.

Our mutual goal should be to protect the long-term productivity of the range resource while considering the needs of your livestock operation. I strongly encourage you to closely monitor forage use levels using the guidelines in the Special Management Concerns described above. Range Improvement Task Force will be doing some monitoring this summer. I hope that our monitoring efforts and those of Range Improvement Task Force will come together at some point so only one monitoring method is used. It is important that we communicate effectively to address proper grazing management and avoid emergency situations.

*This decision is subject to administrative review, pursuant to 36 CFR 251; and any appeal of this decision must be fully consistent with 36 CFR 251.90 (see enclosed copy of 36 CFR 251 regulations). In accordance with 36 CFR 251. 84, if you file an appeal, I am willing to meet with you to discuss any concerns you may have with my decision. If you file an appeal, you may request an oral presentation in the appeal or at any time prior to closing of the appeal record (36 CFR 251.97). Additionally, if you file an appeal, you may request a stay of my decision in the appeal or at any time prior to the closing of the appeal record (36 CFR 251.91).*

*A NOTICE OF APPEAL must be filed with Jose Martinez, Forest Supervisor, Lincoln NF, at 1101 New York Avenue, Alamogordo, NM 88310, within 45 days of the date of this decision. A copy of the notice of appeal must be filed simultaneously with Frank Martinez, Sacramento District Ranger, Highway 82 and Curlew, Cloudcroft, NM 88317.*

If you have any questions or concerns about the management of your allotment(s) for the 2004 grazing season, please contact me or Rick Newmon of my staff at (505) 682-2551.

Frank R. Martinez

FRANK MARTINEZ
District Ranger

Cc: Doug Moore
Forest Supervisor