EXHIBIT 24

*Sacramento Grazing Allotment*
*P.O. Box 596*
*Weed, NM 88354*

Mr. Frank Martinez
Sacramento District Ranger
P.O. Box 288
Cloudcroft, NM 88317

Dear Frank,

We received our annual operating plan. As usual, you referred to our meeting as a discussion. It was as all discussions, we have with you folks in the Forest Service. There is not anything in the annual operating plan that we agreed to. You had made a decision to allow 330 head on our allotment prior to the time you reviewed the RITF monitoring. Even though the Forest Service was not able to get your monitoring done the RITF did do theirs and as you know it was quite different from what the capacity has been according to your past monitoring. We asked to have our numbers 553 head reinstated as their monitoring was scientifically done and showed we have plenty of forage for our full numbers. We differed in our thoughts about a watering trough in the Penasco corrals. We own the water rights on the spring that is piped to the corral. It is a stock water and a trough there would not be beneficial to you or us. We are willing to work with you in areas where we can feel some beneficial for either you or us. We have asked again and again for a May 1 move date as the elk are eating our forage before the cattle are allowed on the allotment. As usual you have again refused this date for moving. The prickly poppy is not a concern for the Fish and Wildlife nor for the allotment owners and as you know there is no documentation to show cattle interfere in any way with the poppy. As for daily management practices designed to maximize distribution of livestock, we always do this, but even your own documentation shows that elk are consuming our forage. We do take every precaution to protect the resource but we have no way to stop wildlife from damaging the resource or the improvements and elk continue to destroy not only the forage but devastate the watering sites and consume our salt and minerals as they destroy our fences. You continue to ignore this fact. In regard to the Forest Service not recognizing any easements associated with our water rights this does not change the fact that we own the right to maintain the water and the easements that are necessary to maintain the water. You mention we need to work closely to amend the AOP should the drought continue, but as usual again there is no mention of amending the AOP should there continue to be plenty of moisture and forage to increase our numbers.
This letter will serve to document our concerns with the AOP for 2005 .

Sacramento Grazing Association
Frances Goss

PL 3565