EXHIBIT 25

STATE OF NEW MEXICO

**OFFICE OF THE STATE ENGINEER**

ROSWELL

**JOHN R. D'ANTONIO, JR. P.E.**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05318

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

WR-1
REVISED 8-1-59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05318

I, Jimmy Francis Justin & Brenna [illegible] DBA Sacramento Grazing Assn Mailing Address Box 596

We, a resident / residents of Weed County of Otero

State of NM 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from E. Spring

a tributary of Pecos River on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The East Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated livestock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1903 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ________ acres of land on the ________ day of ________, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NE quarter of Section 4, Township 17S, Range R13E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: ________ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 15 AM 11:06

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 28 AM 10:44

FILED UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

#280607

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *sufficient for cattle present at spring* ~~acre feet per annum per irrigated acre.~~ *3 acre ft per year* The irrigation season is from *January* to *December* of each year.

Water (is) / is not used for (stock) and domestic purposes *year long* (GIVE PERIOD OF USE IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *Sacramento Grazing Assn.*

Title* *Jimmy Goss* Title* *Frances Goss*

Title* *Justin Goss* Title* *Berne Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *13th* day of *July* *03*.

*[signature]* *Expires 4 June 06*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

**OFFICE OF THE STATE ENGINEER**

ROSWELL

**JOHN R. D'ANTONIO, JR. P.E.**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05319

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

2-16106

8

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05319

I, We Jimmy Francis Justin + Brenna Goss DBA Sacramento Grazing Assn Mailing Address

a resident / residents of Weed County of Otero

State of N.M. 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Lower Spring

a tributary of ____, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Lower Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1903 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1903 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on for stock water acres of land on the ____ day of ____, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ____ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ____, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NW quarter of Section 17, Township 17S, Range 13E, N.M.P.M., at a point whence the ____ corner of Section ____, Township ____, Range ____, bears ____, ____ feet distant.

3. The constructed works consist of: ____ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical; diameter (pipe line or circular flume) ____ feet; slope ____ feet per 1000 feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second; length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum width at base ____ feet; crest width ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____ feet; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ____; ____ type of dam, construction material, etc. ____ maximum discharge capacity of outlet ____ cubic feet per second; reservoir is filled on an average of ____ times per year.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 15 AM 11 06

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 23 AM 10 44

FILED

UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM

#28 0610

6. Diversion dam: the diversion dam is constructed of ________________; crest length ________ feet; crest (BRU... ...NCRETE, MASONRY, ETC.)

width ________ feet; height above stream bed ________ ...depth below stream bed ________ feet; side slopes of

________ to ________ on upstream and ________ on downstream faces; and contains about

________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, the... acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of ini... ...h rights are given below:

| SUBDIVISION | SEC. | TWP. | RG... | ...CREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the... *is sufficient for livestock present at Spring* acre feet per annum per irrigated acre. *3 acre ft per year* The irrigation season is from *January* to *December* of each year.

Water (is) / is not used for (stock) and ~~domestic~~ purposes *year long* ________
...ERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and b... ...ve statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to benefici... ...e above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the (ow...) ...d water right as appurtenant to said lands.

Declarants *Sacramento Grazing Assn*

Title* *Jimmy Goss* ...e* *Francis Goss*

Title* *Justin Goss* ...e* *Bonnie Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *13th* day of *July* ________ *2003*.

*William D. [signature] Expires 4 June 06*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM AC... ...SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WI... ...ARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL TH... ...REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† ... MAP TITLE, STATEMENTS, ETC., SHOULD BE A... ...M ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER M... ...RVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE... THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR... OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ... ...EN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDIC... ...HICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDRO... ...CY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCE...

†MANUAL OF RULES AND REGULATIONS GOVERNING THE AP... AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

**OFFICE OF THE STATE ENGINEER**

**ROSWELL**

**JOHN R. D'ANTONIO, JR. P.E.**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05314

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

2-16164
8

# DECLARATION OF OWNERSHIP OF WATER RIGHT

WR-1
REVISED 8/1/59

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 7/15/03 Declaration No. SD-05314

I, We Jimmy Francis Justin & Brenna DBA Mailing Address Sacramento Grazing Assn P.O. box 596

a resident / residents of Weed County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from N. Davis

a tributary of Pecos River, on certain lands in the County of ______, State of New Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The N Davis (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1903 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NE quarter of Section 6, Township 17S, Range 13E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 23 AM 10:43

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 15 AM 11:06

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

#280570

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *sufficient for livestock present at Spring 3 acre ft per year* acre feet per annum per irrigated acre. The irrigation season is from *January* to *December* of each year.

Water ~~is~~ (is not) used for stock and ~~domestic~~ purposes *year long* (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *Sacramento Grazing Assn*

Title * *Jimmy Goss* Title * *Frances Goss*

Title * *Justin Goss* Title * *Brenna Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *13th* day of *July* *2003*.

*William E. Waddle* *Expires 4 June 06*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

OFFICE OF THE STATE ENGINEER

ROSWELL

JOHN R. D'ANTONIO, JR. P.E.
State Engineer

DISTRICT II
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05317

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

2-16ior
8d.

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05317

I, We Jimmy Francis Justin + Brenna Goss Mailing Address DBA Sacramento Grazing Assn Box 596

a resident / residents of Weed County of Otero

State of N M 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the Partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from West Spring, a tributary of Pecos River on certain lands in the County of Otero, State of New Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The West Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Livestock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1903 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NE quarter of the NW quarter of Section 4, Township 17 S, Range 13 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______ ______ feet distant.

3. The constructed works consist of: Natural Stream bed
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 28 AM 10:24

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 15 AM 11:26

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

#280602

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands sufficient for livestock watering 3 acre ft per year acre feet per annum per irrigated acre. The irrigation season is from January to December of each year.

Water is / is not used for stock and domestic purposes Year long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss Title* Frances Goss

Title* Justin Goss Title* Bonna Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 13th day of July , 2003.

William E. Wedde Expires 4 June 06
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

**OFFICE OF THE STATE ENGINEER**

ROSWELL

**JOHN R. D'ANTONIO, JR. P.E.**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05315

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

J-161
8

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05315

1, We Jimmy Francis Justin + Bienna Goss Mailing Address DBA Sacramento Grazing Assn Box 396

a resident / residents of ______ County of Otero

State of N. M 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Middle Spring

a tributary of Pecos River on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Middle Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock Watering or about (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION)

1902 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the

______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the

NE quarter of Section 5, Township 17S, Range 13E, N.M.P.M., or a point whence the

______ corner of Section ______, Township ______, Range ______,

bears ______, ______ feet distant.

3. The constructed works consist of: natural stream bed
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 23 AM 10 43

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUL 15 AM 11 02

#280578

6. Diversion dam: the diversion dam is constructed of ______ ______; crest length ______ feet; crest
(BRUS… …K, CONCRETE, MASONRY, ETC.)

width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their …rship, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of init… of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the la… sufficient for livestock present at spring ac… feet per annum per irrigated acre. 3 acre ft per year The irriga-tion season is from January to December of each year.

Water (is) / is not used for (stock) and domestic purposes year long
(…IVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and be… …e above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficia… …s on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the (own…) of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss

Title* Francis Goss

Title* Justin Goss

Title* Bruce Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 13th day of July 2003.

Willie E. Wedd… Expires 4 June 06
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACT… …IELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WIT… DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE …ERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICA-TIONS." † … MAP TITLE, STATEMENTS, ETC., SHOULD BE AL… …, FROM ILLUSTRATIONS SHOWN, TO CONFORM TO THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MA… …THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE … OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLI-CATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR … …MENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY A… IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDIC… …IGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROG… SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEP…

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APP… …ATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

**OFFICE OF THE STATE ENGINEER**

**ROSWELL**

**JOHN R. D'ANTONIO, JR. P.E.**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05316

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

2-161
8

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05316

I, we, Jimmy Frances Jackins Brenna Goss DBA Mailing Address Sacramento Grazing Assn a resident, residents of Weed County of Otero

State of NM 88354 (ZIP CODE), being first duly sworn, upon my oath, our respective oaths, declare that

I am, we are the partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Fleming Spring,

a tributary of Rio Pecos River on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Fleming Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1901 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the SW quarter of Section 6, Township 17S, Range 13 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

2003 JUL 15 AM 11:06

#280589

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ~~acre feet per annum per irrigated acre~~ sufficient for cattle present at 3 acre feet per yr. ~~The irrigation season~~ is from January to December of each year.

Water (is) / is not used for (stock) and domestic purposes yearlong (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the (ownership) of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title * Jimmy Goss Title * Frances Goss

Title * Justin Goss Title * Diane Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 13th day of July 2003.

William E. Webb Expires 4 June 06
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR ABANDONMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

OFFICE OF THE STATE ENGINEER

ROSWELL

JOHN R. D'ANTONIO, JR. P.E.
State Engineer

DISTRICT II
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05320

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

WR-1
REVISED 8/1/59

## DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05320

I, We James Francis Justin + Brenna Goss DBA Sacramento Grazing Ass Mailing Address P.O. box 596

a resident / residents of Weed, County of Otero

State of N M 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Penasco Stream, a tributary of Pecos River, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Penasco River (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1901 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on stock water acres of land on the ________ day of 1901, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Penasco River (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NE quarter of Section # 7, Township 17S, Range 13 E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: the stream natural stream bed (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

________

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________ reservoir is filled on an average of ________ times per year.

2003 JUL 23 AM 10:4_

2003 AUG 5 PM 1 06

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM

#280614

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.), crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *sufficient for stock present at Spring* acre feet per annum per irrigated acre. *3 acre ft per year* The irrigation season is from *January* to *December* of each year.

Water (is) / is not used for stock and domestic purposes *year long* (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *Sacramento Grazing Ass*

Title* ______ Title* *Frances Goss*

Title* *Justin Goss* Title* *Breana Goss*

*Jimmy Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *13th* day of *July* *2003*

*William S. Weddle Expires 4 June 06*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."1 MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

1MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

OFFICE OF THE STATE ENGINEER

ROSWELL

JOHN R. D'ANTONIO, JR. P.E.
State Engineer

DISTRICT II
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

August 13, 2003

FILE: SD-05313

Jimmy, Frances, Justin & Brenna Goss
dba Sacramento Grazing Assn.
P.O. Box 596
Weed, NM 88354

Greetings:

Enclosed is your copy of Declaration of Ownership of Water Right Perfected Prior to March 19, 1907, as numbered above, which has been accepted for filing in the Office of the State Engineer.

Please refer to this number in all future correspondence concerning this declaration.

The acceptance for filing of this declaration by this office does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Andy Morley
Water Resource Specialist

Enclosure

cc: Santa Fe
Hydro Section

2-1616
8

WR-1
REVISED 8/1/59

## DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt 07/15/03 Declaration No. SD-05313

I/We Jimmy Franco Justin & Breana Bond D.B.A. Mailing Address Sacramento

a resident/residents Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath/our respective oaths, declare that

I am/we are the (SOLE OR PARTIAL) Owner/owners of a right to make beneficial use of water from Davis Spring.

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1902 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Davis Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NW quarter of Section 8, Township 17S, Range R 13E N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: natural Stream bed (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM

2003 JUL 15 AM 10 03

#280560

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is Sufficient for cattle present at spring acre feet per annum per irrigated acre. 3 acre per year The irrigation season is from January to December of each year.

Water (is) / is not used for stock and ~~domestic~~ purposes ______ (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title * Jimmy Goss  Title * Francis Goss

Title * Justin Goss  Title * Bonnie Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 13th day of July 2003.

William E. Webb Expires 4 June 06
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

Thomas C. Turney
State Engineer

Roswell Office
1900 WEST SECOND STREET
ROSWELL, NM 88201

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 214698
File Nbr: SD 04945

Sep. 19, 2001

JAMES, FRANCES, JUSTIN & BRENNA GOSS
dba SACRAMENTO GRAZING ASSN.
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

Theresa Grandjean

Theresa Grandjean
(505)622-6467

Enclosure
cc: Santa Fe Office

declare

#2-12694-
2-12694-
10

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 2001 Declaration No. 04945

I, James Francis Justin Brenna Goss DBA Sacramento Grazing Assn

a resident of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath declare that

I am the Partial (SOLE OR PARTIAL) Owner of a right to make beneficial use of water from Penasco Headwaters

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Penasco Headwaters (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ____ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 11, Township 17S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ____, Township ____, Range ____, bears ______, ______ feet distant.

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO
1999 SEP 7 AM 11:23

3. The constructed works consist of: ______ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical; diameter (pipe line or circular flume) ____ feet; slope ____ feet per 1000 feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second; length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum width at base ____ feet; crest width ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____ feet; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ____ cubic feet per second; type of dam, construction material, etc. ______ Reservoir is filled on an average of ____ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 12.6 acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (we) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ______________

Title * Justin Goss sec

Title Francis Goss Dir

Title Donna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weldon expires 10-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS"† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-19579
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD - 05098

I, James Francis Justice & Brenna Goss DBA Sacramento Grazing Assn
We

a resident of Weed, County of Otero
residents

State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Charles Spring

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Charles Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Charles Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the SW quarter of Section 17, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:27
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2007 JUN 14 AM 11:42
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO

T 235683

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4. acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______

Title* Justin Goss sec

Title Francis L Goss Dir

Title Donna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

STATE OF NEW MEXICO

OFFICE OF THE STATE ENGINEER

ROSWELL

**THOMAS C. TURNEY**
State Engineer

**DISTRICT II**
1900 West Second St.
Roswell, New Mexico 88201
(505) 622-6521

July 18, 2002

Files: SD-05076 thru SD-05114

Sacramento Grazing Assn.
c/o Frances Goss
Box 596
Weed, New Mexico 88354

Greetings:

Enclosed are your copies of Declarations of Ownership of Water Right Perfected Prior to March 19, 1907, which have been filed for record in the office of the State Engineer.

Please refer to these numbers in all future correspondence concerning these declarations.

The filing of these declarations does not indicate affirmation or rejection of the statements contained therein.

Sincerely,

Mike Stapleton
(505) 622-6467

Enclosure: Declarations (39)
Cc: Santa Fe

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05114

I, ~~We~~ James Francis Justin + Brenna Gose DBA Sacramento Grazing Ass

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Benson Ridge Spring

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Benson Ridge Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Livestock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1886, described hereinafter.

1. a. If the system ~~was~~ subsequently extended, fill in following:

The Benson Ridge Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the SW quarter of Section 8, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION ACCEPTANCE FOR OF THE CLAIM.

1999 SEP -7 AM 11:18
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:39
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235729

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|

8. The quantity of water applied to beneficial use on the lands is 3 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________ Title * Justin Goss sec

Title * Francis Goss Dir Title * Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 19 99.

William E. Weddle expires 6-3[illegible]-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD 05113

I, We James, Frances, Justin & Brenna Goss DBA Sacramento Grazing

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from a Spring #1

a tributary of ________, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use for livestock acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Spring #1 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.
(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the SE quarter of the SE quarter of Section #1, Township 17S, Range 12E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:18
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________

2002 JUN 14 AM 11:39

, maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

ROSWELL, NEW MEXICO
STATE ENGINEER OFFICE



f #235727

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 3 acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Foss Pres

Title * ______________ Title * Justin Foss sec

Title * Francis Foss Dir Title * Bernard Foss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999.

William E. Waddell expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39
WR-1
REVISED 8/1/30

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05112

I, ~~We,~~ James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn

resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the Partial (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Water Canyon Springs

a tributary of ________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Water Canyon Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ________ acres of land on the ________ day of – 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Water Canyon Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NW quarter of the NW quarter of Section 24, Township 17S, Range 4E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: ________ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11: 1
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

JUN 14 AM 11 39
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T 235725

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water ~~is~~ / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________ Title * Justin Goss sec

Title Frances Goss Dir Title Brana Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39
WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD- 05111

I, James Francis Justin & Brenna Goss DBA Sacramento Grazing Ass. ~~We~~

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Bluff Springs West

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Bluff Springs West (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use Livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Bluff Springs West (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NW quarter of the NW quarter of Section 17, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO
1999 SEP - AM 11:18

3. The constructed works consist of: ______ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:39
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO



T#235724

5. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________

Title * Justin Goss sec

Title * Frances Goss Dir

Title * Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05110

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident, residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath, our respective oaths declare that

I am, we are the sole (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Bird Springs #2

a tributary of ______, on certain lands in the County of ______, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Bird Springs #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE) and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Bird Springs #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SE quarter of Section 35, Township 16, Range 12 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO
1999 SEP -7 AM 11:

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:39
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235722

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4.0 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (we) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (we) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Sec

Title * ________ Title * Justin Goss sec

Title Frances Goss Dir Title Barna Goss-Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02

Notary Public

NOTE. IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."¹ MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

¹MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05109

I, ~~we~~ James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn.

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from West 25 Spring.

a tributary of ______, on certain lands in the County of Oteco ______, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The West 25 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use ~~to~~ livestock acres of land on the ______ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The West 25 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NW quarter of Section 25, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 1999 SEP -7 AM 11:24

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2002 FEB 11 AM 10:17

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 2003 JUN 11 AM 11:39



T 235712

5. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

[redacted]The quantity of water applied to beneficial use on the lands is Approximately 5 ~~acre feet per annum~~ per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______________ Title* Justin Goss sec

Title* Frances Goss Dir Title* Bunna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Weddle expires 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070-
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05108

I, We, James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the (sole or partial) Owner / owners of a right to make beneficial use of water from West Mauldin

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The West Mauldin (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1865, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The West Mauldin (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NW quarter of Section 29, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:24
STATE ENGINEER OFFICE ROSWELL NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 NOV 14 AM 11:38
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO



T 235707

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

The quantity of water applied to beneficial use on the lands is *approximately* *5.0* *[illegible]* acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes *Year-long* (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W. Goss* *Pres*

Title * ________ Title * *Justin Goss sec*

Title * *Francis Goss Dir* Title * *Bruno Goss Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August*, 19*99*.

*William E. Webb expires 6-3-02*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

J-14080
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05107

I, we James Francis, Justin + Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Bluff Springs.

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Bluff Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Bluff Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SW quarter of the NE quarter of Section 17, Township 16, Range Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
~~ONLY A STATEMENT OF DECLARANT'S CLAIM.~~
ACCEPTANCE FOR FILING DOES NOT
~~CONSTITUTE APPROVAL OR REJECTION~~
OF THE CLAIM.

1999 SEP -7 AM 11:
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2007 JUN 14 AM 11:38
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235704

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

[redacted] The quantity of water applied to beneficial use on the lands is approximate 5.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* Frances Goss Dir    Title* Justin Goss sec

Title* ______    Title* Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Waddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14020
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD- 05106

I, We, James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident, residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath, our respective oaths, declare that

I am, we are the Sole (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Spring 21 of 11

a tributary of Penasco, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Spring 21 of 11 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Spring 21 of 11 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NE quarter of Section 21, Township 17S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:09
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:38
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T 235701

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 3.36 ~~acre feet per annum~~ per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________________ Title * Justin Goss sec

Title Francis Goss Dir Title Brenna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 19 99

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD 05105

I, We James Francis Jutin & Brenna Goss DBA Saccramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Delworth Spring.

a tributary of ________, on certain lands in the County of Otero. State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Delworth Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Domestic + stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ________ acres of land on the ________ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Delworth (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NE quarter of Section 7, Township 17S, Range 12E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________ bears ________, ________ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

2002 FEB 15 ... 8

1999 SEP 7 AM 11: 15
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

2002 JUN 14 AM 11: 38
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T-235697

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

√

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

The quantity of water applied to beneficial use on the lands is *Approximately 3.0* ~~acre feet per annum~~ per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes *year - long* (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss* *Pres*

Title * ______ Title * *Justin Goss sec*

Title * *Frances D Goss* Title * *Bruce Goss - Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August*, 19*99*.

*William E. Waddle expires 6-3-02*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.