2-E4070
31 WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05104

I, we, James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Section 9 Spring.

a tributary of ______, on certain lands in the County of Otero. State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Section 9 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Section 9 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SE quarter of the SE quarter of Section 9, Township 17S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11 18
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:38
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235693

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is Approx. 4.0 ~~acre feet per annum~~ per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________ Title * Justin Goss sec

Title Frances Goss Dir Title * Donna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999.

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD 05103

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing

a resident, residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath, our respective oaths, declare that

I am, we are the Partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Sacramento Headwaters

a tributary of ____________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Sacramento Headwaters (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Sacramento Headwaters (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NE quarter of Section 34, Township T17S, Range R12E, N.M.P.M., at a point whence the ____________ corner of Section ______, Township ______, Range ______, bears ____________, ____________ feet distant.

3. The constructed works consist of ____________ (MAIN DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW, A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ____________; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ____________

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ______ times per year.

1999 SEP -7 AM 11:02
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

2003 NOV 14 AM 11:38
STATE ENGINEER OFFICE



T 235692

5. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

[redacted] The quantity of water applied to beneficial use on the lands is Approx. 5.0 ~~acre feet per annum~~ per irrigated acre. The irrigation season is from ____________ to ____________ of each year.

Water (is) / is not used for stock and domestic purposes Year - long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title * ________ Title * Justin Goss sec

Title * Frances Goss Dir Title * Buck Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Webb expires 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070

39 WR-1

REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD 05102

I, We James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero -

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Spring #3

a tributary of _____, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1\. The #3 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the _____ day of 1886, described hereinafter.

1\. a. If the system was subsequently extended, fill in following:

The #3 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about _____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional _____ acres of land on the _____ day of _____, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2\. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the SW quarter of Section #3, Township 17S, Range 12E, N.M.P.M., at a point whence the _____ corner of Section _____, Township _____, Range _____ bears _____, _____ feet distant.

3\. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED

UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP - 7 AM 11: 15

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

4\. Hydraulic properties of main canal or conduit: bottom width _____ feet; depth of water at full operating capacity _____ feet; total depth including freeboard _____ feet; side slopes _____ horizontal to 1 vertical; diameter (pipe line or circular flume) _____ feet; slope _____ feet per 1000 feet; hydraulic radius _____ feet; coefficient of roughness (n) _____; velocity at full capacity _____ feet per second; capacity _____ cubic feet per second; length of canal _____; and is constructed of _____ (EARTH, CONCRETE, PIPE, ETC.)

5\. Hydraulic properties of storage dam (if any): Maximum height above foundation _____ feet; length of crest _____ feet; maximum width at base _____ feet; crest width _____ feet; slope of upstream face _____ horizontal to 1 vertical; maximum storage capacity _____ acre feet; freeboard (above high water line at maximum spill) _____ feet; width of spillway _____ feet; maximum discharge capacity of spillway _____ cubic feet per second; size and character of outlet conduit _____; maximum discharge capacity of outlet _____ cubic feet per second; type of dam, construction material, etc. _____; reservoir is filled on an average of _____ times per year.

2002 NOV 14 AM 11: 38

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO



T 235690

6. Diversion dam: the diversion dam is constructed of ______________________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length __________ feet; crest width ____________ feet; height above stream bed ____________ feet; depth below stream bed ____________ feet; side slopes of ____________ to ____________ on upstream and ____________ to ____________ on downstream faces; and contains about ____________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is Approximately 5 acre feet per annum per irrigated acre. The irrigation season is from ____________ to ____________ of each year.

Water is / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ____________ Title * Justin Goss sec

Title Francis Goss Dir Title Brenna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD 05101

I, We, James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from AtKinson Spring.

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The AtKinson Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated For Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The AtKinson Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 11, Township 17S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:19
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JAN 14 AM 11:38
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T# 235688

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|

The quantity of water applied to beneficial use on the lands is 4.4 acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* Justin Goss sec

Title* Francis Goss Dir

Title* Brenna Goss-Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Webble expires 6-3-02

Notary Public

NOTE. IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD 05100

I, We James Francis Justin + Brenna Goss D BA Sacramento Grazing Assn

resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Spring #14

a tributary of ______, on certain lands in the County of Otero. State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Spring #14 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Spring #14 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the SE quarter of Section 14, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of Rocks around Spring (ENUMERATE DIVERSION DAMS, CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:17
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:31
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO



T 235686

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

The quantity of water applied to beneficial use on the lands is approximately 3.36 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________

Title * Justin Goss sec

Title * Frances Goss Dir

Title * Bruna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William E. Webber expires 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

39 -

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1 00)

Date of receipt September 7, 1999 Declaration No. SD 05099

I. ~~We~~ James Frances Justin & Brenna Goss DBA Sacramento Grazing Assn.

~~a resident~~ (residents) of Weed, County of Otero

State of New Mexico, being first duly sworn, upon ~~my oath~~ (our respective oaths) declare that

~~I am~~ (we are) the Partial (SOLE OR PARTIAL) ~~Owner~~ (owners) of a right to make beneficial use of water from Masterson Spring.

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Penasco (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Masterson Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NE quarter of Section 26, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______ feet distant.

3. The constructed works consist of: Spring box (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP ... AM 11:22
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 MAR 14 AM 11:31
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T# 235684

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water is / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________ Title * Justin Goss sec

Title * Francie Goss Dir Title * Bernn Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of Receipt September 7, 1999 Declaration No. SD-05096

I, ~~We,~~ James Frances Justin & Brenda Ross DBA Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the partial (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Barrell Springs,

a tributary of Agua Chiquite, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Barrell Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1883 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1883, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Barrell Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NW quarter of Section 26, Township T 18 S, Range 12 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______,

bears ______, ______ feet distant.

3. The constructed works consist of: Spring Box (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:15

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

T 235 678

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *3.0* acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water ~~is~~ (is) / is not used for stock and domestic purposes *year-long* (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss Pres*

Title* *Frances Goss Dir*

Title* *Justin Goss sec*

Title* ________

Title* *Bruna D Goss -Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*.

*William E. Weddle expires 6-3-02*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

J 14070
39 -

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD 05097

I, ~~We~~ James Francis Justin + Buena Doss DBA Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the partial (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Sand Springs

a tributary of Agua Chiquite, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Sand Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Livestock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1883 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of 1883 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Sand Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SW quarter of the SW quarter of Section 26, Township 18S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Spring Box (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11: 14
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc.

2002 JUN 14 AM 11: 42

______; reservoir is filled on an average of ______ times per year.



T 235680

Diversion dam: the diversion dam is constructed of ________ (earth, rock, concrete, masonry, etc.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE. | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water is / is not used for stock and domestic purposes year long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* Frances Goss Dir

Title* Justin Goss sec

Title* ______

Title* Brenda Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE. IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS" † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14970
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD- 05095

I, we James Francis Justin & Brenna Goss

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Scott Able River,

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Scott Able River (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Scott Able River (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE SW quarter of the SE SW quarter of the NE NW quarter of Section 20 21, Township T18S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: ______ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:23
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:42



T# 235670

5. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

The quantity of water applied to beneficial use on the lands is 13[illegible] ~~acre feet per annum per irrigated acre~~ (stock water). The irrigation season is from ____________ to ____________ of each year.

Water ~~is~~ / is not used for stock and domestic purposes Year-long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title * ____________ Title * Justin Goss sec

Title Frances Goss Dir Title Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 19 99

William E. Wedde expires 6-3-02
Notary Public

NOTE. IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

J-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD 05094

I, James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn

We are residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon our respective oaths, declare that All 1/5

We are the partial (SOLE OR PARTIAL) owners of a right to make beneficial use of water from Agua Chiquite + Tributarys

a tributary of Penasco, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Agua Chiquite River (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for irrigation + Livestock (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1883 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on 80 acres of land on the ______ day of 1883, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Agua Chiquite River (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about 0 (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the W 1/2 ~~quarter~~ of the NE 1/4 quarter of Section 28, Township 17, Range 14, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Dam + irrigation Ditches (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

1999 SEP -7 AM 11:4
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

2000 JUN 14 AM 11:42
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T# 235667

6. Diversion dam. the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes Year long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* Frances Goss Dir

Title* Justin Goss sec

Title* ______

Title* Buana Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Wedde 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT
OF DIVERSION IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH
OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICA-
TIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS
OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER
SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLI-
CATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING
MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE
IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING
THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF
NEW MEXICO

39

WR-1
REVISED

# DECLARATION OF OWNERSHIP OF WATER RIGHT
PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05093

I, James Francis Justin + Brenna
~~We~~ a resident ~~residents~~ of Weed, County of Otero
State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that
I am ~~we are~~ the Sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Bird Springs
a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Bird Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Bird Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.
(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NW quarter of Section 35, Township 16, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______ feet distant.

3. The constructed works consist of: Rocks around Springs (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11: 24
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; ______; type of dam, construction material, etc. ______ maximum discharge capacity of outlet ______ cubic feet per second; ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11: 42
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

T 235665

; crest length ______ feet; crest

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.) feet; side slopes of

width ______ feet; height above stream bed ______ feet; depth below stream bed ______ on downstream faces; and contains about

______ to ______ on upstream and ______ to ______

______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) is not used for stock and domestic purposes Year-long (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______

Title* Justin Goss sec

Title* Frances Goss Dir

Title* Banna D Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02

Notary Public

NOTE. IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT
OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH
OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICA-
TIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS
OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER
SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLI-
CATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING
MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE
IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING
THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF
NEW MEXICO

2
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05092

I, We, Janae Frances Justin, Brenna Goss D.B.A. Sacramento Grazing Assn

a resident, residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath, our respective oaths, declare that

I am, we are the sole (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from SE 25 Springs.

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The SE 25 Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The SE 25 Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the SW quarter of Section 25, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Springs (EMBANKMENT, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO
1999 SEP -7 AM 11:22

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:41
ROSWELL, NEW MEXICO
STATE ENGINEER OFFICE



T235663

6 Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 3.0 acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* ________ Title* Justin Goss sec

Title* Frances Goss Dir Title* Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Wedde expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

39 -

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05091

I, James Francis Justin & Bures Bros DBA Sacramento Grazing Assn, we resident residents of Weed, County of Otero, State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~, declare that I am we are the Sole (SOLE OR PARTIAL) Owner owners of a right to make beneficial use of water from 3 Hubbell Springs a tributary of ____, on certain lands in the County of Otero, State of New Mexico, lying under the 3 Hubbell Springs (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Penasco (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on ____ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in the following:

The 3 Hubbell Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ____, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE, REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel reservoir storage NE & SE quarter of the NE quarter of the SW quarter of Section 32, Township 17S, Range 12E, N.M.P.M., at a point whence the ____ corner of Section ____, Township ____, Range ____, bears ____ ____ feet distant.

3. The constructed works consist of: Rocks around Springs (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:23
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical; diameter (pipe line or circular flume) ____ feet; slope ____ feet per ____ feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second; length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum width at base ____ feet; crest width ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____ feet; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ____ ____; maximum discharge capacity of outlet ____ cubic feet per second; type of dam, construction material, etc. ____; reservoir is filled on an average of ____ times per year.

2002 JUN 14 AM 11:41
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T 235649

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROC ... ) ______; crest length ______ feet; crest width ______ feet; height above stream bed ______ f... stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their owner... description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation o... given below:

| SUBDIVISION | SEC. | TWP. | RGE | | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 ...t feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes year-r... (G... ______ USE, IF ANY)

I / (we) hereby declare that to the best of my / (our) knowledge and belief the ...ents are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses ...described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership o... ...ht as appurtenant to said lands.

Declarants James W Goss Pres

Justin Goss sec

Title

Title Frances Goss Dir

Bernard Goss Dir

...wner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL F... SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE ... THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GEN... ...MENTS OF "FILING MAPS, PLANS, SPECIFICA-TIONS."† ... MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED ...ATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING ... OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFIC... ...E ENGINEER BEFORE HE CAN ACT ON AN APPLI-CATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMEND... WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION ... AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED R... ...S NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC ...ACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRI... ...E OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05090

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath our respective oaths, declare that

I am we are the Partial (SOLE OR PARTIAL) Owner owners of a right to make beneficial use of water from Mauldin Springs

a tributary of ____________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Mauldin (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ________ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Mauldin (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NE quarter of Section 29, Township 17S, Range 12E, N.M.P.M., at a point whence the ____________ corner of Section ________, Township ________, Range ________, bears ____________, ____________ feet distant.

3. The constructed works consist of: ____________ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED

UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO
1999 SEP -7 AM 11:22

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ____________; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ____________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ________ times per year.

2002 JUN 14 AM 11:41
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235646

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 3.0 acre feet per annum per irrigated acre. The irrigation season is from ____________ to year-long of each year.

Water (is) / is not used for stock and domestic purposes ____________ (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* ____________

Title* Justin Goss sec

Title* Frances Goss Dir

Title* Duane Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William E. Webb expires 6-3-02

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." 1 MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A [illegible] CING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED

1 MANUAL OF RULES AND REGULATIONS GOV[illegible] OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2140707
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05089

I, We James Francis Gatlin & Brenna Gose DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Lower Spring #22

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Lower Spring #22 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1886 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Lower Spring #22 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NE quarter of the NE quarter of Section 22, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:22
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2007 JUN 14 AM 11:41
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO



T#235643

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4.0 acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes Year-long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______________ Title* Justin Goss sec.

Title* Frances Goss Dir Title* Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS" † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

NC

39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05088

I, We Jane Francis Justin Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dark Springs #2

a tributary of ________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Dark Springs #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about

1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on livestock acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Dark Springs #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the

________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 34, Township 16, Range 12 E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: ________ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:22
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc ________; reservoir is filled on an average of ________ times per year.



TH 235641

6. Diversion dam. the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ________ acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title ________ Title Justin Goss sec

Title Frances Goss Dir Title Brenna Goss Dir

Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Wade expires 6-3-02

Notary Public

NOTE. IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD- 05087

I, We James Francis Judie & Brennan, DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Round House Springs

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the ______ (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Round House Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Domestic & Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1900 (YEAR AND MONTH, IF POSSIBLE). and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use Livestock acres of land on the ______ day of 1900, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SE quarter of the SE quarter of Section 36, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Spring Box (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

1999 SEP -7 AM 11:21
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:41
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T# 235639

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

√ 7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ______________ to ______________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ______________ | Title * Justin Goss sec

Title * Frances Goss Dir | Title * Brenna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."* MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

* MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14015
39

WR-1
REVISED 8-1-59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05086

I, ~~We~~ James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the Partial owner ~~owners~~ (SOLE OR PARTIAL) of a right to make beneficial use of water from #33 Spring

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto

1. The #33 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The #33 Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NE quarter of the NE quarter of Section 24, Township 16S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:20
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:41
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T# 235636

Diversion dam. the diversion dam is constructed of ______________________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______________________

Title* Justin Goss sec

Title Francis Goss Dir

Title* Bernard Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William S. Weddle expires 6-3-02

Notary Public

NOTE. IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS "1 MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2-14070
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05085

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

resident of / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Karr Spring

a tributary of ______________, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Karr Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the __________ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Karr Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about __________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional __________ acres of land on the __________ day of __________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the SW quarter of Section 22, Township 16 S, Range 11 E, N.M.P.M., at a point whence the __________ corner of Section __________, Township __________, Range __________ bears __________, __________ feet distant.

3. The constructed works consist of: Rocks at Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:01
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width __________ feet; depth of water at full operating capacity __________ feet; total depth including freeboard __________ feet; side slopes __________ horizontal to 1 vertical; diameter (pipe line or circular flume) __________ feet; slope __________ feet per 1000 feet; hydraulic radius __________ feet; coefficient of roughness (n) __________; velocity at full capacity __________ feet per second; capacity __________ cubic feet per second; length of canal __________; and is constructed of __________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation __________ feet; length of crest __________ feet; maximum width at base __________ feet; crest width __________ feet; slope of upstream face __________ horizontal to 1 vertical; maximum storage capacity __________ acre feet; freeboard (above high water line at maximum spill) __________ feet; width of spillway __________ feet; maximum discharge capacity of spillway __________ cubic feet per second; size and character of outlet conduit __________; maximum discharge capacity of outlet __________ cubic feet per second; type of dam, construction material, etc. __________; reservoir is filled on an average of __________ times per year.

2007 JUN 14 AM 11:41
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235635

5. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5. acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / (we) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (we) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ________

Title * Justin Goss sec

Title Francis Goss Dir

Title Brenna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05084

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

is resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from West Line Spring

a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The West Line Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE) and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The West Line Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NE quarter of the NE quarter of Section 30, Township 17S, Range 12E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

1999 SEP -7 AM 11:20
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 JUN 14 AM 11:40
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T# 235632

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James A. Goss Pres

Title* Justin Goss sec

Title Francis Goss Dir

Title Bernie Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

[signature] expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05083

I, James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn
we
a resident
residents of Weed, County of Otero --
State of New Mexico, being first duly sworn, upon my oath
our respective oaths declare that
I am
we are the Sole (SOLE OR PARTIAL) Owner
owners of a right to make beneficial use of water from East Spring #21
a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The East Spring #21 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use of livestock acres of land on the ______ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The East Spring #21 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 21, Township 17S, Range 12 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

STATE ENGINEER OFFICE
ROSWELL NEW MEXICO
1999 SEP -7 AM 11: 20

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2007 NOV 14 AM 11 40
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T# 235631

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *3.0* acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes *year-long* (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss* — *Pres*

Title* ________ Title* *Justin Goss sec*

Title* *Frances Goss Dir* Title* *[signature] Goss Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*

*[signature]* *expires 6-3-02*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14010
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05082

I, We James Francis Justin & Brenna Goss DBA Sacramento Grazing

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Spring #22.

a tributary of ________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Spring #22 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Spring #22 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 22, Township 17S, Range 12E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________ bears ________, ________ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

1999 SEP -7 AM 11:20
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

FILED
~~UNDER NEW MEXICO LAW A DECLARATION IS~~
ONLY A STATEMENT OF DECLARANT'S CLAIM.
~~ACCEPTANCE FOR FILING DOES NOT~~
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

2002 JUN 14 AM 11:40
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T 235629

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *4.0* acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for stock and domestic purposes *year-long* (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss Pres*

Title * ________ Title * *Justin Goss sec*

Title * *Frances Goss Dir* Title * *[illegible] Goss - Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*

*William E. Webb[illegible] expires 6-3-02*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

No Card

2-24/07
39-

# DECLARATION OF OWNERSHIP OF WATER RIGHT

WR-1
REVISED 6/1/59

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05081

I, We James Frances Justin & Brenna Goss DBA Sacramento Grazing Asso

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that

I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from West Spring of 21

a tributary of ________, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The West Spring of 21 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ________ day of 1885 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The West Spring of 21 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the NW quarter of Section 21, Township 17S, Range 12E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________ bears ________, ________ feet distant.

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO
1999 SEP -7 AM 11:17

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

2002 MAR 11 AM 11:40
STATE ENGINEER OFFICE
ROSWELL NEW MEXICO



T# 235617

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

√ 7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 4.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes year long (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ______ Title * Justin Goss sec

Title * Francis Goss Dir Title * Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31 day of August, 19 99

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2
39 -

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt **September 7, 1999** Declaration No. SD-05080

I, ~~We~~ James, Frances Justin & Brenna Goss

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) owner ~~owners~~ of a right to make beneficial use of water from Benson Spring #2

a tributary of ________, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Benson Spring #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ________ acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Benson Spring #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NW quarter of Section 9, Township 17S, Range 12E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________ bears ________, ________ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

1999 SEP -7 AM 11:17
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM
ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

2002 JUN 14 AM 11:40
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

T# 235617

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water is / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ______ Title* Justin Goss sec

Title Frances Goss Dir Title Bernard Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

46279
39

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05079

I, James, Frances Justin & Breme Goss DBA Sacramento Grazing Assn
~~We~~

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths,~~ declare that

I am ~~we are~~ the ___ Owner ~~owners~~ (SOLE OR PARTIAL) of a right to make beneficial use of water from Bluff North Spring

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about

1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Bluff North Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the

______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the

NE quarter of Section 17, Township 17S, Range 12E, N.M.P.M., at a point whence the

______ corner of Section ______, Township ______, Range ______.

bears ______, ______ feet distant.

3. The constructed works consist of: Rocks around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO
1999 SEP 7 AM 11:18

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc.

______; reservoir is filled on an average

of ______ times per year.

2002 JUN 14 AM 11:40
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

T 235614