6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 3.0 acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title * ______ Title * Justin Goss sec

Title Frances Goss Dir Title Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 19 99.

William E. Webble expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

2-14070
39-

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt May 30, 2002 Declaration No. SD-05078

I, James, Francis, Sebastian, Bueno Goss DBA Sacramento Grazing Assn
We
a resident
residents of Weed, County of Otero
State of N. Mexico, being first duly sworn, upon my oath / our respective oaths declare that
I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Taylor Spring
a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Pinasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Taylor Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ______ day of 1885, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Taylor Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NW quarter of the NE quarter of Section 13, Township 17S, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Spring Box (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

2002 NOV 14 AM 11 40
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO



T# 23534

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 5.0 acre feet per annum per irrigated acre. The irrigation season is from ____________ to year long of each year.

Water (is) / is not used for stock and domestic purposes ____________ (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants ____________

Title * Jimmy Glass Pres     Title * Justin Goss Secretary

Title * Francis Goss Dir     Title * Brenda Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 24th day of May ~~19~~ 2002

William E. Webb     expires June 4 2002

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

39

# DECLARATION OF OWNERSHIP OF WATER RIGHT

WR-1
REVISED 8/1/59

PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05077

I, We, James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn resident, residents of Weed, County of Otero, State of New Mexico, being first duly sworn, upon my oath, our respective oaths declare that I am, we are the sole/partial owner, owners of a right to make beneficial use of water from East Spring 24, a tributary of ____________, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The East Spring 24 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use to livestock acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The East Spring 24 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SE quarter of Section 24, Township 17S, Range 12E, N.M.P.M., at a point whence the ____________ corner of Section ________, Township ________, Range ________, bears ____________, ____________ feet distant.

3. The constructed works consist of: Rocks Around Spring (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

1999 SEP -7 AM 11: 23
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

FILED
UNDER NEW MEXICO LAW A DECLARATION IS
ONLY A STATEMENT OF DECLARANT'S CLAIM.
ACCEPTANCE FOR FILING DOES NOT
CONSTITUTE APPROVAL OR REJECTION
OF THE CLAIM.

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ____________; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ____________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ________ times per year.

2002 JAN 14 AM 11: 40
STATE ENGINEER OFFICE ROSWELL, NEW MEXICO

T#235566

5. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 2, acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water ~~is~~ is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY).

I/We hereby declare that to the best of my/our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I/We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* ________ Title* Justin Goss sec

Title* Frances Goss Dir Title* Bennett Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS"[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

2014
39

# DECLARATION OF OWNERSHIP OF WATER RIGHT

WR-1
REVISED

## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt September 7, 1999 Declaration No. SD-05076

1. James Francis Justin + Brenna Goss DBA Sacramento Grazing Assn
We, a resident / residents of Weed, County of Otero, State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dark Springs 1, a tributary of ↑, on certain lands in the County of Otero, State of New Mexico, lying under the Penasco (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto

1. The Dark Springs 1 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock acres of land on the ____ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Dark Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ____, described hereinafter.
(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NW quarter of the NW quarter of Section 35, Township 16, Range 12 E, N.M.P.M., at a point whence the ____ corner of Section ____, Township ____, Range ____, bears ____, ____ feet distant.

3. The constructed works consist of: ____ (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

1999 SEP -7 AM 11:21
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical, diameter (pipe line or circular flume) ____ feet; slope ____ feet per 1000 feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second, length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____ feet; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ____

maximum discharge capacity of outlet ____ cubic feet per second; type of dam, construction material, etc. ____; reservoir is filled on an average of ____ times per year.

FILED
UNDER NEW MEXICO LAW A DECLARATION IS ONLY A STATEMENT OF DECLARANT'S CLAIM. ACCEPTANCE FOR FILING DOES NOT CONSTITUTE APPROVAL OR REJECTION OF THE CLAIM.

2007 JUN 14 AM 11:39
STATE ENGINEER OFFICE
ROSWELL, NEW MEXICO

T# 235533

Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet, height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material..

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant) and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is 2.5 acre feet per annum per irrigated acre. The irrigation season is from ________________ to ________________ of each year.

Water (is) / is not used for stock and domestic purposes YEAR-LONG (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* ________________ Title* Justin Goss sec

Title Francis Goss Dir Title Brenna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS"* MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

*MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272355
File Nbr: SD 05288

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505) 524-6161

Enclosure
cc: Santa Fe Office

declare

TRN272355
SD-05288

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____ Declaration No. ____

I, We Jimmy frances, Brenna + Justin Goss DBA Mailing Address Sacramento Grazing Assn

a resident, residents of Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath, our respective oaths declare that

I am, we are the partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Caballero Spring #2

a tributary of ____, on certain lands in the County of Stock Watering, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Caballero Spring #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1890 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ____ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock water acres of land on the ____ day of ____, described hereinafter.

03 APR 21 AM 1:55
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

1. a. If the system was subsequently extended, fill in following:

The ____ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ____, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SE quarter of Section 29, Township 16, Range 11, N.M.P.M., at a point whence the ____ corner of Section ____, Township ____, Range ____, bears ____, ____ feet distant.

3. The constructed works consist of: Dug Out To Allow water to pool (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) Approximately 2 x 2 x 2 and is maintained

03 MAY 2 PM 3:04
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical; diameter (pipe line or circular flume) ____ feet; slope ____ feet per 1000 feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second; length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum width at base ____ feet; crest width ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____ feet; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ____;

maximum discharge capacity of outlet ____ cubic feet per second; type of dam, construction material, etc. ____; reservoir is filled on an average ____ times per year.

#4-10199 $1.00
TRN272355
SD-05288

SD-05288
TRN272355
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for livestock fresh water of Spring E.F.C. acre feet per annum per irrigated acre. The irrigation season is from year long to ______ of each year.

Water is / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Saccamento Grazing Assn.

Title* Jimmy Goss    Title* Frances Goss

Title* Justin Goss Jr.    Title* [signature] Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April, 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

SD-05288
TRN272355

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272350
File Nbr: SD 05287

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, The quantity of water applied to beneficial use on the land is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05287
TRN272350
#4-10199 $1.00

**DECLARATION OF OWNERSHIP OF WATER RIGHT**
**PERFECTED PRIOR TO MARCH 19, 1907**
(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We Jimmy, Frances, Justin, Brenda Goss Mailing Address P.O.B. Sacramento Grazing

a resident, residents of Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath, our respective oaths declare that

I am, we are the partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Upper Alamo #1

a tributary of ______, on certain lands in the County of Stock Watering, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1892 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NE quarter of the NE quarter of Section 3, Township 17, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Metal Spring Box with a pipeline to a livestock drinker. Drinker holds approximately 300 gallons (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 APR 2? PM 1:52 FILED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAY 22 PM 3:03 FILED

SD-05287
TRN272350

SD-05287
TRN272350
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *enough to water Livestock & Present* ______ acre feet per annum per irrigated acre. The irrigation season is from *year long* to ______ of each year. *At Spring. CFC*

Water is / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *Sacramento Grazing Assn*

Title* *Jimmy Goss* Title* *Frances Goss*

Title* *Justin Goss* Title* *Donna Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *17th* day of *April* *2003*.

*[signature]*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS G[illegible] ... USE OF THE SURFACE WATERS OF THE ... NEW MEXICO.

SD-05287
TRN272350

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272343
File Nbr: SD 05286

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05286
TRN272343
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, We, Jimmy Frances Justin + Brenna Goss DBA Mailing Address Sacramento Grazing Assn a resident residents of Weed, County of Otero State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath our respective oaths, declare that I am we are the partial (SOLE OR PARTIAL) Owner owners of a right to make beneficial use of water from Mud Springs a tributary of Tularosa Basin, on certain lands in the County of Otero, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1885 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______________ described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Mud Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NE quarter of the NW quarter of Section 12, Township 16, Range 11, N.M.P.M., at a point whence the ______________ corner of Section ______, Township ______, Range ______, bears ______________, ______________ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) Spring dug out To create water hole Large enough To allow Livestock To water

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAR 21 PM 1:49

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAY 22 PM 3:0

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______________; and is constructed of ______________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______________; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______________; reservoir is filled on an average of ______ times per year.

SD-05286
TRN272343

SD-05286
TRN272343
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *enough to water livestock present at spring cfg* ~~acre feet per annum~~ per irrigated acre. The irrigation season is from *yearlong* to ______ of each year.

Water is / is not used for stock and domestic purposes ______________ (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *Sacramento Grazing*

Title* *Jimmy Goss Pres.* Title* *Frances Goss*

Title* *Justin Goss* Title* *Deanna Goss*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and Sworn to before me this *17th* day of *April* 19 *2003*.

*[signature]*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDE[D] ... ING OF THE APPROPRIATE SHEET ... THAT PORTION OF ACREAGE BEING DECLARED

†MANUAL OF RULES AND REGULATIONS GOVE[RNING] ... F THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



SD-05286
TRN272343

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272330
File Nbr: SD 05285

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05285
TRN272330
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Jimmy Frances Justin + Brenna Goss Mailing Address DBA Sacramento Grazing Assn
a resident / residents of Weed, County of Otero
State of New Mexico (ZIP CODE), being first duly sworn, upon my oath / our respective oaths declare that
I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dog Canyon Spring,
a tributary of ______, on certain lands in the County of Otero, State of New
Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about
Oct 1890 (YEAR AND MONTH, IF POSSIBLE) and work thereon was diligently prosecuted and carried to completion and water was
applied to beneficial use on Livestock acres of land on the ______ day of ______ described hereinafter.

03 APR 21 PM 1:53
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about
______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the
______ day of ______, described hereinafter.
(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the
NW quarter of Section 4, Township 18, Range 11, N.M.P.M., at a point whence the
______ corner of Section ______, Township ______, Range ______,
bears ______, ______ feet distant.

3. The constructed works consist of: Dug out To allow cattle watering (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)
Approximately 1½ X 1½ X 1½

03 MAY 2 PM 3:43
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;
maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

SD-05285
TRN272330

SD-05285
TRN272330
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ width ______ feet; height above stream bed ______ feet; depth below stream bed ______ ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for livestock present at ~~—~~ acre feet per annum ~~per irrigated acre~~. The irrigation season is from Spring to year long of each year.

Water (is) / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / we hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Ass

Title* Jimmy Goss

Title* Thomas Goss

Title* Justin Goss

Title* Bernard Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2003

[signature]

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



SD-05285
TRN272330

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272367
File Nbr: SD 05291

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and the statement made, "The quantity of water applied to beneficial use on the land is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05291
TRN272367
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Declaration No. ______

Date of receipt ______

I, We Jimmy, Frances, Justin, Brenna Goss DBA Sacramento Grazing

a resident / residents of Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Karr Canyon Spring

a tributary of ______, on certain lands in the County of ______, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Livestock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1891 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Karr Canyon Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NW quarter of the SW quarter of Section 22, Township 16, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Dug Out with a pipe Dugout is approximately 2'x 3'x2' And is maintained To Allow Livestock To Water (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

SD-05291
TRN272367

SD-05291
TRN272367
~~#4-10109 $1.00~~

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for cattle present at spring ~~feet per annum per irrigated acre~~. The irrigation season is from year long to ______ of each year.

Water ~~is~~ is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I ~~We~~ hereby declare that to the best of my ~~our~~ knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I ~~We~~ hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing

Pres Title* Jimmy Goss

Title* Frances Goss

Title* Justin Goss

Title* [signature]

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April, 2003.

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GO[VERNING THE APPROPRIATION AND USE] OF THE SURFACE WATERS OF THE [STATE OF] NEW MEXICO.

SD-05291
TRN272367

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272363
File Nbr: SD 05290

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05290
TRN272363
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Justin Brenna Frances & Jimmy Goss P.B.P. Mailing Address Sacramento Grazing Assn

a resident, residents of Weed, County of Otero

State of New Mexico (ZIP CODE), being first duly sworn, upon my oath, our respective oaths declare that

I am, we are the Partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Potato Knob #1

a tributary of ______, on certain lands in the County of ______, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1895 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on ______ acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the NW quarter of the SE quarter of Section 16, Township 17, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: 4 J. Spring dug out to allow livestock to water (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 03 APR 1 PM 1:52

STATE ENGINEER OFFICE ROSWELL, NEW MEXICO 03 MAY 22 PM 3:03

SD-05290
TRN272363

SD-05290
TRN272363
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is J.B. enough to water livestock present at spring ~~acre feet per annum~~ per irrigated acre. The Irrigation season is from year long to ______ of each year.

Water (is) is not (used for stock) and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss Pres.

Title* Frances Goss

Title* Justin Goss

Title* Diane Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2023.

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

SD-05290
TRN272363

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272358
File Nbr: SD 05289

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough to water livestock present in the area."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05289
TRN272358
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ________ Declaration No. ________

1. ~~I,~~ We, Jimmy, Frances Justin, Brenna Goss, Mailing Address DBA Sacramento Grazing

~~a resident~~ residents of Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon ~~my oath~~ our respective oaths, declare that

~~I am~~ we are the partial (SOLE OR PARTIAL) ~~Owner~~ owners of a right to make beneficial use of water from Caballero Spring 3,

a tributary of ________, on certain lands in the County of ________, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for livestock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about

1890 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on Livestock water of land on the ________ day of ________ described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Caballero Spring #3 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the

________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SW quarter of Section 31, Township 16, Range 11, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________ feet distant.

3. The constructed works consist of: Cement Box with 4" pipe that (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) measures 5'x 8'x 4' And has watered livestock since Approx 1890

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 APR 21 PM 1:51

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO ... 22 PM 3:03

SD-05289
TRN272358

SD-05289
TRN272358
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; ~~and slopes of~~ width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ acre feet per annum per irrigated acre. The irrigation season is from yearlong to J.J. enough to water livestock present in the Area of each year.

Water (is) / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title * Jimmy Goss  Title * Frances Goss

Title * Justin Goss  Title * Bonnie Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS ... USE OF THE SURFACE WATERS OF THE ... NEW MEXICO.

SD-05289
TRN272358

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272327
File Nbr: SD 05284

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05284
TRN272327
#4-10199 $1.00

**DECLARATION OF OWNERSHIP OF WATER RIGHT**
**PERFECTED PRIOR TO MARCH 19, 1907**
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______________ Declaration No. ______________

I, ~~We~~ Jimmy Frances Justin + Brenda Goss DBA Mailing Address Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico (ZIP CODE) ______, being first duly sworn, upon my oath ~~our respective oaths~~, declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from San Andreas Springs

a tributary of Tularosa Basin on certain lands in the County of ~~Stock Watering~~ Otero. State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The San Andrea Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1890 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock ~~acres of land on~~ the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the SW quarter of the NE quarter of Section 21, Township 17, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Spring Dug out J.G. to dirt tank to water live stock (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

[Stamps: STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAR 22 PM 3:02; 2003 MAR 20 PM 1:14]

SD-05284
TRN272327

SD-05284
TRN272327
#4-10199 $1.00

6. Diversion- dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; top width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; side slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership; acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough to water live stock present at spring. ______ feet per annum per irrigated acre. The irrigation season is from year long to ______ of each year.

Water (is) is not used for stock and ~~domestic purposes~~ ______ (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss

Title* Frances Goss

Title* Justin Goss

Title* Dianne Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 192003

Willie D. Webb
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



SD-05284
TRN272327

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272323
File Nbr: SD 05283

June 6 , 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05283
TRN272323
#4-10199 $1.00

**DECLARATION OF OWNERSHIP OF WATER RIGHT**
**PERFECTED PRIOR TO MARCH 19, 1907**
(FORM TO BE EXECUTED IN triplicate AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ________ Declaration No. ________

I, We Jimmy Frances Justin + Brenna Gest DBA Mailing Address Sacramento Grazing
a resident, residents of Weed, County of Otero
State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath, our respective oaths, declare that
I am, we are the partial (SOLE OR PARTIAL) Owner, owners of a right to make beneficial use of water from Wood Springs #1
a tributary of ________, on certain lands in the County of ________, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ________ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1891 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ________ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ________ day of ________ described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ________ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.
(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

03 APR 21 AM 11:53
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the SW quarter of Section 4, Township 17, Range 11, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: Fence around Spring - Spring flows through a pipe to an approximate 200 gallon Drinker
(ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

03 MAY 2 AM 3:02
STATE ENGINEER OFFICE
LAS CRUCES, NEW MEXICO

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________; maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

SD-05283
TRN272323

SD-05283
TRN272323
#1-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ width ________ feet; height above stream bed ________ feet; depth below stream bed ________ ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for livestock present at spring acre feet per annum per irrigated acre. The irrigation season is from Year long to ________ of each year. EFG

Water is / is not used for stock and domestic purposes ______________ (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title * Jimmy Goss Pres    Title * Francis Goss

Title * Justin Goss    Title * [signature] Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April, 19 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



SD-05283
TRN272323

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272319
File Nbr: SD 05282

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough to allow livestock to water in the area."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505) 524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05282
TRN272319
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

1. Jimmy, Frances, Justin - Brenna Goss Mailing Address DBA Sacramento Grazing Assn
I / We (circled: We)

a resident / residents (circled: residents) of Weed, County of Otero

State of New Mexico 88354 (ZIP CODE), being first duly sworn, upon my oath / our respective oaths (circled: our respective oaths) declare that

I am / we are (circled: we are) the partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Wood's Spring #2

a tributary of ______, on certain lands in the County of ______. State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1892 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______ described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SW quarter of the SE quarter of Section 5, Township 17, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______.

bears ______, ______ feet distant.

3. The constructed works consist of: Dug out to allow cattle to water in an approximate 2' X 2' X 3' water hole (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 APR -1 PM 1:50

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAR 22 PM 3:02

SD-05282
TRN272319

SD-05282
TRN272319
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ (feet; cross) width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership; acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ feet per annum per irrigated acre. The irrigation season is from year long to enough to Allow livestock to water in the Area of each year.

Water (is) / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss Title* Frances Goss

Title* Justin Goss Title* Donna Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



SD-05282
TRN272319

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272302
File Nbr: SD 05281

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05281
TRN272302
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Justin Brenna, Jimmy + Frances Goss Mailing Address DBA Sacramento Grazing Assn

a resident residents of Weed, County of Otero

State of New Mexico (ZIP CODE), being first duly sworn, upon my oath our respective oaths declare that

I am we are the Sole (SOLE OR PARTIAL) Owner owners of a right to make beneficial use of water from Treasure Spring.

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Treasure Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stockwater (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about Oct 1890 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use for cattle acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the NE quarter of Section 8, Township 18, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) Rocks around the spring To Form A drinker overflows down the canyon to allow cattle to drink in the Lower Canyon from a stream

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

SD-05281
TRN272302

SD-05281
TRN272302
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ____ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ____ width ____ feet; height above stream bed ____ feet; depth below stream bed ____ ____ to ____ on upstream and ____ to ____ on downstream faces; and contains about ____ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for Livestock Present at The Spring CFG acre feet per annum ~~per irrigated acre~~. The irrigation season is from year long to year long of each year.

Water is ~~is not~~ used for stock and domestic purposes ____ (GIVE PERIOD OF USE, IF ANY)

I ~~We~~ hereby declare that to the best of my ~~our~~ knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I/We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Assn

Title* Jimmy Goss Title* Frances Goss

Title* Justin Goss Title* Brian Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF NEW MEXICO.

SD-05281
TRN272302

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272292
File Nbr: SD 05280

June 6, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

SD-05280
TRN272292
#4-10199 $1.00

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, Justin, Brenna, Jimmy + Frances Goss DBA Mailing Address Sacramento Grazing

a resident / residents of Weed, County of Otero

State of New Mexico (ZIP CODE), being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Pine Spring,

a tributary of ______, on certain lands in the County of ______, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated ______ (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1890 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the NE quarter of the SW quarter of Section 14, Township 18, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Dug out To Allow Livestock to Drink J.G. Approx 2'x2'x1' (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

(Stamps: STATE ENGINEER OFFICE, NEW MEXICO, 03 SEP 21 PM 1:45; 03 MAY 22 PM 3:33)

SD-05280
TRN272292

SD-05280
TRN272292
#4-10199 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough to water livestock present at spring ~~feet per annum per irrigated acre~~. The irrigation season is from year long to ______ of each year.

Water is / is not used for stock and domestic purposes ______ (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Ass

Title* Jimmy Goss — Title* Frances Goss

Title* Justin Goss — Title* [signature] Goss

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 19 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

SD-05280
TRN272292

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224236
File Nbr: SD 04995

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

File No SD-04995
TRN224236
#4-08686 $1.00

WR-1 REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF ~~$1.00~~)

Date of receipt ______ Declaration No. ______

I, We, James, Francis Justin + Brennan Goss DBA, Sacramento Grazing Asso a resident / residents of Weed, County of Otero, State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that I am / we are the sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Pine Springs, a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Pine Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water 553 head of cattle (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1900 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of ______ described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Sid West (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH, PROPERLY FILLED IN AND ATTACH HERETO.)

CFG

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the NE quarter of the SE quarter of Section 21, Township 18, Range 11E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) Spring Box into a storage Tank then to a drinker then 10 miles of pipeline to pasture ridge. The Spring Box measures aprox - 3'x5' + has been maintained since 1900. J.G.

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

03 APR 21 PM 1:42 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

03 SEP 17 PM 2:56 RECEIVED STATE ENGINEER OFFICE

02 FEB 19 PM 4:25 RECEIVED STATE ENGINEER OFFICE LAS CRUCES NEW MEXICO

File No SD-04995
TRN224236

File No SD-04995
TRN224236
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for Cattle Present at Spring etc. acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) is not used for stock and domestic purposes year - long (GIVE PERIOD OF USE, IF ANY)

I (We) hereby declare that to the best of my (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title Frances Goss Dir          Title • Justin Goss sec

Title • ______          Title • Bernard Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William E. Weddle expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-04995
TRN224236

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224244
File Nbr: SD 05001

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-05001**
**TRN224244**
**#4-08686 $1.00**

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, We James Francis Justin + Brenna Goss - DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that #

I am / we are the PARTIAL (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dry Canyon Rucker Springs

a tributary of ____________, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Dry Canyon Rucker Spring #1 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1900 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use Livestock acres of land on the ______ day of 1900 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Dry Rucker Spring #1 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the SE quarter of the SW quarter of Section 19, Township 16S, Range 11E, N.M.P.M., at a point whence the ____________ corner of Section ______, Township ______, Range ______, bears ____________, ____________ feet distant.

3. The constructed works consist of: Rocks Around Spring To create water hole (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ____________; and is constructed of ____________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ____________; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ____________; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 08 APR 21 PM 1:41 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 SEP -7 AM 8:59 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 02 FEB 9 PM 4:38 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAY 22 PM 3:05

**File No SD-05001**
**TRN224244**

File No SD-05001
TRN224244
#4-08686 $1.00

...sion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.): crest length ______ feet; crest ______ feet; height above stream bed ______ feet; depth below stream bed ______ slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use is enough to water Livestock Present at Spring acre feet per annum per ~~irrigated~~ acre. The irrigation season is from ______ to ______ of each year. C.F.G.

Water (is) / is not used for (stock) and domestic purposes year long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title* Frances Goss Dir

Title* Justin Goss Sec

Title* ______

Title [signature] Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William O. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-05001
TRN224244

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224243
File Nbr: SD 05000

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use is enough to water livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare