**File No SD-05000**
**TRN224243**
**#4-08686 $1.00**

WR-1

# DECLARATION OF OWNERSHIP OF WATER RIGHT
## PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ________ Declaration No. ________

I. *James Francis Goss & Brenna Goss, DBA Sacramento Grazing Assn*
We, a resident / residents of *Weed*, County of *Otero*

State of *New Mexico*, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the *partial* (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from *Caballero Spring #1*

a tributary of ________, on certain lands in the County of *Otero*, State of New

Mexico, lying under the *Tularosa Basin* (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The *Caballero Spring #1* (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated *for stock water* (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about *1900* (YEAR AND MONTH, IF POSSIBLE) and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use *livestock* acres of land on the ________ day of *1900*, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The *Caballero Spring* (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: *SE* quarter of the *NW* quarter of the *NE* quarter of Section *32*, Township *16S*, Range *11E*, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________ bears ________, ________ feet distant.

3. The constructed works consist of: *Rocks around Spring To make a water Hole large enough to water livestock since 1900* (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum storage) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

RECEIVED 03 APR 21 PM 1:4? STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

RECEIVED 03 MAY 22 PM 3:04 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

RECEIVED 03 SEP -7 PM 2:?? STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

RECEIVED 02 FEB 19 PM 4:38 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO



**File No SD-05000**
**TRN224243**

File No SD-05000
TRN224243
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is [enough to water live stock present at spring] ______ acre feet per annum per irrigated acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for (stock) and domestic purposes *year - long* (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss Pres*

Title * *Francis Goss Dir*

Title * *Justin Goss Sec*

Title * ______

Title * *Bennet Goss - Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*.

*William E Webb* *expires 6-3-02*

Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO

File No SD-05000
TRN224243

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224240
File Nbr: SD 04997

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505) 524-6161

Enclosure
cc: Santa Fe Office

declare

File No SD-04997
TRN224240
#4-08686 $1.00

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE ~~OF $1.00~~)

Date of receipt ______ Declaration No. ______

I, ~~We,~~ James Francis Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Little Cherry Springs

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto: 350 - 400 head

1. The Little Cherry Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Use (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about

1900 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was

applied to beneficial use on livestock acres of land on the ______ day of 1900 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Little Cherry Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about

______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the

______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the

NW quarter of Section 26, Township 18, Range 11E, N.M.P.M., at a point whence the

______ corner of Section ______, Township ______, Range ______,

bears ______, ______ feet distant.

3. The constructed works consist of: Spring Box To a Drinker (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

The spring Box measures Approx 4'x4'x3', & has been maintained

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______;

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

03 APR 21 PM 1:43 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

99 ... PM 12:55 RECEIVED STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

02 FEB 19 PM 4:35 RECEIVED STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO



File No SD-04997
TRN224240

**File No SD-04997**
**TRN224240**
**#4-08686 $1.00**

6. Diversion dam: the diversion dam is constructed of ________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ~~plenty~~ enough for cattle present at the Spring CFG acre feet per annum ~~per irrigated acre~~. The irrigation season is from ________ to ________ of each year.

Water (is) / is not used for (stock) and domestic purposes year - long (GIVE PERIOD OF USE, IF ANY).

I / (We) hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* Frances Goss Dir — Title* Justin Goss sec

Title* ________ — Title* Burna Goss - Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS"[1] MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

[1] MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

**File No SD-04997**
**TRN224240**

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224246
File Nbr: SD 05002

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-05002**
**TRN224246** WR-1 REVISED 6/1/59
**#4-08686 $1.00**

DECLARATION OF OWNERSHIP OF WATER RIGHT
PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, James Francis Justin & Brenna Dora DBA Sacramento Grazing Assn
We (circled)
a resident / residents (circled) of Weed, County of Otero -
State of New Mexico 88354, being first duly sworn, upon my oath / our respective oaths, declare that
I am / we are (circled) the sole (SOLE OR PARTIAL) Owner / owners (circled) of a right to make beneficial use of water from Mineral Springs.
a tributary of ______, on certain lands in the County of Otero, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Mineral Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated Stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1898 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1898, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Mineral Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NW quarter of the SW quarter of the SW quarter of Section 11, Township 16S, Range 10E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)
Has been dug out for stock watering and maintained

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

RECEIVED 03 APR -1 PM 1:40 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO
RECEIVED 03 MAR -7 PM 2:59 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO
RECEIVED 02 FEB 19 PM 4:38 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO
STATE ENGINEER OFFICE LAS CRUCES NEW MEXICO 03 MAY 22 PM 3:05

**File No SD-05002**
**TRN224246**

File No SD-05002
TRN224246
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use ~~on the land~~ *is enough to water cattle present at Spring CFG* acre feet per annum per ~~irrigated~~ acre. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for (stock) and domestic purposes *year long*
(GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss Pres*

Title * *Frances Goss Dir*

Title * *Justin Goss Sec*

Title * ______

Title * *[signature] Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*

*William F. Wedde expires 6-3-02*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-05002
TRN224246

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224248
File Nbr: SD 05003

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the declaration was left blank and a statement was made, " The quantity of water applied to beneficial use on the lands is enough to water cattle present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-05003**

DECLARATION OF OWNERSHIP OF WATER RIGHT **TRN224248** WR-1
PERFECTED PRIOR TO MARCH 19, 1907 **#4-08686 $1.00** REVISED 8/1/59
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____ Declaration No. ____

I, We James Francis Justis & Brenna Gosa DBA Sacramento Grazing Assn
a resident / residents of Weed, County of Otero
State of New Mexico 88354, being first duly sworn, upon my oath / our respective oaths, declare that
I am / we are the [illegible] Owner / owners (SOLE OR PARTIAL) of a right to make beneficial use of water from Merrill Springs,
a tributary of ____, on certain lands in the County of Otero. State of New
Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Merrill Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1895 (YEAR AND MONTH, IF POSSIBLE). and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use Live Stock acres of land on the ____ day of 1895 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Merrill Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ____ acres of land on the ____ day of ____, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SE quarter of Section 19, Township 16S, Range 11E, N.M.P.M., at a point whence the ____ corner of Section ____, Township ____, Range ____, bears ____, ____ feet distant.

3. The constructed works consist of: Rocks around Springs to create water hole big enough for cattle to water. (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ____ feet; depth of water at full operating capacity ____ feet; total depth including freeboard ____ feet; side slopes ____ horizontal to 1 vertical; diameter (pipe line or circular flume) ____ feet; slope ____ feet per 1000 feet; hydraulic radius ____ feet; coefficient of roughness (n) ____; velocity at full capacity ____ feet per second; capacity ____ cubic feet per second; length of canal ____; and is constructed of ____ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ____ feet; length of crest ____ feet; maximum width at base ____ feet; crest width ____ feet; slope of upstream face ____ horizontal to 1 vertical; maximum storage capacity ____ acre feet; freeboard (above high water line at maximum spill) ____; width of spillway ____ feet; maximum discharge capacity of spillway ____ cubic feet per second; size and character of outlet conduit ____;
maximum discharge capacity of outlet ____ cubic feet per second; type of dam, construction material, etc. ____; reservoir is filled on an average of ____ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAR 21 AM 11:40
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 99 SEP -7 PM 3:00 RECEIVED
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 02 FEB 19 PM 4:39 RECEIVED
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAY 22 PM 3:05

**File No SD-05003**
**TRN224248**

File No SD-05003
TRN224248
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ______________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of ~~water applied to beneficial use on the lands is~~ *f.S.* ~~acre feet~~ *enough to water cattle: present at spring* per annum per ~~irrigated~~ acre. The irrigation season is from ______ to ______ of each year.

Water (is) ~~is not~~ used for (stock) and domestic purposes *year long* (GIVE PERIOD OF USE, IF ANY).

~~I~~ (We) hereby declare that to the best of ~~my~~ (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. ~~I~~ (We) hereby give notice of the ownership of said water right as appertenant to said lands.

Declarants *James W Goss Pres*

Title* *Frances Goss Dir* Title* *Justin Goss Sec*

Title* ______ Title* *[signature] Goss - Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*.

*William E. Webb* *expires 6-3-02*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † THE MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

† MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-05003
TRN224248

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224242
File Nbr: SD 04999

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-04999**
**TRN224242** WR-1
REVISED 8-1-59
**#4-08686 $1.00**

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I. James, Francis Justin & Brenna Goss DBA Sacramento Grazing Ass
We, resident / residents of Weed, County of Otero, State of New Mexico, being first duly sworn, upon my oath / our respective oaths declare that I am / we are the PARTIAL (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Dry Canyon Spring # 2, a tributary of ____________, on certain lands in the County of Otero, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Dry Canyon Spring #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1895 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1895, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Dry Canyon Spring #2 (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ____________ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ____________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the E quarter of the SE quarter of Section 12, Township 16 S, Range 10 E, N.M.P.M., at a point whence the ____________ corner of Section ______, Township ______, Range ______, bears ____________, ____________ feet distant.

3. The constructed works consist of: Rocks Around Spring To create water hole approximately 2 ft radius sussicient sor cattle To water (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second. size and character of outlet conduit ____________

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc ____________; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 93 APR 1 PM 1 40 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 93 SEP 1 PM 2 47 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 02 FEB 19 PM 4 38 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAR 22 PM 3 06



**File No SD-04999**
**TRN224242**

File No SD-04999
TRN224242
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces, and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is ______ ~~acre feet per annum~~ per ~~irrigated~~ acre. The irriga- For stock Present at Spring etc tion season is from ______ to ______ of each year.

Water (is) / is not used for (stock) and domestic purposes year - long (GIVE PERIOD OF USE, IF ANY).

I / We hereby declare that to the best of my / (our) knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / (We) hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres

Title Francis Goss Dir    Title * Justin Goss Sec

Title * ______    Title Brenna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August, 19 99.

William E. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS." † MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.

File No SD-04999
TRN224242

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224239
File Nbr: SD 04996

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-04996**
**TRN224239**
**#4-08686 $1.00**

WR-1
REVISED 8/1/59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ____________ Declaration No. ____________

I, we, James Frances Justin & Brenna Goss DBA Sacramento Grazing Assn

a resident / residents of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Sole (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Wright Springs,

a tributary of ____________, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Wright Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for Stock Water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1886 (YEAR AND MONTH, IF POSSIBLE). and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on livestock 553 head of cattle acres of land on the ________ day of 1886, described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Wright Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about 1886 (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ________ acres of land on the ________ day of ________, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the SE quarter of the SE quarter of Section 27, Township 18, Range 11E, N.M.P.M., at a point whence the ________ corner of Section ________, Township ________, Range ________, bears ________, ________ feet distant.

3. The constructed works consist of: Spring Box to a storage tank to a drinker Through an 1½ inch pipe and is maintained for Livestock use. (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ________ feet; depth of water at full operating capacity ________ feet; total depth including freeboard ________ feet; side slopes ________ horizontal to 1 vertical; diameter (pipe line or circular flume) ________ feet; slope ________ feet per 1000 feet; hydraulic radius ________ feet; coefficient of roughness (n) ________; velocity at full capacity ________ feet per second; capacity ________ cubic feet per second; length of canal ________; and is constructed of ________ (EARTH, CONCRETE, PIPE, ETC.).

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ________ feet; length of crest ________ feet; maximum width at base ________ feet; crest width ________ feet; slope of upstream face ________ horizontal to 1 vertical; maximum storage capacity ________ acre feet; freeboard (above high water line at maximum spill) ________ feet; width of spillway ________ feet; maximum discharge capacity of spillway ________ cubic feet per second; size and character of outlet conduit ________;

maximum discharge capacity of outlet ________ cubic feet per second; type of dam, construction material, etc. ________; reservoir is filled on an average of ________ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 APR 21 PM 1:03
RECEIVED
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO ... PM 3:04
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO SEP -7 PM 2:55
RECEIVED
STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 08 FEB 19 PM 4:35
RECEIVED

**File No SD-04996**
**TRN224239**

**File No SD-04996**
**TRN224239**
**#4-08686 $1.00**

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ...); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ ; ... slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for livestock present at the spring ~~acre~~ feet per annum per ~~irrigated acre~~. The irrigation season is from ______ to ______ of each year.

Water (is) / is not used for (stock) and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

(I) / We hereby declare that to the best of (my) / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W. Goss Pres

Title* Frances Goss Dir

Title* Justin Goss Sec

Title* ______

Title* Bruna Goss Dir

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William D. Webb expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-04996
TRN224239

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224256
File Nbr: SD 05006

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the lands is enough to water cattle present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505) 524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-05005**
**TRN224254** WR-1 REVISED 8-1/59
**#4-08686 $1.00**

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, We, James, Frances, Justin + Brenna Goss, DBA Sacramento Grazing Assn.

a resident / residents of Weed, County of Otero

State of New Mexico 88354, being first duly sworn, upon my oath / our respective oaths, declare that

I am / we are the Partial (SOLE OR PARTIAL) Owner / owners of a right to make beneficial use of water from Goat Ranch Springs

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Goat Ranch Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock Watering (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1890 (YEAR AND MONTH, IF POSSIBLE). and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1890 described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The Goat Springs (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about 1890 (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: SE quarter of the NW quarter of the NE quarter of Section 16, Township 16 S, Range 11 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks Around Springs To Create water holes. Cattle have watered here since approx 1890 (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______; maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

RECEIVED 03 APR 21 PM 1:40 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

RECEIVED 03 SEP 22 PM 3:03 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

RECEIVED 02 FEB 9 PM 4:40 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

03 ... 22 PM 3:03 STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO

**File No SD-05005**
**TRN224254**

File No SD-05005
TRN224254
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ______ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ______ feet; crest width ______ feet; height above stream bed ______ feet; depth below stream bed ______ feet; slopes of ______ to ______ on upstream and ______ to ______ on downstream faces; and contains about ______ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is *S.S. enough to water cattle present at spring* ______ acre feet per annum per ~~irrigated acre~~. The irrigation season is from ______ to ______ of each year.

Water (is) ~~is not~~ used for (stock) and domestic purposes *year long* (GIVE PERIOD OF USE, IF ANY).

I ~~We~~ hereby declare that to the best of my ~~our~~ knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I ~~We~~ hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants *James W Goss Pres*

Title* *Francis Goss Dir* Title* *Justin Goss Sec*

Title* ______ Title* *Brenda Goss - Dir*

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this *31st* day of *August* 19*99*.

*William S. Webb* *expires 6-3-02*
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-05005
TRN224254

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 224256
File Nbr: SD 05006

Sep. 07, 1999

FRANCIS GOSS
P.O. BOX 475
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the lands is enough to water cattle present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

**File No SD-05006**
**TRN224256**
**#4-08686 $1.00**

DECLARATION OF OWNERSHIP OF WATER RIGHT
PERFECTED PRIOR TO MARCH 19, 1907
(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. ______

I, ~~We~~ James, Frances Justice & Brenna Goss DBA Sacramento Grazing Assn

a resident ~~residents~~ of Weed, County of Otero

State of New Mexico, being first duly sworn, upon my oath ~~our respective oaths~~ declare that

I am ~~we are~~ the sole (SOLE OR PARTIAL) Owner ~~owners~~ of a right to make beneficial use of water from Arcente Canyon Spring

a tributary of ______, on certain lands in the County of Otero, State of New

Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The Arcente Canyon Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated for stock water (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about 1900 (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use livestock acres of land on the ______ day of 1902, described hereinafter

1. a. If the system was subsequently extended, fill in following:

The Arcente Canyon Spring (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional 5 acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO)

2. Location of point of diversion or outlet from channel-reservoir storage: SW quarter of the SW quarter of the NW quarter of Section 21, Township 16 S, Range 11 E, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______ bears ______, ______ feet distant.

3. The constructed works consist of: (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.) Rocks Around Spring flows into a tank And has been maintained for livestock watering

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second, size and character of outlet conduit ______

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc ______; reservoir is filled on an average of ______ times per year.

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 APR 21 PM 3:39 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 03 MAY 21 PM 3:05 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 99 SEP -7 PM 3:00 RECEIVED

STATE ENGINEER OFFICE LAS CRUCES, NEW MEXICO 02 FEB 9 PM 4:40 RECEIVED

**File No SD-05006**
**TRN224256**

File No SD-05006
TRN224256
#4-08686 $1.00

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH, ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; slopes of ________ to ________ on upstream and ________ to ________ on downstream faces, and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership, acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for cattle present at spring CFG acre feet per annum per irrigated acre. The irrigation season is from ________ to ________ of each year.

Water is / is not used for stock and domestic purposes year-long (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants James W Goss Pres.

Title Francis Goss Dir

Title * Justin Goss Sec

Title * Brenna Goss Dir

Title * ________

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 31st day of August 1999.

William E. Wedde expires 6-3-02
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT, AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.



File No SD-05006
TRN224256

John R. D Antonio, Jr., P.E.
State Engineer

Las Cruces Office
PO BOX 729
LAS CRUCES, NM 88004-0729

**STATE OF NEW MEXICO**
**OFFICE OF THE STATE ENGINEER**

Trn Nbr: 272370
File Nbr: SD 05292

Apr. 21, 2003

FRANCES GOSS
P.O. BOX 596
WEED, NM 88354

Greetings:

Enclosed is your copy of Declaration of Owner of the Water Right numbered above, which has been accepted for filing.

The quantity of water applied to beneficial use on the Declaration was left blank and a statement was made, "The quantity of water applied to beneficial use on the land is enough for livestock present at spring."

Under New Mexico Law, a Declaration is only a statement of declarant's claim. Acceptance for filing does not constitute approval or rejection of the claim.

Sincerely,

David Bernardone
(505)524-6161

Enclosure
cc: Santa Fe Office

declare

WR-1
REVISED 8-1-59

# DECLARATION OF OWNERSHIP OF WATER RIGHT PERFECTED PRIOR TO MARCH 19, 1907

(FORM TO BE EXECUTED IN DUPLICATE AND ACCOMPANIED BY A FEE OF $1.00)

Date of receipt ______ Declaration No. SD-05292

I, Jimmy, Frances, Justin + Brenda Grose DBA Sacramento Grazing Assn, Address ______

(we) a resident (residents) of Weed, County of Otero

State of New Mexico (ZIP CODE), being first duly sworn, upon my oath / our respective oaths, declare that

I am the / (we are) Partial (SOLE OR PARTIAL) Owner / (owners) of a right to make beneficial use of water from Potato Knob Spring #5

a tributary of ______, on certain lands in the County of ______, State of New Mexico, lying under the Tularosa Basin (NAME OF CANAL, COMMUNITY DITCH, ETC.) and make these several statements relative thereto:

1. The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was initiated 1885 (BY SURVEY, BY FILING, BY STARTING CONSTRUCTION) on or about ______ (YEAR AND MONTH, IF POSSIBLE), and work thereon was diligently prosecuted and carried to completion and water was applied to beneficial use on Livestock acres of land on the ______ day of ______, as described hereinafter.

1. a. If the system was subsequently extended, fill in following:

The ______ (NAME OF DITCH OR IRRIGATION SYSTEM) was extended or enlarged on or about ______ (YEAR AND MONTH, IF POSSIBLE) and water was applied to beneficial use on an additional ______ acres of land on the ______ day of ______, described hereinafter.

(IF SYSTEM WAS EXTENDED OR ENLARGED MORE THAN ONCE REPEAT THIS PARAGRAPH PROPERLY FILLED IN AND ATTACH HERETO.)

2. Location of point of diversion or outlet from channel-reservoir storage: NE quarter of the SW quarter of the NE quarter of Section 16, Township 17, Range 11, N.M.P.M., at a point whence the ______ corner of Section ______, Township ______, Range ______, bears ______, ______ feet distant.

3. The constructed works consist of: Rocks To Build a water hole sussiently Large enough for Livestock To water. (ENUMERATE DIVERSION DAMS, MAIN CANALS, HEADGATES, PIPELINES, FLUMES, RESERVOIRS, LATERALS, ETC.)

4. Hydraulic properties of main canal or conduit: bottom width ______ feet; depth of water at full operating capacity ______ feet; total depth including freeboard ______ feet; side slopes ______ horizontal to 1 vertical; diameter (pipe line or circular flume) ______ feet; slope ______ feet per 1000 feet; hydraulic radius ______ feet; coefficient of roughness (n) ______; velocity at full capacity ______ feet per second; capacity ______ cubic feet per second; length of canal ______; and is constructed of ______ (EARTH, CONCRETE, PIPE, ETC.)

5. Hydraulic properties of storage dam (if any): Maximum height above foundation ______ feet; length of crest ______ feet; maximum width at base ______ feet; crest width ______ feet; slope of upstream face ______ horizontal to 1 vertical; maximum storage capacity ______ acre feet; freeboard (above high water line at maximum spill) ______ feet; width of spillway ______ feet; maximum discharge capacity of spillway ______ cubic feet per second; size and character of outlet conduit ______

maximum discharge capacity of outlet ______ cubic feet per second; type of dam, construction material, etc. ______; reservoir is filled on an average of ______ times per year.

[Stamps: STATE ENGINEER OFFICE, LAS CRUCES, NEW MEXICO, 03 APR 21 PM 1:55; STATE ENGINEER OFFICE, LAS CRUCES, NEW MEXICO, 04 MAY 22 PM 3:04]

6. Diversion dam: the diversion dam is constructed of ____________ (BRUSH; ROCK, CONCRETE, MASONRY, ETC.); crest length ________ feet; crest width ________ feet; height above stream bed ________ feet; depth below stream bed ________ feet; side slopes of ________ to ________ on upstream and ________ to ________ on downstream faces; and contains about ________ cubic yards of material.

7. The irrigated lands to which water is appurtenant, their ownership; acreage, description by legal subdivision (or otherwise if within a grant), and priority date as determined by date of initiation of such rights are given below:

| SUBDIVISION | SEC. | TWP. | RGE | ACREAGE | OWNER | PRIORITY DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

8. The quantity of water applied to beneficial use on the lands is enough for livestock present at the Spring CFG acre feet per annum per irrigated acre. The irrigation season is from Year long to ________ of each year.

Water is / is not used for stock and domestic purposes ____________ (GIVE PERIOD OF USE, IF ANY)

I / We hereby declare that to the best of my / our knowledge and belief the above statements are true and correct and that water has been continuously, uninterruptedly and openly, applied to beneficial uses on the above described lands from the date of the inception of the right to the present time. I / We hereby give notice of the ownership of said water right as appurtenant to said lands.

Declarants Sacramento Grazing Ass

Title* Jimmy Goss — Title* Francis Goss

Title* Justin Goss — Title* [signature]

* Owner, Commissioner, Co-Owner, Director, etc.

Subscribed and sworn to before me this 17th day of April 2003

[signature]
Notary Public

NOTE: IT IS URGED THAT A FILING MAP, PREPARED FROM ACTUAL FIELD SURVEYS, SHOWING LOCATION OF WORKS, STORAGE, POINT OF DIVERSION, IRRIGATED ACREAGE, ETC., BE SUBMITTED WITH THE DECLARATION. THE FILING MAP SHALL BE ON TRACING CLOTH OF STANDARD SIZE AND SHOULD CONFORM WITH ALL THE GENERAL REQUIREMENTS OF "FILING MAPS, PLANS, SPECIFICATIONS."† MAP TITLE, STATEMENTS, ETC., SHOULD BE ALTERED, FROM ILLUSTRATIONS SHOWN, TO CONFORM WITH THE NEEDS OF THE DECLARATION. CERTIFICATES OF THE ENGINEER MAKING THE SURVEY, OF THE CLAIMANT AND OF THE STATE ENGINEER SHALL APPEAR ON THE MAP.

THE OLD SURFACE WATER RIGHT MUST BE RECORDED IN THE OFFICE OF THE STATE ENGINEER BEFORE HE CAN ACT ON AN APPLICATION FOR ANY CHANGE, ENLARGEMENT, SUPPLEMENT, OR AMENDMENT OF THE WORKS OR WATER RIGHT. IN GENERAL, A FILING MAP AS DESCRIBED ABOVE WILL BE REQUIRED BEFORE ANY ACTION IS TAKEN ON AN APPLICATION TO MAKE ANY TYPE OF CHANGE IN CONNECTION WITH AN OLD SURFACE RIGHT OR AN ADJUDICATED RIGHT WHICH HAS NOT BEEN MAPPED.

IN CASES WHERE LANDS HAVE BEEN INCLUDED IN A HYDROGRAPHIC SURVEY, A TRACING OF THE APPROPRIATE SHEET OUTLINING THAT PORTION OF ACREAGE BEING DECLARED WILL BE ACCEPTABLE.

†MANUAL OF RULES AND REGULATIONS GOVERNING THE APPROPRIATION AND USE OF THE SURFACE WATERS OF THE STATE OF NEW MEXICO.