EXHIBIT 26

EXHIBIT 26


Circium vinaceum
Habitat
Cloudcroft Ranger District
T-15S
T-16S
T-17S
T-18S
R-11E
R-12E
ALAMOGORDO
Cloudcroft
High Rolls
Mountain Park
CLOUDCROFT EXPER FOREST
Chippeway Park
ALAMO PEAK
SOLAR
OBSERVATORY
EXPERIMENTAL
AREA
SACRAMENTO
Sacramento Peak
Sunspot
Cobbler Knob
Lightning Lake
PENASCO
EAST MERIDIAN
WOFFORD
STANDARD

Circium vinaceum
Habitat
Cloudcroft Ranger District




SG02051