EXHIBIT 27

United States Department of Agriculture | Forest Service | R-3

Reply to: 2670 Threatened and Endangered Plants | Date: November 7, 1983

Subject: September 26-27 Trip Report for Reggie Fletcher

To: Forest Supervisor, Lincoln National Forest

Enclosed is a trip report by Reggie Fletcher on his September 26-27, 1983 field assist as requested by John Conner and Norm Curran, Cloudcroft District.

W. R. Snyder

W. R. SNYDER
Director of Range Management

Enclosure

NOV 16 1983

AS
O.&F.
PERSONNEL
RESOURCE
SSS
RECEPTIONIST
ENGINEER
COMPUTER
CONSTRUCTION
FACILITIES
SURVEYOR
PRE-CONST
RADIO
FIRE & TIMBER
ASST FMO
DISPATCHER-ASH
TIMBER ASST
LAW ENFORCEMENT
LMP
ANALYST
WRITER/EDITOR
ID TEAM COR
ID TEAM
RANGE & WILDLIFE
BIOLOGIST
HYDROLOGIST
SOILS
RECREATION & LANDS
ARCHEOLOGIST
L ARCHITECT
ZONE APPRAISER
RANGERS
FILE

SG02069

Lincoln National Forest
Trip Report
September 26-27, 1983
Reggie Fletcher
Regional Botanist

The following trip report covers a variety of topics on which my input was requested by Norm Curran and John Conner, Cloudcroft District, and coordinated through Don Cunico. This support field trip was conducted on September 26-27, 1983, with Norm Curran, District Ranger, and John Conner, District Range and Wildlife Staff. The primary purpose of the trip was to provide an overview of the status of Cirsium vinaceum. Fish and Wildlife Service personnel notified the Regional Office of their intent to propose Cirsium vinaceum for listing as Threatened on May 10, 1983. Personnel of the Lincoln National Forest are concerned that they take appropriate actions to relieve adverse conditions causing the need to list Cirsium vinaceum. The trip was preliminary to development of an Interim Management Plan for the cirsium. Secondary, was a quick update on other of the Cloudcroft Ranger District's sensitve plant species and subjects covered in my May 16-20, 1983, field trip report.

Cirsium vinaceum.

The Forest has fenced, is fencing, or will fence approximately 3½ miles of Rio Penasco Canyon from grazing starting from Hwy 64 to about a quarter of a mile below Bluff Spring. Private portions of the bottom are not included in the program. The fencing project will not only greatly enhance habitat for deer, elk, and turkey but should rehabilitate the riparian bottom and allow for reestablishment of Cirsium vinaceum. This project, if completed as discussed on the field trip, should comprise approximately 80% of the fencing necessary to protect Cirsium vinaceum. This stretch of the Rio Penasco can be considered the center of distribution for Cirsium vinaceum and is critical to the maintenance of Cirsium vinaceum as a healthy species.

There is a small population of Cirsium vinaceum at the Junction of Hwy. 64 and Rio Penasco. This area has not had livestock use for a year, and already, cirsium is coming up in more mesic spots of meadow adjacent to the creek.

By including the first 500 yards of Water canyon south of the Rio Penasco in the fenced area, a major population of Cirsium vinaceum can be protected. A temporary cattleguard could be placed at the upper Water Canyon edge of the fence. This would provide two seed sources at the upper ends of the fenced area and facilitate repopulation of the bottom along the Rio Penasco.

Rest from livestock use for a year coupled with abundant summer rainfall has made a remarkable difference from years past in the vigor of both the Cirsium vinaceum and associated meadow species. One possible problem is competition by teasel (Dipsacus sylvestris). Teasel is several times more abundant here this year than in years past. This old world weed has apparently out competed the cirsium at that plant's type location above High Rolls. Teasel does have some commercial value, and one possible solution to competition problems is to selectively promote its harvest.

At Bluff Springs the walkway has been moved further away from the cirsium population at the base of the bluff. This should help safeguard this population. Above the bluff are three small populations. In the past, livestock use has much restricted the cirsium. With a year's rest and the extra rainfall, the cirsium is popping up here and there in the meadow.

The spring population on the North side of the canyon about 400 yards below Bluff Spring is experiencing increased recreation use. The use is to be redirected around the spring area.

At present, it is not known if it is the increased rainfall, the rest from livestock use, or both that is allowing a rapid comeback of the cirsium above Bluff Spring and at the Rio Penasco-Hwy 64 junction. It may be that livestock use, mainly through trampling, has a much greater impact on Cirsium vinaceum than previously believed.

The Forest is doing an excellent job of looking at ways to better manage the cirsium and is proceeding with projects that will quickly help recover the plant. Projects like the placement of the rail fence at Bluff Spring to redirect recreation use, and the fencing of Rio Penasco are effective and will help build credibility into our sensitive plant program.

A fence will have to be placed in Lucas Canyon to either enclose the cirsium or to redirect use, both recreational and livestock, away from those populations.

We checked the 5-acre exclosure at the Forest Service - Mescalero Reservation Boundary along Hwy 24. Given the poor condition the population was in this spring, it was in remarkably good shape. However, the plant is almost gone from the meadow above the exclosure attesting to the adverse effect of trampling. Walking across the exclosure, we sank a couple of inches into the well aerated calcium carbonate charged soil. The down cut in the exclosure has healed some this year for the first time since the exclosure was built. Carduus nutans is not now present inside the Cirsium vinaceum population. Several years ago, we were worried about losing this population to the Carduus. The protection afforded by the exclosure has turned this around.

The District is considering a plan to fence the entire meadow above the current exclosure and blow potholes for waterfowl improvement.

A project of this type would greatly enhance the chances for the survivial of this population of Cirsium vinaceum.

Placement of structures in the downcut at the bottom end of the present exclosure would speed recovery of the bottom and provide a small temporary impoundment for waterfowl. There is some question that turning the bottom to marsh might drown the cirsium because of poor aeration. The slope of the meadow should be sufficient to prevent stagnation.

There is an exclosure at Masterson Springs ~~that~~ needs to be evaluated for content of Cirsium vinaceum and habitat suitability. There is cirsium at the spring but we don't know the population's relationship to the exclosure.

- A letter from the District or Forest to the Fish and Wildlife Service detailing planned and ongoing projects benefiting Cirsium vinaceum would raise the credibility level of our attempt to manage the cirsium.

Water rights problems presents a continuing threat to the cirsium. If we permit water development at the base of spring areas rather than at the top, the cirsium should survive in these areas. I spoke with Doug Shaw who works on water rights in the Regional Office and he felt we have sufficient control over water development to require the above restriction. If we lose this control, or if in fact we don't have it, the result would be retention of the cirsium as a threatened species in spite of other recovery efforts.

Astragalus altus.

We stopped at the junction of Rte 541 and Rio Penasco to check on the population of Astragalus altus there. It is a good population to use for training and to check on phenological status prior to conducting EAR project surveys.

Lesquerella aurea.

We checked the Lesquerella aurea site at the head of Bailey Canyon. Although no plants were present, this is a good spot to use to check on the phenological condition of the Lesquerella. Since it may act as annual, biennial or short-lived perennial, if you find a fair amount of the plant here it is a good time to survey for it elsewhere. If you don't find it here you won't find it elsewhere.

Aregmone pleiacantha ssp. pinnatisecta.

As in spring, we did not find any of the Argemone pleiacantha ssp. pinnatisecta at the old site in lower Dry Canyon. Use conflicts are still very high here. The canyon had been blocked to vehicle use by placing a couple of large boulders in the road but people were bypassing them. I pointed out the exclosure mentioned in my spring report and we discussed the problem of maintaining these range reference areas. Norm said they probably had about 15 exclosures on the District but they were neither being studied or maintained. Norm felt maintenance was a Research job and not Forest responsibility. John had not been to the exclosure and I pointed out they were of great value if used only in getting to better know area potentials prior to range analysis work. Despite their many drawbacks they are useful as comparison areas. John said Wayne Hickey had told him they weren't of much value. John did agree he would try to inventory their exclosures this winter and estimate how much work it would be to get them into good shape. Then we would work together in finding some way to get them maintained and possibly re-read.

The roadside and fill area below the tunnel or Highway 82 contained about a dozen of the argemone. One plant had been mowed but sprouted back and had a couple of flower buds. All capsules from this small population had aborted with no sign of seed production this year. Most of the plants were on the north fill slope. A few healthy plants were noted on the south side of the Highway just below High Rolls.

We checked Alamo Canyon and put a Forest Service lock on the gate for the first time since the city put a gate up. City personnel were working on clearing a road up the active flood channel. As long as they stay in the active channel, they will not disturb any established argemone. However, if they doze areas that have not actively flooded in a couple of years, there is a chance they will disturb newly established plants. Work was also being conducted on the pipeline in Alamo just above the junction of Caballero.

There have not been cattle in Alamo for the past couple of years and Alamo above the junction of Caballero is rehabilitating. There is several times as many argemone in this area than I encountered the last time I was in the canyon. In Alamo, the first 3/4 mile above Caballero, we saw about 50 plants. A few were in bud or flower and some produced seed this year. All were in good health and vigor. No argemone were seen in the lower one half mile of Caballero and only about a dozen plants were seen between Caballero and the gate.

The vegetation of Canyon side slopes are regaining much of their vigor and while still in poor condition, the trend is rapidly upward. When livestock are reintroduced into Alamo, the argemone should be closely monitored. From what we saw, it is possible that livestock use is having more of an adverse effect on this plant than previously thought.

While in Alamo, we checked three drinkers coming off the main pipeline on the ridges between Alamo and Caballero. There was one main drinker on the ridge into which water ran continuously. An additional drinker in each of the canyons was fed from the overflow. The waterline was stopped up, and the overflow drinkers were dry. John said drinker maintenance was permittee responsibility, but livestock had not been in the area for two years. The conversation that followed indicated that funding for drinker maintenance or even periodic checking to see if they were working was nonexistent. As near as we could determine, none of the pipeline drinkers had been checked since their construction. The District did not have an inventory of this type of improvement nor did they know which were or were not working. Personnel and funding ceilings were only allowing the District to work on target items. Drinker maintenance and checking improvements are nontarget items. We also discussed the possibility of having volunteers, either individuals or organizations, maintain certain Forest improvements.

About a half a dozen plants of Penstemon alamosensis were growing as seedlings within a few yards on the Caballero Canyon drinker. I found this population in 1977, and it was later eaten out completely, probably by rabbits. The few plants now present came in from seed. Ideally, the drinker should have been placed further away from the penstemon and a pre-construction survey might have turned it up. However, the population is certainly too small to require movement of the in place drinker.

A drinker on City property about a quarter of a mile above the gate was not in operation.