EXHIBIT 28

United States Department of Agriculture | Forest Service | Cloudcroft Ranger District | P.O. Box 288 Cloudcroft, NM 88317 (505)682-2551

Reply to: 2200

Date: October 20, 1991

Hollis Munson, President
Sacramento Grazing Association
Weed, New Mexico 88354

Dear Hollis:

The Sacramento Grazing Association has requested that they be able to use the Penasco Exclosure, located at the junction of FR 164 and the Sunspot Highway, as a trap to hold your calves for not more than five days during the last week in October. This exclosure was constructed in 1985 from Threatened and Endangered Species funds to protect the upper Rio Penasco watershed, as well as to protect Sacramento Mountain Thistle from livestock grazing. At the meeting in the Supervisor's Office in Alamogordo on September 18, it was decided that Don DeLorenzo, Lynn Wessman, and I would review the exclosure in the field with you to discuss the use of this exclosure, as well as any other options that there may be to hold your calves this year.

On September 20, Don DeLorenzo, Forest Wildlife Staff, and Renee Galeano-Popp, Forest Botanist, examined the exclosure by themselves, because they had committments the following week and were unable to meet you in the field as was previously planned. Their recommendation was that the exclosure remain intact with no livestock grazing permitted. Their reasons for this recommendation were: 1) that the exclosure has a good portion of wetland habitat included; 2) the area is recorded as occupied habitat for the Sacramento Jumping Mouse; and 3) the concern that the thistle habitat may be seriously damaged from trampling because it occurs in a wetland situation with hydric soils.

Don and Renee also expressed concern that horses had used the traps around the corrals to the point that you had little forage available in the main trap for gathering. When Don and Renee discussed this with the Range Staff in the Supervisor's Office, it appeared that the animals were not permitted on your term permit. These animals were not authorized.

On September 27, Lynn Wessman and I met with you at the Rio Penasco corrals to explain the Forest's decision not to permit grazing within the exclosure for this year. The alternative that was discussed during the meeting on September 18, regarding a cross fence within the exclosure at Ball Canyon, may be an option in future years, however we felt there was not enough time to consult with the U.S. Fish and Wildlife Service before you needed to use the area this year. We realize that you do have problems. In the future we may want to look at alternative areas for your main corrals that are not located in such a sensitive area as the Rio Penasco. The presence of Sacramento Thistle in Water Canyon and within the exclosure make the area very difficult to use without complications.

pg 2 Oct 20, 1991

We also discussed the horse question. To help you with your livestock management, Lynn was aware of the horse use this year, and has allowed you to leave your horses in the pasture above the Penasco corrals. We inquired into the possibilities of you changing your term permit to reduce the number of cattle to include horses for livestock management. It is not feasible at this time to change the permit. Permit modifications require an environmental assessment. What was recommended to us was that we allow horses within the corral only, or that you put horses in the upper trap above the corrals only during the time which you are using them on the allotment. This would be permitted on a livestock use permit. Specific dates are required for our records. They would not be permitted for the entire summer season, but during spring and fall gathering.

Jimmy Goss expressed deep concern over the presumed heavy use that will occur in the Marcia Trap, and around the corrals this year without the use of the Penasco Exclosure. We acknowledge that there will be very heavy use, and although we do not feel that this is acceptable for the long term, we will allow it for this year with the understanding that the situation will be improved next year, with control of the horse use, and the possibility of obtaining the private land leases adjacent to the trap.

We also discussed the overall concern that has been escalating over livestock use on the Sacramento Mountain Thistle, as well as the Sacramento Prickly Poppy. These two species are federally listed, which makes U.S. Fish and Wildlife Service responsible for the protection of these plants. Both occur on the Sacramento Allotment. There has been recent concern over heavy livestock grazing on individual plants in Lucas Canyon and Scott Able Canyon. We have scheduled a meeting to visit these populations on the ground on October 21, to discuss the situation, and to exchange ideas on how livestock impact the plants, and potential ways that we may have to reduce or enhance these impacts. We have invited Ann Cully of U.S. Fish and Wildlife Service, Bob Sivinski, Botanist for the State of New Mexico, Dr. Laura Huenneke, Professor at New Mexico State University, Sacramento Grazing Association, Sam Fairchild, and assorted Lincoln National Forest Specialists. We have asked that you invite New Mexico Range Improvement Task Force, and New Mexico Department of Agriculture Specialists to participate. We hope that this meeting will be informative and productive for all parties concerned. It is not meant to threaten or accuse, but to share information and gain insight into the plant and its needs.

Sincerely,

Samuel J. Tobias

SAMUEL J. TOBIAS
Acting District Ranger