EXHIBIT 29

UNITED STATES DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
NEW MEXICO ECOLOGICAL SERVICES STATE OFFICE
2105 OSUNA NE
ALBUQUERQUE, NEW MEXICO 87113
Telephone: (505) 761-4525 Fax Number: (505) 761-4542

January 6, 1995

Cons. #2-22-92-F-340
Cons. #2-22-93-I-058

Lee Poague, Forest Supervisor
Lincoln National Forest
1101 New York Avenue
Alamogordo, New Mexico 88310-6992

Dear Mr. Poague:

This responds to your October 4, 1994, request for formal consultation under section 7 of the Endangered Species Act (Act) of 1973, as amended, on the proposed Sacramento Allotment Management Plan (AMP), Lincoln National Forest (LNF), New Mexico. The species of concern for this consultation are the threatened Sacramento Mountains thistle (Cirsium vinaceum) and the Sacramento prickly poppy (Argemone pleiacantha ssp. pinnatisecta).

The following biological opinion is based on information provided by the Forest Service with the October 4, 1994, request for formal consultation, and information from files at the New Mexico Ecological Services State Office.

BIOLOGICAL OPINION

Based upon the best scientific and commercial information available, it is the U.S. Fish and Wildlife Service's (Service) biological opinion that the Sacramento AMP is not likely to jeopardize the continued existence of the Sacramento Mountains thistle or the Sacramento prickly poppy.

Description of Proposed Action

Under the AMP preferred alternative, the Forest Service proposes to permit grazing on a deferred rotation system for two summer pastures. Four winter pastures are proposed to be grazed under a deferred rest rotation system. Summer pastures will be grazed from May 15 to October 31, and the winter pastures from November 1 to May 14. Dates may be altered depending upon utilization; if forage use exceeds 40%, the numbers of livestock will be adjusted.

During the interim grazing plan, monitoring of the effects of grazing was conducted at some Sacramento Mountains thistle and Sacramento prickly poppy sites on the allotment. The continuation of this monitoring, for the purposes of assessing both short-term and long-term impacts, is critical to the understanding of the biological needs of both species, and to the continuing development of an allotment management plan that promotes and enhances the survival of these listed species.

JAN - 9 1995
LINCOLN NATIONAL FOREST

Monitoring proposed in the AMP for the Sacramento Mountains thistle includes 13 sites identified in the Biological Assessment for livestock herbivory that consistently reached or exceeded the threshold established for the interim grazing plan (25 percent of plants in a study plot have 40 percent of the plant eaten). The Forest Service is also developing a Challenge Cost Share Agreement (August 17, 1994, letter from Linda M. Barker, Forest Botanist to Anne Cully, Service Botanist) with biologists at New Mexico State University to monitor all Sacramento Mountains thistle plants annually to determine estimated population sizes from year to year, and a separate study to determine the effects of herbivory on the long term reproductive success of the species.

The Sacramento prickly poppy monitoring plots will be maintained in Alamo Canyon by the Forest Service for the purposes of determining the effects of livestock on plants, especially in the early part of the growing season when seedlings may be especially vulnerable to grazing and trampling.

Monitoring information will be used to adjust grazing within the pastures, and to revise the AMP as needed to protect and enhance recovery for listed plant species.

Status of the Species

Sacramento Mountains Thistle

The Sacramento Mountains thistle was listed as a threatened species in 1987 (52 FR 22933). This species occurs primarily on Lincoln National Forest (LNF) lands in the Sacramento Mountains of south-central New Mexico. Sacramento Mountains thistle is restricted to wetland sites at travertine springs, seeps, and streams. At the time of listing, potential threats to the species were the development of water sources, recreational over-use, exotic or noxious weed competition, logging, and trampling by livestock. The Sacramento Mountains thistle occurs on four (Sacramento, Pumphouse, James Canyon, and Scott Able) of the six grazing allotments managed by the Cloudcroft Ranger District of the LNF.

Herbivory by livestock and wildlife was assumed to be unimportant as a threat until Forest Service biologists observed significant levels of grazing on thistles (primarily on young plants) at the Telephone Canyon-Creek area in 1991 (USDA, 1992a). Data collected and analyzed from five canyons (Water, Brown, Telephone, Hubbell Exclosure, and Wills) resulted in a determination that, under the interim management plan for the Sacramento Allotment (USDA, 1992b), grazing may affect the Sacramento Mountains thistle on the summer range.

The summer range contains four pastures: Atkinson, Nelson, North Benson, and South Wills. Only the North Benson and South Wills pastures contain populations of the Sacramento Mountains thistle. The North Benson and South Wills pastures are currently managed under a two pasture rotation system in which full numbers of livestock (513 head) are permitted to graze. Observations of high forage utilization levels in 1991 resulted in a change from a rest rotation system to a deferred rotation system during 1992. This was done in an effort to spread high utilization over more acres and to reduce impacts to vegetation. Under the deferred rotation system, full stocking rates of cattle utilize the South Wills and North Benson pastures for a 3-month period each year. Range analysis data and monitoring data for the thistle have been

gathered during the interim allotment management plan for inclusion in the AMP. The Forest Service will continue to monitor and evaluate grazing impacts on the Sacramento Mountains thistle under the proposed AMP.

The Sacramento Mountains thistle is considered to be a biennial. Thomson (1990), however, observed multiple rosettes arising from a single root crown, suggesting that this may actually be a perennial thistle. Sacramento Mountains thistle is unusual for the genus in that it is robust, multi-stemmed, and grows up to 2 m (6-7 ft). Stems arise from a single root crown, and are smooth and purplish-green. Leaves are deeply incised, green and not hairy, 50 cm (20 in) long and 20 cm (8 in) wide. The margins of the leaves are armed with short yellow spines. Flowers are 5 cm (2 in) in diameter, rose-purple in color, and are nodding on the stems. Flowers are subtended by spiny bracts that are reflexed at the middle. Individual plants die after flowering or form non-seedling replacement rosettes in the following year. Sacramento Mountains thistle is restricted to wetland sites at travertine springs, seeps and streams that occur in mixed conifer or montane meadow grassland communities 2,300-2,900 m (7,500 to 9,500 ft) in elevation (Thomson, 1990).

Current information indicates that there are approximately 63,000 plants of Sacramento Mountains thistle known from 60 sites on the LNF (USDA, 1992a). Approximately 45,000 plants (or 71 percent of the total thistle population) occupy 48 sites (38 springs sites and 10 stream sites) within the Sacramento Allotment. Sacramento Mountains thistle occurs within three large drainage systems of the Sacramento Grazing Allotment: Wills Canyon, Rio Penasco, and Russia Canyon. The Rio Penasco drainage system has the largest population and highest number of occurrences for Sacramento Mountains thistle. The summer grazing range includes approximately 93 percent of all known thistle sites on the Sacramento Allotment.

Sacramento Mountains thistle is dependent on surface water found in travertine springs, streams, and riparian meadows. There is concern that invasive, weedy species such as teasel (Dipsacus sylvestris) and musk thistle (Carduus nutans) may choke out Sacramento Mountains thistle in riparian habitats. This is especially likely in those riparian habitats that have been degraded by livestock trampling. Currently, there is little information available on this threat. Under the Challenge Cost Share Agreement with NMSU, the relationship between invasive weeds and the thistle will be studied.

Sacramento prickly poppy

The Sacramento prickly poppy was listed as an endangered species on August 24, 1989 (54 FR 35302). Plants are found in 10 canyons on the west side of the Sacramento Mountains, Otero County, New Mexico. The winter range of the Sacramento Allotment includes Alamo Canyon and its tributaries, the home of about 75% of the total number of the species (USDA, 1992c). For this reason, there is particular concern over grazing management in these areas. In 1993, the Service reviewed the Biological Evaluation that addressed potential effects of livestock grazing on the winter range on Sacramento prickly poppy. The Service concurred with the measures proposed to avoid adverse impacts to the species. These measures included removing livestock from pastures on or before March 1, monitoring the effects of livestock on the poppy, and evaluating data and identifying ways to protect the species under long-term grazing management of the allotment. In 1994, the Service concurred

with the Forest Service request to continue grazing on the winter range until May 15, based on commitment from the Forest Service to establish three monitoring plots in the Alamo Canyon system. These plots were visited at least three times in the growing season to look for herbivory or trampling on seedlings or mature plants, and to undertake a survey to determine the current numbers and status of the species. The inconclusive data collected from the monitoring plots during 1994 reflect the low numbers of seedlings present during the year (June 16, 1994, memo from Max Goodwin, Cloudcroft District Ranger to Linda M. Barker, Forest Service Botanist). The Forest Service is committed to continue monitoring under the proposed AMP to determine the effect of grazing on the Sacramento prickly poppy.

Sacramento prickly poppy plants are robust perennials sometimes behaving as an annual or short-lived perennial species. They have 3-12 prickly stems, branching from the base and growing to a height of 51-150 cm (20-60 in). The plants have pale lemon to white milky sap, distinguishing them from its close relative (Argemone pleiacantha ssp. pleiacantha), which has bright yellow-orange sap. The flowers have six white petals 3-4 cm (1.2-1.6 in long), and numerous stamens. The leaves are long, narrow, with box-shaped sinuses between the spine-tipped lobes.

This species occupies xeric uplands or benches of Chihuahuan desert grassland and desert scrubland habitat several meters above the stream channels. Older, established plants appear to be independent of perennial surface water. Although some species of Chihuahuan desert plants have a deep taproot that enables them to obtain subsurface water from lower soil depths, it is not known if Sacramento prickly poppy also has this ability.

Sacramento prickly poppy grows in desert canyon systems where brief and intense episodic flash floods occur. At times, this may occur with such severity that it literally scours the canyon bottoms and may extirpate local populations of Sacramento prickly poppy (USDA, 1989). This species also grows in or near the main stream channel of canyon bottoms and biologists have suggested that flash floods may play a role in seed dispersal. However, the main stream channel may actually be marginal habitat for Sacramento prickly poppy as it does not persist nor readily colonize these areas (D. De Lorenzo, USFS, pers. comm., 1992). Transportation of water within the canyon system and from springs via a pipeline may have affected the Sacramento prickly poppy by reducing total subsurface moisture within the canyons and increasing aridity within the lower canyon bottoms. Seed germination may now be limited to times in which sufficient moisture permits seedling recruitment and establishment. Episodic flooding from runoff continues today although the pipeline itself may have accelerated the phenomenon of scouring and the loss of plants growing within the main stream channel. The relationship of these factors to the distribution and survival of the Sacramento prickly poppy is not well known. Removal of large quantities of water from the canyon system for human use may have affected plant establishment and species composition within the canyon bottoms.

Recent surveys indicate that there are approximately 1,135 plants of Sacramento prickly poppy on Forest Service lands. These plants occur at elevations ranging from 1,280-2,170 m (4,200-7,120 ft). The largest population of 800-900 plants is found in the Alamo Canyon System (including Deadman and Caballero canyons). The largest and most vigorous populations of Sacramento prickly poppy occur in upper areas of the canyons.

Environmental Baseline

Status of the Species

Sacramento Mountains Thistle

Although Sacramento Mountains thistle has been monitored since 1988, grazing impacts were not considered until the fall of 1991. Sacramento Mountains thistle occurs at 16 sites on the North Benson pasture and 29 sites on the South Wills pasture. There are 24 total sites grazed by livestock within the Sacramento Allotment. Forty sites (including exclosures on the allotment and several sites on another allotment) were visited approximately 200 times throughout the period May 1992 to October 1993 (Galeano-Popp, 1994).

Because the grazing regime changed from a rest rotation to a deferred system in May 1992, we have no way of establishing baseline conditions under earlier management strategies. However, information gathered during 1992, 1993, and 1994 has been important in developing protection and monitoring for the thistle in the proposed Sacramento AMP.

Sacramento Prickly Poppy

Prior to 1994, evidence for effects of livestock on this species was primarily anecdotal. Because few seedlings were observed in the course of monitoring, there is not enough evidence to make conclusions about the effects of livestock on Sacramento prickly poppy at the critical seedling stage. Monitoring plots established during the interim grazing plan will be maintained by the Forest Service, to determine the effects of grazing and trampling on seedlings and mature plants.

The proposed AMP has been developed in 1994 in part using monitoring data gathered during the interim grazing plan in effect during 1992, 1993, and 1994. This time frame is not sufficient to accurately assess the long-term impacts that grazing has on the Sacramento Mountains thistle or the Sacramento prickly poppy. However, the information gathered from monitoring plots for both species will be reevaluated throughout the monitoring process and at the termination of the monitoring effort. The commitment of the LNF to adjust the provisions of the AMP in accordance with new data derived from the monitoring provides a necessary level of protection to these species.

Effects of the Proposed Action

Sacramento Mountains Thistle

Impacts to Sacramento Mountains thistle are primarily related to permitted livestock grazing within the summer range of the Sacramento Allotment. Livestock grazing has occurred on the LNF since it was established. Grazing affects the Sacramento Mountains thistle by herbivory and trampling (which includes loss of reproductive potential, loss of seedling establishment, and habitat degradation).

Sacramento Mountains thistle herbivory was first documented by Malaby from Lucas Canyon during 1989 (USDA, 1992b). Herbivory was documented by Wood from

Lucas Canyon and other locations on the North Benson pasture in 1991, when full numbers of livestock were again stocked on the pasture. Eighty-two percent (9 out of 11) of the sites monitored on the North Benson pasture were observed to have noticeable thistle herbivory. Only 12 percent (1 out of 8) of the sites monitored on the South Wills pasture were observed to have noticeable thistle herbivory. Wood observed that thistle herbivory was 30 percent greater in areas grazed by livestock (USDA, 1992b). Wildlife apparently consume thistle but to a lesser degree than livestock (R. Galeano-Popp, USFS, pers. comm.). Thistles appear to be most palatable to livestock from April to May, when rosettes produce new leaves. Extensive herbivory has also been observed in the fall on the centers of plants, which could potentially affect flowering shoots.

More recent assessments of herbivory at approximately 40 thistle locations in the Sacramento and Scott Able allotments in 1992 and 1993 (Galeano-Popp, 1994) indicate that thistles are regularly eaten by livestock (most unexclosed sites showed signs of herbivory), and that usage of the species is at its highest during the spring and fall.

Trampling is associated with livestock usage of riparian (thistle) habitat and may represent a greater threat to this species than grazing. Livestock tend to concentrate in riparian areas from May through July, when these areas are the major source of water (USDA, 1992a). Trampling may impact the Sacramento Mountains thistle through the following means: habitat degradation that opens up riparian habitat to more invasive, weedy species such as teasel and musk thistle, loss of reproductive potential, and eliminating or reducing seedling recruitment and establishment.

Historically, livestock have heavily impacted riparian areas of the LNF (Galeano-Popp, pers. comm.). This has resulted in visible erosion problems along drainage areas like the Rio Penasco. Soil development in the LNF is limited by a number of factors: high elevation, relatively short growing season, prolonged periods of cold temperatures, underlying bedrock, and steep slopes. Soils tend to be thin and fragile in riparian areas and there is high potential for erosion from surface water runoff. Riparian habitats and vegetation are easily degraded by livestock trampling. This may open these habitats up to invasive, weedy species such as teasel and musk thistle, which choke out Sacramento Mountains thistle. Random movement of livestock within thistle habitat could break off young flowering stems, thus eliminating an individual plant's genetic contribution to the population within an area. Trampling may also eliminate or reduce seedling recruitment and establishment depending on the time of year when it occurs and its severity.

Grazing and trampling appear to have an impact on Sacramento Mountains thistle numbers and populations. The net effect of establishing grazing exclosures has been an increase in Sacramento Mountains thistle plants in spring sites located in Hubbell and Lucas canyons, and at Bluff Springs on the Rio Penasco. Outside the Sacramento Allotment, exclosures from grazing resulted in a dramatic increase in riparian Sacramento Mountains thistle populations at Silver Springs. Increased Sacramento Mountains thistle numbers have also been observed in Scott Able Canyon, without the benefit of an grazing exclosure. Recent observations by the Forest Service have also documented the decline of Sacramento Mountains thistle populations within some areas of the Sacramento Allotment. A net loss of 36 percent (50 plants in 1989 and 32 plants in 1991) was recorded in a population between Marcia Cemetery and the

junction with Water Canyon on the Rio Penasco; a net loss of 90 percent (450 plants in 1984 and 45 plants in 1991) occurred in a population located within the exclosure at Bluff Springs area; and a net loss of 84 percent (300 plants in 1984 and 47 plants in 1991) occurred in a population located within an illegally developed spring about 4 miles northeast of Bluff Springs. Populations of Sacramento Mountains thistle have also declined in areas off the Sacramento Allotment. Approximately 20 plants disappeared along the Sacramento River between 1987-1991, and the habitat is now infested with teasel (USDA, 1992b). Sacramento Mountains thistle was first collected at the type locality of Fresnal in 1899 by Elmer Wooton (near High Rolls). This location and plants have not been relocated. Decline within populations of Sacramento Mountains thistle and portions of its historic and current range is a cause for concern.

Monitoring of grazing impacts on the species has only recently begun and must include establishment of permanent, long-term monitoring plots within both pastures of the Summer Range (North Benson and South Wills). Recent monitoring of the effects of herbivory have documented apparent increases in the numbers of rosettes present at study sites on the Sacramento Allotment (Galeano-Popp, 1994). Without verifiable information, there is no baseline with which to compare or assess long-term impacts of grazing on this species. The single incident of spring development within the Sacramento Allotment demonstrated the disastrous effects of surface disturbance for one population of thistle (USDA 1984, Richard Sherman Case Report).

Sacramento Prickly Poppy

Impacts to the species in the Sacramento Mountains include those from permitted grazing. Except for Dog Canyon, all west side canyons occupied by the poppy are used by permitted livestock (USDA, 1992c). Livestock grazing may also indirectly affect the poppy by degrading riparian areas. It is difficult to evaluate actual grazing impacts to the poppy at this time. The AMP addresses the need for information about grazing impacts, and provides for continuing monitoring plots in Alamo Canyon.

Cumulative effects

Cumulative effects include the efforts of future State, local, or private actions that are reasonably certain to occur in the action area considered in this biological opinion. Future Federal actions that are unrelated to the proposed action (i.e., timber harvesting, recreation) are not considered in this section because they require separate consultation pursuant to section 7 of the Act.

Cumulative effects to the Sacramento Mountains thistle may include non-Federal timber harvesting (the degradation of water quality through increased siltation within springs and streams and increased erosion), recreation, and other activities.

Additional impacts to the Sacramento prickly poppy relate to the long-term removal of large quantities of water from formerly riparian areas on the west side of the Sacramento Escarpment. The City of Alamogordo has water rights to 12 million gallons per day, or 16 cubic feet per second, from the Fresnal Canyon System.

INCIDENTAL TAKE STATEMENT

Sections 7(b)(4) and 7(o)(2) of the Act do not apply to the incidental take of listed

plant species. However, protection of listed plants is provided to the extent that the Act requires a Federal permit for removal or reduction to possession of endangered plants from areas under Federal jurisdiction, or for any act that would remove, cut, dig up, or damage or destroy any such species on any other area in knowing violation of any regulation of any State or in the course of any violation of a State criminal trespass law.

## CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs all Federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of threatened and endangered species. Conservation recommendations have been defined as suggestions of the Service regarding discretionary measures to minimize or avoid adverse effects of a proposed action on listed species or critical habitat or regarding the development of information. Successful implementation of the following conservation recommendations would help remove adverse impacts to Sacramento Mountains thistle and Sacramento prickly poppy plants resulting from the Forest Service's implementation of the AMP. The recommendations are:

1. Three monitoring plots will be maintained in Alamo Canyon. These plots will be visited at least three times during the growing season; once early in the growing season (March-April) to look for seedlings, and twice to check for impacts to any seedlings or mature plants (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

2. Monitoring will be continued at the 13 selected thistle sites. The impact threshold will be reached when 25 percent of the plants exhibit 40 percent herbivory during the period from July 1 to August 31. The Service will be informed in a timely manner whenever this threshold is met or exceeded. When and if this occurs, the cattle will be removed or herded from the area or protective fencing (exclosures) will be placed around the impacted area (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

3. Monitoring of the status and estimation of population numbers will be made on an annual basis by outside researchers (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

4. Study plots will be established to determine the long-term effects of grazing on reproductive success. The Service will be given the opportunity to comment on the research design and will be informed of the results of the studies in a timely manner (see Project Design Feature #2 and Proposed Project Monitoring, Biological Assessment).

5. Reevaluation of the effects of grazing on the Sacramento Mountains thistle and the Sacramento prickly poppy based on Forest Service and research monitoring and study results should be done annually. The Service should be informed of the results of monitoring and research and given the opportunity to participate in decisions about changes in management based on new information.

6. Forest Service botanists should be a part of any changes in stocking rates or in determining grazing sequence and range readiness of pastures (see Environmental Assessment, Grazing Sequence, p. 14). The most recent information on the status of the Sacramento Mountains thistle and the Sacramento prickly poppy should be included in these decisions. The Service should be informed in a timely manner and given time to participate in discussions and decisions.

7. Because the health of these listed species is linked to the health of riparian zones on the LNF, the needs of the species should be included in riparian management plans. Because of the sensitivity of many riparian species to grazing, the Forest Service should be prepared to develop flexible methods of management. Such methods could include riparian pastures, which would allow grazing to be controlled in specific areas for short periods of time.

## CONCLUSION

This concludes formal consultation on the action outlined in the request. As required by 50 CFR § 402.16, reinitiation of formal consultation is necessary if: 1) the amount or extent of incidental take is exceeded; 2) new information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; 3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in the biological opinion; or (4) a new species is listed or critical habitat is designated that may be affected by the action.

If we can be of any further assistance, please contact Sonja Jahrsdoerfer at (505) 761-4525.

Sincerely,

Jennifer Fowler-Propst
State Supervisor

cc:
Regional Director, U.S. Fish and Wildlife Service, Albuquerque, New Mexico
Regional Forester, U.S. Forest Service, Albuquerque, New Mexico
Regional Botanist, U.S. Forest Service, Albuquerque, New Mexico
Director, New Mexico Energy, Minerals and Natural Resources Department, Santa Fe, New Mexico

## LITERATURE CITED

U.S.D.A. Forest Service. 1984. Richard Sherman case report. Cloudcroft Ranger District, Lincoln National Forest, Otero County, New Mexico.

____________________ 1989. Draft interim management plan for Argemone pleiacantha ssp. pinnatisecta (Sacramento prickly poppy). U.S.D.A. Forest Service, Albuquerque, New Mexico. 12 pp.

________________ 1992a. Sacramento Allotment grazing monitoring plan for the interim period between May 1992 and implementation of the AMP anticipated to be in 1994. U.S.D.A. Forest Service, Albuquerque, New Mexico. 5 pp.

________________ 1992b. Threatened, endangered and sensitive species biological evaluation, Lincoln Nation Forest, Sacramento Allotment Interim Summer Grazing Plan, U.S.D.A. Forest Service, Albuquerque, New Mexico. 21 pp.

____________________ 1992c. Threatened, endangered and sensitive species biological evaluation, Lincoln National Forest, U.S.D.A. Forest Service, Albuquerque, New Mexico. 14 pp.

Galeano-Popp, R. 1994. Results of monitoring herbivory on Cirsium vinaceum, 1992-1993. Draft report on file, Lincoln National Forest, Alamogordo, New Mexico.

Thomson, J.K. 1990. Habitat Analysis of Cirsium vinaceum (Asteraceae). Masters' thesis. New Mexico State University, Las Cruces, New Mexico.