EXHIBIT 30

United States Department of Agriculture
Forest Service
Lincoln National Forest
Federal Building
11th & New York
Alamogordo, NM 88310

Reply To: 2670

Date: February 11, 1985

Regional Director
U.S. Fish and Wildlife Service
Box 1306
Albuquerque, NM 87103

Dear Sir:

In response to your request for economic information on proposed critical habitat for Cirsium vinaceum, you will find enclosed the most complete information we have available per your questions of December 26, 1984.

If additional information or clarification of information provided is necessary, please contact Steve Lucas of my staff at (505) 437-6030.

**Virginia Bowman**

JAMES R. ABBOTT
Forest Supervisor

Enclosure

Slucas Adm

A. USE OF WATER BODY

1. Q. Are there any proposed projects for the water bodies?

   A. There are 26 separate fencing projects planned for protection habitats which would enclose 29 water bodies.

2. Q. At what level of completion is the planning or construction of these projects?

   A. To date, fencing of habitats has been on a case by case basis. The 26 projects identified have not been entered into the planning process.

3. Q. Is there an EIS available for the project?

   A. No, none is planned.

4. Q. What is the surrounding land use?

   A. Range, recreation, timber, special uses, transportation, wildlife, and watershed uses.

5. Q. Would a change in use of the surrounding land affect the quality of critical habitat?

   A. Yes, on some sites, not all. As an example, if motorcycle use was deterred, populations would be protected from abuse. The same applies to domestic and non-domestic grazing use.

6. Q. Would a change in the water body affect the quality of the critical habitat?

   A. Yes, due to the biological requirements of the plant.

B. CONSUMPTIVE USE OF WATER

1. Q. Is use by others seasonal?

   A. In some cases, others not.

2. Q. Are there alternative water supplies available?

   A. Yes, ground water is available. In some instances surface water can be captured by mitigating the situation. Well drilling cost is $14.00 per foot cased.

3. Q. What is the water rights system?

   A. Appropriations.

4. Q. Is water supplied by Federal projects?

   A. No.

-More Involved Analysis:

1. Alternative water uses are described above.
2. Water uses occur both seasonally and yearlong. Springs are, in all cases, continuous.
3. You cannot put a price of water in these areas. None is being sold. The price of water is a well or other diversion.
4. Value of production cannot be estimated.
5. You can determine volume by gallons per minute.
6. Same as above.

C. RECREATIONAL LAND USE

Basis I

1. Q. What recreational activity is taking place?

   A. Dispersed recreational use with exception to the Bluff Springs recreational site. This site receives heavy concentrated use and has historically been due to aesthetical value of water source.

2. Q. What conflict exists between this use and the critical habitat.

   A. Designated motorcycle and primitive road use conflicts with habitat and occupied habitat. Dispersed recreational use (throwdown camp sites) occurs on habitats as well as human trampling of species.

3. Q. Is the form of recreation specific to this location?

   A. Yes, in some cases water is the critical factor.

4. Q. Are there possible non-conflicting adjustments in the boundaries?

   A. Yes, in nearly all cases. It would be very difficult to adjust use because of human's attraction to water.

5. Q. What portion of the critical habitat is used for recreational purposes?

   A. Stream courses, bluffs, waterfalls and marshlands. (40%).

-Important II

1. Q. Season of use.

   A. March through November annually.

2. Q. Number of users.

   A. Over entire critical habitat, 32,100 recreational visitor days.

3. Q. Length of stay of users.

   A. A quarter of an hour is the average.

4. Q. Past levels and forms of recreational use of habitat?

   A. Camping, hiking and motorcycle use on trails.

5. Q. Is there are user fee?

   A. No.

6. Q. Are permits necessary?

   A. No.

7. -NA_

D. LEASE OR PERMIT (NOT GRAZING)

1. Q. Agency issuing leases?

   A. U.S.D.A. Forest Service.

2. Q. Number of leases and issue dates?

   A. One special use permit to City of Alamogordo, New Mexico issued August 26, 1977. Special use is for water transmission line from spring development on habitat. Numerous oil and gas leases are existing.

3. Q. Statement of why leases exist?

   A. City of Alamogordo lease is to provide water transmission for human consumption. Oil and gas leases and in accordance with Department of Interior policies.

4. Q. What is leased or permitted by the lease and for how long?

   A. City of Alamogordo water transmission lease is continuous. Oil and gas leases expire at different intervals coordinated by the Bureau of Land Management and Department of Interior.

5. Q. Cost of lease to individual?

   A. City of Alamogordo lease is free use. We do not know cost or bids on oil and gas leases.

6. Q. If commercial, list the gross dollar volume of sales involved.

   A. -NA-

-Approximate Federal cost to issue City of Alamogordo lease was $6,000.00

E. <u>LAND USE GRAZING</u>

1. Q. Why does a conflict exist?

   A. Livestock and wildlife roam at will and utilize habitat for watering. Elk use habitat for bedding as well as deer in some cases.

2. Q. Is the conflict seasonal?

   A. Wildlife use is yearlong. Livestock (cattle) use is seasonal May 1st through October annually.

3. Q. What is the Animal Unit Months (AUM) of critical habitat?

   A. Elk, 317 AUMs and cattle, 82.5 or 83 AUMs. Combined total equal 400 AUMs.

4. Q. Does this differ for the surrounding area?

   A. Yes, because this is marshland production approximately 2000# per acre of useable forage as compared to adjacent bluegrass production of 600 to 1000# per acre.

5. Q. Number of animals involved?

   A. Elk, 45 animals; cows, 12 animals both based on seven month season of use.

6. Q. Type of operation?

   A. Cow/calf.

7. Q. Season of grazing?

   A. Six to seven months.

8. Q. Animals grazed?

   A. Elk and cattle.

9. Q. Number and size of ranches involved?

   A. Three ranches involved: (1) 146 head of cattle yearlong, (2) 553 head of cattle yearlong and (3) 100 head of cattle yearlong.

10. Q. Portion (in acres) of the ranches' AUMs in critical habitat.

    A. Cattle, 33 acres and elk 64 acres.

11. Q. Is a permit necessary?

    A. Yes, permits issued on a Term basis (10 years).

12. Q. Agency issuing permit?

    A. U.S.D.A. Forest Service.

13. Q. What is the cost of the permit?

    A. Fee is based on cost per annum of grazing, $1.35/Animal Month

14. Q. What does the permit allow?

    A. Use of forage.

15. Q. Past levels of grazing use?

    A. Prior to 1900, large herds utilized meadows and drainages. Since this period, numbers have been reduced to levels identified in #9 above.

16. Q. Recommended future levels for range maintenance?

    A. Same.

17. Q. Availability of alternative grazing areas?

    A. None, is not needed to sustain existing numbers.

18. Q. What is the estimated capacity in acres per AUM for the area affected by the critical habitat?

    A. Elk, .20 acres per AUM; cattle, .40 acres per AUM.

-Involved II

1. Q. Cost and availability of alternative feed?

   A. Not necessary, however, $10.20 per AUMs is used.

2. Q. Value added by grazing?

   A. $206.00.

3. Q. Value added divided by total acres grazed?

   A. Cattle - $206.00 + 33 = 6.2.

4. Q. What is the average cost of production as compared with regional and national figures?

   A. Cannot answer this question. Do not have figures necessary to respond.

5. Q. What is the current cost of issuing the permits?

   A. Administrative cost incurred is $266.00 per grazing permit.

Based upon current and past contracts, it is estimated that it will cost .87 cents per foot of constructed fence. Spring developments are averaging $800.00 per structure.