EXHIBIT 32

EXHIBIT 32

FOREST GUARDIANS

Honorable Dirk Kempthorne, Secretary
U.S. Department of the Interior
1849 C. Street, N.W.
Washington, D.C. 20240
Via Certified Mail No.
7006 0100 0005 0639 1246

Honorable Mike Johanns, Secretary
U.S. Department of Agriculture
1400 Independence Avenue S.W.
Washington, D.C. 20250
Via Certified Mail No.
7006 0100 0005 0639 1253

**RE: ILLEGAL TAKE OF MEXICAN SPOTTED OWLS AND FAILURE TO CONSERVE ON THE SACRAMENTO GRAZING ALLOTMENT**

Dear Secretaries Kempthorne and Johanns,

Forest Guardians is writing to request that you take immediate action to remedy the United States Forest Service's (USFS's) ongoing violation of the Endangered Species Act (ESA), 16 U.S.C. § 1531 *et seq.*, resulting from the take of the threatened Mexican Spotted Owl (MSO) directly arising out of the USFS's authorization of livestock grazing on the Sacramento Allotment in the Sacramento Ranger District of the Lincoln National Forest. The MSO is a federally-listed threatened species, which is fully protected under the ESA. Despite this fact, the USFS has failed to meet the reasonable and prudent measures and conditions specified in Biological Opinions (BOs) issued by the United States Fish and Wildlife Service (USFWS) to protect the MSO from the negative impacts of grazing. The USFS has also continued to allow the Sacramento Grazing Association (SGA)- the sole permittee on the Sacramento Allotment- to graze this allotment in a way that is known to pose a threat of harm to the MSO, and has actually injured, and is continuing to injure, the species. These actions constitute the illegal take of protected species within the meaning of the ESA, and an overarching failure of the USFS to "carry out programs for the conservation of endangered species and threatened species."

By failing to meet the reasonable and prudent measures and conditions set forth in the USFWS's BOs, and by authorizing activities that result in actual injury to the MSO, the USFS is in violation of ESA § 9, which prohibits the taking of listed species. We are hopeful that the USFS will take immediate action to conform to the federal mandate of the ESA by removing all cattle from the Sacramento Allotment unless and until it can insure that grazing on the allotment poses no threat of future harm to the MSO. This letter is provided as official 60-day notice under the ESA citizen suit provision, 16 U.S.C. § 1540(g), of our intent to sue you to enforce the law if you do not act within the next 60 days to remedy these legal violations.

shrub, tree, form and grass cover, all of which are important to the MSO or its prey. Moreover, high-intensity grazing alters meadow habitats and reduces the dense grass cover required by small mammals, such as the Mexican vole, which are an important part of the owl's diet.

Because the preservation of habitat is key to the survival and recovery of the MSO, the USFWS issued a final rule designating critical habitat for the MSO on August 31, 2004. 69 F.R. 53182. Portions of the MSO critical habitat are located on the Sacramento Allotment. Significantly, the allotment contains approximately 38,889 acres of land "on which are found those physical or biological features essential to the conservation of the species." 16 U.S.C. 1532(5)(A)(i)(I). Therefore, continued livestock grazing throughout the allotment must be carried out in a way that respects this critical habitat designation and promotes both the survival *and* recovery of the species.

***Current Permit Terms***

The current permit for the Sacramento Allotment was issued to the SGA in 2004. In analyzing the decision to issue the grazing permit, the USFS prepared a draft Environmental Impact Statement (DEIS) dated November 2002, and a Final Environmental Impact Statement (FEIS) and Record of Decision (ROD) dated July 2004. Collectively, these documents adopted a preferred alternative described as reducing "livestock use to balance with capacity and maintain wildlife at present levels." *FEIS*, at S-3.

The 2004 permit, which was issued by the USFS for the Sacramento Allotment, authorizes year round grazing, providing for 200 – 412 cattle and 5 horses from May 15 through October 31 on the summer range, and 200 – 335 cattle and 5 horses from November 1 through May 14 on the winter range. However, SGA's permit expressly forbids grazing in riparian exclosures at all times. In its decision documents, the USFS determined that permit renewal would improve overall range conditions over the duration of the 10-year grazing permit.

***USFWS BOs***

Informal consultation with the USFWS regarding the impacts of grazing to MSOs resulted in a finding of "likely to affect" the MSO and/or its critical habitat. Upon formal consultation, the USFWS issued two BOs on the USFS's proposal to issue a 10-year grazing permit on the Sacramento Allotment: one dated February 4, 2004, and a second dated October 15, 2004. The February BO was a response to the USFS's request for consultation on its May 12, 2003 biological assessment (BA). The October BO was a response to the USFS's request for re-initiation of formal consultation given the intervening designation of MSO critical habitat.

The BOs stated, and the USFS is fully aware, that grazing can adversely impact MSOs on the Sacramento Allotment. This is because grazing can destroy riparian areas and denude the landscape, making it uninhabitable for Mexican voles- an important component of the

## BACKGROUND

### *MSOs on the Sacramento Allotment*

Totaling 111,484 acres in size, the Sacramento Allotment is one of the largest grazing allotments in USFS Region 3. Although overall range conditions on the allotment are very poor, the USFS has identified approximately 28,000 acres of this allotment as suitable for livestock grazing. The Sacramento Allotment contains one half of all riparian areas in the Sacramento Ranger District, with 40 miles of streams and the Upper Rio Penasco/Water Canyon Wild and Scenic River candidate. The allotment contains habitat for several species listed under the ESA, including the MSO.

The FWS listed the MSO (*Strix occidentialis lucida*) as a threatened species pursuant to the ESA on April 15, 1993. The MSO inhabits the forests and rocky canyons of southern Utah, Arizona, Colorado, and New Mexico, and its range extends southward into Mexico. *See* 58 Fed. Reg. 14248. According to the USFWS, at the time of listing, approximately 20% of suitable MSO habitat had been destroyed, and the species was losing habitat at a rate of 1% each year. *See id.*, at 14253. Nearly half of the loss to date had occurred in the decade prior to listing. *See id.*

In December 1995, the USFWS published the Final Recovery Plan for the MSO (Recovery Plan) to promote the recovery of the species. According to the Recovery Plan, the Sacramento Mountains support the second largest known population of MSOs in the United States. The Sacramento Allotment is located in the Sacramento Mountains.



*Strix occidentialis lucida*
*Photo by Pat Ward*

The Recovery Plan provides for three levels of habitat management, including protected areas known as MSO Protected Activity Centers (PACs). PACs are areas designated specifically for protection of the MSO, and include identified nesting and roosting sites and surrounding habitat. The Sacramento Allotment contains 46 MSO PACs, and supports more MSOs than any other single grazing allotment on the Lincoln National Forest. Thus, protection of the Sacramento Allotment is critical to the survival and recovery of the MSO.

The Recovery Plan indicates that livestock grazing poses a major threat to the MSO. According to the Plan, the primary threats to MSOs from livestock grazing are the alteration of habitat and reduction in food availability and diversity. Grazing can alter riparian habitats over time by retarding the development of the overstory tree structures needed by the owl for nesting, roosting, and other life requirements. Specifically, the Recovery Plan indicates that grazing in riparian areas can reduce or eliminate important

Table 1

| Date | Permittee Violation | Source |
|---|---|---|
| 7/12/2006 | upper gate on Sacramento Lake exclosure open | 7/12/06 letter to Martinez from Madrid |
| 7/7/2006 | cows in Lower Rio Penasco exclosure | 7/7/06 letter to Martinez from Madrid |
| 7/5/2006 | 6 cows in Upper Maldito exclosure; bottom corner gate open | 7/5/06 and 6/30/06 letters to Martinez from Madrid |
| 6/30/2006 | cows in Bluff Springs exclosure | 6/30/06 letter to Martinez from Madrid |
| 6/27/2006 | cattle on Sunspot hwy near mile marker 3 | 6/27/06 letter to Martinez from Madrid |
| 6/13/2006 | 3 cows and 1 bull in Sacramento Lake exclosure; upper end gate open | 6/13/06 letter to Martinez from Madrid |
| 6/13/2006 | 1 cow in Lower Rio Penasco exclosure; broken gate near Bluff Springs | 6/13/06 letter to Martinez from Madrid |
| 5/17/06 & 5/18/06 | 1 bull, 3 cows, 1 calf in Sacramento Lake exclosure; upper and lower end gates open | 5/23/06 letter to Martinez from Madrid |
| 5/17/06 & 5/18/06 | 1 bull, 1 steer, 1 pair in Lower Penasco exclosure above the bluff | 5/25/06 letter to Martinez from Madrid |
| 5/17/06 & 5/18/06 | gates on exclosures throughout the allotment generally left open; cows entering exclosures in this manner; no fence damage | 5/23/06 letter to Martinez from Madrid |
| 5/11/2006 | released livestock onto allotment prior to turn out date in AOI | 5/16/06 Letter to Goss (permittee) from Martinez |
| 5/13/2006 | gates at each end of Sacramento Lake exclosure were opened and approx. 20 head of livestock were inside; approx. 14 were outside the exclosure lying down by the gate | 5/20/06 habitat stamp maintenance worksheet |
| 1/9/2006 | Goss refuses to sign new permit on attorney's advice | 1/17/06 letter to Goss from Martinez; 1/9/06 fax to Martinez from Goss |
| | "we have been experiencing problems for several years with lessees purposefully moving cattle into Habitat Stamp Projects (Sikes Act) areas and disturbing/undoing the work that a lot of funding and time has been spent to accomplish- I have been alerted that such actions are especially flagrant and ongoing in the Lincoln NF, including the Sacramento Allotment- I just had a recent event reported to me that possibly several hundred cattle were purposefully enclosed in a Sikes riparian restoration exclosure for multiple days- I have been told, but have not verified, that much of this activity is occurring because the Lincoln NF Supervisor and [illegible] | 11/07/05 e-mail from Thompson to Congress |

MSO diet. Healthy riparian areas and MSO prey habitat are important for sustaining two MSO life history needs: reproduction and dispersal, both of which are crucial for maintaining connectivity between MSO populations (Feb 2004 BO, at 28), and thus ensuring that the Sacramento Mountains subpopulations of MSOs are not extirpated. "Livestock can affect small mammals directly by trampling burrows, compacting soil, and competing for food, or indirectly by altering the structure or species composition of the vegetation in a manner that influences habitat selection by small mammals." Feb 2004 BO, at 41. When MSO prey habitat is degraded by livestock grazing, the result is lower prey biomass, which in turn leads to reduced MSO reproduction and mortality from starvation.

According to the February 2004 BO, there is strong evidence that the MSO selects habitats according to prey distribution. Because voles are found in or near montane meadows of the Sacramento Allotment, MSOs are drawn to, and depend on, these areas. However, like voles and MSOs, cattle on the Sacramento Allotment congregate in these same riparian-rich montane meadows, making them places of concentrated grazing unsuitable for Mexican voles. Ward[1] and others have identified 78% average herbaceous cover and/or 1.6 inches of maximum grass-forb height as lower thresholds, below which zero voles are found. Indeed, in July and August 2003, in locations where forage height fell below minimum thresholds, Mexican and long-tailed voles were found in low numbers or were non-existent within key areas. Feb 2004 BO, at 32.

Meadow conditions on the Sacramento Allotment have declined over the 9-yr period from 1994 to 2003, and subsequent declines in voles has been documented. Data indicate an 81% decrease in mean maximum height of herbaceous plants and 58% decline in plant cover. "Concordantly, density of Mexican voles was 55% lower in 2003 compared to 1994 densities and the lowest observed in all years recorded. The combined biomass-density of Mexican and long-tailed voles was 58% lower." Ward 2004, at 25.

Working in conjunction with the USFS, Ward determined that in order to maintain viable populations of Mexican voles within the allotment, herbaceous ground cover must meet or exceed a 4-inch mean maximum grass-forb height, as measured using the methodologies set forth in <u>Procedures for Sampling and Estimating Habitat Correlates of Two Vole Species</u>. (Ward, 2004). Research has shown that when grazing reduces mean maximum grass-forb height below 4 inches, voles can be driven out, leaving MSOs without a viable food source. Hence, unless the magnitude of grazing on the Sacramento Allotment is closely monitored to insure adequate prey cover in the manner proposed by Ward, the survival and recovery of the MSO is placed at risk.

Because of the known threats to MSOs caused from livestock grazing, the USFS committed to constructing and maintaining riparian exclosures on the allotment, included restrictions for grazing riparian areas in SOA's permit terms, and proposed certain conditions on its proposal to reauthorize grazing on the Sacramento Allotment in 2004.

[1] James (Pat) Ward, Jr., Ph.D. has studied spotted owls since 1988, and was previously employed as a wildlife biologist by the U.S. Dept. of Agriculture, Forest Service Rocky Mountain Research Station.



FROM : Goss Family FAX NO. : 5058712548 Aug. 13 2008 02:07PM P5

commitment to follow and enforce the terms and conditions that led the USFWS to adopt its "not likely to affect finding," it is now causing actual injury to the MSO in direct violation of ESA § 9.

The USFS's recent decision to re-initiate consultation regarding the grazing rotation schedules on the Sacramento Allotment in no way affects or remedies its Section 9 violations. "Any overlap that...[ESA] § 7 may have with § 9...is unexceptional (citations omitted), and merely reflects the broad purpose of the Act set out in § 2 and acknowledged in *TVA v. Hill* [437 U.S. 153 (1978)]." *Babbitt*, at 703. Given the USFS's consistent history of monitoring and maintenance indifference, along with SGA's blatant disregard for either the allotment's resources or the terms of its permit, planning for future recovery without immediate action is insufficient to remedy this violation. So long as the USFS allows SGA or any other permittee to graze the Sacramento Allotment in a way that falls outside of the agreed upon terms and conditions as set forth above, the USFS will act to foreseeably prevent and possibly retard MSO recovery.

SGA's unsustainable and inappropriate grazing practices on the Sacramento Allotment are not expected to change under current USFS management. If the USFS fails to eliminate all cattle grazing on the allotment unless and until the riparian areas are protected and/or recovered, and the 4-inch grass-forb height threshold is consistently maintained, it is sure to further violate ESA § 9 by committing additional takes in the future. "Once a finding of harm has been made, the Act leaves no room for mixed use or other management strategies or policies." *Palila*, at 1081. As such, the USFS must now cancel or suspend SGA's permit to ensure that all cattle are removed from the Sacramento Allotment unless and until grazing can be managed there in a way that promotes the survival and recovery of the MSO. *See DOW*, 668 F.Supp. at 1356-1357, *aff'd by DOW*, 882 F.3d 1294 (enjoining the EPA from continuing its registration of strychnine until it could do so without illegally taking protected species of wildlife); *Sierra Club*, 926 F.2d at 433 (enjoined even-aged lumbering in the Texas national forests within 1,200 meters of active woodpecker colonies); *Palila v. Hawaii Dep't of Land and Natural Resources*, 639 F.2d 495 (9th Cir.1981) (holding that the state's feral sheep and goats must be removed from the endangered palila's habitat because they degraded the bird's habitat, thereby imposing an injury); *Town of Plymouth*, 6 F.Supp.2d at 91 (enjoining any further off-road vehicle driving on the beach that was inconsistent with the protection of piping plovers).

Forest Guardians is dedicated to preserving the MSO within the Sacramento Allotment and throughout the Sacramento Mountains. We are hopeful that the USFS will remedy the ongoing take of this threatened species, which results from grazing practices authorized by the USFS, and ensure that no similar takes occur in the future. We ask that the USFS remove all cattle from the Sacramento Allotment unless and until grazing can be conducted in a way that does not adversely modify the MSO's habitat and/or harm the species. Please contact us if you believe that any of the above analysis of fact or law is incorrect or if you wish to discuss this letter further.

Respectfully submitted,

Melissa Hailey

Melissa Hailey
Grazing Reform Program Attorney
Forest Guardians
312 Montezuma Ave., Suite A
Santa Fe, NM 87501
505.988.9126 x 159
mhailey@fguardians.org

Dated this 25th day of October, 2006.

---

In case you
need me tomorrow
my cell phone
# is 575-491-2847

Otero 443-2904
County