EXHIBIT 33

United States Department of Agriculture | Forest Service | Sacramento Ranger District | Hwy 82 & Curlew, PO Box 288
Cloudcroft, NM 88317
(505) 682-2551

File Code: 2230
Date: January 17, 2006
CERTIFIED MAIL
7003 0500 0000 4623 7294

Jimmy Goss, President
Sacramento Grazing Association
PO Box 596
Weed, NM 88354

Dear Jimmy,

On July 28, 2004, I signed a Record of Decision that would implement management actions on the Sacramento and Dry Canyon Allotments to make livestock management on these allotments consistent with the Lincoln National Forest Land and Resource Management Plan. You appealed my decision to both the Forest Supervisor and the Regional Forester under 36 CFR 251 Subpart C. Both levels of appeal included a detailed review of the project record and concluded my decision was based on a reasonable assessment of the resource conditions on the Sacramento Allotment.

In a letter dated June 10, 2005, Deputy Regional Forester Abel Camarena explained to you why your term grazing permit must be consistent with the Record of Decision. Deputy Regional Forester Camarena concluded his letter stating "As you were advised on February 2, 2005, the second level appeal decision by my office constituted the final administrative determination of the Department of Agriculture [36 CFR 251.87(e)(3)]. Therefore, the next step is to either re-issue a new term grazing permit or modify the existing permit, including an updated allotment management plan…." On December 16, 2005, I mailed you the new 10-year term grazing permit and the allotment management plan for the Sacramento and Dry Canyon Allotments. I received your January 9, 2006 letter letting me know that you were not signing the new permit. Since you have elected not to sign the new 10-year permit, by this letter, I am modifying your existing term grazing permit, #081250, in order to make your permit consistent with the July 2004, Record of Decision. Following are specific modifications to your term grazing permit #081250 issued on 11/23/99.
Part 1, Section 2 is modified as follows:

2. The number, kind, and class of livestock, period of use, and grazing allotment on which the livestock are permitted to graze are as follows, unless modified by the Forest Service in the Bill for Collection:

| LIVESTOCK | | | PERIOD OF USE | | GRAZING ALLOTMENT |
|---|---|---|---|---|---|
| NUMBER | KIND | CLASS | FROM | TO | |
| 200-412 | Cattle | c/c | 05/15 | 10/31 | Summer Range Sacramento Allotment #217 |
| 200-335 | Cattle | c/c | 11/01 | 02/28 | Winter Range Sacramento Allotment #217 |
| 200-335 | Cattle | c/c | 03/01 | 05/14 | Winter Range Sacramento Allotment #217 |
| 5 | Horses | horse | 03/01 | 02/28 | Sacramento Allotment #217 |
| Up to 75 | Cattle | c/c | 11/01 | 02/28 | Dry Canyon Allotment #214 |
| Up to 75 | Cattle | c/c | 03/01 | 05/14 | Dry Canyon Allotment #214 |

Part 2 of your existing term grazing permit #081205 remains unchanged.

The allotment management plan for the Sacramento and Dry Canyon Allotments was provided to you for comment in draft form on November 17, 2005. You did not comment on the draft or request a meeting with me to discuss it. As indicated previously, the new term grazing permit that I mailed to you on December 16, 2005, included the new allotment management plan. Because you did not sign the new term grazing permit, Part 3 of your existing term grazing permit #081250, is modified as follows:

In Part 3 of your existing term grazing permit, #081250 are numbered pages 5 through 9. Pages 5, 6, and 7 remain unchanged. Pages 8 and 9 have been modified to be consistent with the Record of Decision and are attached to this letter. Please insert the modified pages in Part 3 of your current term grazing permit and remove those pages that have been superseded.

The allotment management plan has been prepared subsequent to and in conjunction with the Record of Decision that selected Alternative B in the Final Environmental Impact Statement for the Sacramento, Dry Canyon and Davis Allotments. It outlines and documents the management strategy planned for the allotments over the remaining life of your term grazing permit, #081205. This plan includes: management objectives, livestock management practices, proposed structural improvements and monitoring strategies used to measure achievement of goals and objectives.

Please staple this letter to the face of your existing term grazing permit because it modifies Part I, Section 2 and Part 3 of your term grazing permit, #081205.

Additionally, on April 14, 2003, United States District Judge Parker issued a ruling in the matter of Forest Guardians v. United States Forest Service, et al. (CIV 00-490 JP/RLP) Consolidated. The Court found the Forest Service violated the National Forest Management Act by failing to ensure that livestock grazing under the 1999 term grazing permit for the Sacramento Allotment is consistent with the Lincoln Forest Plan. The Court ordered the Forest Service to modify the 1999 term grazing permit for the Sacramento Allotment in order to make the permit consistent with the Lincoln Forest Plan. Subsequently, I prepared an Environmental Impact Statement that analyzed various grazing alternatives for management of the Sacramento Grazing Allotment. That process was completed when I issued the Record of Decision on July 28, 2004.

If you have any questions concerning this letter please contact Mark Cadwallader or myself at (505) 682-2551.

Sincerely,

*Frank R. Martinez*

FRANK R. MARTINEZ
Sacramento District Ranger

Cc: Otero County Commission

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

7003 0500 0000 4623 7294

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.35 |
| Restricted Delivery Fee (Endorsement Required) | ~~0.00~~ |
| Total Postage & Fees | $ 4.86 |

Sent To: Sacramento Grazing Assoc.
Street, Apt. No.; or PO Box No.: Po Box 594
City, State, ZIP+4: Weed, N.M. 88354

PS Form 3800, June 2002 See Reverse for Instructions

SG01983