# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al.,<br>Plaintiff,<br>v.<br>United States,<br>Defendants. | No. 04-786<br>Judge Susan G. Braden |

## Michael J. Van Zandt's Declaration in Support of Opposition to Motion for Summary Judgment

I, MICHAEL J. VAN ZANDT, ESQ., declare as follows:

1. I am counsel of record for Plaintiffs in the above-captioned action.

2. Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that this court take judicial notice of the following United States Forest Service ("USFS") records and United States Fish & Wildlife Service ("USFWS") records, true and correct copies of which are included as Exhibits A through E to the instant declaration in support of Plaintiff's Cross-Motion for Partial Summary Judgment, Opposition to Defendant's Motion for Summary Judgment, and Memorandum In Support Thereof ("Plaintiff's Motions").

3. Attached as **Exhibit A** is a true and correct copy of the Final Environmental Impact Statement (FEIS) for the Sacramento, Dry Canyon and Davis Grazing Allotments, dated July 2004, prepared by the USFS.

4. Attached as **Exhibit B** is a true and correct copy of the Sacramento Mountains Thistle Recovery Plan (*Cirsium vinaceum*), dated 1993, prepared by the USFWS.

5. Attached as **Exhibit C** is a true and correct copy of the Biological Opinion on the Effects to the Mexican Spotted Owl, the Sacramento Mountains Thistle, and the Sacramento Mountains Prickly Poppy from the Proposal to Issue a Permit for the Sacramento Grazing

Allotment, Sacramento Ranger District, Lincoln National Forest, Otero County, New Mexico, dated February 4, 2004 and prepared by the USFWS.

6. Attached as **Exhibit D** is a true and correct copy of the Record of Decision of the Final Environmental Impact Statement, Sacramento, Dry Canyon and Davis Grazing Allotments, Sacramento Ranger District, Lincoln National Forest, dated July 28, 2004 and prepared by the USFS.

7. Attached as **Exhibit E** is a true and correct copy of the Threatened, Endangered and Sensitive Species Biological Evaluation, Lincoln National Forest, for the Sacramento Allotment Interim Summer Grazing Plan, dated May 8, 1992 and prepared by the USFS.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of August, 2008 at San Francisco, California.

Michael J. Van Zandt

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August 2008, a true and accurate copy of Michael J. Van Zandt's Declaration in Support of Opposition to Motion for Summary Judgment was served upon counsel by first-class mail, by placing the same in the United States mail, postage prepaid, addressed to:

Kathleen Lennon Doster
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-663
Tel: (202) 305-0481
Fax: (202) 305-0506
Kathleen.doster@usdoj.gov

Keith Kiley