Forage/range guidelines

The current range conditions are explained under the environmental baseline section above. Thus, they are not repeated here. Field observations in 1999 indicated range conditions were poor to fair and were declining (Forest Service 1999). We agree with the Forest Service's conclusion that a downward trend in range condition can be expected from the current grazing pressure (Forest Service 2002). We believe their data indicate that current range conditions are declining, and it is likely that some MSO PACs containing meadows that are within ½ mile of nest/roost areas may be in poor condition.

The effects of heavy grazing has reduced herbaceous cover and grass/forb herbaceous ground cover height, likely resulting in a significant decrease in the number of voles within some PACs (Ward 2001; Ward pers. comm., 2004). Ward (2001) found that density and biomass of voles increased with abundance of herbaceous (grass/forb) height and cover. The information in the DEIS, the BA, and data collected from 1991 through August 2003, consistently indicate that the forage/range guidelines have not been maintained on the Sacramento Allotment. The Forest Service concluded in the DEIS and BA that the present range management is inconsistent with the Forest Plan standards and guidelines (Forest Service 2003a). We agree with this conclusion.

Our current policy for conducting section 7 consultation on the MSO states that incidental take is likely if a habitat altering action compromises the integrity of the PAC (i.e., an action is proposed that does not fall under the specific recommendations of the Recovery Plan) (Service 1996a).

A multitude of factors (e.g., weather patterns, fluctuating prey populations, etc.) influence the nesting success of the MSO and these factors change yearly, suggesting that the amount of foraging and protective cover an MSO may need on a given year may also change. It is possible that MSO pairs that lose a small amount of habitat within a 600-acre PAC are able to survive and successfully reproduce in good years or make up for this loss of habitat by foraging beyond the designated boundary of the PAC. However, the additional energy expenditure of foraging beyond PAC boundaries may reduce the likelihood of reproductive success. As a result, we are concerned about the condition of meadows within the Sacramento Allotment, and the possible effects on MSO prey habitat.

The BA states that when forage utilization of 35 percent is met on the summer range, it will provide adequate herbaceous habitat for prey species. The BA also indicates that in meadow areas within PACs (i.e., 5 to 16 percent of PACs), grazing levels may not provide habitat for prey or support prescribed fire. These statements appear to contradict one another. The DEIS provides some clarity to the statements, in that, the 35 percent utilization is a guideline that could be exceeded during dry periods (Forest Service 2002; p. 63). The BA also indicates that the forage utilization is not an upper limit, but only a guide and that precise attainment of allowable use does not have to occur for range conditions to be improved (Forest Service 2003a). The Forest Service acknowledges in their BA that rodent prey habitat may not be attained if: 1)

forage utilization is too high; 2) forage growing conditions are below what was expected in a given year; or 3) drought conditions persist. In fact, the Forest Service acknowledges in their BA and DEIS, that their proposed action allows adverse effects to MSO prey cover because the 35 percent guideline could be exceeded during dry periods (Forest Service 2002, p. 63).

The Forest Service states in the BA that within the meadow habitat of the Sacramento Allotment, sufficient herbaceous and woody vegetation is expected to be retained within all PACs to provide for MSO prey and to support prescribed natural and ignited fires. We agree with this conclusion for the following reasons. First, the Recovery Plan provides direction for grazing management that will expedite improved range conditions and assist in the recovery of the MSO. We believe the current proposal to establish forage/range guidelines is consistent with the Recovery Plan and Forest Plan Amendments, when the standards and guidelines are implemented and enforced in all protected and restricted MSO habitat. The Recovery Plan and Forest Plan Amendments reiterate that forage/range standards and guidelines will expedite attaining and maintaining good to excellent range conditions. We acknowledge that attainment of the proposed forage/range guidelines may not be possible every year of the permit (e.g., see discussion below); however, over the span of 10 years, we anticipate that the forage/range guidelines will improve the overall range conditions and adverse affects to MSO will be reduced.

As noted above, we understand that during some years, the forage/range guidelines may not be attained. Nevertheless, we expect that the Forest Service will administer the Sacramento Allotment permit consistent with the Lincoln National Forest Plan, which includes maintaining the proposed herbaceous ground cover height and forage utilization, even during drought conditions. We reached this conclusion based upon the following analyses in the DEIS: 1) allowable use guidelines (i.e., forage/range guidelines) would require that cattle be moved when forage is not sufficient to protect riparian and aquatic systems; 2) during dry periods the allowable use guidelines (i.e., forage/range guidelines) must be followed or the effects from the proposed action would be identical to current conditions (e.g., overutilization of forage) and not adhere to the Lincoln National Forest Plan; 3) the variable stocking rate in the permit reflects that during dry periods livestock numbers can be reduced when required to meet forage/range guidelines (Forest Service 2002); and 4) the Forest Service intends to manage and protect long-term range conditions consistent with their range management regulations (e.g., see 36 CFR 222)

We agree with the Forest Service's conclusions in the DEIS that the proposed action will result in a gradual improvement of range conditions. We expect that MSO prey habitat will be maintained and improved over the life of the 10-year permit, and that the Forest Service will strive to meet their forage/range guidelines. As provided in 40 CFR 402.16, reinitiation of formal consultation may be required if range conditions do not show improvement or if the Forest Service does not attempt to meet these forage/range guidelines as they are described in this consultation.

We identified 6 PACs within the Sacramento Allotment that contain greater than 50 ac of meadow habitat (Radio Tower, Wilmeth, Bluff Springs, Dark, Lightning, Hubble). Although we

do not have information on the range/forage conditions within four of these PACs (Radio Tower, Wilmeth, Dark, or Lightning), we believe that grazing in meadows can adversely affect breeding MSOs when range/forage guidelines are not maintained because prey habitat is expected to be negatively affected. It is unknown whether these four PACs are currently being adversely affected by forage/range conditions. Nevertheless, it is our expectation that range/forage conditions will improve under the current proposed action, because they will be applied across the landscape and should result in management activities that will minimize adverse impacts to the MSO by maintaining and restoring good range conditions.

Information is available for the Hubble and Bluff Springs PACs that indicate forage/range conditions are below the established guidelines (Table 4). Ward and Block (1995) indicate that decreases in populations of voles and increases in populations of deer mice are expected in upland meadow habitats of the southwest from moderate to heavy grazing. They believe that such decreases in the number of voles could negatively influence MSO in several recovery units, including the Basin and Range East, where voles are common prey or are used as alternative food sources when other prey are diminished. Increases in deer mice abundance in meadows probably would not be offset by decreases in vole numbers, because voles provide greater biomass (Ward and Block 1995).

It is important to note that Ward (2001) found that grass-forb stubble height had a strong positive association with summer abundance of Mexican voles and long-tailed voles, two species commonly consumed by MSO in the Sacramento Mountains. He indicated that voles require herbaceous vegetation for food and cover (e.g., see also Birney *et al.* 1976; Johnson 1981), and that about 2.4 in of mean maximum grass-forb stubble height was a threshold, above which Mexican vole abundance increased with increasing height of both grasses and forbs during summer months. There also appears to be a maximum grass-forb stubble height between 4.6 and 6.4 in. Beyond this upper threshold range, increased stubble height of grasses and forbs would benefit vole populations, but provide little direct benefit to MSOs (i.e., MSO access to capturing voles is expected to be diminished as stubble height increases above this range) (Ward *et al.* In prep.). Ward (2001) also found that increasing grass-forb height was positively associated with population abundance of deer mice. All three species (i.e., Mexican voles, long-tailed voles, and deer mice) depend on sufficient grass-forb height to provide for food and/or cover (Johnson 1981; Davis and Schmidly 1994, Ward 2001). On average, no Mexican or long-tailed voles would be expected to occur in key grazing areas when grass-forb height is below 1.6 in, but 4.5 to 6.2 in of herbaceous ground cover maximizes availability of both voles species (Ward 2001). In fact, one method frequently recommended by Cooperative Extension wildlife specialists to control damage from a variety of vole species including the Mexican and long-tailed voles, is mow or eliminate ground cover of grasses or forbs (Andelt and Ahmed 2003). They indicate that summer removal of grasses and forbs will diminish the amount of available vole habitat and reduce their numbers because voles avoid exposed areas (Andelt and Ahmed 2003). Because the Hubble and Bluff Springs PACs had maximum grass-forb stubble heights below this lower threshold (Table 4), we believe the amount of suitable MSO prey habitat is currently reduced. This conclusion is substantiated by abundance estimates from July and August 2003 that

estimated low numbers of Mexican voles (Hubble = 0 and Bluff Springs 47) and long-tailed voles (Hubble = 2 and Bluff Springs 0) within key areas of these PACs (Ward pers. comm., 2004).

Although we believe that the current proposal will gradually improve the range/forage conditions within the Hubble and Bluff Springs PACs, the current degraded conditions within these PACs, indicate that the range/forage guidelines may not be attained within the next few years. Part of our rationale is that the DEIS discusses that "once [forage] guidelines are achieved" riparian habitat would move toward good conditions, prey habitat requirements for the MSO would be provided, and natural and prescribed fire would be supported within and outside of PACs (Forest Service 2002). Information from Ward (2001) and the BA indicate that without adequate herbaceous ground cover height, overall density and biomass of voles will continue to be minimal, resulting in lower numbers of MSO prey. These effects are considered adverse, especially since these actions are not consistent with the Recovery Plan (Service 1995a) and the Forest Plan Amendments. We believe that these actions could result in a significant portion of the habitat being lost or modified, disrupting normal behavior patterns such as breeding, sheltering, or feeding. As discussed above, desired range conditions for some PACs (Table 4) will not be met instantaneously, when the permit for the Sacramento Allotment is issued in 2004. We believe that failing to attain the forage/range guidelines will result in reduced MSO prey, and likely temporarily compromise the MSOs in these PACs during the next few breeding seasons. Nevertheless, these impacts are not expected to cause avoidance/abandonment or lead to future unoccupancy of the Hubble or Bluff Springs PACs. Until the monitoring data indicate that the forage/range guidelines are met throughout the year, we conclude that harassment will occur for the Hubble and Bluff Springs PACs.

The Forest Service has proposed that they will consider the effect of deer and elk on the allotment. There are a significant number of elk on the Sacramento Allotment. In Forest Guardians v. United States Forest Service, and Sacramento Grazing Association v. United States Department of Agriculture Civ. Nos. 00-490 JP/RHS and 00-1240 JP/RHS (Consolidated), the United States District Court for the District of New Mexico found that the Forest Plan Amendments mandates the Forest Service to maintain forage use that assures the recovery and continued existence of listed species, and requires that they ensure consumption of forage by livestock and wild ungulates (e.g., elk) does not exceed set utilization levels. The present level of forage being used by wildlife is about 25 to 40 percent (Forest Service 2002). In 2001, the New Mexico Department of Game and Fish changed the management objective for game management unit 34. A 5-year plan was adopted to reduce the number of elk from about 4,000 to 1,000 across the entire game management unit (Forest Service 2002). The Forest Service has not described how they would consider the effect of deer and elk; however, we assume that this information will be detailed in the forthcoming AMP and will likely include monitoring herbaceous ground cover height and forage utilization in relation to use (see also New Mexico Department of Game and Fish 2001). Similar livestock-elk issues have been successfully resolved through AMPs (e.g., see Roberts and Becker 1981).

Monitoring

The proposed action includes the following monitoring, in addition to establishing thresholds of when management changes are needed (Attachment A). Proposed monitoring includes visits on: 1) May 1st or prior to the entry of cattle to the winter and summer pastures; 2) May 31st or within 15 days after livestock leave winter pastures; 3) August 1st at approximately the mid-point of the grazing season or 10 days after rains start in the summer unit (monitoring in all key areas will determine if the 4-in herbaceous ground cover height is being achieved); 3) both the summer and winter pastures within 15 days after the end of the permitted grazing season; and 4) the winter unit in October. The Forest Service indicated that management action will be taken if the forage/range guidelines, as described above (i.e., herbaceous ground cover height and forage utilization), are not met. As part of this process, they will also include the effect of elk and deer on forage/range guidelines;

The Forest Service will also: 1) conduct regularly scheduled and unscheduled allotment inspections to determine the condition and efficiency of range improvements, forage utilization, livestock distribution patterns, and locations of salt and mineral supplements; and 2) measure long-term range condition and trend in established Parker monitoring locations during the life of the 10-year grazing permit; and 3) assess adherence to the prescribed forage/range guidelines using, for example, leaf length or other measurements the Forest Service determines are appropriate on key forage species.

Although the BA did not identify the methods that will be used during these inspections, we assume that, as discussed above, the Forest Service will provide this information to the Service during the development of an AMP. In our conversations with the Lincoln National Forest, they indicated that adaptive management could be used for the purposes of resource protection when monitoring indicates that forage/range guidelines are not being met (L. Sansom, Forest Service, pers. comm., 2003). Although Attachment A provides some information related to monitoring, additional details related to monitoring and subsequent management actions are vague in the BA and DEIS. For example, the Lincoln National Forest did not indicate how the monitoring data were going to be used to evaluate or adjust livestock numbers, actively manage livestock (e.g., strategic placement of salt or minerals, herding, or fencing), or enforce permit compliance. We assume these specific monitoring methods will use the established thresholds (Attachment A), with further details in the AMP. As an example, we believe that when monitoring occurs within a specific pasture within the allotment, this information could be used to manage appropriate livestock numbers or determine whether annual operating instructions or the term permit should be modified. This type of adaptive management process would ensure forage/range guidelines will be attained by describing the monitoring and potential management actions that would be utilized such as: 1) moving livestock to other areas of the pasture or to a new pasture; 2) removing or reducing the number of livestock; or 3) other appropriate measures.

The proposed monitoring entails evaluating range conditions prior to the entry of livestock into a pasture (range readiness). The Forest Service established a 1-in leaf length standard of range

readiness. As noted above, the intent of the Recovery Plan is that the grazing standards and guidelines are applied year-round (Service 1999), whereas the Forest Plan Amendments indicated that grazing/forage guidelines will be applied across the landscape in all vegetation types (Forest Service 1995). We believe that the Forest Service intends to provide for year-round application of the forage/range guidelines, because, the DEIS indicated that adequate habitat for the Mexican vole would be provided during late fall, winter, and spring (Forest Service 2002). Thus, we anticipate that the Forest Service will attempt to meet the forage/range guidelines during late fall, winter, and spring, which will limit adverse effects to the MSO and its habitat.

The current proposal establishes a monitoring-management threshold based on a 4-in herbaceous ground cover height not being met or maintained in key areas (i.e., when monitoring demonstrates that the 4-in herbaceous ground cover height has not been maintained in key areas in the pasture, management adjustments will be made so that forage/range guidelines will be attained). Based on this scenario, adjustments will be made when non-compliance occurs in key areas within a pasture. Excessive forage utilization has been a continual concern on the Sacramento Allotment since 1991 (Forest Service 2002). Present management is not consistent with the standards and guidelines of the Lincoln National Forest Plan (Forest Service 2002). Currently, riparian conditions on the allotment do not meet Regional Plan criteria, the ecological condition of the range is not satisfactory, and many key areas have not met or maintained leaf length, herbaceous ground cover height or utilization guidelines (Forest Service 2000d, 2001, 2002, 2002b, 2002c, 2003a, 2003b, 2003c, 2003d). Current range conditions do not meet the intent of the Recovery Plan, the MSO grazing criteria, the Lincoln National Forest Plan, or the Forest Plan Amendments; however we believe the current proposed action is consistent with these guidance documents. Consequently, the proposed monitoring and related management thresholds will limit adverse affects to the MSO and its habitat, and should achieve compliance with the Recovery Plan, the MSO grazing criteria, the Lincoln National Forest Plan, or the Forest Plan Amendments.

The Forest Service provided maps of key areas, which were established following the criteria cited in the Forest Plan Amendments. The 2003 annual operating instructions indicated that key areas were within upper Kerr Canyon, Benson Canyon, Lucas Canyon, Dark Canyon, Hay Canyon, Wills Canyon, Rice Canyon, and McAfee Canyon. The annual operating instructions also indicated that these key areas will be monitored in May, August, and October to determine compliance with forage/range guidelines (the 2003 annual operating instructions are not part of the current consultation). Still, we expect the Forest Service to use similar descriptions for the current proposed term permit. The Forest Plan Amendments detailed that these key areas will normally be 1/4 to 1 mile from water, located on productive soils on level to intermediate slopes, and be readily accessible for grazing. We assume these key areas will be fully described in the forthcoming AMP. These key areas and related monitoring must be established to limit potential adverse effects to MSO prey.

In summary, the Forest Service has proposed monitoring to determine whether grazing levels comply with the 10-year term permit for the Sacramento Allotment. It is our understanding that

these data will assess whether the following proposed forage/range guidelines are met: 1) the 4-in herbaceous ground cover height for MSO prey habitat; 2) the 35 percent forage utilization for the summer unit; 3) the 40 percent forage utilization for the winter unit; and 4) the 70 percent forage utilization guideline for livestock traps. We assume that methods and procedures to manage and monitor the Sacramento Allotment will be detailed in the forthcoming AMP. For example, we anticipate that when the Forest Service determines one of the forage/range guidelines will not be met, they would follow a similar process to manage and protect long-term range conditions consistent with the Lincoln National Forest Plan and range management regulations (e.g., see 36 CFR 222). This administrative process will generally provide adequate protective measures to limit adverse impacts to the MSO and its habitat.

Interdependent and Interrelated Actions

We also must consider indirect effects and the effects of interdependent and interrelated actions of this proposed project to the MSO. Indirect effects are those that are caused by, or result from, the proposed action, and are later in time, but are reasonably certain to occur. Interrelated actions are actions that are part of a larger action, and are dependent on the larger action for their justification. Interdependent actions are actions that have no independent utility apart from the action under consideration. The livestock projects, including exclosures, livestock traps, and the use of salt blocks and other livestock management activities (e.g,. vehicle use) are considered interrelated and interdependent with the implementation of the proposed project. Many of these activities relate to grazing criteria number 1, which applies to limiting disturbances to MSO PACs during the breeding season.

The proposed 70 percent forage utilization standard for the livestock traps is double what is being proposed across the allotment. The significance of forage utilization (e.g., currently measured using leaf length) guidelines, monitoring, and their relationship to range health and production are described in the 2003 annual operating instructions; leaf length has been used as the metric to describe the lower threshold to avoid damage and possible mortality to individual forage plants. The Forest Service documented in 2001 and 2002 that over 50 percent of the monitored key areas had leaf lengths at the end of the grazing season that exceeded established guidelines, indicating over-use and the potential for resource damage. They concluded that the combination of extreme forage use and drought conditions resulted in significant reductions in forage production across the allotment. Nevertheless, the proposed action is for livestock use to occur within traps during pasture moves in early spring, mid-summer, and late fall. The Forest Service concludes that habitat for MSO prey would not be provided within livestock traps, and that this action would adversely affect these PACs. We agree with the conclusion, because the action is inconsistent with the Recovery Plan and the Forest Plan Amendments.

The Forest Service has previously indicated that musk thistle, teasel, and other noxious weeds reduce grass and native forb production (Forest Service 1995a). As noted above, voles and other species that depend significantly upon meadows for foraging or reproducing may be negatively affected by the spread of these noxious weeds (Forest Service 1995a). The use of livestock traps

will likely result in continual growth of noxious weeds within and immediately adjacent traps (e.g., within 100 yards). Therefore, we conclude that livestock traps can facilitate the spread of noxious weeds and may adversely affect MSO prey habitat.

There are 25 ac of the Marcia PAC, 0.8 ac of the Rice PAC, and 2 ac of the Bluff PAC that are within the Peñasco livestock trap. This livestock trap is proposed to receive 70 percent forage utilization. We consider these impacts adverse, but believe they are unlikely to result in harassment or harm of MSO, because the area within the Peñasco livestock trap is a minor proportion of each of the overall PACs (i.e., only 4 percent of the Marcia PAC and less than 1 percent of the Rice and Bluff PACs). Other livestock traps with minor proportions of PAC acreages on the Sacramento Allotment include the Benson and Wills livestock traps. The Benson and Wills livestock traps contain approximately 3 and 17 PAC ac, respectively. Although 70 percent forage utilization within PACs contained in livestock traps will adversely affect MSOs, we do not expect the effects to disrupt normal behavior patterns such as breeding, sheltering, or feeding.

The proposed livestock projects on the winter unit are not expected to affect the MSO because they are outside of protected and restricted habitat. Alternatively, the livestock projects on the summer unit are proposed to occur within four PACs (Thousand Mile, Masterson, Telephone, and Moore). The Thousand Mile livestock trap currently exists and will have use limited to livestock gathering periods as described earlier. Reconstruction will occur outside the breeding season and the PAC is currently being monitored for the Sacramento River Road consultation (Service 2000). We conclude that habitat for MSO prey would not be provided within this livestock trap, and that the action would adversely affect the Thousand Mile PAC. However, we do not expect the effects from the Thousand Mile livestock trap to disrupt normal behavior patterns such as breeding, sheltering, or feeding or result in take.

A new 10-acre livestock trap is proposed to be constructed adjacent to the Masterson PAC. The Forest Service concludes that the construction of the livestock trap will increase both use and human activity within the 45-acre meadow, but this activity will not be within the Masterson PAC. We believe that construction activities will increase use and human activity, but these activities are not considered adverse since they are located outside of the PAC. Nevertheless, the Forest Service is proposing 70 percent forage utilization within the new livestock trap. As noted above, this high forage utilization is considered inconsistent with the recommendations in the Recovery Plan and Forest Plan Amendments to maintain good to excellent grazing conditions. For this reason, we conclude that the adjacent PACs (i.e., Masterson and Telephone) will be adversely affected, but we do not expect the effects to disrupt normal behavior patterns such as breeding, sheltering, or feeding.

A 10-acre livestock exclosure is proposed within the Telephone PAC to limit impacts on the Forest Service sensitive plant, *Lilium philadelphicum*. Construction of this exclosure would be completed outside of the MSO breeding season, and is not expected to adversely impact the Telephone PAC. Similarly, the sunspot pipeline is proposed for reconstruction within the

Moore PAC. This project would be completed outside of the breeding season and, along with other water improvements, is expected to distribute grazing use. For these reasons, we do not anticipate adverse affects will occur to the Moore PAC.

Additional activities that concentrate cattle (trailing, gathering, and placement of waters, salt, and nutrient supplements) are proposed to be conducted inside of some PACs and during the MSO breeding season. For example, salting is proposed to occur within the lower Wills and other PACs. Although the Forest Service determined that these impacts will be incidental, we believe they have the potential to concentrate livestock within PACs and/or riparian areas, both of which appear to be inconsistent with the Recovery Plan and Forest Plan Amendments. We believe that salt blocks placed within PACs or riparian areas is not conducive for attaining good to excellent range conditions within the key grazing areas or to restore good conditions to degraded riparian communities as soon as possible. For this reason, we expect these PACs will be adversely affected by these activities.

The use of vehicles by permittees or Forest Service personnel are considered interrelated and interdependent with the implementation of the current proposed project. Affects related to these or other activities are considered incidental and should not be any greater than those described above, because the Forest Service will ensure that road use from vehicles will be kept to the existing roadbeds and pullouts. Consequently, the potential for effects from vehicle use, including ATV's, are expected to be limited and not likely to result in adverse affects.

**Sacramento Mountains prickly poppy**

Within the winter unit, there are four main pastures, Alamo, Mule, Pasture Ridge and Grapevine. Mule, Pasture Ridge, and Grapevine Pastures are proposed to be grazed annually during the winter season (November 1 to May 14). Alamo Pasture is proposed to be grazed from November 1 to January 31 during the first two years of the permit In the eight subsequent years of the permit, livestock use in Alamo Pasture will be monitored each December or January to determine whether an adjustment to the number of livestock, commensurate with the potential for livestock impacts on the poppy from herbivory and trampling is necessary. Adjustments could entail livestock removal, herd management (moving livestock within Alamo Pasture), or livestock reductions. Each pasture would receive partial growing season rest from early February (Alamo) or mid-May (Mule, Pasture Ridge, and Grapevine) to the end of October each year. Under this proposal, no more than 335 cattle and 5 horses would be divided and distributed in all 4 pastures.

The Alamo winter pasture contains a total of 11,113 ac, 3,027 of which are suitable for grazing. This acreage represents 19 percent of the usable winter unit. The Alamo pasture consists of two east-west running canyons, Alamo and Caballero Canyons, which rise very steeply on both sides. Water is provided at five locations in the canyon bottoms, at the top, middle and lower ends of the canyons. Short stretches of open water surface in the upper reaches of each canyon when drought conditions are not too severe. A bench or mesa between the upper arms of the two

canyons is accessible to livestock and water is provided there in two locations. The majority of the pasture is not accessible for use by livestock. The winter unit of this allotment has three other pastures containing 46,181 ac of which 12,497 are considered suitable for grazing (Forest Service 2002).

Herbivory

Monitoring of adult poppies has shown numerous times that livestock herbivory is occurring on adult plants (see section "Factors Affecting the Species in the Action Area). Nevertheless, in the rosette stage, with a minority of leaves affected, the poppies recover and go on to bolt and flower. Continuing growth has been shown to make herbivory much less obvious within one week. Poppies have been observed grazed to the ground by cattle under high stocking rates (Service 1994). Seedlings and young plants may be more palatable (Service 1989); however, the Forest Service has no evidence regarding herbivory on young plants. Light to moderate herbivory is not expected to have long term negative impacts to adult poppies. Excess herbivory, or overuse of forage species affects riparian area species composition as well as its soil and moisture retention-ability which in turn affect poppy habitat and functioning of the riparian corridor (L. Barker, pers. comm., 2004).

Trampling

Trampling of individual poppies is unavoidable when livestock graze in occupied habitat. The BA states that light trampling of adult plants is not likely to kill them, as they have a substantial underground root mass. Nevertheless, damage to poppies from trampling could occur during periods of low forage availability, and could have significant impacts on future poppy recruitment. For example, seedling poppies are most vulnerable to mortality while they are in the process of establishing a taproot. Trampling of fragile seedlings could easily cause the loss of individuals. In addition, grazing may affect riparian vegetation and indirectly result in damage to poppies from lack of soil moisture retention ability.

It is believed that poppies germinate as early as February at lower elevations (Forest Service 1989). In the first 2 years of the permit, the absence of livestock during late spring and summer will allow vulnerable seedlings and young plants that may be present to put on growth and root storage, particularly during summer rains, without damage. Removal of livestock prior to the emergence of seedlings will avoid impacts to poppy seedlings as they develop their taproot. After the first two winter grazing seasons, seedlings may be utilized by livestock and mortality may result. The Forest Service proposes to monitor livestock use on poppies and adjust livestock numbers accordingly, to reduce or avoid adverse effects to the poppy.

Livestock grazing in the Alamo Pasture from October through January may provide disturbance that will facilitate the germination of poppy seedlings. These poppies, and other members of the genus *Argemone* in general, are known to take advantage of newly disturbed soil (Forest Service 2003a). *Argemone* has also been described as an early-successional genus. The poppy has been

observed numerous times to occupy disturbed road banks, newly dug pipeline routes and berms, and abandoned fields. However, the amount and timing of disturbance is important, as is the amount of moisture available at these sites. Sufficient moisture is required for both germination and establishment of plants. As mentioned in the BA, germination and establishment will more likely be successful in disturbed sites that collect extra moisture, or during years of higher rainfall.

At a time of low population levels, low seed production, and drought conditions, the establishment of new plants is critical. Heightened concern exists for direct and indirect effects of livestock grazing on germination habitat and seedlings. Seedlings are especially vulnerable to damage by trampling. Seedlings are most likely to germinate and succeed in moister sites in swales on low benches that also support grasses and forbs that green up early in the spring and attract livestock, raising the possibility for hoof damage to young poppy plants. Livestock use in riparian areas, and of riparian shade, creates physical disturbances and alteration of habitat needed to support the vulnerable seedling life stage of the species. Rest from livestock use during the first two years of the permit may allow the poppy some ability to respond with increased recruitment of adults into the population. In future years, the success of seedling establishment will depend on good management of livestock within the pastures and adequate rainfall. In the eight subsequent years of the permit, livestock use in Alamo Pasture will be monitored each December or January to determine whether an adjustment to the number of livestock is necessary to protect the poppy from herbivory and trampling.

Indirect effects-plant community changes

Because of the preponderance of heavy forest, dense woodland, steep slopes, and rock and cliff, only about 29,000 ac of the allotment are usable for grazing. Livestock grazing would affect the vegetation on the approximate 29,000 ac usable by livestock. Out of the approximately 11,000 ac on the Alamo winter pasture, only about 3,000 ac are usable. Improper stocking rates will result in negative impacts to the existing upland and riparian plant communities. Livestock grazing can affect vegetation species composition, plant density, and plant vigor (Forest Service 2003a). Recruitment of seedlings into the adult population is also affected by any actions that lower the moisture-holding capacity of the soil, or increase the likelihood of destructive flash floods. The BA discusses the indirect impacts of a changing or degraded riparian plant community on the poppy; 1) Loss of riparian vegetation affects the moisture-holding capacity of the soils in riparian areas, 2) decreases in sod-forming root masses and woody vegetation lead to an increase in flood-water velocity, and 3) loss of top soil, and of the moisture-holding capability of the soil. All of these factors indirectly affect habitat and potentially affect poppy plants, particularly younger plants at the vulnerable germination and establishment phases. We anticipate that implementation of the forage/range guidelines outlined in the proposed action will improve the range condition in the Alamo pasture.

Indirect effects- flash floods

Concern has been expressed in the various sources cited above for the loss of plants due to flash floods in the canyons, particularly in Alamo Canyon (Service 1987). However, rebounds in the number of poppy plants have been observed in years subsequent to damaging floods. Poppy seeds show the highest germination rates when the seed coat has been lightly nicked (Sivinski 1992). In the wild, seeds are believed to receive this mechanical scarification through tumbling along a stream bed with water flows. Flash floods may provide the disturbances that facilitate preparation of a seedbed and seed scarification in natural systems. The damaging effects from flash floods can be exacerbated, however, by changes in vegetative composition and cover in riparian zones, particularly in those canyons where livestock grazing has reduced many of the grasses and eliminated many forbs. Significant changes in flood frequency or intensity may not allow poppy populations to recover and re-establish between flood events.

The amount and duration of livestock use plays a significant role in vegetation composition in the riparian bottoms. As stated in the BA, repeated use of new photosynthetic tissue produced during the spring drought period puts a strain on roots and reduces energy storage ability for forage plants that can eventually affect plant community composition, riparian health, soil stability and water-holding capacity. Overutilization of forage has been occurring on the Sacramento Allotment since 1991, and current livestock use has resulted in adverse affects to the poppy (Forest Service 2003a). Any impacts to the plant community that result in decreased ability for poppies to withstand and recover from flooding will have significant and long-term effects on poppy sustainability and recovery.

The poppy has shown relatively wide fluctuations in the number of adult plants through the years. It has shown the ability, at least in years of normal or above normal rainfall, to maintain stable populations or recover. A certain level of disturbance is therefore believed to be needed for the species. Biological concerns relate more to indirect effects in the canyons at a time when the number of adults is fewer, and when the seed bank in the soil could be reduced. Currently, adult plants appear to be at their lowest numbers.

Indirect effects-population viability

Poppy populations in Alamo and Caballero Canyons decreased by approximately 43 percent between 1987 and 2003. Additionally, distribution of the poppy decreased from 10 canyons to 5 (Forest Service 2003a). During periods of low plant numbers of plants, the combination of several threats occurring concurrently becomes more significant. Small population sizes are of concern because of decreased opportunities for out-crossing, resulting in in-breeding that may lead to higher possibilities for the fixation and expression of adverse genetic mutations. Lower levels of out-crossing also result in lower fruit set and seed production (Tepedino 1992). Periods of prolonged drought may result in germination without establishment, depleting the seed bank in the soil. Adult plants may die without successfully replacing themselves if drought periods extend longer than their approximately 7 to 9-year lifespan. Monitoring observations in 2001 indicate that seedling establishment may be a critical, or bottleneck stage in the life cycle of this species (Guaderrama and Barker 2001).

City of Alamogordo water developments impact poppy habitat by reducing water availability during germination of seedlings and throughout the year. Livestock herbivory and trampling impacts to overall poppy numbers, either through reduced seedling recruitment or adult mortality, may contribute to reduced population viability through reduced genetic diversity and an inability for individuals to out-cross during pollination. Reduced genetic diversity will ultimately limit the poppy's ability to withstand significant changes in population levels, both those that are naturally caused (drought, flash floods, disease etc.) and those that are human caused (livestock grazing, habitat destruction, increased flash flooding).

Interrelated and interdependent actions

Placement of livestock supplements, such as water and minerals, are an impact to the poppy. The Forest Service has documented placement of minerals in riparian bottoms in occupied habitat several times (Forest Service 2003a). Concentration of livestock in occupied poppy habitat as the result of mineral placement and water development will impact poppies through increased trampling and herbivory.

Other potential actions include fence and water development maintenance. These actions may result in short term impacts to poppies if construction activities occur in occupied habitat while poppies are present.

The Mule Pasture has not been grazed for the last several seasons because there are currently no functioning water sources (Forest Service 2003a). The Service believes that maintenance and restoration of water sources on the Mule Pasture would reduce some of the use on the Alamo Pasture by allowing use of the Mule Pasture containing 2,826 ac of livestock-useable land, currently not usable because of lack of water. Additionally the Mule Pasture is situated in between the Alamo and Grapevine Pastures. Restoring waters here would allow shorter and/or lighter stocking in Alamo Pasture which currently receives increased forage utilization and impacts to the poppy.

The recovery rate for a species is considered to be the time needed for populations to return to equilibrium after disturbance. For individual poppy plants, recovery may be considered to be the time needed to produce a mature, seed-producing adult from seed. This period is believed to be two years at minimum, given sufficient rainfall, but could be three years in times of moisture stress. Impacts to seedlings from the proposed action may occur throughout the 10-year period of the permit. This yearly impact could hamper the poppy's ability to recover from year to year, particularly at a time of low population levels. In the short term, direct effects on seedlings and recruitment in the spring are of immediate concern. Indirect effects on the riparian plant community, vegetative cover, soil moisture-retention ability, and soil stability as it relates to destruction from flash floods, are of concern in the long term.

**Sacramento Mountains thistle**

The Sacramento Allotment contains 74 of 86 occupied thistle sites found on the Lincoln National Forest as of 2001. These 74 sites contained 333,800 of 347,090 total thistle plants found on the Lincoln National Forest in 2001. This represents a total of 96 percent of all the plants counted in 2001. All of the 74 sites are within the North and South summer pastures of the allotment, with 38 of these 74 sites either fenced to exclude livestock or considered to be inaccessible.

The DEIS for the Allotment states that the North and South Pastures of the summer unit contain 42,614 ac. Of this acreage, 11,540 ac are considered usable grazing acres, based on the absence of steep topography, dense canopy cover, insufficient forage production or inaccessibility. Approximately 73 percent of the acreage of the 2 pastures is not usable for livestock grazing (Forest Service 2002). Habitat for the thistle largely falls within acreage considered usable under these criteria, except for extremely steep occurrences.

Direct effects-herbivory and trampling

As stated in the BA, a reduction of photosynthetic tissue and plant size can adversely impact plant growth, vigor, reproductive potential, and the ability of the plants to compete with invasive weeds. The thistle has also been observed to only make one attempt per rosette at producing a flowering stalk. If that stalk is lost to herbivory, reproductive potential for that plant is lost.

Herbivory and trampling are also of concern with relation to seedling establishment and survival. Huenneke and Thomson (1995) report fairly high numbers of seedlings, but also substantial mortality of those seedlings over the course of a year. Herbivory and trampling at a vulnerable point in the thistle life cycle when seedlings are young and not well established can cause significant losses of plants. Grazing early in the spring is more likely to produce adverse impacts to seedlings. Trampling can affect recruitment of new plants in soft-substrate outflow streams to the extent that disturbance and mechanical damage reduce seedling establishment.

Thistles located in livestock traps are likely to face the most severe impacts. Traps will concentrate livestock for short periods of time. During that time utilization levels will be severe and impacts to thistles through herbivory and trampling are likely to increase correspondingly.

Indirect effects-habitat destruction and hydrology

Springs and creeks provide a majority of the watering sites for both livestock and wildlife species, especially elk. These wet sites are subject to trampling and hoof damage, and receive especially heavy use during drought periods when both water and green forage are not readily available elsewhere.

Intact travertine provides a unique substrate that the thistle is very well adapted to occupying. Damage to the travertine, causing a loss of normal substrate structure, may inhibit seed germination and seedling establishment when water flows return to these sites. In addition, water-flow channels within the travertine structures may be damaged by heavy trampling. Soft-

substrate outflow creeks are habitat for the thistle that is especially vulnerable to hoof damage from livestock use and trampling.

The summer pastures and thistle occurrences in the upper Rio Peñasco, including those in exclosures, are subject to entry by livestock drifting from the winter unit well before the turn-on date of May 15. It has been difficult to keep exclosure fences intact for various reasons. The thistle is currently found within two of the traps used to gather livestock. New exclosures in Wills and Peñasco/Water Canyon will exclude more of the thistle plants, but some plants will still be subject to livestock impacts in the Peñasco trap.

Monitoring of the thistle has shown a simple and direct relationship between water availability in suitable habitat and numbers and extent of plants in occurrences (Forest Service 2003a). As water flow has been observed to decline at springs, decreases in plant numbers and the size of the sites have occurred. The situation reverses when increased water is available.

Within the summer pastures, the majority of sites providing water for livestock are the natural springs and streams. During drought conditions when streams dry up, livestock are forced to seek springs for water which puts them more frequently in occupied thistle habitat. Concerns exist at these sites for both travertine and soft-substrate habitats because of impacts created by livestock use. As stated in the BA, compaction and down-cutting of soft-substrate streambeds and banks cause water tables to lower resulting in drier sites that may not be suitable for thistles. Damage to travertine in hard-substrate sites causes pulverization of the calcium carbonate and alteration of seedbed characteristics for the thistle, thus affecting suitability of habitat. During spring drought periods when water and green forage are in short supply, impacts at springs can be particularly heavy. Early drift of livestock onto summer pastures contributes to impacts. Periods of drought in the fall when the thistle appears to be especially palatable also increase the likelihood of impacts to individual plants and their habitat.

<u>Indirect effects-population viability</u>

To the extent that herbivory, trampling, or habitat degradation may reduce the density of plants, seedlings are more exposed to adverse temperatures. Reduced thistle density also puts the thistle at a disadvantage in competition with invading weeds such as teasel (Huenneke and Thomson 1995). Thistles in traps will also experience higher levels of competition with weeds and seedling recruitment may be reduced as a result of this competition.

As described in the 1994 Forest Service Monitoring Report, small thistle sites may be more vulnerable and at higher risk from the impacts of grazing. To the extent that growth, vigor, reproductive output and recruitment are affected by impacts to plants and their habitats, small sites are of special concern. Expansion at these sites can be affected by the impacts to habitat described above, as well as by the loss of seedlings. The ability to attract pollinators relates directly to the size of the site. Small or declining sites are put at a further disadvantage for successful reproduction.

Interrelated and interdependent actions

Placement of livestock supplements, such as water and minerals, are an impact to the thistle. Concentration of livestock in occupied thistle habitat as the result of mineral placement and water development will impact thistles through increased trampling and herbivory.

Other potential actions include fence and water development maintenance. These actions may result in short term impacts to thistle if construction activities occur in occupied habitat while thistles are present.

Depending on the timing of the impacts, thistles will respond in varying ways to grazing. Impacts to flowering adults may result in long term effects to population recruitment. Adults bolt and produce flowers only once in their lifetimes. Any removal or mortality to adults at this time will effectively remove that adult and its reproductive potential from the population. If impacts are large scale and effect an entire site, population numbers in that area may decline significantly in subsequent years.

Similar impacts would result if livestock impacts to seedlings were large scale. If impacts are severe enough to result in mortality to seedlings, then effectively, both the adult which produced it as well as its reproductive potential have been removed. At significant levels, this may have large impacts on occurrences of thistles.

Impacts to thistle habitat will be most severe and have the most significant long-term impacts on the species. Travertine habitats are fragile in their hydrology and impacts through trampling will negatively impact their suitability for thistles. Similarly, impacts to soft substrates provided by springs and their outflow streams may reduce the suitability of habitat for the thistle and result in reduction or removal of occurrences.

## CUMULATIVE EFFECTS

Cumulative effects include the effects of future State, tribal, local, or private actions on endangered or threatened species or critical habitat that are reasonably certain to occur in the foreseeable future in the action area considered in this biological opinion. Future Federal actions that are unrelated to the action are not considered in this section because they require separate consultation pursuant to section 7 of the Act. Cumulative effects analysis as stated here applies to section 7 of the Act and should not be confused with the broader use of this term in the NEPA or other environmental laws.

**Mexican spotted owl**

In past biological opinions, it has been stated that, "Because of the predominant occurrence of the MSOs on Federal lands, and because of the role of the respective Federal agencies in administering the habitat of the MSO, actions to be implemented in the future by non-Federal

entities on non-Federal lands are considered of minor impact." However, there has been a recent increase of harvest activities on non-Federal lands (e.g., timber harvest on neighboring Mescalero Apache Tribe, private land timber sales on inholdings in and around the Lincoln National Forest). In addition, future actions on non-Federal lands adjacent to the Forest Service lands that are reasonably expected to occur include urban development, road construction, land clearing, logging, fuelwood gathering, and other associated actions.

The Sacramento Allotment is generally located between the Village of Cloudcroft, and Timberon, New Mexico. The area is interspersed by National Forest and non-Federal lands including highways, forest roads, existing infrastructure (e.g., powerlines), developed private campgrounds, and surrounding residential areas, where activities occur either seasonally or year-round. We are aware that impacts to the MSO from recreation (e.g., ATVs), timber harvest, and subdivisions are reasonably certain to occur. These activities reduce the quality and quantity of MSO nesting, roosting and foraging habitat, and cause disturbance to breeding MSOs and contribute as cumulative effects of the action.

**Sacramento Mountains prickly poppy**

Cumulative effects on the poppy may result through actions on private lands. These impacts may include grazing, noxious weed treatment, clearing of land, as well as maintenance on Highway 82 and local dirt roads where plants occur in the rights-of-way.

**Sacramento Mountains thistle**

Cumulative effects may accrue to the thistle through actions taking place on private lands and along highway rights-of-ways. Water rights granted by the State Engineer, and the subsequent development of wells and water systems affect water availability in springs and seeps to varying degrees, depending upon their locations. Development, clearing, grazing, noxious weeds and their treatment on private lands may affect the thistle and its habitat. State highway crew maintenance of the Federal Highway 82 right-of-way impacts plants and habitat on non-National Forest System land between Cloudcroft and High Rolls. The presence of the weevil, introduced by the Mescalero Apache Nation may also affect the thistle.

## CONCLUSION

The conclusions of this biological opinion are based on full implementation of the project as described in the Description of the Proposed Action section of this document, including any Conservation Measures that were incorporated into the project design.

**Mexican Spotted Owl**

After reviewing the current status of the MSO, the environmental baseline for the action area, the effects of the proposed Sacramento Allotment and the cumulative effects, it is our biological

opinion that the project, as proposed, is not likely to jeopardize the continued existence of the MSO within the Basin and Range East RU or rangewide. Critical habitat for this species; however, this project does not occur within this designation. Therefore, this action does not affect any areas of critical habitat and no destruction or adverse modification of critical habitat is anticipated. Nevertheless, the designated critical habitat for the MSO may change in the near future because the United States District Court for the District of Arizona, in Center for Biological Diversity et al. v. Gale A. Norton, CIV 01-409 ordered us to redesignate critical habitat for the MSO. We make this finding for the following reasons:

1. The proposed forage/range guidelines, monitoring and enforcement, development of an AMP, reduced stocking levels, and deferred-rotation strategy will allow overall range conditions to improve over the 10-years considered in this consultation.

2. We anticipate that when the Forest Service determines one of the forage/range guidelines will not be met, they will manage and protect long-term range conditions consistent with the Lincoln National Forest Plan and range management regulations (e.g., see 36 CFR 222). The Service is available to assist the Forest Service and other interested parties (e.g., the New Mexico Range Improvement Task Force) in exploring flexible options for long-term range condition improvement.

**Sacramento Mountains prickly poppy**

After reviewing the current status of the poppy, the environmental baseline for the action area, the effects of proposed livestock grazing on the Sacramento Allotment and the cumulative effects, it is our biological opinion that the project, as proposed, is not likely to jeopardize the continued existence of the poppy. Critical habitat for this species has not been designated; thus none will be affected. We make this finding for the following reasons:

1. The proposed forage/range guidelines, monitoring and enforcement, development of an AMP, reduced stocking levels, and deferred-rotation strategy will allow overall range conditions to improve over the 10-years considered in this consultation.

2. The removal of livestock from the Alamo Pasture, where the majority of known poppies exist, by February 1 will allow for germination and growth of seedlings without the threat of trampling or herbivory. Also, this management action will reduce herbivory and trampling of poppies for much of the year. After the first two years, monitoring of livestock effects to poppies is expected to guide management such that negative impacts resulting from any documented trampling or herbivory of seedlings will be eliminated or minimized through management changes.

3. We anticipate that when the Forest Service determines that impacts are occurring to the poppy as the result of livestock grazing, they will manage and protect poppy occurrences consistent with the Lincoln National Forest Plan, the EIS, and range management regulations (e.g., see 36 CFR 222).

**Sacramento Mountains thistle**

The selected alternative for management of the Sacramento Allotment allows interaction between livestock and accessible thistle occurrences, as well as with suitable and potential habitat. Impacts are both direct and indirect. After reviewing the current status of the thistle, the environmental baseline for the action area, the effects of the proposed livestock grazing on the Sacramento Allotment and the cumulative effects, it is our biological opinion that the project, as proposed, is not likely to jeopardize the continued existence of the thistle. Critical habitat for this species has not been designated; thus none will be affected. We make this finding for the following reasons:

1. The proposed forage/range guidelines, monitoring and enforcement, development of an AMP, reduced stocking levels, and deferred-rotation strategy will allow overall range conditions to improve over the 10-years considered in this consultation.

2. The continued construction of exclosures will protect isolated occurrences of the thistle. Continued maintenance of existing exclosures will continue to protect some thistle occurrences from livestock impacts.

3. We anticipate that when the Forest Service determines that impacts are occurring to the thistle as the result of livestock grazing, they will manage and protect thistle occurrences consistent with the Lincoln National Forest Plan, the EIS, and range management regulations (e.g., see 36 CFR 222).

INCIDENTAL TAKE

Section 9 of the Act and Federal regulation pursuant to section 4(d) of the Act prohibit the take of endangered and threatened species, respectively, without special exemption. Take is defined as harassing, harming, pursuing, hunting, shooting, wounding, killing, trapping, capturing, or collecting, or attempting to engage in any such conduct. Harass is further defined by us as intentional or negligent actions that creates the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavior patterns which include, but are not limited to, breeding, feeding, and sheltering. Harm is further defined by us to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing behavioral patterns such as breeding, feeding, or sheltering. Incidental take is defined as take that is incidental to, and not the purpose of, the carrying out of an otherwise lawful activity. Under the terms of section 7(b)(4) and section 7(o)(2), taking that is incidental to, and not intended as part of the agency action is not considered a prohibited taking under the Act provided that such taking is in compliance with the terms and conditions of this incidental take statement. The measures described below for the MSO are non-discretionary and must be implemented by the Forest Service so that they become binding conditions of any grant or permit issued, as appropriate, in order for the exemption in section 7(o)(2) to apply.

Sections 7(b)(4) and 7(o)(2) of the Act generally do not apply to listed plant species. However, limited protection of plants from take is provided to the extent that the Act prohibits the removal and reduction to possession of Federally endangered plants or the malicious damage of such plants on areas under Federal jurisdiction, or the destruction of endangered plants on non-Federal areas in violation of State law or regulation or in the course of any violation of a State criminal trespass law.

The Forest Service has discretion to regulate the activity that is covered by this incidental take statement. If the species is listed and the Forest Service: 1) fails to require that any permittee or contractor adheres to the terms and conditions of the incidental take statement through enforceable terms that are added to the permit, grant, or contract document, and/or 2) fails to retain oversight to ensure compliance with these terms and conditions, the protective coverage of section 7(o)(2) may lapse. In order to monitor the impact of incidental take, we recommend that the Forest Service report the progress of the action to the Service as specified in the incidental take statement.

Amount or extent of take

For this proposed project, take of MSOs may be in the form of harassment within each of the affected two PACs. We anticipate that the take of MSOs will be difficult to detect because finding a dead or impaired specimen is unlikely. However, the level of incidental take can be anticipated by the loss of essential elements in the habitat. The primary type of take expected to result from grazing on the Sacramento Allotment is through harassment by the reduction of suitability of the habitat for prey species, thus limiting the availability of prey for MSOs. Based on the best available information concerning the MSO, habitat needs of this species, the proposed project description, and information furnished by the Forest Service, take is considered likely for the MSO as a result of the following actions:

1. We believe that improving range conditions for some PACs will not be met instantaneously, when the permit for the Sacramento Allotment is issued in 2004. Range restoration is a long-term process. Improvement in the overall range conditions on the Sacramento Allotment will likely be a slow process and will only occur if forage/range guidelines are met. Consequently, good to excellent range conditions are not likely to be attained in the next few years for the Hubble and Bluff Springs PACs. We believe that implementation and enforcement of forage/range guidelines will be enough to improve prey habitat conditions within and adjacent to most PACs on the allotment. However, we anticipate that incidental take is reasonably certain to occur to two pair of MSOs and their young associated with the Hubble and Bluff Springs PACs.

**Effect of the Take**

In the accompanying biological opinion, the Service determined that this level of anticipated take is not likely to jeopardize the continued existence of the MSO.

**Reasonable and Prudent Measures**

The Service believes the following reasonable and prudent measures are necessary and appropriate to minimize take.

1) Conduct all proposed activities in a manner that will minimize disturbance to the MSO.

2) Conduct all proposed activities in a manner that will minimize modification and loss of MSO habitat.

**Terms and Conditions for the MSO**

In order to be exempt from the prohibitions of section 9 of the Act, the Forest Service and their employees, contractors, or subcontractors must comply with the following terms and conditions, which implement the reasonable and prudent measures described above. These terms and conditions are nondiscretionary.

The following Terms and Conditions are established to implement Reasonable and Prudent Measure 1.

1.1 Fences, corrals, trick tanks, livestock traps, or other livestock management construction activities that occur within PACs will be conducted outside of the MSO breeding season or after non-nesting status has been determined.

1.2 Within PACs, Forest Service employees and the livestock permittee shall strictly limit their activities, vehicles (including off-highway vehicles), equipment, and construction materials to the open roads and motorized trails or appropriate livestock management areas/activities (e.g., livestock traps). Exceptions are allowed to monitor key areas.

1.3 PAC boundaries shall be discussed with the permittee to ensure that livestock concentrations and associated activities such as salt or mineral supplement sites shall not occur within PACs. Salting guidelines from the DEIS shall be followed. Exceptions will only include salting within those areas of some PACs (i.e., ridgetops and open-canopied areas) when used as a range management tool to decrease impacts in riparian and MSO high-use areas. The AOI shall indicate areas that are appropriate for salting to minimize impacts to PACs.

1.4 The Forest Service shall attempt to eradicate noxious weeds in all livestock traps and a 100-yard buffer area immediately adjacent to the traps as needed. This shall be accomplished through the implementation of your noxious weed control projects (consultation numbers 2-22-94-I-009 and 2-22-00-I-397).

The following Terms and Conditions are established to implement Reasonable and Prudent Measure 2.

2.1 The final AMP will be submitted to the New Mexico Ecological Services Field Office within 3 months from the date this agency action is completed (i.e., after clearance of administrative appeals). The AMP should not differ significantly from the proposed action.

2.2 All unauthorized activities that affect the environmental baseline of the MSO (i.e., impacts outside of the proposed project description) shall be immediately reported to the Service by the Forest Service.

2.3 The Forest Service shall provide a report documenting how the project is in compliance with the proposed action (i.e., implementation monitoring). The Forest Service shall provide the Service with the forage/range guidelines monitoring information, any related documents (e.g,. a copy of the AOI), and an annual implementation progress report. Except for the reporting requirements for forage/range guidelines that will be due within 30 days of each monitoring period (including any management actions taken as a result of monitoring), the AOI and the project report shall be submitted to the Service annually within one month of issuing the AOI, generally in February for the duration of the permit.

2.4 Consistent with the Lincoln National Forest Plan and ongoing monitoring for other grazing allotments (e.g., Bluewater, Pumphouse, Scott Able) on the Forest, the Forest Service shall apply forage/range guidelines allotment-wide, including attaining forage/range guidelines within all key areas. The Forest Service shall adjust livestock grazing, as appropriate, in an attempt to achieve forage/range guidelines within all key areas. Compliance will be attained if the forage/range guidelines are met at key areas.

2.5 During periods when forage production may be low on summer pastures, the Forest Service will monitor forage/range guidelines and manage the Sacramento Allotment consistent with the Forest Service's range management regulations (e.g., 36 CFR 222), (e.g., adjustments will occur to meet forage/range guidelines).

2.6 The Forest Service shall establish two more key areas within the Hubble and Bluff Springs PACs. Monitoring of these and other key areas shall follow appropriate monitoring methods. Monitoring of herbaceous ground cover will be conducted during the required time frame (Attachment A). These data will be used to determine when forage/range guidelines within key areas are attained.

## CONSERVATION RECOMMENDATIONS

Section 7(a)(1) of the Act directs Federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of endangered and threatened species. Conservation recommendations are discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat, to help implement recovery plans, or to develop information. The recommendations provided here

relate only to the proposed action and do not necessarily represent complete fulfillment of the agency's section 7(a)(1) responsibility for these species. In order for us to be kept informed of actions that either minimize or avoid adverse effects or that benefit listed species and their habitats, we request notification of the implementation of the conservation recommendations. We recommend the following conservation recommendations be implemented:

**Mexican spotted owl**

1. The Forest Service should emphasize and implement restoration of lowland riparian habitats for the MSO (Service 1996b).

2. We recommend the Forest Service reduce any possible effects of grazing on the prey base by improving upland range conditions in pastures in and adjacent to protected and restricted habitat.

3. We recommend that the Forest Service work with other entities to identify studies designed to gain a comprehensive understanding of how ungulate grazing affects the habitat of the MSO and its prey species.

**Sacramento Mountains prickly poppy**

1. If the opportunity arises, the Forest should pursue restoration of hydrological processes required by the poppy through cooperation with the City of Alamogordo or other entities, and through restoration of developed spring habitat throughout the Sacramento Allotment.

2. The Forest should restore and maintain water developments in the Mule Pasture such that this pasture will be usable by livestock and so that use on the Alamo Pasture can be reduced by additional forage availability on the adjacent Mule Pasture.

3. The Forest Service should continue germination studies of poppy seeds and initiate a reintroduction program into currently occupied sites as well as sites that were historically occupied.

**Sacramento Mountains thistle**

1. The Forest should continue to pursue restoration of hydrological processes throughout the Sacramento Allotment that are required by the thistle through cooperation with the permittee.

2. The Forest should explore and continue to pursue control of exotic competitors of the thistle, such as teasel. Likewise the Forest should monitor the potential range expansion of weevil to determine whether the impending threat of its predation on the thistle is increasing.

3. The Forest should continue extensive monitoring of thistle occurrences.

In order for the Service to be kept informed of actions minimizing or avoiding adverse effects or

benefitting listed species or their habitats, the Service requests notification of the implementation of any conservation recommendations.

## DISPOSITION OF DEAD OR INJURED LISTED ANIMALS

Upon finding a dead, injured, or sick individual of an endangered or threatened species (e.g., MSO), initial notification must be made to the nearest Service Law Enforcement Office. In New Mexico, contact (505/346-7828) or the New Mexico Ecological Services Field Office (505/346-2525). Written notification must be made within five calender days and include the date, time, and location of the animal, a photograph, and any other pertinent information. Care must be taken in handling sick or injured animals to ensure effective treatment and care, and in handling dead specimens to preserve biological material in the best possible condition. If feasible, the remains of intact specimens of listed animals shall be submitted to educational or research institutions holding appropriate State and Federal permits. If such institutions are not available, the information noted above shall be obtained and the carcass left in place.

Arrangements regarding proper disposition of potential museum specimens shall be made with the institution before implementation of the action. A qualified biologist should transport injured animals to a qualified veterinarian. Should any treated listed animal survive, we should be contacted regarding the final disposition of the animal.

## REINITIATION - CLOSING STATEMENT

This concludes formal consultation on the Sacramento Allotment, Sacramento Ranger District, Lincoln National Forest. As required by 50 FR 402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: (1) the amount or extent of incidental take is exceeded; (2) new information reveals effects of the agency action that may impact listed species or critical habitat in a manner or to an extent not considered in this opinion; (3) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered in this opinion; or (4) a new species is listed or critical habitat designated that may be affected by the action.

In future communications regarding this project, please refer to consultation #2-22-00-F-473. If you have any questions or would like to discuss any part of this biological opinion, please contact Eric Hein of my staff at (505) 761-4735

Sincerely,

Joy E. Nicholopoulos

Joy E. Nicholopoulos
State Supervisor

Jose M. Martinez, Forest Supervisor

cc:
Deputy ARD, Ecological Services, U.S. Fish and Wildlife Service, Region 2, Albuquerque, New Mexico
Field Supervisor, U.S. Fish and Wildlife Service, Arizona Ecological Services Field Office, Phoenix, Arizona
Assistant Field Supervisor, U.S. Fish and Wildlife Service, Arizona Ecological Services Suboffice, Tucson, Arizona
Assistant Field Supervisor, U.S. Fish and Wildlife Service, Arizona Ecological Services Suboffice, Flagstaff, Arizona

## LITERATURE CITED


Andelt, W. F., and S. Ahmed. 2003. Managing voles in Colorado. Colorado State University, Cooperative Extension Service, Ft. Collins.

Arsenault, D.P., A. Hodgson, and P.B. Stacey. 1997. Dispersal movements of juvenile Mexican spotted owls (*Strix occidentalis lucida*) in New Mexico. In Biology and Conservation of Owls of the Northern Hemisphere (D.H. Johnson and T.H. Nichols, eds.). United States Department of Agriculture Forest Service General Technical Report NC-190, St. Paul, Minnesota.

Belsky, A.J. and D.M. Blumenthal. 1997. Effects of livestock grazing on stand dynamics and soils in upland forests of the interior west. Conservation Biology 11:315-327.

Birney, E. C., W. E. Grant, and D. D. Baird. 1976. Importance of vegetative cover to cycles of *Microtus* populations. Ecology 57:1043-1051.

Block, W.M. October 8, 1998. Letter to Nancy Kaufmann, Regional Director, U.S. Fish and Wildlife Service, Region 2 addressing seven topics discussed at a MSO Recovery Team meeting during August 18-20, 1998. Forest Service, Rocky Mountain Research Station, Flagstaff, Arizona.

Bond, M.L., R.J. Gutierrez, A.B. Franklin, W.S. LaHaye, C.A. May, and M.E. Seamans. 2002. Short-term effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproductive success. Wildlife Society Bulletin 30:1022-1028.

Craddock, C.L. and L.F. Huenneke. 1997. Aquatic seed dispersal and its implications in *Cirsium vinaceum*, a threatened endemic thistle of New Mexico. American Midland Naturalist. 138:215-219.

Davis, W. B., and D. J. Schmidly. 1994. The mammals of Texas: Mexican vole. Texas Parks and Wildlife, Nongame and urban program, Austin.

Delaney, D.K., T.G. Grubb, P. Beier, L.L. Pater, and H. Reiser. 1999. Effects of helicopter noise on Mexican spotted owls. Journal of Wildlife Management 63(1):60-76.

Desert Botanical Garden. 2003. Germination report for *Argemone pleiacantha* ssp. *pinnatisecta* and *Cirsium vinaceum*. Phoenix, AZ. 3 pp.

Fletcher, K., and H. Hollis. 1994. Habitats used, abundance, and distribution of the Mexican spotted owl (*Strix occidentalis lucida*) on National Forest System Lands in the Southwestern Region. USDA, Forest Service, Southwestern Region, Albuquerque, New Mexico. 86pp.

Forsman, E.D., E.C. Meslow, and H.M. Wight. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs 87:1-64.

Ganey, J.L., W.M. Block, J.S. Jenness, and R.A. Wilson. 1999. Mexican spotted owl home range and habitat use in pine-oak forest: implications for forest management. Forest Science 45:127-135.

Ganey, J.L., W.M. Block, J.K. Dwyer, B.E. Strohmeyer, and J.S. Jenness. 1998. Dispersal, movements, and survival rates of juvenile Mexican spotted owls in Northern Arizona. Wilson Bull., 110:206-217.

Ganey, J.L., and J.L. Dick, Jr. 1995. Habitat relationships of the Mexican spotted owl: current knowledge. *In* Mexican Spotted Owl Recovery Plan. U.S. Department of the Interior, Fish and Wildlife Service, Albuquerque, New Mexico.

Ganey, J.L. and R.P. Balda. 1994. Habitat selection by Mexican spotted owls in northern Arizona. The Auk 111(1):162-169.

Ganey, J.L. and R.P. Balda. 1989a. Distribution and habitat use of Mexican spotted owls in Arizona. Condor 91:355-361.

Ganey, J.L. and R.P. Balda. 1989b. Home-range characteristics of spotted owls in northern Arizona. Journal of Wildlife Management 53:1159-1165.

Ganey, J.L. 1988. Distribution and habitat ecology of Mexican spotted owls in Arizona. MS Thesis. Northern Arizona University, Flagstaff, Arizona.

Ganey, J.L., W.M. Block, and R.M. King. 2000. Roost of radio-marked Mexican spotted owls in Arizona and New Mexico: Sources of variability and descriptive characteristics. Journal of Raptor Research.

Geo-Marine, Inc. 2003. Effects of aircraft noise on the reproduction and occupancy of Mexican spotted owls, Final Annual Report, May 2003. Newport News, Virginia.

Glover, V. J. 1984. Logging railroads of the Lincoln National Forest, New Mexico. Cultural Resources Management Report No. 4. Forest Service, Southwestern Region Albuquerque, New Mexico. 65 pp.

Government Accounting Office. 1999. Western National Forests: a cohesive strategy is needed to address catastrophic wildfire threats. GAO/RCED-99-65, Washington, D.C.

Grant, W.E., E.C. Birney, N.R. French, and D.M. Swift. 1982. Structure and productivity of grassland small mammal communities related to grazing induced changes in vegetative cover. J. Mammal. 63:248-260.

Grubb, T.G., J.L. Ganey, and S.R. Masek. 1997. Canopy closure around nest sites of Mexican spotted owls in northcentral Arizona. Journal of Wildlife Management 61(2):336-342.

Guaderrama, R. T. and L. M. Barker. 2001. Prickly-poppy seedling monitoring at the mouth of Alamo Canyon: March-July, 2001. Lincoln National Forest, Alamogordo, New Mexico. 3 pp.

Gutierrez, R. J., M. E. Seamans, and M. Z. Peery. 1996. Intermountain movement by Mexican spotted owls (Strix occidentalis lucida). Great Basin Naturalist 56:87-89.

Gutierrez, R.J. and Rinkevich, S.E. 1991. Final Report Distribution and Abundance of Spotted Owls in Zion National Park, 1991, National Park System Order No. PX-1200-9-C820.

Gutierrez, R.J., A.B. Franklin, and W.S. LaHaye. 1995. Spotted owls (*Strix occidentalis*). In The Birds of North America, No. 179 (A. Poole and F. Gill, eds.) The Academy of Natural Sciences, Philadelphia, and the American Ornithologist' Union, Washington, D.C.

Holechek, J. I., and D. Galt. 2000. Grazing intensity guidelines. Rangelands 22:11-14.

Huenneke, L. F. and J. K. Thomson. 1995. Potential interference between a threatened endemic thistle and an invasive nonnative plant. Conservation Biology. 9:416-425.

Johnson, S. J. 1981. Impacts of domestic livestock grazing on small mammals of forest grazing allotments in southeastern Idaho. Pp. 242-250 *in* Symposium: wildlife-livestock relationships. Department of Wildlife Resources, College of Forestry, Wildlife, and Range Sciences, University of Idaho, Moscow.

Johnson, C.L. and R.T. Reynolds. 2002. Responses of Mexican spotted owls to low-flying military jet aircraft. United States Department of Agriculture Forest Service Research Note RMRS-RN-12. Rocky Mountain Research Station.

Kaufmann, M. R., L. S. Huckaby, C. M. Regan, and J. Popp. 1998. Forest reference conditions for ecosystem management in the Sacramento Mountains, New Mexico. General Technical Report, RMRS-GTR-19, U.S. Forest Service, Rocky Mountain Forest and Range Experimental Station, Fort Collins, Colorado.

Malaby, S. M. 1987. Survey report: *Argemone pleiacantha* (ssp. *pinnatisecta*). Lincoln National Forest, Alamogordo, New Mexico.

New Mexico Department of Game and Fish. 2001. Operational plan for the management of New Mexico's elk, Federal Aid in Wildlife Restoration, Grant W-93-R42. New Mexico Department of Game and Fish, Santa Fe.

New Mexico State University. 2003. Letter from Dr. John M. Fowler, Coordinator, Range Improvement Task Force to Frank Martinez, Sacramento District Ranger detailing current conditions on the Sacramento Allotment.

New Mexico Rare Plant Technical Council. 1999. New Mexico rare plants: http://nmrareplants.unm.edu (Version 15 March 2002). Albuquerque.

Ownbey, G.B. 1958. The genus *Argemone* for North America and the West Indies. Mem. Torr. Bot. Club. 21:1-159.

Peery, M., R.J. Gutierrez and M. Seamans. 1999. Habitat composition and configuration around Mexican Spotted Owl nest and roost sites in the Tularosa Mountains, New Mexico. Journal of Wildlife Management 63:36-43.

Reynolds, T. D. 1980. Effects of some different land management practices on small mammal populations. J. Mammal. 61:558-561.

Roberts, H. B., and K. G. Becker. 1981. Managing central Idaho rangelands for livestock and elk. Pp. 537-543 *in* Symposium: wildlife-livestock relationships. Department of Wildlife Resources, College of Forestry, Wildlife, and Range Sciences, University of Idaho, Moscow.

Salas, D. June 2003 (2003). Prickly poppy surveys–Alamo and Caballero Canyons, Alamo Pasture–Sacramento Grazing Allotment, June 18, 19, and 20, 2003. Unpublished report, Sacramento Ranger District, Cloudcroft, New Mexico.

Salas, D. February 28, 2002 (2002). Monitoring at the mouth of Alamo Canyon. E-mail to acting District Range Staff and District Ranger. Sacramento Ranger District, Cloudcroft, New Mexico.

Salas, D. September 9, 1999 (1999). Poppy surveys in Alamo and Caballero Canyons. Lincoln National Forest, Sacramento Ranger District, Cloudcroft, New Mexico. 1 pp.

Schulz, T. T. and W. C. Leininger. 1990. Differences in riparian vegetation structure between grazed areas and exclosures. Journal of Range Management 43(4):295-299.

Seamans, M. E., R. J. Gutiérrez, C.A. May, and M.Z. Peery. 1999. Demography of two Mexican spotted owl populations. Conservation Biology 13:744-754.

Seamans, M. E. and R. J. Gutiérrez. 1995. Breeding habitat of the Mexican spotted owl in the Tularosa Mountains, New Mexico. Condor 97:944-952.

Sivinski, B. 1992. Section 6 progress report to the USDI Fish and Wildlife Service: *Argemone pleiacantha* ssp. *pinnatisecta*.

Sivinski, B. 1999. Section 6 progress report to the USDI Fish and Wildlife Service: Sacramento prickly poppy habitat study during 1998-1999.

Skaggs, R. W., and R. J. Raitt. 1988. A spotted owl inventory of the Lincoln National Forest, Sacramento Division, 1988. New Mexico Department of Game and Fish, Santa Fe. 12 pp.

Sorrentino, G. and J.P. Ward Jr. 2003. Analysis of Mexican spotted owl food habits gathered from two caves in the Guadalupe Mountains, Lincoln National Forest, New Mexico. Rocky

Mountain Research Station, Cloudcroft, New Mexico.

Stacey, P. 2000. The current status of the Mexican spotted owl in the Sacramento Mountains in New Mexico. Declaration in the United States District Court for the District of New Mexico. 10 pp.

Sureda, M. and M.L. Morrison. 1998. Habitat use by small mammals in southeastern Utah, with reference to Mexican spotted owl management. Great Basin Naturalist 58:76-81.

Szaro, R.C. 1991. Wildlife communities of southwestern riparian ecosystems. Pages 174-201 in Rodiek, J.E., and E.G. Bolen eds. Wildlife and habitats in managed landscapes. Island Press, Washington, D.C. 219 pp.

Tarango, L.A., R. Valdez, P.J. Zwank, and M. Cardenas. 1997. Mexican spotted owl habitat characteristics in southwestern Chihuahua, Mexico. The Southwestern Naturalist 42(2):132-136.

Tepedino, V .J. and T. L. Griswold. 1989. Pollination biology of threatened and endangered plants. Partial manuscript on file at the Lincoln National Forest.

Tepedino, V .J. December 10, 1992 (1992). Final research report for USDI Fish and Wildlife Service endangered species subpermit PRT-676811.

Thomson, J. 1991. An investigation of the biology of *Cirsium vinaceum*. Draft Master's Thesis. New Mexico State University, Las Cruces, New Mexico.

Todsen, T.K. undated. *Cirsium vinaceum*, a threatened New Mexico species. Unpublished comments on species' status. New Mexico State University.

USDA Forest Service. May 12, 2003 (2003a). Biological assessment for the Sacramento Allotment management plan and ten-year term grazing permit. Sacramento Ranger District, Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 2003b. Annual operating plan, Sacramento Allotment(s), Sacramento Grazing Association Permittee(s). Sacramento Ranger District, Lincoln National Forest, Cloudcroft, New Mexico.

USDA Forest Service. February 25, 2003 (2003c). Certified mail: letter from Frank R. Martinez, Sacramento District Ranger to Larry G. Bell, Director New Mexico Department of Game and Fish detailing current drought conditions on the Sacramento Allotment, livestock and elk use, and past overutilization of forage.

USDA Forest Service. August 7, 2003 (2003d). Certified mail: letter from Frank R. Martinez, Sacramento District Ranger to Jimmy Goss, President Sacramento Grazing Association detailing current forage conditions on the Sacramento Allotment and monitoring data, with a

request to remove all livestock by September 8, 2003.

USDA Forest Service. June 9, 2003 (2003e). Biological assessment: Sacramento Grazing Allotment on-going grazing activities. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. September 12, 2003 (2003f). Updated biological assessment: Sacramento prickly poppy within the Dry Canyon Allotment. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. July 11, 2003 (2003g). Letter from Frank R. Martinez, Sacramento District Ranger to Eric Hein, U.S. Fish and Wildlife Service detailing a proposal to remove livestock by February 1 from the Alamo Pasture of the winter grazing within the Sacramento Allotment. Sacramento Ranger District, Lincoln National Forest, Cloudcroft, New Mexico.

USDA Forest Service. November 2002 (2002). Draft Environmental Impact Statement: Sacramento, Dry Canyon, and Davis Grazing Allotments. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 2002a. Annual report on the inventory and monitoring of the Sacramento Mountains checkerspot butterfly and Mexican spotted owls, Sacramento Ranger District. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 2002b. Annual operating plan, Sacramento Allotment(s), Sacramento Grazing Association Permittee(s). Sacramento Ranger District, Lincoln National Forest, Cloudcroft, New Mexico.

USDA Forest Service. 2002c. Guidance criteria for determining the effects of on-going grazing and issuing term grazing permits on selected threatened and endangered species, and species proposed for listing and proposed and designated critical habitat, Region 3, Wildlife, Fisheries, and Rare Plants, USDA Forest Service, Albuquerque, New Mexico.

USDA Forest Service. 2002d. Biological Assessment for the Rio Peñasco II Non-Programmatic Vegetation Management Project and Forest Plan Amendment, on the Sacramento Ranger District, Lincoln National Forest. Alamogordo, New Mexico.

USDA Forest Service. 2002e. U.S. Forest Region 3 Mexican spotted owl Protected Activity Centers for Arizona and New Mexico. Unpublished. USDA Forest Service, Region 3. Albuquerque, New Mexico.

USDA Forest Service. 2001. Annual operating plan, Sacramento Allotment(s), Sacramento Grazing Association Permittee(s). Sacramento Ranger District, Lincoln National Forest, Cloudcroft, New Mexico.

USDA Forest Service. 2000a. Survey summary from 1999, information, and comments regarding the status review for the Sacramento Mountains checkerspot butterfly. Lincoln

National Forest.

USDA Forest Service. 2000b. Cloudcroft checkerspot butterfly 2000 survey summary. Sacramento Ranger District, Lincoln National Forest, New Mexico.

USDA Forest Service. 2000c. Revised biological assessment for ongoing grazing activities on the Sacramento Allotment. Sacramento Ranger District, Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 2000d. Annual operating plan, Sacramento Allotment(s), Sacramento Grazing Association Permittee(s). Sacramento Ranger District, Lincoln National Forest, Cloudcroft, New Mexico.

USDA Forest Service. 2000e. Environmental assessment for noxious weed management #2. Sacramento Ranger District, Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 1999. Cloudcroft checkerspot butterfly 1998 survey summary. Sacramento Ranger District, Lincoln National Forest New Mexico.

USDA Forest Service. 1998. Guidance criteria for preliminary determinations of effects of term grazing permits on threatened and endangered species. USDA Forest Service, Southwestern Region. Albuquerque, New Mexico. 52 pp.

USDA Forest Service. 1996b. Record of decision for amendments of Forest Plans, Arizona and New Mexico. USDA Forest Service, Southwest Regional Office. Albuquerque, New Mexico. 97 pp.

USDA Forest Service. 1995. Final environmental impact statement–amendment of forest plans–Forest Service, Southwestern Region–Arizona and New Mexico. October 1995. Southwestern Region, Albuquerque, New Mexico. 262 pp.

USDA Forest Service. August 1995 (1995a). Wildlife and fish report for the Lincoln National Forest noxious weeds management environmental assessment. Sacramento Ranger District, Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 1994. Results of monitoring herbivory on *Cirsium vinaceum* (Sacramento Mountain Thistle) during 1992-1993. Report prepared by Renee Galeano-Popp. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 1989. *Argemone pleiacantha* ssp. *pinnatisecta*, survey and monitoring report. Lincoln National Forest, Alamogordo, New Mexico.

USDA Forest Service. 1988. Report on *Argemone pleiacantha* ssp. *pinnatisecta*. Lincoln National Forest, Alamogordo, New Mexico

USDA Forest Service. 1986. Environmental impact statement for the Lincoln National Forest Plan. Alamagordo, New Mexico. 406pp.

USDA, Natural Resources Conservation Service. 2002. The PLANTS Database, Version 3.5 (http://plants.usda.gov) National Plant Data Center, Baton Rouge, LA 70874-4490 USA.

USDI Fish and Wildlife Service. January 17, 2003 (2003). Final biological opinion on the proposed rate of implementation of the grazing standards and guidelines in the June 1996 Forest Plan amendments for National Forests in New Mexico and Arizona, and its affects on the Mexican spotted owl (consultation number 000031RO). Ecological Services, Regional Office, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. September 27, 2002 (2002). Final biological opinion: Rio Peñasco II Non-Programmatic Vegetation Management Project and Forest Plan Amendment, on the Sacramento Ranger District, Lincoln National Forest. 2-22-02-F-397. New Mexico Ecological Services Field Office, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 2001. Endangered and threatened wildlife and plants; final designation of critical habitat for the Mexican spotted Owl; Final rule. Federal Register 66;8530-8553.

USDI Fish and Wildlife Service. April 10, 2001 (2001c). Biological opinion on the Forest Service's proposed wildland urban interface fuel treatments in New Mexico and Arizona, R2/ES-TE, CL 04-005. U.S. Fish and Wildlife Service, Region 2, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. May 2, 2000 (2000). Final biological opinion: reconstruction of New Mexico Forest Highway 45, Sacramento River Road, Sunspot to Timberon (Sacramento River Road), within the Sacramento Ranger District of the Lincoln National Forest, Otero County, New Mexico, 2-22-00-F-044. New Mexico Ecological Services Field Office, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 2000a. Endangered and threatened wildlife and plants; proposed designation of critical habitat for the Mexican spotted Owl; Proposed rule. Federal Register 65:45336-45353.

USDI Fish and Wildlife Service. 1999. Letter from Regional Director, Region 2 to Dr. William M. Block, Leader Mexican spotted owl Recovery Team regarding the application of grazing utilization standards year-round. Fish and Wildlife Service, Region 2, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 1998. Endangered and Threatened Wildlife and Plants; revocation of critical habitat for the Mexican spotted owl, loach minnow, and spikedace. Federal Register 63:14378-14379.

USDI Fish and Wildlife Service. 1996a. Conducting section 7 consultation on Mexican spotted owls and critical habitat–policy. Memorandum from Assistant Regional Director, Ecological Services, Region 2. 3 pp.

USDI Fish and Wildlife Service. November 25, 1996 (1996b). Final biological opinions: Mexican spotted owl and critical habitat and existing forest plans, U.S. Forest Service, Southwestern Region, 000031RO; Mexican spotted owl and critical habitat and forest plan amendments, 000032RO. U.S. Fish and Wildlife Service, Region 2, Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 1995. Endangered and threatened wildlife and plants; determination of critical habitat for the Mexican spotted Owl; Final rule. Federal Register 60:29914-29951.

USDI Fish and Wildlife Service. 1995a. Recovery plan for the Mexican spotted owl (*Strix occidentalis lucida*). Albuquerque, New Mexico. 85pp.

USDI Fish and Wildlife Service. 1994. Sacramento prickly poppy (*Argemone pleiacantha* ssp. *pinnatisecta*) recovery plan. Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 1993. Endangered and Threatened Wildlife and Plants; Final rule to list the Mexican spotted owl as threatened. Federal Register 58:14248-14271.

USDI Fish and Wildlife Service. 1993a. Recovery plan for the Sacramento Mountains thistle (*Cirsium vinaceum*). Albuquerque, New Mexico.

USDI Fish and Wildlife Service. 1989. Final rule to determine *Argemone pleiacantha* ssp. *pinnatisecta* (Sacramento prickly poppy) to be an endangered species. Federal Register 54:35302-35305.

USDI Fish and Wildlife Service. 1987. Final rule to determine *Cirsium vinaceum* (Sacramento Mountains Thistle) to be a threatened species. Federal Register 52:22933-22936.

Ward, J.P., Jr.., W. M. Block, S. C. Kyle, and C. Chambers. In Prep. Herbaceous cover, voles, and spotted owls: information for monitoring grazing impacts in southwestern uplands.

Ward, J.P. Jr., J.L. Ganey, and G. Sorrentino. 2003. Coordinated management, monitoring, and research program for the Rio Penasco Watershed Project (Sacramento Ranger District, Lincoln National Forest) Progress Report for Pilot Study-2002. Rocky Mountain Research Station. Cloudcroft, New Mexico.

Ward, J.P., Jr. 2001. Ecological Responses by Mexican spotted owls to environmental variation in the Sacramento Mountains, New Mexico. PhD. Dissertation. Colorado State University, Fort Collins.

Ward, J.P. Jr., and W.M. Block. 1995. Mexican spotted owl prey ecology. *In* Mexican Spotted Owl Recovery Plan. U.S. Department of the Interior, Fish and Wildlife Service, Albuquerque, New Mexico.

Western Regional Climate Center. 2003. Historical climate information. http://www.wrcc.dri.edu/index.html. Desert Research Institute. Reno, Nevada.

Willey, D. W. 1993. Home range characteristics and juvenile dispersal ecology of Mexican spotted owls in southern Utah. Unpubl. Rep. Utah Div. Wildl. Resour., Salt Lake City.

Willey, D.W. and C. van Riper III. 2000. First-year movements by juvenile Mexican spotted owls in the canyonlands of Utah. Journal of Raptor Research 34(1):1-7.

Wood, S. 1991. Notes on field review of *Argemone* with Anne Cully, USFWS.

Wood, S. and R. Galeano Popp. 1992. Seedling mortality of *Argemone pleiacantha* ssp. *pinnatisecta* in lower Alamo Canyon. Unpublished manuscript.

Wooton, E.O., and P.C. Standley. 1913. Description of new plants preliminary to a report upon the flora of New Mexico. Contribution of the U.S. National Herbarium 16:109-196.

Worthington, R. D. 2002. Final Report: prickly-poppy survey. Southwestern Research and Professional Services. El Paso, Texas. 3 pp.

Young, K.E., R. Valdez, P.J. Zwank, and W.R. Gould. 1998. Density and roost site characteristics of spotted owls in Sierra Madre Occidental, Chihuahua, Mexico. Condor 100:732-736.

Young, K.E., P.J. Zwank, R. Valdez, J.L. Dye, and L.A. Tarango. 1997. Diet of Mexican spotted owls in Chihuahua and Aguascalientes, Mexico. Journal of Raptor Research 31:376-380.

Zwank, P.J., K.W. Kroel, D.M. Levin, M. Southward, and R.C. Romme. 1994. Habitat characteristics of Mexican spotted owls in southern New Mexico. Journal of Field Ornithology 65(3):324-334.

## Attachment A

## Sacramento Allotment
## Range Monitoring Information

When: May 1st or prior to summer entry
What: Measure leaf-length on key forage species = *Poa pratensis*
Guideline: Meet 1" height
Triggers: Delay of entry if guideline is not met

When: By May 31st or within 15 days after cows leave winter pastures
What: Monitor use in winter pastures in all key areas
Guideline: 40 percent use allowed
Triggers: Consideration for setting herd size, distribution and/or length of next winter season

When: August 1st at the latest or 10 days after rains start on allotment
What: Monitor for herbaceous ground cover height (all herbaceous species may be measured)
Guideline: 4" must be met at 10 key areas, plus new Bluff and Hubble key areas. The Forest will attempt to achieve compliance with herbaceous ground cover height in key use areas
Triggers: Management action will be taken if either guideline is not met

When: October
What: Assess forage production on winter range
Guideline: Consider available forage and prior-year use levels
Triggers: Establish stocking rate, distribution and/or length of current winter season

When: November 15th or 15 days after all cows leave summer pastures
What: Estimate use on forage species at key areas on two summer pastures
Guideline: 35 percent use
Triggers: Management action will be taken the following summer if guideline is not met