EXHIBIT E

**Threatened, Endangered and Sensitive Species Biological Evaluation**
**Lincoln National Forest - (Ref. FSM 2671.44, 2672.4)**

**Project Name:** Sacramento Allotment Interim Summer Grazing Plan

**Date:** May 8, 1992

**District:** Cloudcroft RD **Affected Management Area(s):** 2D and 2E

**Evaluator/Title:** Edwin Wessman, Zone Wildlife Biologist; Sarah Wood, Botanist; and Renee Galeano-Popp, Botanist/Biologist

**Project Location (Legal Description) Include 2.64 USGS Quad:** See attached map.

**Description of Project:** The Sacramento Allotment is currently being assessed for development of an Allotment Management Plan. Data gathering is expected to continue through 1992 with a new allotment plan prepared in 1993. In that analysis new grazing strategies, improvements such as pasture fences and water developments will be considered. In the interim, annual operating plans will be developed to manage grazing on the summer range of the Sacramento Allotment during the summers of 1992 and 1993.

Under this interim management proposal livestock would use both summer pastures each season, but use on each pasture would be deferred, in that the cattle would utilize one pasture for 3 months and then move to the other pasture for the remaining 3 months. In addition, the timing of use on each pasture would be varied, so that the north pasture would be used early in the season one year, and late in the season the next year, with the south pasture having the opposite schedule. Therefore, any one spot on the summer pastures would be subject to livestock use for a maximum of 3 months every year. Under the present schedule, any one spot on the summer allotment is subject to 6 months use every other year. Thus, this proposal would reduce overall annual use of each summer pasture of the allotment by 50% over the current situation.

**Is project a ground disturbing activity (Yes or No):** No

**Survey Procedure(s):** District records for threatened Cirsium vinaceum were consulted for the entire summer grazing area of the Sacramento Allotment. Personal communications with Forest Service field biologists were also conducted. Anne Cully of the U.S. Fish and Wildlife Service was contacted by phone on January 13, 1992.

**Analysis of Effects (FSM 2672.42-3/4):**

Plants: **Cirsium vinaceum**

I. Baseline Information

A. Listing History

Cirsium vinaceum has been listed by the U.S. Fish and Wildlife Service as threatened since 1987. Very little research or monitoring has occurred on the plant regarding grazing impacts because water was assumed to be the limiting factor in its stability and survival (Fletcher, 1979). The original listing of the plant cited development of water sources, recreational over-use, exotic (or noxious) weed competition, logging, and ground disturbance caused by livestock as factors threatening the species (Federal Register, June 16, 1987). At that time there were 20 known populations of this plant, with a total of 10 to 15,000 known individuals. The Interim Management Plan, prepared in 1989, also mentions livestock grazing as being a threat to the plant by trampling damage (USDA Forest Service, 1989), although little has been done to monitor or research this speculation. Apparently, there has been some concern about livestock impacts to the plants in the past, as 13 exclosures have been established for the plant's protection over the years. Twelve of these are on the Sacramento Allotment.

B. Biology of the Species

Cirsium is classified as a biennial (Martin and Hutchins, 1981; NM Native Plant Protection Advisory Committee, 1983), but it usually spends 2 or more years as a vegetative rosette (Thomson, 1991), with the plant dying the year it produces a flowering stalk. It also may spend its entire life cycle as a vegetative rosette. C. vinaceum is capable of both sexual and asexual reproduction. The small amount of work done to date on the extent of clonal reproduction in C. vinaceum shows no correlation between habitat type, management condition and rhizome structure (Thomson, 1991).

C. vinaceum does not appear to possess the weedy, opportunistic characteristics of many of its congeners: it is slow to grow, establish and expand (Fletcher, 1979; Thomson, 1991) and appears to occupy a relatively restricted habitat type. On the other hand, trampling of rosette leaves (by people) apparently does not kill or significantly deplete populations in Scott Able Canyon and Bluff Springs (Thomson, pers. comm; Wood, pers. obs.). While a calcium-carbonate rich water source is a clearly essential requirement of the plant, the close proximity of unoccupied, apparently suitable habitats and occupied habitats in certain areas of the forest (notably Alamo and Lucas Canyons) indicate a possible unknown habitat requirement, absence of which may be restricting expansion.

A study completed in 1984 on pollination of C. vinaceum found that the plant was visited by five species of hummingbirds (of which 2 were

uncommon), 28 species of bees and the hawkmoth. The authors also found that florets are incapable of self-pollination (Tepedino and Griswold, 1984).

C. Abundance and Distribution

Survey work by the Forest Service since 1978 is continually adding to the number of known occurrences (individual populations) on the Lincoln National Forest. As of January, 1992, the number of known occurrences stood at 60, and it is this number that analysis of the Sacramento grazing allotment will be based on. Forty-eight occcurences are at springs and 12 are alongside streams. The total rosettes on the forest is estimated to be approximately 63,000 individuals. (See Table 1 for a complete list of occurrences as of 7/31/92).

Of the 60 sites, 80% (38 spring sites and 10 stream sites) occur within the boundaries of the Sacramento allotment. These occurrences all lie within portions of the allotment used as summer range. The number of rosettes at these 48 sites totals 45,000 or 71% of the total counted rosettes to date.

The Cirsium occurrences within the Sacramento Allotment are located within three large drainage systems, namely, Wills Canyon, Rio Penasco and Russia Canyon (Figure 1).. The Wills Canyon system contains 13 occurrences and includes Hubbell and Mauldin Springs. The Rio Penasco drainage is the largest and has the most occurrences. Twenty-nine occurrences are distributed along the Penasco River, Bluff Springs, Newman Springs, Benson Canyon Spring, Water Canyon, Telephone Canyon and Brown Canyon. Lastly, the Russia Canyon system contains 6 sites all in Lucas Canyon. A few plants are in Russia Canyon.

Sixteen occurrences (33% of the number on the allotment) are on the North Benson Pasture and 29 occurrences (60%) are on the South Wills pasture. There are no occurrences in Nelson or Atkinson Pastures. In the Alamo Canyon Watershed, which is closed to grazing, there are 1400 plants at three sites.

D. Habitat Conditions and Trend

1. General

Cirsium vinaceum forms dense monocultures in steep springs with heavy depositions of calcium carbonate. These travertine springs are considered to be its primary habitat. Springs in Benson, Lucas, Newman and Penasco canyons have been noted to experience disturbance as well as herbivory near the associated trails in these canyons (Wood, personal obs.). It also occupies stream-sides and meadows, growing in soils with calcium carbonate content, but without the characteristic shifting substrate of the springs. These sites are referred to as secondary habitat (USDA-FS, 1989).

Estimates of unoccupied habitat vary, as there is presently no determination of what specifically constitutes potential habitat. In

the past, field personnel have generally identified travertine springs as potential habitat because it superficially resembles the majority of occupied sites. Unoccupied stream sites are more difficult to identify with certainty. Many riparian areas of the Lincoln contain obvious concentrations of calcium carbonate but are not occupied which leaves the pre-requisite for colonization of stream-sides unclear.

There are roughly 40 miles of riparian habitats in the form of perennial streams within the summer range portion of the Sacramento Allotment. Assuming all streams within the range of the species could support Cirsium vinaceum, this represents roughly 70% of the total estimated unoccupied suitable stream habitat on the Forest. In addition, there are at least 43 springs on the allotment which may contain potential habitat for Cirsium vinaceum. This represents roughly 86% of the total estimated unoccupied spring habitat on the Forest.

The majority of riparian areas on the summer range of the Sacramento Allotment are subjected to some level of grazing pressure by domestic livestock. About five miles of perennial stream and approximately 42 spring sites are protected from grazing on the allotment.

The overall condition of the riparian areas on the allotment is unsatisfactory according to regional guidelines, primarily because these guidelines place a high value on the presence of woody vegetation. Most of the drainages are entrenched and lack characteristic riparian vegetation (e.g. carices, willows). Erosion along many streambanks on the summer range is quite evident especially in Wills, Lucas and Penasco Canyons due to a variety of past activities.

Vegetative composition in the riparian bottoms is predominately Kentucky bluegrass (Poa pratensis). Some areas have a heavy weedy forb component such wormwood (Artemesia spp.), Queen's Anne's Lace (Daucus carota) and sneezeweed (Helenium hoopesii). Areas that seem to be in worse condition than others include Rio Penasco corral (at the junction of Water Canyon), Lucas, Russia and Benson canyons.

2. Livestock grazing

Livestock grazing on the allotment has taken place at some level since the time the Lincoln National Forest was established. Table 2 displays the actual use records for the allotment from 1971 to the present. A detailed write-up by John Conner is included in the files. Sacramento Allotment is made up of several smaller allotments that were consolidated in the late 1970's. Before consolidation, grazing was essentially year-long on each of the smaller parcels. There have been numerous permittees and property changes since the allotment was consolidated. Because of these changes the allotment was in partial non-use in 1987 and 1988. The Sacramento Grazing Association has been running cattle on the allotment since 1987, using a two-pasture, rest-rotation system on the summer range. Full numbers (553 head) were run in 1991 for the first time since 1981 (L. Wessman, 1991). The North pasture on the summer range was the pasture used in

1991. Previous to 1991 herbivory by livestock and wildlife was observed by Forest Service personnel, Fish and Wildlife Service personnel and others. The levels observed were not deemed to be significant to the species. In 1991 increased levels of herbivory on Cirsium vinaceum were noted and this concern warranted biological evaluation.

In 1989, forage utilization in Lucas Canyon was estimated at 70% (Newmon, pers. comm.). The utilization estimate in this canyon was approximately 60% to 80% for the 1991 growing season (L. Wessman, pers. comm.). Forage utilization on the entire allotment, across all habitat types, was estimated to be over 65% based on transect readings by Wessman during 1991.

3. Soils

Soil bulk density measurements were taken in late November at 4 sites (Lucas Canyon, Water Canyon, Atkinson Canyon and Rice Canyon) in an attempt to assess the variability of this parameter on the allotment. The deeper soils found in meadows and riparian sites are predominantly clay/loam and have a moderate to high potential for compaction (B. Dancker, pers. comm.). C. vinaceum is present in Water and Lucas Canyons but not at the other two sites. All sites are on the Sacramento allotment. In each case (with the exception of Atkinson) cores were taken inside and outside of an exclosure. Measurements taken inside an exclosure (in $gm/cm^3$) were on the average, lower than measurements outside exclosures, which could indicate that more compaction was occurring outside the exclosures because the same soil is more dense outside the exclosure than inside. Measurements taken in 1991 are only relative due to some problems with collection method. Therefore we have an indication that soil compaction may be occurring on the Sacramento allotment, but so far this has not been clearly quantified or correlated with any C. vinaceum population characteristics.

4. Noxious Weeds

Noxious weeds, notably teasel (Dispacus sylvestris) and musk thistle (Carduus thoemeri = C. nutans) are widespread on the Sacramento allotment. These weeds occur largely along roadsides which often run alongside riparian areas. They reach a high level of infestation on the allotment along the Rio Penasco drainage and upper Sacramento River.

E. Population Conditions and Trend

1. General

There are 12 exclosures containing 28 occurrences (springs and parts of some stream sites) of Cirsium vinaceum on the allotment. In addition to the exclosures there are approximately 1400 plants at 3 sites in the protected Alamo Watershed (Figure 1). The total number of plants protected by exclosures is 26,000 or about 58% of the total Cirsium vinaceum population on the allotment and 58% of the || *

occurrences on the allotment. Forest-wide, this number represents 41% of the total population and 46% of the occurrences. With the exception of a small exclosure in Water Canyon which is infested with teasel, all the exclosures have stable or increasing populations of C. vinaceum. *

Of the 48 sites on the allotment, 20 spring sites (42% of the occurrences) and all or part of 6 stream sites (12.5% of the occurences) are subject to varying amounts of livestock pressure. The number of individuals at these sites totals about 18,000 which is 37% of the total known on the allotment and 28% of the total known on forest lands. The main drainages with Cirsium occurrences assumed to be subject to grazing pressure within the Sacramento allotment summer range are the Water Canyon system, the Russia Canyon system and Wills Canyon.

Thirty percent of the plants subject to grazing are on the North Pasture (6,000 individuals, 12 occurrences) and 70% are on the South Pasture (12,000 individuals, 15 occurrences). The number of occurrences exceeds the total because one site is on both pastures.

2. Livestock grazing

Monitoring of C. vinaceum has gone on since 1988, and little of it has been designed specifically to monitor impacts of livestock. Extensive herbivory was noted in Lucas Canyon in 1989 (Malaby, unpublished data) and some measurements were taken, but were never reported and consequently have gone un-noticed until now. Herbivory was noted again at Lucas and several other locations on the North Pasture in 1991, the first year full numbers of permitted livestock were on that particular pasture since 1981.

Herbivory on C. vinaceum was not noted on the allotment in 1991 until late August/early September, and perhaps did not take place until then. However, the notes from 1989 on herbivory were taken in late August when cows were already out and "most herbivory took place earlier in the year" (Malaby, unpublished data). Several trampled and broken stalks were noted and "healthy, undamaged" plants were not found outside of the exclosure in Lucas Canyon.

The frequency and extent of rosette herbivory during the 1991 season (when the North pasture was utilized from May 1 to October 31) was observed by S. Wood during reconaissance trips for site selection for a formal study. Of the 24 sites open to livestock grazing on the allotment, a total of 17 were visited for the purpose of recording evidence of herbivory on the plants. Nine out of the 11 sites on North Benson pasture (used by livestock in 1991) and 8 out of 13 occurrences in the South Wills pasture were visited. All (100%) of the sites visited in North Benson pasture were found to have herbivory to some noticeable extent. In contrast, in South Wills pasture (the rested pasture in 1991), only one site had noticeable levels of herbivory (Table 1).

In Wood's study, herbivory data from C. vinaceum plants at eight sites were compared. Four of these sites were available to wildlife and domestic livestock (the "grazed" sites) and four were available to wildlife only (the "browsed" sites). Three of each type of site were on the Sacramento Allotment. Two aspects of rosette herbivory were sampled: the total number of rosette leaves eaten at a site, and the average size of rosettes (as measured by leaf length) at each site.

More rosettes were eaten and more rosette leaves per plant were removed in sites open to both wildlife and livestock than in sites available to wildlife only. The difference in leaf length between the different treatments was tested using a non-parametric two-sample T-test. There was a significant difference (p = 0., 95% confidence interval) between browsed plots and grazed plots (Wood, unpubl. data). In Lucas Canyon, the leaves in the grazed plot were 66% shorter than those in the browsed plot. Over all the plots, rosette leaf length in the grazed plots was 30% shorter than those in the browsed plots. As a function of this, rosette diameter was smaller in sites open to both livestock and wildlife than in sites open to wildlife only whether they exhibited recent herbivory or not. Reasons for this are inconclusive, however, it may reflect reduced vigor due to repeated use.

3. Trends

Forest Service monitoring and survey reports (summarized in the 1991 monitoring report for C. vinaceum) show an apparent increase in total numbers on Forest land over the past fifteen years. On the Sacramento allotment there is documented evidence of increases at three locations: Hubbell Canyon, Lucas Canyon and a spring above Bluff Springs. Hubbell Canyon went from 0 plants in 1984 when an exclosure was built to about 500 plants in 1991. An inventory for C. vinaceum in Lucas Canyon in 1991 showed that plant numbers in this canyon have increased 10-fold since the last thorough inventory in 1984. The total count in 1984 was 350 plants distributed among three springs; in 1991 the total count was 3414 plants distributed among five springs and the riparian bottom. The springs in the meadow above the Bluff Springs recreation area have maintained a population of about 750 plants since 1984; in 1979, Reggie Fletcher found only a single rosette at this location. The Bluff Springs area was fenced in 1983.

Increases have also been documented at two locations not on the Sacramento allotment: Silver Springs and Scott Able Canyon. An increase in plant numbers at Silver Springs is evident from counts and photographs taken after an existing exclosure was expanded to encompass 20 acres of occupied C. vinaceum habitat in 1988. The Scott Able Canyon population is also believed to be increasing (Fletcher, 1979). In fact, photographs taken in Scott Able Canyon in 1962 (on file at Cloudcroft District) after a scouring flood show no evidence of C. vinaceum at all. Whether this was occupied habitat before the flood is not known; however we can presume that the present population in this canyon is a colonization or re-colonization of the area and is thirty years old or less.

There is also an undocumented report of C. vinaceum increase at the High Nogal Ranch (Bonell, pers. comm.). Sacramento Grazing Association members have also said that they did not start noticing the plant until about 10 years ago, although they usually pay attention to the vegetative characteristics of an area, especially in regards to weedy-looking species, such as thistles (J. Goss, pers. comm.).

There are three documented decreases in plant numbers on the Sacramento allotment. Between Marcia Cemetery and the junction with Water Canyon on the Rio Penasco, 32 plants were counted in 1991 which is 18 less than the 50 counted in 1989. At a spring in the enclosed Bluff Springs area, the plant count has decreased from 450 in 1984 to 45 in 1991. Finally, a spring 4 miles northeast of Bluff Springs which has been developed in 1985 has experienced a significant reduction in plant numbers from 300 in 1984 to 47 in 1991.

There are documented decreases on Forest and off the allotment at Sacramento River and at the type locality. About 20 plants have disappeared between 1987 and 1991 along the Sacramento River, which suffers from a teasel infestation. Cirsium vinaceum was first collected "near Fresnal" (now High Rolls) in 1899 but has not been found there since. The exact location of the type locality is not known.

Causes of increases and expansion are unknown and opinions on this matter vary. Exclusion of livestock, habitat enhancement by livestock, increased precipitation and more intensive range management have all been brought up as possible factors contributing to the expansion of the plant. Decreases have been attributed mostly to invasion of noxious weeds, livestock grazing activity, and springs drying up.

F. Recovery Goals

Although no formal recovery plan has been completed, recovery of C. vinaceum has historically focused on the protection of the travertine springs habitat. At the time of listing, two primary de-listing criteria were identified as (1) Forest Service commitment to ensuring water diversions adequately safeguard the plant and (2) development of a management plan which incorporates silvicultural guidelines such as the buffers used on Brown Timber sale (USDA-FS memo July 28, 1987).

There are presently no formal recovery or management goals, however, preliminary draft information indicates that recovery may also be contingent upon finding a compatible grazing system. Herbivory observations from livestock and wildlife were thought to be insignificant previous to 1991. The monitoring plan, which is part of this action and associated BE, identifies monitoring, thresholds of concern and actions to be taken if thresholds are exceeded. These are all intended to provide information for clarification of possible recovery actions needed.

II. Potential Effects of Grazing to be Analyzed

A. General

Actual direct and indirect effects will be a function of many biotic and abiotic factors and their interactions. All the effects discussed below will occur to some extent on the Sacramento allotment. Most of the information we have on impacts to the thistle come from the 1991 season when cattle grazed the North Pasture from May 1 to October 31. Primary factors and focus of this analysis are timing, frequency, duration and intensity of livestock grazing.

C. vinaceum is asssociated with water and riparian habitat. These habitats typically represent key areas which livestock select for use at rates which are higher than upland foraging areas. It is therefore reasonable to assume that cattle will use sites with water and riparian habitat and come into contact with C. vinaceum at some level. The main waters and riparian habitat on Sacramento allotment are typically the same areas that C. vinaceum occupies: Brown, Telephone, Water, Wills and Hay Canyons on the South Pasture; and Penasco, Lucas and Russia Canyons on the North Pasture. Of these, only Hay Canyon does not have any occupied C. vinaceum habitat. Therefore, livestock may concentrate near the plant some of the time they are pastured in any one area, regardless of whether they are eating it, and their presence may have direct or indirect impacts as discussed below. The summer rains which usually start in July and last through mid-August alleviate this as cattle tend to disperse, using various natural pooled waters (L. Wessman, pers. comm.).

B. Timing and Duration

The season of use for the summer range coincides with C. vinaceum's growing season. C. vinaceum's growing season starts in late April, a few weeks before livestock come on, but essentially the summer growing season and the summer grazing season is the same: May 1 to October 31. All direct and indirect effects are influenced by how, when and for how long the plant is utilized during its growing season.

The following is an outline of the stages of C. vinaceum during its growing season, and how livestock may utilize the plant and its habitat and affect it at each stage.

Early spring (April through May)
- Life stage: C. vinaceum starts to "green up". Some plants are beginning to bolt and develop flower buds.
- Possible livestock use and affect:
  Leaves (most are rosette leaves at this time) if eaten or trampled at this time will probably experience full potential re-growth before the end of the season. Short, developing flower stalks may be trampled and killed. Flower heads may be eaten.

Summer (June to mid-August)
- Life stage: Plant stalks continue to grow and develop several buds. Flowers start opening, and pollination begins.

- Possible livestock use and effect:
  Flowering stalks may be killed by trampling before seed set which represents a complete loss of reproductive potential for that individual plant. Rosettes may also be trampled, resulting in breakage. Herbivory of flower heads, stalk leaves, rosette leaves is possible. Flower heads won't grow back, although the plant may compensate by producing additional heads if some are eaten. Leaf re-growth is feasible, but perhaps not completely, depending how early leaf loss occurs within this time period.

<u>Fall</u> (Mid-August through October)
- Life stage: Flower head sets seed. Some plants send up latent bolts with flower heads, but pollinator visits become increasingly unlikely as fall sets in. Stalks start dying; rosettes stay green longer, but start dying off at the end of October.
- Possible livestock use and effect:
  Re-growth of lost rosette leaf mass (by trampling and herbivory) is very difficult as season ends and <u>C. vinaceum</u> stops growing. Stalk trampling has little negative effect at this time as seed is already set and stalks are starting to die. Seed dispersal may be aided by livestock through fecal deposits, or physical transport on the animal's body.

C. Effects to <u>Cirsium vinaceum</u> Plants

The potential indirect effects to individuals of this species are not well known but may include competition from other plants, soils, water nutrient flow and other basic plant relationships which are associated with general health of the habitat.

Direct effects of livestock use on the plant can be classified into five categories: flower or flower-bud herbivory, trampling of stalks, trampling of vegetative rosettes, herbivory of stalk leaves and herbivory of rosette leaves. These effects can occur singularly or in aggregate on a given plant.

1. Stalk leaves get eaten:

There has been no recorded observation that any herbivore selects or eats the stalk leaves. However, when any leaves of a plant are eaten, photosynthetic potential is immediately reduced by loss of leaf area, which are primary photosynthesizing surfaces. A drop in photosynthesis (which is how plants create and store energy reserves) could be followed by a drop in energy reserves which in turn may compromise the plant's fitness.

2. Rosettes get eaten:

a. The effect on photosynthetic potential is similar to that discussed above, except that it may be greater in magnitude as cattle seem to prefer the rosette leaves over any other plant part.

b. The vegetative stage of the life cycle may be prolonged to the point where the plant dies without sending up a flowering stalk. A study of teasel (which is a monocarpic plant with a life cycle similar to C. vinaceum) found that smaller rosettes are not as likely to send up a stalk, and rosettes that are kept small eventually die in about 7 years without ever reproducing (Werner, 1975).

c. Depleted energy reserves and less reproductive stalks may be compensated for by an increase in asexual reproduction. This is not automatically detrimental to the plant, although the reduction in gene pool may reduce the species resistance to environmental stresses. But it is also likely that C. vinaceum has gone through periods in the past when it has had to rely heavily on vegetative and clonal reproduction because of heavy land use.

On this same note, C. vinaceum has been shown to have seeds that can survive unfavorable conditions, at least temporarily (Thomson, 1991). How long these seeds stay viable in the ground (the seed bank) is unknown, yet many biennials are known to have seeds that stay viable, but dormant, for years (Harper, p. 543). A long-lived, large seed bank can help a species through genetic "bottlenecks" as well as increase their chances of recovery when germinating conditions become more favorable. The increase of plant numbers at Hubbell Canyon and Bluff Springs (Section D.3.: Trends) after they were excluded from grazing may be testament to the resilience of this species and its ability to survive long periods of unfavorable conditions.

c.1. However, less sexual reproduction means less flower heads and less pollinating visitors as a result. As mentioned in Section I.B, the C. vinaceum is visited by at least 33 species of animals. Some of these species would almost certainly be negatively impacted by a reduction in flower heads. Not only would certain aesthetic values be depreciated (i.e. less hummingbirds) but the animals may play other important roles in the ecosystem which are as yet undefined.

3. Plants are trampled:

Trampled plants can have the same effects as eaten rosettes, because trampling often results in leaf loss. As noted before, however, trampling by people does not seem to have a observable negative effect, and the same may be true for livestock. Plants are more likely to be trampled in the riparian bottoms (Lucas, Telephone, Brown, Penasco) as well near paths and roads (the bottom of springs along Penasco Road, Lucas Trail, Wills Canyon Road) than they are at the steep springs in Benson and those north of Penasco and Wills canyons.

4. Stalks are trampled:

Trampling of stalks can result in the entire sexual reproductive potential of the plant being lost if it is trampled before seed is set. Rosettes send stalks up only once, and if a stalk is broken it dies, and the flower heads die with it. Stalk breakage after seed-set may help dispersal of seeds. No hard data has been taken on stalk trampling, although it has been observed mostly in the riparian bottoms, notably Lucas (Huenneke, pers. comm.). Riparian bottoms where unprotected C. vinaceum exist, such as Lucas Canyon, Penasco River, Brown Canyon and Telephone Canyon are more likely to experience this effect.

D. Effects to Habitat

The potential direct effects to habitat are alterations of the site and associated attributes by mechanical damage such as trampling or consumption of associated vegetation. The indirect relationships of habitat health as it affects C. vinaceum are not well understood. It is believed that the species does best on travertine systems which are relatively stable and do not contain high levels of competing vegetation.

There are several possible results of trampling, and these may vary between the spring and stream habitats.

a. Enhanced seed germination and dispersal.

Cirsium seeds are large and may not travel very far. Cattle could act as a seed dispersal vector through fecal deposits or contact and therefore help the seeds spread further than they normally would. Trampling may also help pack seeds into soil and enhance their germination prospects. Spreads of C. vinaceum down stream sides has often been attributed to cattle enhancement of seed dispersal in Lucas and Scott Able Canyons. However, this does not explain how C. vinaceum has spread along stream-sides in Hubbell, Mauldin, Penasco and Silver Springs exclosures where cattle do not have access.

b. Collapsed stream banks and disturbance of travertine springs.

Incised and bare streambanks are common in the Sacramento Allotment (e.g. Rio Penasco, Lucas, Wills) and livestock may contribute to this existing problem, disturbing or destroying potential or occupied habitat. Travertine springs, with the constantly shifting substrate, are very susceptible to damage or alteration by hoof action. Disturbance and proximity of springs to trails or roads seems to be positively correlated (Wood, field notes, 1991). Springs in Benson, Lucas, Newman and Penasco canyons were often noted to experience disturbance as well as herbivory near the trail. Springs in Brown, Water, Telephone and Wills Canyon were in the rested pasture and therefore not grazed in 1991, but it is likely that they will experience disturbance

similar to those of the springs above as they are also near trails and roads. Livestock may utilize the springs as a water source first and discover the forage second. The steeper, higher parts of the spring do not usually experience herbivory and disturbance.

c. Soil compaction.

Soil compaction with resultant reduced water infiltration can damage plant's abilities to uptake water and nutrients through their roots. We would expect compaction, if it occurs, on the flat to moderate slopes of the Sacramento allotment. The C. vinaceum population on the Sacramento allotment that is subject to grazing (about 30% of the total population) could also be subject to some degree of soil compaction. On the average, the bottom third of slopes and the whole of stream bottoms with C. vinaceum are on moderate to flat slopes. Extrapolating from this, estimate that 15% - 20% of all C. vinaceum populations on forest could be subject to soil compaction from activities on the Sacramento allotment. The remaining percentage is not likely to be subject to soil compaction because of inaccessibility due to topography.

Soil compaction along streamsides with C vinaceum may halt the spread of the plant if soil becomes too compact for roots to penetrate or for sufficient root aeration to take place. If plants are already in place, compaction may prevent uptake of water, effectively killing the thistles present. On the other hand, plants have been known to establish and thrive within roadsides; in Water Canyon plants are located within broken asphalt sections which suggests compaction alone may not be a limiting factor.

Soil compaction near the travertine springs may kill off vegetation there and increase bare ground, which may be subject to erosion and invasion by noxious weeds. It may also prevent spread of C. vinaceum into suitable habitat by making it unsuitable. We do not know the relationship between C. vinaceum and the surrounding vegetation, but it is reasonable to assume that the thistle could be affected in some way.

2. Associated vegetation in the habitat is eaten.

The removal of plants around or in C. vinaceum's habitat could be a benefit to the thistle as its competition is removed. On the other hand, removal of vegetation also results in an increase in bare ground. Bare ground has less infiltration capacity than vegetated ground so runoff is increased. Increased runoff leads to increased erosion. Bare ground is also easily colonized by early successional species, such as noxious or undesirable weeds, which is added competition for C. vinaceum. Finally, vegetative communities at C. vinaceum habitats contain a large component of native vegetation (Thomson, 1991) a community structure that, if changed, could have unknown effects on the C. vinaceum occurrence.

III. Effects Analysis of Grazing as Proposed

A. General

The direct effects described above have immediate, short-term negative impacts if they occur. The indirect effects described above may have both short-term and long-term impacts.

A deferred-pasture grazing system will be used for the 1992 and 1993 growing seasons (USDA FS Memo, March 23, 1992). This system has not been used before, but entails that cattle will use both pastures each year for these two years. They will come on to one of the pastures May 15, use it until August 15 and then go to the next pasture. Dates may be altered depending upon utilization: if use exceeds 50% or if livestock are found to be having a significant effect (see measures and mitigations) on C. vinaceum, action will be taken to alleviate the conflict. Heifers will be rotated between Atkinson and Nelson pastures. There is no C. vinaceum in either of these pastures. Although the full complement of 553 head will be grazed on the allotment, 40 of these will be heifers in 1992. Therefore, the total number potentially affecting the thistle or its habitat will be 513 and may vary slightly from year to year.

With respect to the entire C. vinaceum population on forest, 30% of the population occurrences could be potentially impacted by grazing on the Sacramento allotment every year for three months from May to November. The actual number of unprotected population occurrences or portions of a population which are susceptable is likely to be somewhat less than the 30% potential due to topography which prohibits or deters access by livestock. The majority of the potential habitat can be expected to receive some effects however, these are not expected to be significantly different than previous grazing events and will not foreclose any options for management or recovery efforts. The season identified for livestock use encompasses the duration of the thistle's growing season which was the case for 50% of the populations in the allotment last year.

B. Effects to Cirsium vinaceum Plants

1. Timing and Duration of Grazing

Between 1987 and 1991 a six-month, 2-pasture, rest-rotation system has been used on the allotment. It provided season long rest every other year following observed high use levels on associated vegetation. The proposed action is a deferred 2-pasture system which will reduce the time spent in a pasture down to 3 months. This is expected to reduce impacts on associated vegetation and possibly C. vinaceum by spreading impacts over twice as many acres during the grazed season. The trade-off is elimination of a full growing season of rest for those plants that may be grazed. The addition of herding in this interim period can also be expected to reduce the amount of time that cattle are present continuously in any one area. The reduction of time spent in a pasture combined with herding could reduce the chances that

herbivory and trampling will occur repeatedly to C. vinaceum individuals over a long period of time, which should be of some benefit to the plant.

2. Herbivory and Trampling

Implementation of this annual operating plan (USDA-FS Memo, 1992; attached) requires that livestock be constantly herded away from any Cirsium vinaceum occurrence; and that when herbivory is found to meet or exceed the "significant" level, actions will be taken to remove cattle from the pasture or provide full protection of C. vinaceum as identified in the monitoring plan. As proposed, populations determined to be significantly impacted in 1992 will be followed by a definite rest period the following year if 50% or more of the occurrences within the pasture have been seriously affected. This will be effected through physical or other means which will not be optional. If less than 50% of the occurrences are significantly impacted during 1992, avoidance practices will be conducted again in 1993 as they were during 1992. This may be accomplished by a variety of options and fencing would not necessarily be required.

Without the mitigations measures proposed, utilization at the individual plant level is expected to be similar to the level of intensity recorded in 1991, which could be considered high. Utilization at the population level could also be high, as most of the accessible plants within an occurrence were found to be grazed in 1991.

Assuming plants are palatable throughout the growing season, grazed and trampled plants in the pasture that receives use first (South Wills in 1992) will have at least 2 months to continue growing and reproduce. The most significant impacts are expected to occur between July 1 and September 15 (the "critical period"), since damages during this period could limit the plant's potential to regrow in time to reproduce or successfully set seed. Those grazed in the pasture that receives late use (North Benson in 1992) will have had a chance to bolt by the time livestock is scheduled to enter (August 15). Whereas, grazing prior to seed set could be detrimental and trampling of the stalk before seed set will effectively destroy that rosettes ability to reproduce before it dies. Grazing following seed set during late fall or early winter would be less serious. Without more accurate spatial and temporal data concerning livestock use, there is no way to predict how many plants or populations will be in any one situation at any one time.

If plants are palatable only late in the season either because it is the only substantial forage remaining, or because it has undergone a physiological change, effects under the proposed grazing system will be different than those described above. Plants in the pasture receiving use first will experience little or no herbivory, but may receive some degree of trampling if they are located in a desirable watering area. If any herbivory occurs, it is likely to be at the beginning of August. Plants in the pasture receiving late season use are highly likely to be grazed and, as a result of visitation,

trampled. Those grazed and trampled during the critical period could experience detrimental effects; those grazed after September 15 are less likely to be negatively impacted, since seed has been set. Without more accurate spatial and temporal data concerning livestock use, there is no way to predict how many plants or populations will be in any one situation at any one time.

Independent of the thistle's palatability, trampling may be expected at a higher degree early in the season (May 15 to the beginning of July) before the summer rains because C. vinaceum is present in many of the natural waters of the summer range of the Sacramento Allotment.

C. Effects to Habitat

1. Timing and Duration of Grazing

Relative to a six-month, 2-pasture, rest-rotation system which was used on the summer range of the allotment between 1987 and 1991, the deferred 2-pasture system will reduce the time spent in a pasture down to three months. The addition of herding will further reduce the amount of time that cattle are present continuously in any one area, which reduces the time livestock may positively or negatively influence C. vinaceum habitat.

2. Trampling

Livestock movement in habitat and trampling of habitat may contribute to the dispersal or sowing of seed for many plants including C. vinaceum. The hoof action affects streambank erosion and soil compaction. Livestock will be frequently herded away from occupied C. vinaceum habitat to limit herbivory of this species, but may linger near unoccupied habitat for purposes of watering and foraging. These sites may get trampled more if livestock congregate near them or make return visits.

Livestock tend to disperse from the more lush and cool bottom areas after the summer rains begin (July). The rains provide additional water sources not related to C. vinaceum habitat in the form of natural pools. Therefore, it is expected that use of habitat (for watering) will be highest at the beginning of the season (May 15 - July), which is during the time that livestock are present on the South Wills pasture in 1992. An unusually dry year without rains, however, could result in springs drying up or natural pools not being as available. This situation would be expected to concentrate livestock use in riparian bottoms with perennial streams or at springs.

Mechanical damage and other effects to occupied habitat may be more intense with concurrent herbivory, because cattle will increase their stay at these areas to eat.

3. Herbivory on Associated Riparian Vegetation

Under the deferred system, herbivory on associated riparian vegetation is likely to occur on all unprotected and accessible areas whether or not C. vinaceum is eaten. Use in 1991 (under the rest-rotation system), was over 65% in all areas (L. Wessman, 1991). In 1992, use will be spread out over the entire summer range. Under the annual operating plan for 1992, livestock will be herded away from occupied C. vinaceum sites which will incidentally herd cattle away from the riparian and spring areas that the thistle occupies. It is probable, then, that these areas (namely, Penasco River, Water Canyon system and Lucas Canyon) will receive less continuous use in 1992 than they have under the rest-rotation system.

Studies on grazing in riparian systems consistently come to similar conclusions about the most important factors in managing cattle in riparian systems. Broadly stated, they are:

1. Manage the riparian areas separately by fencing them or using them as a separate pasture.

2. Timing and duration of use (intensive management) are more important than numbers of cattle or the actual grazing system used.

3. Add more rest to the grazing cycle.

Ideally livestock should be allowed in riparian areas for short times during the seasons that are compatible with streambank stability and plant phenology (Platts, 1989). Poa pratensis (Kentucky bluegrass), the dominant vegetation in the riparian bottoms, tolerates a fairly high level of grazing pressure (Buckhouse, 1981; Platts and Nelson, 1989). However, the P. pratensis community type is not able to maintain a stable streambank structure under season-long grazing use whereas Carex (sedge) dominated communities are (Platts and Nelson, 1989). Carices are absent from most of the unprotected riparian areas on the Sacramento summer range which have received season-long use every other year until 1992.

Under the deferred system, riparian areas in the pasture which receives use first in 1992 (South Wills) will have at least 2 months for re-growth, once the cattle are gone. The summer rains which usually start in July may help to alleviate use of the riparian areas by providing water in the uplands for the last month that the pasture is in use. Riparian areas in the pasture receiving late use in 1992 (North Benson) will not be able to regrow if they are utilized because cattle will not leave before the dormant season.

D. Cumulative Effects

Herbivory, trampling and disturbance are all hazards to plants even without the presence of livestock. Wildlife, insects, people, and off-road vehicles all can cause the negative effects on a plant. Livestock may contribute to and exacerbate these problems, but they are not the sole cause of all plant damage.

Other simultaneous impacts to C. vinaceum at this time are not verified, quantified or fully understood. There is speculation that certain timber harvests on the Lincoln National Forest may affect the groundwater or alter the watershed condition, and therefore, affect the water-dependent C. vinaceum. Monitoring is currently underway in two drainages (Scott Able Canyon and Lucas Canyon) to qualify and quantify projected outcomes of timber sales on the watershed in relation to C. vinaceum.

Extensive herbivory is also known to have occurred in Scott Able Canyon on the Scott Able Allotment. The pattern, duration and specific season of use is better known in this canyon, but the long-term and indirect effects on the occurrence are likely similar to those discussed for the Sacramento Allotment above. Moving the livestock rapidly through the C. vinaceum habitat has been employed to address the concern of herbivory observed in 1991.

F. Summary

In conclusion, from what we know of the current situation, we can predict that this interim grazing system may have direct, short-term impacts on plants within as much as 30% of the total C. vinaceum known occurrences every year. Due to the steepness of many sites, it is estimated that between 15 and 20% of the known occurrences will actually have significant potential for herbivory.

With implementation of the monitoring plan and mitigation measures defined in that document, the same or lower levels of grazing impacts are expected relative to years in the recent past. Because there are indications that the species is stable to increasing Forest-wide under such a regime, it is anticipated that the effects of grazing on Cirsium vinaceum and its associated habitat will not affect species viability.

One big difference between this year and years previous will be a concerted effort by the permittees to avoid use on the Cirsium (USDA-FS memo, 1992; attached). These two "interim" years will be used to collect the necessary data for developing an acceptable, workable allotment management plan which will be responsive to the requirements of all the resources on the Sacramento Allotment, including recovery of C. vinaceum.

**Measures to avoid, minimize, or mitigate adverse effects (2672.42-6):**

The mitigation measures are defined in the enclosed Monitoring (Action/Study) Plan. This document identifies the monitoring action to identify grazing impacts on C. vinaceum as well as establish thresholds which will require action to be taken to alleviate the impact to historic or lower levels.

**Summary of effects - Findings (2672.42-5):**

May affect: X No (not likely to) effect: ______

Beneficial effect: ______

**Stipulations:** As defined in the Permittees Annual Authorization letter of and as identified in the Monitoring (Action/Study) plan.

**PREPARED BY:**

DISTRICT T, E, & S Coordinator: [signature] Signature 8/6/92 Date

**REVIEWED BY:**

FOREST T, E, & S Coordinator: [signature] Signature 8/5/92 Date

**APPROVED BY:**

FOREST Wildlife Staff Officer: [signature] Signature 8/5/92 Date

Comments:

**Literature cited/consulted:**

Ames, C.R. 1977. Wildlife conflicts in riparian management: grazing. IN: Importance, Preservation and Management of Riparian Habitat: A Symposium. July 9, 1977, Tucson, AZ. USDA Forest Service, Gen. Tech. Report RM-43.

Buckhouse, J.C. 1981. 'Riparian response to certain grazing management. Paper presented at Society for Range Management Meeting, Tulsa, OK, 1981.

Clary, W.P. and B.F. Webster. 1989. Managing grazing of riparian areas in the Intermountain Region. USDA-Forest Service. Gen. Tech. Report INT-265.

Fletcher, R. 1979. Status report on Cirsium vinaceum. USDA Forest Service, Region 3, Albuquerque, NM.

Harper, J.L. 1977. Population Biology of Plants. Academic Press, San Diego, CA. pp. 542-547 and 732-734.

Huenneke, L.F. 1991. Population size and density effects in population variability. A case study of two Cirsium species. Unpubl. project proposal. NMSU Department of Biology, Las Cruces, NM p. 10.

Martins, W. C. and Hutchins, C. R. 1981. A Flora of New Mexico. J. Cramer, Germany. p. 2000.

New Mexico Native Plants Protection Advisory Committee. 1983. A handbook of rare and endemic plants of New Mexico. University of New Mexico Press, Albuquerque, NM. p. 26-27.

Platts, W.S. and R.L. Nelson. 1989. Characteristics of riparian plant communities and streambanks with respect to grazing in northeastern Utah. IN: Proceedings of Practical Approaches to Riparian Resource Management, An Educational Workshop. May 8-11, 1989. Billings, MT.

Platts, W.S. 1989. Compatibility of livestock grazing strategies with fisheries. IN:Proceedings of Practical Approaches to Riparian Resource Management, An Educational Workshop. May 8-11, 1989. Billings, MT.

Reznicek, A.A. 1987. Are small reserves worthwhile for plants? Endangered Species Update. Vol. 2, No. 2. pp. 1-3.

Spellenberg, R. 1980. Letter dated January 18, 1980 to Lincoln National Forest Supervisor concerning Lilium philadelphicum. Lincoln National Forest files, Region 3.

Tepedino, V.J. and T.L. Griswold. 1984. Pollination Biology of Threatened and Endangered Plants. USDA-ARS Bee Biology and Systematics Laboratory, Utah State University, Logan UT. pp. 140-141 and 143-144.

Thomson, J. 1991. An investigation of the biology of Cirsium vinaceum. Master's thesis, New Mexico State University, Las Cruces, NM. 96pp.

USDA Forest Service. District wildlife and sensitive plant atlases, Cloudcroft Ranger District. Lincoln National Forest, Region 3.

USDA Forest Service. 1988, 1989, 1990, 1991. Survey and monitoring reports for Cirsium vinaceum. Lincoln National Forest, Region 3.

USDA Forest Service. 1989. Interim Management Plant for Cirsium vinaceum. Lincoln National Forest, Region 3.

USDA Forest Service Memo. March 23, 1992. Letter to Hollis Munson detailing summer use on Sacramento Allotment.

Werner, P.A. 1975. Predictions of fate from rosette size in teasel. Oecologia 20: 197-201.

Wessman, L. November 4, 1991. USDA Forest Service Memo - 1991 Summer Use Inspection.

Wessman, L. September 23, 1992. USDA Forest Service Memo - Lucas Canyon Inspection.

Wood, S. 1991. The effect of one season's herbivory on Cirsium vinaceum. New Mexico State University research project, unpublished study. 8pp.

Wood, S. 1992. Soil compaction trials data and report. Unpubl. report for USFS Cloudcroft Ranger District, Lincoln National Forest, Otero County, NM. 4 pp.

**Persons contacted:**

Ted Bonnell, High Nogal Ranch
Don DeLorenzo, Wildlife Staff Officer, Lincoln National Forest
Bob Dancker, Soil Scientist, Lincoln National Forest
James Goss, permittee
Dr. Laura Huenneke, New Mexico State University
Sarah Malaby, Biological Technician (field notes)
Rick Newmon, Mayhill Range Staff, Lincoln National Forest
Reggie Fletcher, Regional Ecologist, USFS, Region 3
Teresa Prendusi, Regional Botanist, USFS, Region 3
Anne Cully, Botanist, USFWS, Albuquerque