# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SACRAMENTO GRAZING ASSOCIATION, INC., JAMES GOSS, FRANCES GOSS, JUSTIN GOSS AND BRENNA GOSS

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

Case No. 04-786 L

Judge Susan G. Braden

## PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION, INTERROGATORIES, AND PRODUCTION OF DOCUMENTS.

Pursuant to Rule 34, Rules of the United States Court of Federal Claims, Plaintiff Sacramento Grazing Association, Inc., James Goss, Frances Goss, Justin Goss and Brenna Goss,



PENGAD-Bayonne, N. J.
DEFENSE EXHIBIT
H

INTERROGATORY 8

(a) Please identify all ditches claimed to be constructed by plaintiffs or their predecessors in interest to convey water over the public lands in accordance with the Mining Act of 1966. For each of the claimed ditches, identify the date of construction, the person who constructed the ditch, the location of the ditch, the type of construction, the dimensions of the ditch, the cost of construction, the specific uses by the plaintiffs of each ditch right-of-way and the water transported therein at any time since plaintiffs acquisition of the Goss Ranch, the statutory grant or authorization under which you claim the ditch was constructed, and any authorization received for construction.

RESPONSE TO INTERROGATORY 8(a):

Plaintiffs object to this interrogatory because it contains subparts. Notwithstanding said objection, and while reserving it, Plaintiffs answer as follows. Oliver Lee commenced construction in 1897 of a ditch with a headgate located in the Sacramento River channel approximately in the SW1/4NW1/4 Sec. 10, T.19S., R12E. The costs of construction are unknown. The ditch traverses the western slope of the Sacramento Mountain for approximately nine miles till it enters the "Upper Juniper Reservoir." At the time, the ditch had a recorded capacity of 1-1/2 feet wide on the bottom; 5 feet wide on the top; and 10 7/8 inches deep, with a carrying capacity of 264 miners inches. The ditch was authorized under the Mining Act of 1866 (43 U.S.C. § 661) Additional ditches then transport the water to tanks for use in stock watering, domestic, and irrigation. Since the acquisition of the Goss Ranch, the Plaintiffs have used the ditch in the same manner as described above for the purpose of stock watering.

INTERROGATORY 8

(b) For each ditch, please state whether you contend that defendant has interfered with the flow of water through any of the ditches. It yes, for each ditch, please describe the interference, identify the person(s) who interfered with the flow of water through the ditch, the date(s) when the interference(s) occurred, and the names of any persons who witnessed the interference.

RESPONSE TO INTERROGATORY 8(b):

Plaintiffs object to this interrogatory because it contains subparts. Notwithstanding said objection, and while reserving it, Plaintiffs answer as follows. No

INTERROGATORY 9

Do you contend that defendant has interfered with maintenance or repair of any of plaintiffs' alleged ditch rights of way on federal lands? If so, please state in detail every action of defendant which you contend prevented plaintiffs from performing ditch repair or maintenance on such ditch, the date of the interference, the names of any witnesses to the interference, and the location of the ditch.

RESPONSE TO INTERROGATORY 9: No.

INTERROGATORY 10

Please describe the entire factual basis to support plaintiffs' contention in paragraph 8 of the Amended Complaint. Please include in your response, the date(s) of acquisition, the property acquired on the date(s) of accusation, the consideration that you paid (please separate out for the