IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SACRAMENTO GRAZING ASSOCIATION, INC., et al., | ) | |
| Plaintiffs | ) | No. 04-786 L |
| v. | ) | Judge Susan G. Braden |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF FRANK R. MARTINEZ**

I, Frank R. Martinez, hereby declare as follows:

1. I am currently employed by the United States Department of Agriculture, Forest Service, as the Public Services Staff Officer on the Lincoln National Forest. Prior to this I was the Sacramento District Ranger.

2. I held the position of Sacramento District Ranger on the Lincoln National Forest from November 2000 until February 2008. In this capacity, I was responsible for the administration of the District, which includes the Sacramento Allotment, at issue in this lawsuit. As part of my responsibilities I am familiar with the Forest Service efforts to assess livestock grazing on the Allotment and the associated procedures under federal law. I submit this declaration in support

PENGAD-Bayonne, N.J. DEFENSE EXHIBIT I

of Defendant's Motion for Summary Judgment.

3. There are seven main exclosures located within the Sacramento Allotment. The exclosures were built prior to 1989 when Sacramento Grazing Association was issued a term grazing permit. The original design of each of the exclosures was to avoid trampling of environmentally sensitive areas by livestock and protect resource values around spring sources. Water flowed out of each of the exclosures at the time of their construction, allowing water use by livestock outside the exclosures. The periodic drought that we have experienced in the last few years has resulted in reduced spring flows across the entire allotment. During drought periods water has receded within the confines of the exclosures in certain areas. During periods of normal or above normal precipitation water is likely to flow outside each of the exclosures.

4. It is my understanding that in 1989, when SGA obtained the grazing permit. the Forest Service managers at that time verbally told SGA to ensure that their livestock remain outside of the already existing exclosures. Once in 1989 and once more in 1990, SGA was allowed to put their livestock in the Upper Peñasco Exclosure but this was for gathering purposes only. Further requests were denied. See Doc. 42-5. When SGA continued to place livestock within the exclosures, this grazing restriction was incorporated into the 1999 grazing permit. The 1999 grazing permit confirmed that exclosures are not part of the Sacramento Allotment and livestock use is not permitted within the exclosures.

5. In 2004, the Forest Service issued a Record of Decision for the Final Environmental

Impact Statement for the Sacramento, Dry Canyon, and Davis Grazing Allotments. The ROD required the removal of livestock from the Alamo Pasture after February 1, for two years. The Amended 2005 Annual Operating Instructions state that full season use (11/01 to 05/14) was authorized in the Alamo Pasture beginning February 2006, and has been for every year since. See Def. Ex. J

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of September 2008.

Frank R Martinez

FRANK R. MARTINEZ
Public Services Staff Officer
Lincoln National Forest
1101 New York Avenue
Alamogordo NM 88310