**United States Department of Agriculture** **Forest Service** **Sacramento Ranger District** **P.O. Box 288 Cloudcroft, NM 88317 (505) 682-2551**

**File Code:** 2210/2230

**Date:** October 22, 2005

Sacramento Grazing Association
C/o Jimmy Goss
PO Box 596
Weed, NM 88354

Amendment to the March 2, 2005 Annual Operating Instructions for grazing year 2005-2006.

Dear Jimmy;

On March 2, 2005, you were sent the Annual Operating Instructions (AOI) for the 2004-05 grazing season on the Sacramento Allotment. This letter will serve to amend and clarify the AOI regarding the scheduled winter pasture use. As stated in the March 2, 2005 AOI, an inspection of the winter pastures was to be conducted in early October to assess forage conditions on the winter range after the 2005 summer growing season.

Monitoring of the winter range was completed on Friday October 14, 2005. Key area sites visited were Jakes Ridge, Pasture Ridge, Alamo Canyon and Grapevine Canyon. Monitoring of the winter range was conducted to determine the current forage conditions and to determine the cattle numbers that would be authorized for the winter season. Jenny Gomez from the Range Improvement Task Force participated in the data collection on all key areas visited. The Sacramento Grazing Association, Otero County, and the Range Improvement Task Force, were all notified of this pasture inspection.

The enclosed field data sheets show the data gathered and the recorded results. In general the area looked much improved over the past few years. Summer rains seemed well dispersed across the winter range. Using the data collected, I am authorizing up to 330 head for the Sacramento winter range. In 2004, 230 head were authorized for the Sacramento winter pastures. Environmental conditions were much more favorable in 2005. Improved leaf lengths, forage production, and vigor justify authorization of increased numbers this year from the 230 head authorized in 2004 to 330 in 2005. The grazing period, March 1- May15 will be covered in the 2006-2007 AOI developed in January 2006. The 330 head will be authorized for that period unless conditions warrant modification.

## A. LIVESTOCK NUMBERS & SEASON OF USE:

The following numbers and classes of livestock will be permitted to graze the winter pastures of the Sacramento Allotment from 11/01 to 02/28.

**Permitted Livestock Numbers:**

| Allotment | Term | Season | | Total Numbers |
|---|---|---|---|---|
| Sacramento | 330 | 11/01- 02/28 | | 330 |



DEFENSE EXHIBIT J
PENGAD-Bayonne, N.J.

**B. GRAZING SYSTEM: Grazing Schedule or Pasture Sequence:**

Pasture Ridge, Grapevine, and Alamo Canyon* - 11/01 - 02/28

Approximately 270 head should be dispersed in the Pasture Ridge and Grapevine Pastures and approximately 40 head should be dispersed in the Alamo Canyon Pasture. Up to 20 head could be grazed on the Dry Canyon Allotment. Until the proposed range improvement development occurs on the Dry Canyon Allotment, livestock numbers grazed on that allotment will be minimal.

A monitoring trip will be scheduled in May to record forage use levels in the winter pastures.

* Use of the Alamo Canyon Pasture will be authorized for the full winter season this year.

**C. RANGE IMPROVEMENT MAINTENANCE:**

The following need to be completed this grazing season:

Complete the Wright Springs pipeline and trough replacement project. Remove all of the old pieces of black plastic pipe at Sid West Spring and fix the spring box at Wright Springs. Please contact the District office when you complete this project so an inspection of the work can be made.

Continue with routine maintenance as assigned in permit. Pay close attention to fence maintenance across the allotment.

If you have any questions or concerns about the management of your allotment(s) for the remainder of the 2005 - 06 grazing season, please contact me at (505) 682-2551.

FRANK MARTINEZ
District Ranger

Cc: Forest Supervisor
Otero County Commissioners
John Fowler
Michael Van Zandt