# In the United States Court of Federal Claims

No. 04-786L

Filed: October 1, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| SACRAMENTO GRAZING ASS'N, INC. | \* |
| Plaintiff, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Based on information learned during the October 1, 2009 Status Conference, the parties' September 29, 2009 Joint Motion To Continue Stay Of Proceedings is granted. All proceedings in this case are stayed until February 1, 2010.

**IT IS SO ORDERED.**

s/Susan G. Braden  
**SUSAN G. BRADEN**
**Judge**