**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Sacramento Grazing Association, Inc., et al., <br><br> Plaintiff, <br> v. <br><br> United States, <br><br> Defendants. | No. 04-786 <br><br> Judge Susan G. Braden |

## JOINT STATUS REPORT

Pursuant to status conference on June 30, 2013, and subsequent correspondence with the Court's clerk, the parties file this joint status report to provide a proposal for further proceedings in this matter.

Efforts to reach final settlement in this matter have not resolved all issues between the parties.  As a result, the parties agree that the liability phase of the case should be completed, with the record closed and an opinion issued.  The parties agree that a schedule should be set to allow the parties to supplement the trial record on liability issues, close that record, and then allow for the filing of post-trial briefs on the issue of liability.  The parties are also available for post-trial arguments if that will aid the Court in issuing its opinion on liability.

Once an opinion has been issued on liability, the parties will propose a schedule for further proceedings regarding just compensation, if needed.

DATED:  September 4, 2014	HANSON BRIDGETT LLP


/S/ Michael J. Van Zandt
MICHAEL J. VAN ZANDT
NATHAN A. METCALF
425 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CA 94105
TEL: (415) 995-5001
FAX: (415) 995-3566
E-MAIL: mvanzandt@hansonbridgett.com

Attorneys for
SACRAMENTO GRAZING ASSOCIATION

DATED:  September 4, 2014

SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division


s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-mail: kristine.tardiff@usdoj.gov


COBY HOWELL
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
Tel:  (503) 727-1000
Fax: (503) 727-1117
E-mail: coby.howell@usdoj.gov

Counsel for Defendant United States

OF COUNSEL:
DAWN DICKMAN
Assistant Regional Attorney
Office of the General Counsel
United States Dept. of Agriculture
P.O. Box 586
Albuquerque, NM 87103-0586

-4-

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On September 4, 2014, I served a true copy of

## JOINT STATUS REPORT

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Kristine S. Tardiff
U.S. Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel:   (603) 230-2583
Fax:   (603) 225-1577
kristine.tardiff@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Keith Kiley
Keith Kiley

8489325.2