# In the United States Court of Federal Claims

No. 04-786 L

Filed: October 1, 2014

```
*******************************************
                                          *
                                          *
SACRAMENTO GRAZING                        *
ASS'N, INC., et al.,                      *
                                          *
        Plaintiffs,                       *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
                                          *
*******************************************
```

**ORDER**

Pursuant to the court's request at the September 15, 2014 Status Conference, the parties submitted a Joint-Proposed Liability Post-Trial Briefing Schedule on September 30, 2014. In accordance with the parties' submission, the post-trial briefing schedule is as follows:

1. Plaintiffs and the Government will each have 70 days, up to and including December 8, 2014, to supplement the trial record on liability issues. Such supplementation will be limited to any additional information requested by the court at trial and documents that post-date the trial. The parties may include declarations to explain any such documents, if needed.

2. Plaintiffs and the Government shall have until December 19, 2014 to file objections to any supplemental exhibits and any responsive declarations, if needed.

3. Following the resolution of any evidentiary objections by the court, the parties shall meet and confer regarding the final list of joint exhibits, Plaintiffs' exhibits, and the Government's exhibits that are to be included in the trial record. The parties shall file a Joint Motion To Close The Record submitting copies of these exhibit lists to the court and requesting that court issue an order closing the trial record within 30 days of any order resolving evidentiary objections. If there are no such objections, the joint motion shall be filed by January 16, 2015.

4. Plaintiffs shall file their Opening Post-Trial Brief on the liability phase of this matter within 30 days of the parties' Joint Motion To Close The Record.

5. The Government's Response to Plaintiffs' Opening Post-Trial Brief shall be filed 30 days after Plaintiffs' Opening Brief.

6. Plaintiffs' Reply shall be filed 15 days after the Government's Response Brief.

7. Any post-trial arguments required by the court will be conducted at the court's convenience after briefing has been completed.

**IT IS SO ORDERED.**

<u>s/ Susan G. Braden</u>
**SUSAN G. BRADEN**
**Judge**